UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, | NO. |
| Plaintiff, | NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL |
| v. | |
| FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington, | |
| Defendants. | |

**To:    Clerk of the Court, United States District for the District of Washington, Western Division.**

/ / /

/ / /

NOTICE OF REMOVAL AND DEMAND FOR
JURY TRIAL – PAGE 1

**SCHEER.LAW PLLC**
2101 FOURTH AVE, STE. 830
SEATTLE, WA 98121
P: (206) 800-4070

**PLEASE TAKE NOTE** that Defendants Fred Meyer Stores, Inc., and The Kroger Co., hereby removes to this Court the state action described below in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.

## I.   STATE COURT ACTION

The state court action to be removed is *Lubken v. The Kroger Co. et. al*, Pierce County Superior Court Case No. 24-2-10511-1. *See Declaration of Jennifer L. Crow ("Crow Decl.")*.

## II.   TIME FOR REMOVAL

Plaintiff filed this action in Pierce County Superior Court on or about September 3, 2024. *See Crow Decl.*, Exhibit 1, Complaint. The Complaint was served on Defendants The Kroger Co. and Fred Meyer Stores, Inc. ("Defendants") on September 5, 2024. *Crow Decl.* at ¶ 3. Pursuant to 28 U.S.C. § 1446(b), a party may remove an action to Federal District Court within 30 days of service of process. Defendants, therefore, have until October 5, 2024, or 30 days after service of Plaintiff's Complaint to move for removal to this Federal District Court. 28 U.S.C. § 1446(b).

## III.   APPLICABLE LAW

A party may seek removal of a State Court action where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

## IV.   BASIS FOR REMOVAL

1. This is a claim for personal injuries in tort arising out of an incident that occurred on December 23, 2023, in Tacoma, Washington, in which Plaintiff alleges an interaction with a shopping cart caused them injury.

2. Under LCR 101(a), if a complaint does not set forth the dollar amount prayed for, an action can still be removed to Federal District Court pursuant to 28 U.S.C. § 1446(b) if a reasonable person would conclude the plaintiff is seeking an amount in damages greater than the minimum jurisdictional amount of $75,000.

3. Plaintiff's Complaint alleges that Plaintiff underwent medical treatment for injuries resulting from the December 23, 2023, incident. Plaintiff further alleges that Plaintiff sustained

NOTICE OF REMOVAL AND DEMAND FOR
JURY TRIAL – PAGE 2

**SCHEER.LAW PLLC**
2101 FOURTH AVE, STE. 830
SEATTLE, WA 98121
P: (206) 800-4070

"significant damages, including medical expenses, general damages, and other damages in an amount to be proven at trial." *Crow Decl.*, Exhibit 1, Complaint.

4.    Plaintiff's Complaint prays for an unspecified amount of general and special damages, including past and future medical treatment, past and future expenses, pain and suffering, and loss of consortium "to be proven at the time of trial." *Crow Decl.*, Exhibit 1, Complaint.

5.    Based on the Plaintiff's description of the December 23, 2023 incident, the nature of Plaintiff's alleged injury, and the type of damages claimed, Defendants have a good faith belief that the amount Plaintiff is seeking in damages will exceed the minimum jurisdictional amount.

6.    Upon information and belief, Plaintiff is an individual who resides in the State of Washington. *Crow Decl.*, ¶ 4.

7.    On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Plaintiff was an individual residing in the State of Washington. *Crow Decl.*, ¶ 4.

8.    On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Defendant Fred Meyer Stores, Inc., was an Ohio corporation with its principal place of business in Ohio. *Crow Decl.*, ¶ 5.

9.    On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Defendant Kroger Co., was an Ohio corporation with its principal place of business in Ohio. Crow Decl., ¶ 6.

10.    On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Defendant Gatekeeper Systems Inc., was a California corporation with its principal place of business in California. Crow Decl., ¶ 7.

11.    Fred Meyer Stores, Inc., was not incorporated in the State of Washington as of the date of filing of Plaintiff's Complaint, nor is Fred Meyer Stores, Inc. presently incorporated in the State of Washington. *Crow Decl.*, ¶ 8.  Its principal place of business is in Ohio at the time of the filing of the Complaint and as of the date of this Notice of Removal.  *Crow Decl.*, ¶ 8.

/ / /

12.    Kroger Co. was not incorporated in the State of Washington as of the date of filing of Plaintiff's Complaint, nor is Kroger Co. presently incorporated in the State of Washington. *Crow Decl.*, ¶ 9. Its principal place of business is in Ohio at the time of the filing of the Complaint and as of the date of this Notice of Removal.  *Crow Decl.*, ¶ 9.

13.    Gatekeeper Systems, Inc., was not incorporated in the State of Washington as of the date of filing of Plaintiff's Complaint, nor is Gatekeeper Systems, Inc. presently incorporated in the State of Washington. *Crow Decl.*, ¶ 10.  Its principal place of business is in California at the time of the filing of the Complaint and as of the date of this Notice of Removal.  *Crow Decl.*, ¶ 10.

## V.    NOTICE TO STATE COURT AND ADVERSE PARTY

Defendant will promptly file a copy of this Notice with the clerk of the Pierce County Superior Court and will give written notice to all adverse parties. 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action, *Lubken v. Kroger*, Pierce County Superior Court Case No. 24-2-10511-1, be removed to the United States District Court for the District of Washington, Western Division. Defendants further demand a jury trial.

DATED this 25th day of September 2024.

SCHEER.LAW PLLC

/s/ Jennifer L. Crow
Jennifer L. Crow, WSBA No. 43746
Ahbra L. Franco, WSBA No. 60860
jen@scheer.law
ahbraf@scheer.law
Attorneys for Defendants Fred Meyer Stores, Inc., and The Kroger Co.

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Oregon, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiff**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-service**<br>☐ **Via Facsimile**<br>☒ **Via E-Mail** |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-service**<br>☐ **Via Facsimile**<br>☒ **Via E-Mail** |

DATED this 25th day of September 2024 at Portland, Oregon.

*/s/ Rowik Kinnard*
Rowik Kinnard, Legal Assistant

NOTICE OF REMOVAL AND DEMAND FOR
JURY TRIAL – PAGE 5

SCHEER.LAW PLLC
2101 FOURTH AVE, STE. 830
SEATTLE, WA 98121
P: (206) 800-4070