**SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR PIERCE COUNTY**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>                        Plaintiffs,<br><br>vs.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>                    Defendants. | NO.<br><br>**JURY DEMAND** |

Comes now Plaintiffs, by and through the undersigned, pursuant to statute and court rule, hereby demand a jury trial in the above captioned matter and herewith tenders into the registry of the court $250.00, the jury fee required by law.

//

//

//

//

//

//

JURY DEMAND

1 of 2

SIGNED this 3rd day of September, 2024.

PFAU COCHRAN VERTETIS AMALA PLLC

By: ___/s/ Darrell L. Cochran_____
      Darrell L. Cochran, WSBA No. 22851
      Andrew S. Ulmer, WSBA No. 51227
      Alexander G. Dietz, WSBA No. 54842

LOMBINO MARTINO, P.S.

By: ___/s/ Joseph J.M. Lombino_____
      Joseph J.M. Lombino, WSBA No. 14745
      Joseph M. Lombino, WSBA No. 52156

JURY DEMAND

2 of 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654