**THE AGUILERA LAW GROUP, APLC**
Scott LaSalle (SBN 57862)
slasalle@aguileragroup.com
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402
T: 253-356-8600 / F: 253-356-8610

Attorneys for Defendant Gatekeeper Systems, Inc.

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>Defendants. | Case No.: 3:24-cv-05811-SKV<br><br>**DEFENDANT GATEKEEPER SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant, GATEKEEPER SYSTEMS, INC. pursuant to DRCP Rule 7.1 and Local Rule W.D. Wash. 7.1 makes the following disclosure statement:  Gatekeeper Systems, Inc. is a wholly owned subsidiary of GKP Acquisition, Inc.

DEFENDANT GATEKEEPER SYSTEMS,
INC.'S CORPORATE DISCLOSURE
STATEMENT
- Page 1

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

Gatekeeper Systems, Inc. is a citizen of Delaware.  GKP Acquisition, Inc. is a citizen of Delaware.

Dated this 18th of October, 2024          THE AGUILERA LAW GROUP, APLC

By: _____
Scott LaSalle, WSBA # 57862
*Attorneys for Defendant, GATEKEEPER SYSTEMS, INC.*

DEFENDANT GATEKEEPER SYSTEMS,
INC.'S CORPORATE DISCLOSURE
STATEMENT
- Page 2

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402