UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEAN LUBKEN et al.,

　　　　　　　　　Plaintiff(s),

　　v.

FRED MEYER STORES INC et al.,

　　　　　　　　　Defendant(s).

CASE NO.
3:24–cv–05811–JCC

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 3:24–cv–05811–JCC and bear the Judge's name in the upper right hand corner of the document.

DATED October 22, 2024

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:　/s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　Deputy Clerk