Hon. John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHIGTON**
**AT TACOMA**

JEAN LUBKEN and WILLIAM
LUBKEN, husband and wife and their
marital community,

Plaintiffs,

vs.

FRED MEYER STORES, INC., an Ohio
corporation doing business in the State of
Washington; THE KROGER CO., an Ohio
corporation doing business in the State of
Washington; GATEKEEPER SYSTEMS,
INC., a California corporation doing
business in the State of Washington,

Defendants.

NO.  3:24-cv-05811-JCC

**JOINT RULE 26 STATUS REPORT**
**AND DISCOVERY PLAN**

Plaintiffs, by and through their counsel of record, and Defendants by and through their

respective counsel of record, present this Joint Status Report and Discovery Plan:

1.      **Statement of Nature & Complexity of Case.**

This is a personal injury action brought by plaintiffs alleging claims of negligence,

premises liability, and product defect against Defendants.  Plaintiffs allege that on December

23, 2023, Plaintiff Jean Lubken was patroning a Fred Meyer store in Tacoma, Washington,

when she suffered injuries as a result of a defective shopping cart that was modified with an

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 1

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

anti-theft system manufactured by Gatekeeper Systems, Inc.  Defendants deny Plaintiffs' allegations.

2.      **Proposed Deadline for Joining Additional Parties.**

The parties propose March 3, 2025 as the deadline for joining additional parties.

3.      **No Consent to Magistrate.**

The parties do not consent to assignment of this case to a full time United States Magistrate Judge.

4.      **Fed. R. Civ. P. 26(f)(3) Discovery Plan.**

The Fed. R. Civ. P. conference took place on December 4, 2024.

- **Initial Disclosures.**

The parties exchanged their initial disclosures on or before December 11, 2024, pursuant to the Court's deadline within the initial scheduling order.

- **Subjects, Timing, and Potential Phasing of Discovery.**

The parties agree that discovery will be needed regarding issues relating to both liability and damages. The parties will obtain discovery on these matters by methods including, but not limited to, interrogatories, requests for production, requests for admission, and depositions.

- **Electronically Stored Information.**

The parties agree to seek electronically stored information consistent with the discovery propounded.  Plaintiff proposes that ESI should be produced in native and searchable PDF forms, to the extent possible.

- **Privilege Issues.**

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 2



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

At the present time, the parties do not foresee any unusual issues regarding claims of privilege.

- **Proposed Limitations on Discovery.**

At the present time, the parties do not foresee any need for any particular limitations on discovery.

- **Discovery-Related Orders.**

At present the parties do not anticipate the need for specific discovery-related orders, but will confer in good faith on any discovery-related issues that may arise and if necessary present appropriate motions to the court regarding any unresolved discovery issues.

5.    **Local Civil Rule 26(f)(1) Topics:**

A.    **Prompt Case Resolution.**

The parties have no specific suggestions for further prompt case resolution.

B.    **Alternative Dispute Resolution.**

The parties believe that mediation under Local Civil Rule 39.1(c) might be appropriate at the conclusion of discovery.

C.    **Related Cases:**

N/A

D.    **Discovery Management.**

None required at this time, and the parties do not anticipate the need for such.

E.    **Anticipated Discovery Sought.**

The parties assert that discovery will be sought regarding liability and damages, including but not limited to information regarding the parties' respective knowledge about the product at issue, the incident and plaintiff's claimed injuries.    The parties will obtain

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 3



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

discovery on these matters by methods including, but not limited to, interrogatories, requests for production, requests for admission, and depositions.

F.    **Phasing of Motions.**

The parties do not anticipate phasing motions to facilitate early resolution of potentially dispositive issues.

G.    **Preservation of Discoverable Information.**

At the present time the parties do not have preliminary issues relating to the preservation of discovery information.

H.    **Privilege Issues.**

The parties agree to comply with the procedures for handling inadvertent production of privileged information contained in Fed. R. Civ. P. 26(b)(5)(B). The parties have no other privilege waiver issues at this time.

I.    **Model Protocol for Discovery of ESI.**

The parties agree to confer in good faith regarding an appropriate ESI protocol, including as to whether the Court's Model Protocol is appropriate.

J.    **Alternatives to Model ESI Protocol.**

The parties agree to confer in good faith regarding an appropriate ESI protocol, including whether the Court's Model Protocol is appropriate.

6.    **Completion of Discovery.**

Defendants believe discovery can be completed by January 2026.  Plaintiffs believe discovery can be completed by earlier, by September 2025.

7.    **No Bifurcation.**

Plaintiff does not believe bifurcation is necessary.

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 4



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

8.      **Pretrial Statements and Pretrial Order**

The parties do not wish to dispense with the pretrial statements or pretrial orders required by Local Civil Rules 16(e), (h), (i), and (k), and 16.1.

9.      **Individual Trial Program and ADR.**

The parties anticipate that pretrial mediation pursuant to Local Civil Rule 39.1(c) will be efficacious, and will work together to determine what discovery needs to occur prior to mediation. The parties decline to participate in the Individualized Trial Program.

10.     **Other Suggestions for Shortening or Simplifying Case.**

Counsel will work towards shortening and simplifying the case.

The Parties agree that courtesy copies of all documents not filed with the Court through ECF, including discovery requests and responses, shall be sent to one another via email, and that such transmission shall be accepted as service in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

11.     **Trial Date.**

Defendants believe this case will be ready for trial in June 2026. Plaintiffs believe that this case will be ready for trial earlier, by March 2026.

12.     **Jury Trial.**

The case will be tried by a jury.

13.     **Number of Trial Dates.**

The parties anticipate that trial will take approximately 6 court days.

14.     **Trial Counsel**

    **For Plaintiffs:**
    Darrell L. Cochran

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 5

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Andrew S. Ulmer
Alesander G. Dietz
PFAU COCHRAN VERTETIS AMALA PLLC
909 A Street, Suite 700
Tacoma, WA 98402
Tel: (253) 777-0799
Email:  darrell@pcvalaw.com; aulmer@pcvalaw.com; adietz@pcvalaw.com

Joseph J.M. Lombino
Joseph M. Lombino
LOMBINO MARTINO, P.S.
9315 Gravelly Lake Dr. SW, Ste 201
Lakewood, WA 98499
Tel: (253) 896-5252


**For Defendant Fred Meyer Stores, Inc. and The Kroger Co.:**

Jennifer L. Crow
Scheer Law PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Telephone: (206) 800-4070
jen@scheer.law

**For Defendant Gatekeeper Systems, Inc.:**

Scott LaSalle
Raymond E. Brown
1201 Pacific Ave., Suite 600
Tacoma, WA 98402
Telephone: (714) 384-6605
slasalle@aguileragroup.com
rbrown@aguileragroup.com


15.    **Trial Date Conflicts.**

The parties do not have trial date conflicts.

16.    **Service.**

Defendants have been served.

17.    **Scheduling Conference.**

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 6

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

No party requests a scheduling conference prior to entry of a scheduling order.

18.    **Corporate Disclosure Statement.**

Defendants have filed their corporate disclosure statements.

19.    **Judge Coughenour's Chambers Procedures, Local Rules, and Electronic Filing Procedures.**

The parties certify they have reviewed Judge Coughenour's chambers procedures, the Local Rules, and the applicable Electronic Filing Procedures.

SIGNED this 20th day of December, 2024.

**PFAU COCHRAN VERTETIS AMALA PLLC**

By:    s/ Darrell L. Cochran
        Darrell L. Cochran, WSBA No. 22851
        *Attorney for Plaintiffs*

**PREMIER LAW GROUP**

By:    /s/ Joseph J.M. Lombino
        Joseph J.M. Lombino, WSBA No. 14745
        *Attorney for Plaintiffs*

**THE AGUILERA GROUP, APLC**

By:    /s/ Scott La Salle
        Scott La Salle, WSBA No. 57867
        *Attorney for Defendant Gatekeeper Systems, Inc.*

**SCHEER LAW PLLC**

By:    /s/ Jennifer L. Crow
Jennifer L. Crow, WSBA No. 43746
*Attorney for Defendants Fred Meyer Stores, IN. and The Kroger Co.*

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 7

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**CERTIFICATE OF SERVICE**

I, **Katie Hedger,** hereby declare under penalty of perjury under the laws of the United States of America that that I am employed at Pfau Cochran Vertetis Amala, PLLC, and that on the below date I caused to be served via **ECF** the foregoing document on:

Scott LaSalle
The Aguilera Law Group
23046 Avenida De La Carlota, Ste. 300
Laguna Hills, CA 92653

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 4th Ave Ste. 830
Seattle, WA 98121

DATED this 20th day of December, 2024.

/s/ Katie Hedger
Katie Hedger
Legal Assistant

JOINT RULE 26 STATUS REPORT AND
DISCOVERY PLAN
Page 8

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654