# UNITED STATES DISTRICT COURT

## DISTRICT OF WASHINGTON - WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FRED MEYER STORES, INC. an Ohio corporation doing business in the State of Washington; THE DROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the state of Washington,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-05811-JCC<br><br>NOTICE OF CHANGE OF ADDRESS |

To the Clerk and all interested Parties:

The address of The Aguilera Law Group, ALC has changed to:

100 N. Howard Street, #6703
Spokane, WA 99201
253-356-8600

This change will take place immediately.

The court clerk is directed to change the contact information to the above in the court's case management system.

1

Dated:  January 29, 2025                THE AGUILERA LAW GROUP, APLC

_____

Scott LaSalle (WSBA 57862)
The Aguilera Law Group, APLC
100 N. Howard Street, #6703
Spokane, WA 99201
Telephone: (253) 356-8600
Facsimile: (253) 356-8610
slasalle@aguileragroup.com

*Attorneys for Defendant*
*Gatekeeper Systems, Inc.*

2