UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF AHBRA FRANCO IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Ahbra Franco, declare as follows:

1.    I am an attorney duly licensed to practice before this Court and am counsel of record for Defendants Fred Meyer Stores, Inc. and The Kroger Co., ("Defendants"). I submit this declaration in support of Defendants' Motion for Protective Order.

2.    Plaintiffs served their first discovery requests to Defendants January 8, 2025.

DECLARATION OF AHBRA FRANCO – PAGE 1

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

3. Defendants returned written responses and responsive documents on March 17, 2025. Included among Defendants' responsive documents was the relevant video footage from the date of incident.

4. As of the date of this filing, Defendants have produced all discoverable documents responsive to Plaintiffs' discovery.

5. On July 23, 2025, Plaintiffs sent an email communicating their wish to schedule a Rule 34 inspection of the store and carts in the near future.  **Exhibit 1 ¶ 2.**

6. My office responded to Plaintiffs' informal notice on July 30 and requested that they state with particularity the contents and scope of their inspection request, and identify the specific areas, objects, or systems they contend are relevant to their claims. **Exhibit 1 ¶ 1.**

7. On August 22, 2025, Plaintiffs served a formal Notice of CR 34 Inspection of the Tacoma Fred Meyer store, scheduling an inspection for October 2, 2025. A true and correct copy of that notice is attached as **Exhibit 2**.

8. Upon receipt of the formal notice, my office immediately contacted Plaintiffs' counsel regarding their availability for a conferral on the physical parameters of the Inspection. **Exhibit 3 ¶ 3.**

9. On August 29, a follow-up was sent in which Defendants indicated a protective order would be sought should Plaintiffs' silence continue through the end of the day on September 2. **Exhibit 3 ¶ 2-3.** Plaintiffs indicated they would be available to confer on September 4; however, no such conferral occurred. Defendants made a final good faith attempt to allow the parties to confer on September 5. **Exhibit 4 ¶ 1-2.**

10. On September 5, 2025, the parties finally conferred regarding the inspection notice. During that conference, Defendants agreed to accommodate Plaintiffs' request to reschedule the inspection to dates and times proposed by Defendants.

11. However, Plaintiffs insisted that the inspection include restricted areas, specifically the security camera viewing area and related computer system and further indicated that they

DECLARATION OF AHBRA FRANCO – PAGE 2

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

intended to have an expert who has not been disclosed under Rule 26(a)(2) review the surveillance systems during the inspection. **Exhibit 5.**

12.    Following conferral, Defendants informed Plaintiffs that they would not consent to the proposed inspection because such an inspection is unnecessary and requested Plaintiffs update their disclosure to include their unidentified expert. **Exhibit 6.**

13.    Plaintiffs' counsel declined to narrow or particularize the inspection notice and have maintained that they intend to conduct an inspection of the entire premises, including Defendants' confidential and proprietary security systems.

14.    As of the date of this filing, Plaintiffs have neglected to disclose their expert pursuant to Rule 26(a)(2).

15.    Permitting such a broad inspection would be unduly burdensome, would intrude on Defendants' confidential security systems and customer privacy, and extends well beyond what is relevant or proportional to the needs of this case.

16.    Defendants remain willing to allow a reasonable inspection of the location of the alleged incident and related shopping carts, and to produce relevant surveillance video footage and policies subject to appropriate confidentiality protections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of October 2025.

/s/ Ahbra Franco
Ahbra Franco, WSBA No. 60860
Attorney for Defendants Fred Meyer Stores, Inc., and The Kroger Co.

DECLARATION OF AHBRA FRANCO – PAGE 3

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS | | |
|---|---|---|---|
| **CO/ Plaintiffs**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Defendant Gatekeeper System, Inc.**<br>Scott LaSalle<br>Juana Huber<br>The Aguilera Law Group, APLC<br>100 N. Howard Street, #6703<br>Spokane, WA 99201<br>slasalle@aguileragroup.com<br>jhuber@aguileragroup.com | ☒ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via E-Service**<br>☐ **Via Process Server** | | |

DECLARATION OF AHBRA FRANCO – PAGE 4

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

DATED this 2nd day of October 2025 at Seattle, Washington.

/s/ Schuyler Todd
Schuyler Todd, Legal Assistant
schuylert@scheer.law

DECLARATION OF AHBRA FRANCO – PAGE 5