9/29/25, 9:39 AM
Re: Lubken v. Fred Meyer, et al - Ahbra Franco - Outlook
Case 3:24-cv-05811-JCC    Document 19-1    Filed 10/02/25    Page 1 of 3

 Outlook

## Re: Lubken v. Fred Meyer, et al

**From** Ahbra Franco <ahbraf@scheer.law>

**Date** Wed 7/30/2025 3:58 PM

**To** Andrew S. Ulmer <aulmer@pcvalaw.com>; Scott LaSalle <slasalle@aguileragroup.com>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; joey.lombino@lombinomartino.com <joey.lombino@lombinomartino.com>; Jennifer L. Crow <Jen@scheer.law>; Juana Huber <jhuber@aguileragroup.com>

🖉 1 attachment (2 MB)

Lubken - Jul 29 2025 - 12-39 PM.pdf;

Afternoon,

Handwritten Incident Report completed on the date of loss is attached. We are still working to verify the identities of the additional store employees counsel expressed interest in deposing as well.

Happy to work with you to coordinate a store inspection. Please describe the items you would like to inspect with reasonable particularity, as well as proposed date, time, and manner for performing inspection. Thanks.

**SCHEER.LAW PLLC**

**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Wednesday, July 23, 2025 2:47 PM
**To:** Scott LaSalle <slasalle@aguileragroup.com>; Ahbra Franco <ahbraf@scheer.law>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; joey.lombino@lombinomartino.com <joey.lombino@lombinomartino.com>; Jennifer L. Crow <Jen@scheer.law>; Juana Huber <jhuber@aguileragroup.com>
**Subject:** RE: Lubken v. Fred Meyer, et al

Plaintiffs would also like to schedule a Rule 34 inspection of the store and the carts, ideally as soon as possible in light of the news this morning that the store will be closing.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Scott LaSalle <slasalle@aguileragroup.com>
**Sent:** Wednesday, July 23, 2025 2:02 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com; joey.lombino@lombinomartino.com; Jennifer L. Crow <Jen@scheer.law>; Juana Huber <jhuber@aguileragroup.com>
**Subject:** RE: Lubken v. Fred Meyer, et al

Yes.
Please also provide dates for Joe, the CCK manager in charge of the parcels department, as identified by Padilla today.

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Wednesday, July 23, 2025 1:29 PM
**To:** Andrew S. Ulmer <aulmer@pcvalaw.com>; Scott LaSalle <slasalle@aguileragroup.com>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com; joey.lombino@lombinomartino.com; Jennifer L. Crow <Jen@scheer.law>; Juana Huber <jhuber@aguileragroup.com>
**Subject:** Re: Lubken v. Fred Meyer, et al

While we are on this subject, are there additional Fred Meyer store employees you might want to depose down the line?

**SCHEER.LAW PLLC**

**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Wednesday, July 23, 2025 1:18 PM
**To:** Andrew S. Ulmer <aulmer@pcvalaw.com>; Scott LaSalle <slasalle@aguileragroup.com>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; joey.lombino@lombinomartino.com <joey.lombino@lombinomartino.com>; Jennifer L. Crow <Jen@scheer.law>;

Juana Huber <jhuber@aguileragroup.com>
**Subject:** Re: Lubken v. Fred Meyer, et al

Hi Andy,

Assume you mean the "Smittling" Ms. Padilla referenced during her testimony earlier today--just give me some time to track him down and make contact with him and I'll get some dates for you once I do.

As a FIY--the next several weeks are pretty much spoken for in terms of availability. Understand that you are trying to get things scheduled in a timely manner, but I'd appreciate a heads up before setting a date unilaterally just so that I can ensure our office can be available.

Feel free to give me a call if you'd like to discuss in further detail.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Wednesday, July 23, 2025 12:19 PM
**To:** Scott LaSalle <slasalle@aguileragroup.com>; Shannon Bivens <shannon@amkreporting.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; joey.lombino@lombinomartino.com <joey.lombino@lombinomartino.com>; Jennifer L. Crow <Jen@scheer.law>; Ahbra Franco <ahbraf@scheer.law>; Juana Huber <jhuber@aguileragroup.com>
**Subject:** Lubken v. Fred Meyer, et al

Counsel,

Can you provide the deposition availability of Ken "Smittling".

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**