**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>               Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington;<br><br>               Defendants. | NO. 3:24-CV-05811-JCC<br><br>**NOTICE OF CR 34 INSPECTION OF FRED MEYER** |

**TO:**       **DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER CO.**

**AND TO:**   **ALL COUNSEL OF RECORD**

     YOU, AND EACH OF YOU will please take notice that Plaintiff requests a CR 34

Inspection of Fred Meyer, to be conducted at the location, date and time, as set forth below:

     **NAME:**     **Inspection of Fred Meyer (including the inside of the building, the parking lot, the shopping carts on property, and the video surveillance system)**

     **DATE:**      **October 2, 2025**

NOTICE OF CR 34 INSPECTION OF FRED MEYER

Page 1

**PFAU COCHRAN**
**VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**TIME:** **10:00am**

**PLACE:** **Fred Meyer**
**4505 S 19th Street**
**Tacoma, WA 98405**

Plaintiff intends to inspect the entire premises of the Fred Meyer store, including its parking lot, the interior, the shopping carts on the premises (including physically testing the carts), the Gatekeeper technology on the premises (including physically inspecting such technology), and the surveillance system on location (including the computer system and monitors using such security surveillance system). A photographic and videographic record of the inspection shall be made at the expense of the noting party.

SIGNED this 22nd day of August, 2025.

PFAU COCHRAN VERTETIS AMALA PLLC

By /s/ Darrell L. Cochran
Darrell L. Cochran, WSBA No. 22851
Andrew S. Ulmer, WSBA No. 51227
Alexander G. Dietz, WSBA No. 54842
*Attorneys for Plaintiffs*

NOTICE OF CR 34 INSPECTION OF FRED MEYER

Page 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**CERTIFICATE OF SERVICE**

I, **Jessica Meadows**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I served via **Email**, by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
*Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.*

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
*Counsel for Defendant Gatekeeper Systems, Inc*

DATED this 22nd day of August, 2025.

/s/ Jessica Meadows
Jessica Meadows
Paralegal

NOTICE OF CR 34 INSPECTION OF FRED MEYER

Page 3

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654