**Outlook**

---

### RE: Lubken v Kroger, et al.

---

**From**  Jennifer L. Crow <Jen@scheer.law>

**Date**  Fri 8/22/2025 3:23 PM

**To**  Jessica Meadows <jmeadows@pcvalaw.com>; Ahbra Franco <ahbraf@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>

**Cc**  Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>

Counsel,

Please advise when we can confer on your inspection.  We need to discuss physical parameters and the proposed time.

## SCHEER.LAW PLLC
### WA|OR|ID|AK|MT

## Jennifer Crow
### Managing Partner

**D** 503.446.1767 **M** 503.267.6534 **E** jen@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Jessica Meadows <jmeadows@pcvalaw.com>
**Sent:** Friday, August 22, 2025 12:47 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com; jhuber@aguileragroup.com; alg@aguileragroup.com
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Please see attached Subpoena and Notice of Deposition to Ken Smittling, as well as a Notice of CR 34 Inspection of Fred Meyer.

Thank you,
Jessica

**Jessica Meadows**

Paralegal

**p:** (253) 948-0210
**e:** jmeadows@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

This message and the documents attached to it, if any, contains confidential information from PFAU COCHRAN VERTETIS AMALA PLLC and is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL under applicable law, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify me immediately at (253) 948-0210.