**Outlook**

## Re: Lubken v Kroger, et al.

| | |
|---|---|
| **From** | Ahbra Franco <ahbraf@scheer.law> |
| **Date** | Fri 9/5/2025 5:35 PM |
| **To** | Andrew S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com> |
| **Cc** | Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com> |

🔗 1 attachment (170 KB)
2024.12.11 - Plfs Initial Disclosures.pdf;

Thank you, Andy.

Confirming that we will provide you with date options for an inspection, and that at this time the options provided pertain to inspection of carts and cart areas of the store <u>only</u>. Inspection of restricted areas is a separate conversation entirely as it will require additional conversations and likely intervention from the Court.

Please update your disclosure to include the experts you referenced during our call who you intend to review camera systems. Apologies if this is something you've already done; the only previous disclosure I was able to find is attached.

Just a reminder that we also discussed the possibility the deposition of Ken Smittling will need to be rescheduled, as we are still attempting to establish contact with him.

Thanks.

## SCHEER.LAW PLLC
**WA|OR|ID|AK|MT**

## Ahbra Franco
**Associate Attorney**

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, September 5, 2025 4:32 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows

<jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com
<slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>;
alg@aguileragroup.com <alg@aguileragroup.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger
<khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey
Lombino <joey.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra,

I am just following up on our phone call today. I indicated that the inspection will not go forward on the
date indicated on the subpoena and that we will need to get new dates/times. You indicated that your
client would like to hold the store inspection before business hours. Please let us know what times/dates
work on your end.

You mentioned that your client would not agree to an inspection of restricted sections of the store as
there are not shopping carts stored in those areas. I indicated that my experts would like to inspect the
store's security camera system. You previewed that your client is not going to agree to that portion of the
inspection.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Friday, September 5, 2025 1:56 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows
<jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com;
jhuber@aguileragroup.com; alg@aguileragroup.com
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger
<khedger@pcvalaw.com>; j.lombino@lombinomartino.com; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Counsel,

Following up here as we did not hear from you yesterday as we had expected to. It's always my goal to
limit court intervention, but frankly, we have made an effort to find a collaborative solution for this
outstanding issue by providing several openings for conferral.

Understand that you are in trial right now, which is why we have opted to yet again give you another
opportunity to confer on the issue over moving for a protective order today. If conferral does not take

place before 5pm today, we will move forward with a protective order first thing Monday.

Thanks,

**SCHEER.LAW PLLC**

**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** ahbraf@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, September 2, 2025 2:12 PM
**To:** Andrew S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Appreciate the response. I am available for a call on 9/4 any time prior to 1:00 pm.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** ahbraf@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, August 29, 2025 3:04 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra, I'm in trial but can do a call on 9/4? We can work on the date/time so I don't think a motion for PO is necessary.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Friday, August 29, 2025 3:02 PM
**To:** Jennifer L. Crow <Jen@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com; jhuber@aguileragroup.com; alg@aguileragroup.com
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andy S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Counsel,

Following up on the attached email and the request below to schedule a conferral.

Again, we are happy to work with you to coordinate a store inspection, however the parameters need to be discussed, and the timing has to be such that the inspection will not interfere with store operations.

If we do not hear back from you by the end of the day on Tuesday September 2, we will seek a protective order.

Thank you,

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** ahbraf@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Jennifer L. Crow <Jen@scheer.law>
**Sent:** Friday, August 22, 2025 3:23 PM
**To:** Jessica Meadows <jmeadows@pcvalaw.com>; Ahbra Franco <ahbraf@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz

<adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Counsel,

Please advise when we can confer on your inspection.  We need to discuss physical parameters and the proposed time.

## SCHEER.LAW PLLC
## WA|OR|ID|AK|MT

## Jennifer Crow
## Managing Partner

**D** 503.446.1767 **M** 503.267.6534 **E** jen@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Jessica Meadows <jmeadows@pcvalaw.com>
**Sent:** Friday, August 22, 2025 12:47 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; slasalle@aguileragroup.com; jhuber@aguileragroup.com; alg@aguileragroup.com
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; j.lombino@lombinomartino.com; Joey Lombino <joey.lombino@lombinomartino.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Please see attached Subpoena and Notice of Deposition to Ken Smittling, as well as a Notice of CR 34 Inspection of Fred Meyer.

Thank you,
Jessica

**Jessica Meadows**
Paralegal

**p:** (253) 948-0210
**e:** jmeadows@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

This message and the documents attached to it, if any, contains confidential information from PFAU COCHRAN VERTETIS AMALA PLLC and is intended only for the use of the addressee and may contain

information that is PRIVILEGED and CONFIDENTIAL under applicable law, and/or may contain ATTORNEY
WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of
this communication is strictly prohibited. If you have received this communication in error, please delete
all electronic copies of this message and its attachments, destroy any hard copies you may have created
and notify me immediately at (253) 948-0210.