UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>Defendants. | NO. 3:24-CV-05811-JCC<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

**TO:**        **CLERK OF COURT**

**AND TO:**    **ALL COUNSEL OF RECORD**

PLEASE BE ADVISED that Ahbra Franco of Scheer.Law PLLC hereby appears as counsel for Defendants Fred Meyer Stores, Inc. and The Kroger Co. in association with Jennifer L. Crow of Scheer.Law PLLC.

All further notices and pleadings in the matter, except original process, should be served upon the following:

//

NOTICE OF ASSOCIATION OF
COUNSEL – PAGE 1

Jennifer L. Crow
Ahbra Franco
701 Fifth Avenue, Suite 3860
Seattle, WA 98104
jen@scheer.law
ahbraf@scheer.law

DATED this 3rd day of October 2025.

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
*/s/ Ahbra Franco*
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Ahbra Franco, WSBA No. 60860
ahbraf@scheer.law
Attorneys for Defendants Fred Meyer
Stores, Inc., and The Kroger Co.

NOTICE OF ASSOCIATION OF
COUNSEL – PAGE 2

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS | | |
|---|---|---|---|
| **CO/ Plaintiffs**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Defendant Gatekeeper System, Inc.**<br>Scott LaSalle<br>Juana Huber<br>The Aguilera Law Group, APLC<br>100 N. Howard Street, #6703<br>Spokane, WA 99201<br>slasalle@aguileragroup.com<br>jhuber@aguileragroup.com | ☒ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via E-Service**<br>☐ **Via Process Server** | | |

NOTICE OF ASSOCIATION OF
COUNSEL – PAGE 3

DATED this 3rd day of October 2025 at Seattle, Washington.

*/s/ Schuyler Todd*
Schuyler Todd, Legal Assistant
schuylert@scheer.law

NOTICE OF ASSOCIATION OF
COUNSEL – PAGE 4