

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEAN LUBKEN et al.,

　　　　　　　　　　　Plaintiff(s),

　　　　　v.

FRED MEYER STORES INC et al.,

　　　　　　　　　　　Defendant(s).

CASE NO.
3:24–cv–05811–JCC

CIVIL TRIAL SCHEDULING ORDER

Pursuant to the parties' joint status report, the Court hereby sets this case for trial and orders the following case management schedule:

6 Day Jury Trial is set for September 14, 2026 at 09:00 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour. Pleading amendment/3rd pty action due by December 10, 2025, Discovery completed by May 18, 2026, 39.1 mediation to be completed by June 1, 2026, Dispositive motions due by June 15, 2026, Motions in Limine due by September 4, 2026, Pretrial Order due by September 4, 2026, Proposed verdict forms, voir dire and jury instructions due by September 8, 2026, Trial briefs to be submitted by September 10, 2026. All discovery, including expert disclosures and all fact and expert depositions, must be completed by the discovery cutoff date.

The parties must review and abide by the Court's Chambers Procedures, located at https://www.wawd.uscourts.gov/judges/coughenour–procedures which contain additional requirements and pretrial deadlines.

CIVIL TRIAL SCHEDULING ORDER – Page 1

Counsel are advised that this case is one of several cases set for the week described above. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel are directed to contact Courtroom Deputy Kadya Peter at kadya_peter@wawd.uscourts.gov two to four weeks in advance of the trial date to inquire about the Court's calendar.

Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the new A/V equipment now available in the courtroom. Contact the Courtroom Deputy to schedule an in–person training and technology check session.

DATED the 9th of October 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

CIVIL TRIAL SCHEDULING ORDER – Page 2