UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, | NO. 3:24-CV-05811-JCC |
| Plaintiff, | DECLARATION OF JOSEPH GRAY WELSH |
| v. | |
| FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington, | |
| Defendants. | |

DECLARATION OF JOSEPH GRAY WELSH – PAGE 1

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, JOSEPH GRAY WELSH, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge.

2.      I was retained as an expert witness in this matter by counsel for Plaintiffs.  I offer this declaration based upon my experience and specialized knowledge in the area of retail grocery operations, safety, and review of the materials provided to date.

3.      My professional experience is in business and retail operations.  I primarily work on consulting and advising retail grocery stores and related businesses of varying formats and related entities, including food and non-food related entities, apparel, hardware, lawn, crafts, and garden centers including exterior retail operations across the United States and abroad.  I have a four-year bachelor's degree in accounting and extensive professional education, training, as well as a career of 47-years in the best practices and policies of various retail stores, food and non-food operations, fuel centers, department stores and large, big-box retail establishments.

4.      I have many years of experience in operational science, operations of various retail and wholesale stores, markets, big-box establishments, food and non-food formats, and loss prevention, including standard of care issues relating to vendor safety. I have evaluated, consulted, owned, operated, reviewed, and/or built more than 900 stores over my career.

5.      My education, training, and experience include designing and building retail blueprints, merchandising plans, stocking schedules, receiving and backroom techniques, risk assessment, loss prevention and shopper safety, associate safety, vendor safety, training in varying environments, facilities, types of stores, and best practices.

DECLARATION OF JOSEPH GRAY WELSH – PAGE 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

6.    I am employed by Joseph Welsh Consulting, LLC as a Retail Operations Expert, among other duties. I have been engaged to offer my opinions in the form of this affidavit, based on the materials provided to me thus far. Aside from my fee to review the materials, write this affidavit, possibly provide testimony either by deposition, trial, or both, based on the materials, applicable standards and my education and 47 years of experience, I have no financial interest in the outcome of this matter.

7.    As a Retail Operations Expert, I am called upon to analyze, interpret, consult, troubleshoot, advise, amend, report, or build safe operations-which includes stocking practices, receiving practices, equipment operations and maintenance, front-end customer processing, packaging, merchandising, loss prevention, shopper and associate safety guidelines, and other duties as well as bring awareness of potential harm of bad practices to those who employ me. Throughout my career, I have been called and hired in multiple litigation matters, in the last many years.

8.    In my field, experience, and employment, I have been charged with the responsibility to protect health, safety, and welfare of the general public, and trained in the art, technology, and science of retail layouts, operational procedures, equipment operation and maintenance, merchandising plans, order processing (stocking) and best practices on the store front-end(s), back room, sales floors, and the best practices of general retailing. My extensive "in the field" experience and retailing acumen qualify me to examine and opine to the facts in this case, any best or bad practices in this case, and address the standard of care that maintains safe shopping experiences, associate safety, and third-party vendor safety.

DECLARATION OF JOSEPH GRAY WELSH – PAGE 3



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

9.      I have reviewed the provided items regarding this matter from the parties, to date, including and understand that there may be more materials to review, as the matter matures or progresses.  I do not know the parties personally.  The records I have reviewed include:

    a.   The complaint and Defendants' answers thereto;

    b.   The parties' responses to interrogatories and requests for production, including files and documents produced by the parties;

    c.   Deposition transcripts (with exhibits) of Jean Lubken, William Lubken, and Angela Padilla;

    d.   The parties' initial disclosures;

    e.   Defendants' Motion for Protective Order.

10.     Based on my experience in large format stores, big-box operations, and "supercenter" type stores, camera systems/security systems are large, robust, and cover the entire premises. Each store or operations wants footage and coverage of all areas in the store to provide full and true accident reporting, stop theft or common "shrink", monitor employees and their performance, and study shopping patterns and behavior.  These goals are only accomplished by a multi-camera system, that includes all areas of the store, including the back dock area behind the store, and of course the parking lot.  Many systems have further integration into the POS (Point of Sale or Cash Registers) system for cashier monitoring (for honesty or training), the customer checkout experience, and continuous improvement.

11.     The parking lot is always covered by security cameras and footage sequestered to prevent fraudulent liability claims, other premises liability issues, possible shoplifting matters-or car wrecks.  Modern stores, large big-box supermarkets, and other multi-unit retailers as a part of

DECLARATION OF JOSEPH GRAY WELSH – PAGE 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

their "Best Practices" can follow a customer from the time they leave their car, enter the store, while they shop, at the checkout area, and their return to their car and departure from the premises.

12. For the Fred Meyer store in question in this case, I would expect multiple interior security cameras to be located throughout the store, more than just three cameras, which should have created footage subject to preservation.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, 28 U.S.C. 1746, THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 10th day of October, 2025.

By: _____
JOSEPH GRAY WELSH

DECLARATION OF JOSEPH GRAY WELSH – PAGE 5



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, Katie Hedger, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

*Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.*

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

*Counsel for Defendant Gatekeeper Systems, Inc.*

DATED this 10th day of October, 2025.

/s/ Katie Hedger
Katie Hedger
Legal Assistant

DECLARATION OF JOSEPH GRAY WELSH – PAGE 6

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654