UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

Defendants.

NO. 3:24-CV-05811-JCC

DEFENDANTS FRED MEYER STORES, INC., AND KROGER'S ANSWER TO COMPLAINT FOR DAMAGES

COMES NOW Defendants Fred Meyer Stores, Inc., and The Kroger Co., by and through their attorneys of record Jennifer L. Crow and Ahbra Franco of Scheer.Law PLLC, and hereby answer Plaintiff's Complaint for Damages. Any allegation not expressly admitted or denied is denied.

//

//

DEFENDANTS FRED MEYER STORES, INC., AND KROGER'S ANSWER TO COMPLAINT FOR DAMAGES – PAGE 1

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

## ANSWER TO PLAINTIFFS' COMPLAINT

### I.    INTRODUCTION

1.1    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of this paragraph and therefore deny the same.

1.2    Defendants admit that Fred Meyer Stores, Inc., and The Kroger Co., are foreign corporations doing business in the State of Washington in operating a store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

1.3    Defendants admit that patrons and customers have an option to use shopping carts while shopping in the store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

1.4    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of this paragraph and therefore deny the same.

1.5    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of this paragraph and therefore deny the same.

1.6    This paragraph states a legal conclusion that does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

//

//

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 2

## II.    PARTIES

2.1    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of this paragraph and therefore deny the same.

2.2    Defendants admit that Fred Meyer Stores, Inc., is an Ohio corporation doing business in the State of Washington in operating a store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

2.3    Defendants admit that The Kroger Co. is an Ohio corporation doing business in the State of Washington in operating a store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

2.4    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of this paragraph and therefore deny the same.

## III.    JURISDICTION

3.1    Defendants deny that the Superior Court of Pierce County has universal original jurisdiction over this lawsuit.

3.2    Defendants deny that jurisdiction is proper under RCW 2.08.010.

3.3    This paragraph states a legal conclusion that does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

## IV.    VENUE

4.1    This paragraph states a legal conclusion that does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

//

//

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 3

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

## V.    FACTS

5.1     Defendants admit that Fred Meyer Stores, Inc., and The Kroger Co., are foreign corporations doing business in the State of Washington in operating a store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

5.2     Defendants admit that patrons and customers have an option to use shopping carts while shopping in the store located at 4505 S. 19th Street, Tacoma, Washington, 98405. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

5.3     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny the same.

5.4     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny the same.

5.5     Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny the same.

5.6     This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

//

//

//

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 4

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

## VI.    CAUSES OF ACTION

### A.  Washington Common Law – Negligence, Gross Negligence, and Premises Liability (As to Defendants)

6.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

6.2    Defendants deny the allegations in this paragraph.

6.3    Defendants deny the allegations in this paragraph.

6.4    Defendants deny the allegations in this paragraph.

6.5    Defendants deny the allegations in this paragraph.

### B.  Products Liability – RCW 7.72.030 (As to Defendant Gatekeeper)

7.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

7.2    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.3    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.4    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.5    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.6    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.7    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

7.8    Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph regarding Defendant Gatekeeper, and therefore deny the same. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of any remaining allegations in this paragraph and therefore deny the same.

## C. Products Liability – RCW 7.72.040 (As to Defendants Kroger and Fred Meyer)

8.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

8.2    Defendants deny the allegations in this paragraph.

8.3    Defendants deny the allegations in this paragraph.

8.4    Defendants deny the allegations in this paragraph.

8.5    Defendants deny the allegations in this paragraph.

8.6    Defendants deny the allegations in this paragraph.

8.7    Defendants deny the allegations in this paragraph.

**D.  Washington Common Law – Loss of Consortium (As to All Defendants)**

9.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

9.2    Defendants deny the allegations in this paragraph.

## VII.    RESERVATION OF RIGHTS

10.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

## VIII.   JURY DEMAND

11.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

## IX.    PRAYER FOR RELIEF

12.1    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

12.2    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

12.3    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

12.4    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

12.5    This paragraph contains no allegations and does not require a response from Defendants. To the extent that an answer is required, Defendants deny the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

HAVING ANSWERED Plaintiff's Complaint, Defendants raise the following affirmative defenses in good faith. Should discovery show that any defense is not warranted, Defendants will consider withdrawing the same.

1.    Plaintiff's action should be dismissed in whole or in part because Plaintiff's alleged damages, if any, may not have been caused by Defendants.

2.    Defendants allege that the injuries and damages suffered, if any, may have been caused in incidents or intervening causes that were not caused by the accident as set forth in the Complaint.

3.    Plaintiff may have failed to mitigate their alleged damages and any recovery should be reduced by that amount.

4.    Plaintiff's damages, if any, may have been caused and/or contributed to by the negligence and/or fault of Plaintiff, thereby barring or reducing Plaintiff's recoverable damages.

5.    Defendants' fault, if any, may not have been the proximate cause of Plaintiff's alleged damages.

6.    Defendants assert all defenses listed in CR 12 insofar as they may be applicable.

## DEFENDANTS' REQUEST FOR RELIEF

HAVING ANSWERED Plaintiff's Complaint and HAVING RAISED AFFIRMATIVE DEFENSES, Defendants request the following relief:

1.    Plaintiff's Complaint be dismissed with prejudice;

2.    An award of Defendants' attorney's fees and costs, as permitted by law or equity; and

3.    Any other relief the Court deems appropriate.

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 8

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

DATED this 15th day of December, 2025.

SCHEER.LAW PLLC


*/s/ Jennifer L. Crow*
*/s/ Ahbra Franco*
Jennifer L. Crow, WSBA. No. 43746
jen@scheer.law
Ahbra Franco, WSBA No. 60860
ahbraf@scheer.law
Attorneys for Defendants Fred Meyer
Stores, Inc., and The Kroger Co.

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS | |
|---|---|---|
| **CO/ Plaintiffs**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | |
| **CO/ Defendant Gatekeeper System, Inc.**<br>Scott LaSalle<br>Juana Huber<br>The Aguilera Law Group, APLC<br>100 N. Howard Street, #6703<br>Spokane, WA 99201<br>slasalle@aguileragroup.com<br>jhuber@aguileragroup.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | |

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 10

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

DATED this 15th day of December 2025 at Seattle, Washington.

/s/ Schuyler Todd
Schuyler Todd, Legal Assistant
schuylert@scheer.law

DEFENDANTS FRED MEYER STORES, INC., AND
KROGER'S ANSWER TO COMPLAINT FOR
DAMAGES – PAGE 11

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070