EXHIBIT - 1

**Wednesday, February 25, 2026 at 12:20:22 Pacific Standard Time**

| | |
|---|---|
| **Subject:** | Re: Lubken v Kroger, et al. |
| **Date:** | Wednesday, December 17, 2025 at 1:46:06 PM Pacific Standard Time |
| **From:** | Darrell L. Cochran |
| **To:** | Ahbra Franco, Andrew S. Ulmer, Katie Hedger, Jennifer L. Crow, Adrienne Kinsey |
| **CC:** | Alexander G. Dietz, Jessica Meadows, Breanna Roebuck, Joey Lombino, j.lombino@lombinomartino.com |
| **Attachments:** | Image.jpeg |

Or, we move to compel.

**Darrell L. Cochran**
Partner



**p:** (253) 777-0798
**e:** darrell@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**



---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Wednesday, December 17, 2025 12:57:34 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Counsel,

We have reviewed our initial responses and your subsequent letter and believe that we have responded to your propounded discovery as required by the civil rules. If you have additional interrogatories for my client, I would encourage you to propound additional discovery.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

1 of 5

**Ahbra Franco**
Associate Attorney

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Monday, December 8, 2025 1:18 PM
**To:** Andrew S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Thanks, that is also my recollection. I'll ask my client about January 12 and follow up with you to confirm.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
Associate Attorney

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Monday, December 8, 2025 1:16 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra,

Thanks for taking my call. We discussed providing us with your Answer and supplemental responses by next Monday. I mentioned that my experts would be available the week of January 12th to hold the inspection and you said you'd check on dates with your client.

2 of 5

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Sunday, December 7, 2025 7:46 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

I'm unavailable at the proposed time. How about 1 pm?

Get Outlook for iOS

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, December 5, 2025 3:46:31 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

In addition to discussing the new date for the inspection you unilaterally cancelled, we would like to schedule a discovery call regarding the supplementation we requested on 11/14 which you represented you would provide by 12/3 (which did not happen). I plan to call you Monday, 12/8 at 10 AM PST.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, November 18, 2025 3:02 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andy S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

Afternoon,

Acknowledging receipt of your letter dated November 14, 2025. Understand that you want supplemental responses by 11/26, but given the proximity to the Thanksgiving holiday, we'd like to request extending the deadline to 12/3.

Happy to jump on a call to discuss alternatives that work for everyone, otherwise, please confirm whether 12/3 is an agreeable deadline.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Katie Hedger <khedger@pcvalaw.com>
**Sent:** Friday, November 14, 2025 4:05 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>;

j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Please see the attached correspondence from Mr. Ulmer.

Thank you,
Katie

**Katie Hedger**
Legal Assistant



**p:** (253) 948-0237
**e:** khedger@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**