UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

                    Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

                    Defendants.

NO. 3:24-CV-05811-JCC

**SUPPLEMENTAL DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RULE 34 INSPECTION, SUPPLEMENTAL DISCOVERY RESPONSES, AND FOR SANCTIONS**

SUPPLEMENTAL DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RULE 34 INSPECTION, SUPPLEMENTAL DISCOVERY RESPONSES, AND FOR SANCTIONS – PAGE 1



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2.    Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the deposition of Plaintiff Jean Lubken dated July 8, 2025.

3.    Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of the deposition of Angela Padilla dated July 23, 2025.

4.    Attached as **Exhibit 3** is a true and correct copy of the claim report submitted by Kroger Defendants to Sedgwick dated December 23, 2023.

5.    Attached as **Exhibit 4** is a true and correct copy of Plaintiffs' Notice of CR 34 Inspection of Fred Meyer dated August 22, 2025.

6.    Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' Amended Notice of CR 34 Inspection of Fred Meyer dated November 4, 2025.

7.    Attached as **Exhibit 6** is a true and correct copy of an email chain between Plaintiffs' counsel and Defense counsel dated between November 14, 2024 and January 22, 2026.

8.    Attached as **Exhibit 7** is a true and correct copy of Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Fred Meyer and Defendant's answers and responses thereto dated March 17, 2025.

9.    Attached as **Exhibit 8** is a true and correct copy of Plaintiffs' request for supplementation of discovery responses dated November 14, 2025.



PEAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

10.    Attached as **Exhibit 9** is a true and correct copy of an email from counsel for Kroger Defendants dated December 17, 2025, indicating that Kroger Defendants will not be supplementing their discovery responses.

11.    Attached as **Exhibit 10** is a true and correct copy of an email to counsel for Kroger Defendants providing an invoice for Dr. Sean Kohles.

12.    Attached as **Exhibit 11** is a true and correct copy of the invoice for Dr. Sean Kohles.

13.    Attached as **Exhibit 12** is a true and correct copy of an email from counsel for Kroger Defendants dated December 3, 2025, unilaterally cancelling the December 10, 2025 site inspection.

14.    I have held Rule 26(i) phone conferences with counsel for Kroger Defendants to discuss the discovery requests at issue in this motion.  Based on Kroger Defendants' refusal to supplement discovery or permit an inspection during reasonable hours, motion practice was necessitated.

15.    On November 6, 2024, United States District Judge Jamal N. Whitehead approved my request for attorney fees in *O.H., et al. v. Secret Harbor*, W.D. Wash. Cause No. 2:23-cv-00060-JNW.  Attached as **Exhibits 13, 14, and 15** are the following: my motion for fees; a declaration in support of my fee rate of $600 per hour; and an order granting this rate and billable time.  As provided in these documents, my rate of $600 per hour was approved by Judge Whitehead as of November 6, 2024.  My hourly rate has since increased to $800 per hour.

16.    I have nearly a decade of experience as a licensed attorney and am a law partner at Pfau Cochran Vertetis Amala PLLC.  I graduated from University of Washington School of

SUPPLEMENTAL DECLARATION OF ANDREW S.
ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO
COMPEL RULE 34 INSPECTION, SUPPLEMENTAL
DISCOVERY RESPONSES, AND FOR SANCTIONS –
PAGE 3



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Law in 2016.  Following law school, I worked as an attorney for a general practice civil litigation firm for approximately one year before serving for approximately three years as a law clerk for King County Superior Court Judge Catherine Shaffer.  I joined Pfau Cochran in 2019.  I have been selected to Thomas Reuters Washington Super Lawyers Rising Stars every year since 2022. During his time at Pfau Cochran, I have worked on complex litigation involving catastrophic injury or death, sexual abuse, product liability, class actions and general serious personal injuries. I have tried many complex civil cases, including multiple cases that went to jury verdict in both federal and state courts and have first-chair experience in trial.  Some representative cases include the following:

a. *Madeleine Garza v. National Railroad Passenger Corporation d/b/a Amtrak*, W.D. Wash. No. 3:18-cv-05106-BHS, $4,500,000 jury verdict in a train derailment civil case.

b. *Sara Bachman-Rhodes v. Cheney School District*, Spokane County Cause No. 21-2-02187-32, $3,000,000 jury verdict in a childhood sex abuse case against a school district, as well as a fee and cost award post-verdict for over $400,000.

c. *M.S., et al v. State of Washington*, Thurston County Cause No. 19-2-06192-34, $16,950,000 settlement after an eight-week jury trial in a childhood sexual abuse case involving a state-licensed group home.

d. *Than Orn et. al v. City of Tacoma et. al.*, W.D. Wash. No. 3:13-cv-05974, $8,000,000 settlement after a seven-day jury trial in an officer involved shooting case.

SUPPLEMENTAL DECLARATION OF ANDREW S.
ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO
COMPEL RULE 34 INSPECTION, SUPPLEMENTAL
DISCOVERY RESPONSES, AND FOR SANCTIONS –
PAGE 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

e.    *Michael Vandivere, et al v. C3 Manufacturing*, King County No. 19-2-27385-2, $6,000,000 total settlement during trial in a product defect case, and secured $287,527.17 in sanctions against the former counsel for the defendant manufacturer for discovery violations. This sanctions award was affirmed on appeal by the Court of Appeals of Washington, Division I. *Vandivere v. Vertical World, Inc.*, 33 Wn. App. 2d 1017 (2024) (*unpublished*).

f.    *Estate of Wallace, et al v. Washington State Department of Corrections*, King County Cause No. 24-2-10781-9 SEA, $5,000,000 total settlement after an eight-day jury trial in a parole supervision case.

g.    *T.V. v. State of Washington*, Pierce County Superior Court Cause No. 21-2-06819-9, $1,500,000 settlement after an eleven-day jury trial in a childhood abuse case involving a state-licensed group home.

h.    *C.B. v. Black Hills Football Club, et al.*, Thurston County Cause No. 18-2-02416-34, $7,500,000 settlement in a case involving coach-player abuse in a youth soccer organization.

i.    *R.K. et al v. Kiwanis International et. al*, Pierce County Cause No. 18-2-13370-5, $6,000,000 settlement in a case against a nonprofit that sponsored a group home.

j.    *T.M. v. United States Bowling Congress*, et al., King County Cause No. 18-2-56563-4 SEA, $6,000,000 settlement in a case involving coach-player abuse.

k.    *S.K. et al v. Secret Harbor et. al*, Skagit County Cause No. 22-2-00252-29, $10,000,000 settlement in a case involving childhood abuse in a group home.

SUPPLEMENTAL DECLARATION OF ANDREW S.
ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO
COMPEL RULE 34 INSPECTION, SUPPLEMENTAL
DISCOVERY RESPONSES, AND FOR SANCTIONS –
PAGE 5



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

l.      *J.S. et al v. Secret Harbor et. al*, Skagit County Cause No. 18-2-01384-29, $4,000,000 settlement in a case involving childhood abuse in a group home.

m.      *Maria Joyner v. Aberdeen School District No. 5, et. al.*, Snohomish County Cause No. 19-2-01675-31, $2,000,000 settlement in a case against a school district involving teacher-student abuse allegations.

n.      *J.L. v. United States Bowling Congress, Inc. et. al*, King County Cause No. 19-2-15185-4, $750,000 settlement in a case involving coach-player sexual harassment.

o.      *Mary Sanchez v. Aberdeen School District No. 5, et al.*, W.D. Wash. No. 3:21-cv-05236-RAJ, $750,000 settlement in a case involving teacher-student harassment claims.

17.      Since November 6, 2024, my hourly rate has increased to $800, reflecting the prevailing rate for an attorney in this region with my level of experience.  In setting this hourly rate, my firm consulted with attorneys with national reputations, experience and practices like ours.  We determined that the rates we charge are reasonable for attorneys of our experience, reputation and expertise and are consistent with the prevailing market rates for attorneys of comparable levels of expertise and reputation at Seattle-Tacoma area law firms that practice in complex litigation.

18.      I have spent five hours total in drafting Plaintiffs' motion to compel and compiling evidence to support the motion.  Per my hourly rate of $800, the total fee for bringing this motion is $4,000.

//

//

SUPPLEMENTAL DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RULE 34 INSPECTION, SUPPLEMENTAL DISCOVERY RESPONSES, AND FOR SANCTIONS – PAGE 6



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 13th day of March, 2026, in Tacoma, Washington.

By: _____

ANDREW S. ULMER, WSBA No. 51227

SUPPLEMENTAL DECLARATION OF ANDREW S.
ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO
COMPEL RULE 34 INSPECTION, SUPPLEMENTAL
DISCOVERY RESPONSES, AND FOR SANCTIONS –
PAGE 7



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, Mollie Hetlage, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law
***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com
***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 13th day of March, 2026.

/s/ Mollie Hetlage
Mollie Hetlage
Legal Assistant

SUPPLEMENTAL DECLARATION OF ANDREW S.
ULMER IN SUPPORT OF PLAINTIFFS' MOTION TO
COMPEL RULE 34 INSPECTION, SUPPLEMENTAL
DISCOVERY RESPONSES, AND FOR SANCTIONS –
PAGE 8



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654