UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, )
husband and wife and their      )
marital community,              )
                                )
                                )
              Plaintiffs,        )
                                ) CASE No.
                                ) 3:24-cv-05811-SKV
         vs.                     )
                                )
                                )
                                )
FRED MEYER STORES, INC., etc.,  )
et al.,                          )
                                )
                                )
              Defendants.         )
_____)

Remote Deposition via Zoom videoconference of

JEAN LUBKEN, taken on behalf of Defendant Gatekeeper

Systems, Inc., at University Place, Washington,

commencing at 10:04 a.m., Tuesday, July 8, 2025, before

Marivon H. Christine, CSR No. 3735.

Q   So you were still looking for the hand mixer aisle; correct?

A   Yes.

Q   And at some point I understand from your interrogatory responses that the cart stopped; correct?   11:39

A   Abruptly.

Q   What happened when the cart stopped abruptly?

A   When the cart stopped, I continued my motion forward, and it pushed me back because it just -- just because it had stopped.   11:39

So at that point my right foot heel interacted with the cart, and it caused me then to fall to the right side to the floor onto my right side into the side aisle.

Q   Okay.  So when the cart stopped, was it your impression that it had stopped at one of the wheels in the front or the back or it was all together the whole thing?   11:40

A   I'm not a person who's designed to know about shopping carts, but I know that that cart stopped on the spot, and I was jolted.   11:40

Q   Okay.  So it just stopped on the spot, and then you were continuing forward, and you bumped into the handle of the cart?

A   Well, I still had my hands on the cart so that part was attached.  The part I was saying to you about my   11:40

right shoe is that in taking that step forward it was to the right side of the right back wheel, and then I became involved in the fall.

Q   Okay.  Let me make sure I understand exactly what happened here.                                                                     11:41

Earlier you said when the cart stopped, it pushed you back.

A   Yes.

Q   Okay.  Was that you pushing into the back of the cart or did the cart actually push you backward into your                         11:41
stride?

A   Okay.  Let's construct this.

I'm holding on to the cart.  I'm walking in a normal pace.  The cart blocks.  My body motion continues, and then when it stopped, my body motion reversed.  Still                         11:41
holding on to the cart, my right foot proceeded forward, and on the right-hand side of the right back wheel is where the contact with the cart was made, and that is at that point I fell to the right-hand side onto the side aisle.                                                                                  11:42

Q   Okay.  How many steps did you take after the cart stopped?

A   Counting steps was certainly not on my mind.  It was a reflex action that it was, as far as I can recall, the only one before the fall transpired.                                11:42

right shoe is that in taking that step forward it was to the right side of the right back wheel, and then I became involved in the fall.

Q    Okay.  Let me make sure I understand exactly what happened here.        11:41

Earlier you said when the cart stopped, it pushed you back.

A    Yes.

Q    Okay.  Was that you pushing into the back of the cart or did the cart actually push you backward into your stride?        11:41

A    Okay.  Let's construct this.

I'm holding on to the cart.  I'm walking in a normal pace.  The cart blocks.  My body motion continues, and then when it stopped, my body motion reversed.  Still holding on to the cart, my right foot proceeded forward, and on the right-hand side of the right back wheel is where the contact with the cart was made, and that is at that point I fell to the right-hand side onto the side aisle.        11:41    11:42

Q    Okay.  How many steps did you take after the cart stopped?

A    Counting steps was certainly not on my mind.  It was a reflex action that it was, as far as I can recall, the only one before the fall transpired.        11:42

for?

Q    For you to answer.

So other than you experiencing that the cart halted are you aware of any other information that the cart in any way malfunctioned?                                    12:32

MR. ULMER:  Same objection.

Go ahead.

THE WITNESS:  And when we say that, who is to go ahead?

BY MR. LaSALLE:                                                12:32

Q    You.

A    Okay.  That's where I was confused.

What?  The cart did malfunction.  The cart did halt.  The cart did lock.

Q    Other than the cart halting what caused you to       12:33
believe that the cart malfunctioned?

A    Because it locked, and I couldn't move it, and then I had the following fall.

Q    You said you couldn't move the cart?

A    Yes.                                                   12:33

Q    So the cart halted and then you subsequently tried to move it?

A    The cart locked.  As I said before I was pushing the cart forward and it locked.

Q    Right.  The cart came to a halt?                       12:33