The Kroger Co - General Liability

## CONFIDENTIAL

## Incident #4A2312Q4CZ00001

Call Start Date: 12/23/2023
Incident Date: 12/23/2023
Claim Number: 4A2312Q4CZ00001
Claimant Name: Jean Lubken
Caller Name: Angela Padilla
Caller Phone: 253-756-9280
Handling Office: Office Number: 302
Sedgwick Claims Management Services, Inc
P O Box 14452
Lexington KY, 40512-4452
877-957-6437
Client Number: 1978
Loss State: WA

Thank you for reporting this claim to Sedgwick. Below please find a report of the General Liability claim that was recently reported.

Check for a Duplicate Claim

| | |
|---|---|
| Loss Date | Saturday, December 23, 2023 |
| Loss Time | 01:55 PM |
| Reported By | P - Phone |
| Reporter Type | Store Manager |
| Location Lookup | ContractNumber: 1978 |
| | ClientName: The Kroger Co. |
| | AccountNumber: 19780121 |
| | AccountName: M701 Kroger West/Fred Meyer |
| | UnitNumber: R390 |
| | UnitName: TACOMA - STEVENS |
| | Address: 4505 South 19Th |
| | City: Tacoma |
| | State: WA |
| | PostalCode: 98405 |

Country:

## Reporter Information

| | |
|---|---|
| Reported By: | P - Phone |
| Loss Date: | Saturday, December 23, 2023 |
| Loss Time: | 01:55 PM |
| Reporter Type | Store Manager |
| First Name | Angela |
| Last Name | Padilla |
| Work Phone Number | 253-756-9280 Ext. |
| Caller Job Title | Home Store Manager |
| Did This Incident Involve A Prescription Medication? | No |

## Client/Location Information

| | |
|---|---|
| Location Lookup | ContractNumber: 1978 |
| | ClientName: The Kroger Co. |
| | AccountNumber: 19780121 |
| | AccountName: M701 Kroger West/Fred Meyer |
| | UnitNumber: R390 |
| | UnitName: TACOMA - STEVENS |
| | Address: 4505 South 19Th |
| | City: Tacoma |
| | State: WA |
| | PostalCode: 98405 |
| | Country: |
| Is This The Loss Location? | Yes |
| Kroger Notified Date | Saturday, December 23, 2023 |

## Loss Location Information

| | |
|---|---|
| Loss Location Name | TACOMA - STEVENS |
| Address | 4505 South 19Th |
| | Tacoma, WA 98405 |
| | United States of America |
| Phone Number | 2537569280 Ext. |
| Loss Description | The customer was pushing a cart when the wheel locked |

up, causing the customer to fall. The customer fell on her right hip and the cart fell on top of the customer. The customer has pain in her right hip joint, neck, and right hand. It is unknown if the customer sustained any injuries. The customer did not seek medical treatment.

| | |
|---|---|
| Source Code | All Miscellaneous, Nec (Not Elsewhere Classified) |
| Kroger Detail Source Code | Cart: Baskarts |
| Department Of Incident | 01GROCERY |
| Responsible Department | 01GROCERY |
| Specific Location Of Incident | Othergroc |
| Date Reported To Sedgwick | Saturday, December 23, 2023 |
| Time Reported To Sedgwick | 05:16 PM |
| Did Police Or Emergency Services Respond? | No |

## Property/Injured Parties Involved

### Property Summary

No records.

### Injured Party Summary

Injured Party Involved 0

| | |
|---|---|
| Other Injured Party Type | Customer |
| First Name | Jean |
| Last Name | Lubken |
| Address | 5802 80TH AVENUE CT W<br>UNIVERSITY PL, WA 98467<br>United States of America |
| Work Phone Number | |

| | |
|---|---|
| Home Phone Number | 253-565-6014 |
| Cell Phone Number | |
| Date Of Birth | Wednesday, May 18, 1949 |
| Age | 74 |
| Injury Description | The customer has pain in her right hip joint, neck, right hand. It is unknown if the customer sustained any injuries. |
| Cause Of Injury | FALL OR SLIP IN OUR BUILDING - 0304 |
| Nature Of Injury | Not Provided/NOC/Insufficient Data - 9999 |
| Body Part | MULTIPLE BODY PARTS - MULTIPLE BODY PARTS - 0090 |
| Escalation Criteria | Non-Escalating Injury |
| Will Customer Seek Medical Treatment? | Unknown |
| First Aid Requested? | No |
| First Aid Given? | No |

No records.

| | |
|---|---|
| Does This Claim Involve A Minor? | No |
| Is The Claimant Represented By An Attorney? | Unknown |

## Injured Party Involved Info

| | |
|---|---|
| Is Injured Party A Minor? | No |

## Kroger Client Specific Information

| | |
|---|---|
| Is There A Third Party Involved Who May Be Responsible? | No |
| Were Pictures Taken? | No |
| Is There Video Of The Actual Incident? | Yes |
| Reason To Suspect Validity Of This Alleged Incident? | No |
| What Type Of Claim Is | BODILY INJURY |

This?

| | |
|---|---|
| Was A Sweep Done Prior To The Incident? | No |
| Is There A Sweep Log That Can Be Sent In? | No |
| What Type Of Shoes Was The Customer Wearing? | sneakers |
| Did The Weather Play A Role In The Incident Taking Place? | No |
| Did We Confirm There Was A Hazard On The Ground That Caused The Fall? | No |

## Witness Summary Information

### Witnesses

No records.

## Contact Information

| | |
|---|---|
| Is Contact Same As Caller? | Yes |
| First Name | Angela |
| Last Name | Padilla |
| Work Phone Number | 253-756-9280 Ext. |
| Cell Phone Number | |
| Email Address | angela.padilla@stores.fredmeyer.com |

## Comments/Remarks

| | |
|---|---|
| Comments / Remarks | |
| Is This Claim For Record/Report Only? | No |

PLEASE NOTE: This is a post only e-mail, you cannot use the 'Reply' function. Any attempt to do so will not be received by the sender.