## Andy S. Ulmer

| | |
|---|---|
| **From:** | Andy S. Ulmer |
| **Sent:** | Monday, February 9, 2026 8:12 AM |
| **To:** | Ahbra Franco; Katie Hedger; Jennifer L. Crow; Adrienne Kinsey |
| **Cc:** | Darrell L. Cochran; Alexander G. Dietz; Jessica Meadows; Breanna Roebuck; Joey Lombino; j.lombino@lombinomartino.com |
| **Subject:** | Re: Lubken v Kroger, et al. |

Ahbra,

It's not reasonable to have us conduct an inspection at midnight. I have done countless Rule 34 inspections at a company's place of business during business hours and have not received as much resistance as you are giving. It sounds like we're going to need court intervention once again because your client doesn't want to comply with the rule. We'll need to file a motion and postpone the inspection scheduled for next week. We'll aim for March 30.

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Thursday, January 22, 2026 4:30:18 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

The timing of the inspection has been discussed with you on multiple occasions. We have made clear from the outset that an inspection during our client's normal business hours is not feasible because it would materially disrupt ongoing operations. Despite repeated discussions, you never proposed any reasonable alternative timing or accommodation.

1

The Court's denial of our prior motion for protective order addressed only whether good cause existed to limit the scope of the inspection. The ruling neither addresses nor authorizes an inspection at any time of your choosing, and it does not relieve you of your obligation to reasonably coordinate scheduling.

An inspection is not a deposition or trial, and the assertion that our client must simply "take time off of work" ignores the well-established requirement that discovery be conducted in a manner that minimizes undue burden and disruption to a party's business. You have offered no explanation for why your experts cannot travel outside of business hours, and you have not articulated how forcing a 9:00 a.m. inspection during operating hours is reasonable or necessary.

We remain willing to cooperate and facilitate the inspection at a mutually reasonable time that does not interfere with normal business operations. If you intend to proceed unilaterally with a 9:00 a.m. inspection despite our objections and without proposing alternatives, we will address this with the Court and seek appropriate relief.

Thanks.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**D** 206.666.3075 **M** 206.295.8271
**E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Date:** Thursday, January 22, 2026 at 10:20 AM
**To:** Ahbra Franco <ahbraf@scheer.law>, Katie Hedger <khedger@pcvalaw.com>, Jennifer L. Crow <Jen@scheer.law>, Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>, Alexander G. Dietz <adietz@pcvalaw.com>, Jessica Meadows <jmeadows@pcvalaw.com>, Breanna Roebuck <broebuck@pcvalaw.com>, Joey Lombino <joey.lombino@lombinomartino.com>, j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Conducting an inspection outside of your client's business hours does not work for my experts due to travel limitations, so we will have to proceed with the inspection at 9 am. A party needs to comply with this court proceeding, including taking time off of work to sit for a deposition or trial, and accommodate an inspection regardless of preferential business hours. We also do not understand how our inspection prevents your client from operating its business in normal fashion.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, January 20, 2026 1:56 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Appreciate the follow up—I just got back from China and was having difficulty receiving/responding to emails.

The inspection needs to take place outside of store hours, which are from 6 am to 10 pm. Thanks.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**D** 206.666.3075 **M** 206.295.8271
**E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Date:** Monday, January 12, 2026 at 10:10 AM
**To:** Ahbra Franco <ahbraf@scheer.law>, Katie Hedger <khedger@pcvalaw.com>, Jennifer L. Crow <Jen@scheer.law>, Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>, Alexander G. Dietz <adietz@pcvalaw.com>, Jessica Meadows <jmeadows@pcvalaw.com>, Breanna Roebuck <broebuck@pcvalaw.com>, Joey Lombino <joey.lombino@lombinomartino.com>, j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra, just following up: 9 am work on your client's end for a start time for the inspection?

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, January 9, 2026 7:33 AM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

We'll confirm on our end. 9 am start?

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Thursday, January 8, 2026 4:20:30 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Re: Lubken v Kroger, et al.

Confirmed that Feb. 16 works for the store. Thanks Andy.

Get Outlook for iOS

**From:** Andy S. Ulmer <<u>aulmer@pcvalaw.com</u>>
**Sent:** Monday, January 5, 2026 4:56:47 AM
**To:** Ahbra Franco <<u>ahbraf@scheer.law</u>>; Katie Hedger <<u>khedger@pcvalaw.com</u>>; Jennifer L. Crow <<u>Jen@scheer.law</u>>; Adrienne Kinsey <<u>adriennek@scheer.law</u>>
**Cc:** Darrell L. Cochran <<u>darrell@pcvalaw.com</u>>; Alexander G. Dietz <<u>adietz@pcvalaw.com</u>>; Jessica Meadows <<u>jmeadows@pcvalaw.com</u>>; Breanna Roebuck <<u>broebuck@pcvalaw.com</u>>; Joey Lombino <<u>joey.lombino@lombinomartino.com</u>>; <u>j.lombino@lombinomartino.com</u> <<u>j.lombino@lombinomartino.com</u>>
**Subject:** RE: Lubken v Kroger, et al.

Not anymore. What about February 16?

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** <u>aulmer@pcvalaw.com</u>

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**<u>www.pcva.law</u>**

**From:** Ahbra Franco <<u>ahbraf@scheer.law</u>>
**Sent:** Tuesday, December 30, 2025 2:58 PM
**To:** Andy S. Ulmer <<u>aulmer@pcvalaw.com</u>>; Katie Hedger <<u>khedger@pcvalaw.com</u>>; Jennifer L. Crow <<u>Jen@scheer.law</u>>; Adrienne Kinsey <<u>adriennek@scheer.law</u>>
**Cc:** Darrell L. Cochran <<u>darrell@pcvalaw.com</u>>; Alexander G. Dietz <<u>adietz@pcvalaw.com</u>>; Jessica Meadows <<u>jmeadows@pcvalaw.com</u>>; Breanna Roebuck <<u>broebuck@pcvalaw.com</u>>; Joey Lombino <<u>joey.lombino@lombinomartino.com</u>>; <u>j.lombino@lombinomartino.com</u>
**Subject:** Re: Lubken v Kroger, et al.

Store manager has advised that 1/16 works on their end. Does that still work for your expert?

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**D** 206.666.3075 **M** 206.295.8271
**E** **<u>ahbraf@scheer.law</u>**
**<u>WWW.SCHEER.LAW</u>**

**From:** Andy S. Ulmer <<u>aulmer@pcvalaw.com</u>>
**Date:** Monday, December 8, 2025 at 3:06 PM
**To:** Ahbra Franco <<u>ahbraf@scheer.law</u>>, Katie Hedger <<u>khedger@pcvalaw.com</u>>, Jennifer L. Crow <<u>Jen@scheer.law</u>>, Adrienne Kinsey <<u>adriennek@scheer.law</u>>

**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>, Alexander G. Dietz <adietz@pcvalaw.com>, Jessica Meadows <jmeadows@pcvalaw.com>, Breanna Roebuck <broebuck@pcvalaw.com>, Joey Lombino <joey.lombino@lombinomartino.com>, j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Just an update: one of my experts can do any day the week of 1/12 but just not 1/12 itself (so 1/13, 1/14, etc.)

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Monday, December 8, 2025 1:18 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

Thanks, that is also my recollection. I'll ask my client about January 12 and follow up with you to confirm.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E ahbraf@scheer.law**

**WWW.SCHEER.LAW**

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Monday, December 8, 2025 1:16 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows

<jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra,

Thanks for taking my call. We discussed providing us with your Answer and supplemental responses by next Monday. I mentioned that my experts would be available the week of January 12th to hold the inspection and you said you'd check on dates with your client.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Sunday, December 7, 2025 7:46 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

I'm unavailable at the proposed time. How about 1 pm?

Get Outlook for iOS

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, December 5, 2025 3:46:31 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

In addition to discussing the new date for the inspection you unilaterally cancelled, we would like to schedule a discovery call regarding the supplementation we requested on 11/14 which you represented you would provide by 12/3 (which did not happen). I plan to call you Monday, 12/8 at 10 AM PST.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, November 18, 2025 3:02 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andy S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

Afternoon,

Acknowledging receipt of your letter dated November 14, 2025. Understand that you want supplemental responses by 11/26, but given the proximity to the Thanksgiving holiday, we'd like to request extending the deadline to 12/3.

Happy to jump on a call to discuss alternatives that work for everyone, otherwise, please confirm whether 12/3 is an agreeable deadline.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Katie Hedger <khedger@pcvalaw.com>
**Sent:** Friday, November 14, 2025 4:05 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Please see the attached correspondence from Mr. Ulmer.

Thank you,
Katie


**Katie Hedger**

Legal Assistant



**p:** (253) 948-0237
**e:** [khedger@pcvalaw.com](mailto:khedger@pcvalaw.com)


**Pfau Cochran Vertetis Amala PLLC**

909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**


**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com


**Pfau Cochran Vertetis Amala PLLC**

909 A Street, Suite 700,
Tacoma, WA 98402
**www.pcva.law**

This message and the documents attached to it, if any, contains confidential information from PFAU COCHRAN VERTETIS AMALA PLLC and is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL under applicable law, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify me immediately at (253) 948-0232.