## Andy S. Ulmer

| | |
|---|---|
| **From:** | Andy S. Ulmer |
| **Sent:** | Wednesday, December 10, 2025 3:02 PM |
| **To:** | 'Ahbra Franco'; Jennifer L. Crow; Adrienne Kinsey |
| **Cc:** | Darrell L. Cochran; Alexander G. Dietz; Katie Hedger; Jessica Meadows; Breanna Roebuck; Joey Lombino; j.lombino@lombinomartino.com |
| **Subject:** | RE: Lubken v Kroger, et al. |
| **Attachments:** | KohlesInvoice Lubken 12-3-25.pdf; KohlesBioCor W9 SCorpSigned.pdf |

Counsel,

I attached an invoice for $4,000 from our expert for a cancellation fee due to the unilateral cancellation of our inspection. Please remit payment to his office at: 4520 Meares Avenue NW, Tillamook, Oregon, USA 97141. I also attached the W9.

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Monday, December 8, 2025 1:18 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

Thanks, that is also my recollection. I'll ask my client about January 12 and follow up with you to confirm.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
Associate Attorney

M 206.666.3075 E **ahbraf@scheer.law**

**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Monday, December 8, 2025 1:16 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

Ahbra,

Thanks for taking my call. We discussed providing us with your Answer and supplemental responses by next Monday. I mentioned that my experts would be available the week of January 12th to hold the inspection and you said you'd check on dates with your client.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Sunday, December 7, 2025 7:46 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

I'm unavailable at the proposed time. How about 1 pm?

Get Outlook for iOS

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Friday, December 5, 2025 3:46:31 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** RE: Lubken v Kroger, et al.

In addition to discussing the new date for the inspection you unilaterally cancelled, we would like to schedule a discovery call regarding the supplementation we requested on 11/14 which you represented you would provide by 12/3 (which did not happen). I plan to call you Monday, 12/8 at 10 AM PST.

**Andy S. Ulmer**

Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, November 18, 2025 3:02 PM
**To:** Katie Hedger <khedger@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andy S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com
**Subject:** Re: Lubken v Kroger, et al.

Afternoon,

Acknowledging receipt of your letter dated November 14, 2025. Understand that you want supplemental responses by 11/26, but given the proximity to the Thanksgiving holiday, we'd like to request extending the deadline to 12/3.

Happy to jump on a call to discuss alternatives that work for everyone, otherwise, please confirm whether 12/3 is an agreeable deadline.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E** **ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Katie Hedger <khedger@pcvalaw.com>
**Sent:** Friday, November 14, 2025 4:05 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Breanna Roebuck <broebuck@pcvalaw.com>; Joey Lombino <joey.lombino@lombinomartino.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Please see the attached correspondence from Mr. Ulmer.

Thank you,
Katie

**Katie Hedger**
Legal Assistant



**p:** (253) 948-0237
**e:** khedger@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**