# SEAN S. KOHLES, PhD, EIT, FBMES, FAIMBE
## KOHLES BIOENGINEERING CORP
### AN OREGON BENEFIT CORPORATION
**4520 Meares Avenue NW**
**Tillamook, Oregon, USA 97141**
**503-516-7528**
ssk@kohlesbioengineering.com

## INVOICE
**Payable Upon Receipt**

Date:   3 December 2025

Andy S. Ulmer
Pfau Cochran Vertetis Amala PLLC
909 A Street, Suite 700
Tacoma, WA 98402
Phone: (253) 948-0232
Email: aulmer@pcvalaw.com; jmeadows@pcvalaw.com

RE:    Billing for Jean & William Lubken v. Fred Meyer Stores Inc., Gatekeeper Systems Inc. et al.
In the United States District Court, Western Division, Washington
Case # 3:24-CV-05811-SKV

Completed Tasks:
Scheduled and prepared for incident site inspection.

Current Effort:
Cancellation fee: 50% of out-of-town inspection commitment ($8,000/day)   =  **$  4,000**

Please remit a check upon receipt of this Invoice for the Current Effort (**$ 4,000** made out to
Kohles Bioengineering Corp, Tax ID# 33-3065265), and forward it to me at the address above.
Thank you for the opportunity to contribute to this case.

Best regards,

Sean S. Kohles, PhD, EIT, FBMES, FAIMBE