**Andy S. Ulmer**

| | |
|---|---|
| **From:** | Ahbra Franco <ahbraf@scheer.law> |
| **Sent:** | Wednesday, December 3, 2025 10:11 AM |
| **To:** | Andy S. Ulmer; Jennifer L. Crow; Adrienne Kinsey |
| **Cc:** | Darrell L. Cochran; Alexander G. Dietz; j.lombino@lombinomartino.com; Joey Lombino; Katie Hedger; Jessica Meadows; slasalle@aguileragroup.com; jhuber@aguileragroup.com; alg@aguileragroup.com |
| **Subject:** | Re: Lubken v Kroger, et al. |

Morning,

My client just informed me that the store is unable to accommodate an inspection on December 10, so we are working to get other dates for you. In the meantime, please strike the inspection set for December 10.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Tuesday, November 4, 2025 4:20 PM
**To:** Andrew S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>; Katie Hedger <khedger@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>
**Subject:** Re: Lubken v Kroger, et al.

Let's shoot for December 10th , thanks.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**M** 206.666.3075 **E ahbraf@scheer.law**

**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Sent:** Tuesday, November 4, 2025 1:59 PM
**To:** Ahbra Franco <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; j.lombino@lombinomartino.com <j.lombino@lombinomartino.com>; Joey Lombino <joey.lombino@lombinomartino.com>; Katie Hedger <khedger@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; slasalle@aguileragroup.com <slasalle@aguileragroup.com>; jhuber@aguileragroup.com <jhuber@aguileragroup.com>; alg@aguileragroup.com <alg@aguileragroup.com>
**Subject:** Lubken v Kroger, et al.

Counsel,

Plaintiffs request to schedule the inspection of the Fred Meyer store pursuant to Plaintiffs' prior CR 34 notice and the Court's October 17, 2025 order. Plaintiffs request to conduct the inspection during the timeframe of December 9 – 12. Can counsel for Fred Meyer let us know if there is a preference for the date and time for an inspection during that timeframe?

Thanks,


**Andy S. Ulmer**
Partner

---

**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**