THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

O.H., an individual; C.D., an individual,

                    Plaintiffs,

    vs.

SECRET HARBOR, a non-profit corporation,

                    Defendant.

NO. 2:23-cv-00060-JNW

**PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**

**NOTED FOR HEARING: NOVEMBER 27, 2024**

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

No. 2:23-cv-00060-JNW

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

## I.     RELIEF REQUESTED

On October 29, 2024, the Court entered an Order granting Plaintiffs' Motion to Compel and ordering that Secret Harbor pay the reasonable costs incurred by Plaintiffs "for (1) obtaining a court reporter for Secret Harbor's first deposition in this matter, (2) obtaining the transcript for that deposition, and (3) reasonable attorney fees incurred in filing this motion and the corresponding reply brief." Dkt. 173.  In that Order, the Court required Plaintiffs to submit a fee petition to the Court by November 6, 2024. *Id*.  Plaintiffs respectfully submit this motion for approval of the fees and costs awarded by the Court in its October 29, 2024 Order.

In total, Plaintiffs request an award of $1,580.10 in costs and $3,170 in reasonable attorneys' fees incurred in filing the underlying motion and reply.

## II.     RELEVANT FACTS

The Court entered an order on October 28, 2024 awarding Plaintiffs the costs to obtain the FRCP 30(b)(6) deposition and transcript thereof, as well as their fees incurred in bringing the underlying motion to compel.  The costs for the services of a court reporter for the first 30(b)(6) deposition of Secret Harbor in this matter and to obtain a copy of the transcript totaled $1,580.10. Declaration of Darrell L. Cochran in Support of Plaintiffs' Motion for Attorney Fees and Costs ("Cochran Decl"), ¶ 3, Ex. A.

The reasonable attorney fee time incurred in preparing the motion to compel and supporting reply brief is $3,170.  Cochran Decl., ¶ 4.  This fee amount arises from the work done on the motion and reply brief by three attorneys, including Darrell Cochran, Andrew Ulmer, and Alexander Dietz. *Id*.  All attorneys at the Pfau Cochran law firm maintain contemporaneous time records reflecting the time spent on this and other matters. *Id*.  Plaintiffs' counsel kept contemporaneous records documenting in detail all time spent on this matter, including all time spent on the briefing for

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Page 1 | No. 2:23-cv-00060-JNW

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

Plaintiffs' motion to compel and supporting reply. *Id*. The breakdown of Plaintiffs' fee request is based on the contemporaneous records kept by Plaintiffs' counsel which reflect the following time and rates for each attorney:

| Timekeeper | Hourly Rate | Billable Hours | Billable Fees |
|---|---|---|---|
| Darrell L. Cochran | $900 | 0.5 | $450.00 |
| Andrew S. Ulmer | $600 | 1.2 | $720.00 |
| Alexander G. Dietz | $500 | 4.0 | $2,000.00 |
| **TOTAL** | | **5.7** | **$3,170.00** |

Cochran Decl., ¶ 5. The reasonableness of the rates set forth above are based on the experience and skill level of the attorneys and the market rates for attorneys with comparable levels of expertise and reputation in the Seattle area. Cochran Decl., ¶ 6.

### III.   EVIDENCE RELIED UPON

This motion relies upon the Declaration of Darrell L. Cochran, and attached exhibits, as well as the existing file on record.

### IV.   LEGAL ARGUMENT

The Court should calculate the award of attorney fees using the lodestar method, i.e. by multiplying the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate. *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973, 978 (9th Cir. 2008). When determining the reasonable hourly rate, the relevant community is the forum in which the district court sits—the Western District of Washington, in this case. *See Barjon v. Dalton*, 132 F.3d 496, 500 (9th Cir. 1997); *Camacho*, 523 F.3d at 978. Plaintiffs' counsel are not required to record in great detail how each minute of their time was expended, provided that the general subject matter of the time expenditures is included. *Hensley*, 461 U.S. at 437 n. 12; *Lytle v. Carl*, 382 F.3d 978, 989 (9th Cir. 2004).

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Page 2 | No. 2:23-cv-00060-JNW



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

In the Ninth Circuit, the "prevailing market rates in the relevant community" set the reasonable hourly rate for purposes of computing the lodestar amount. *Gonzalez v. City of Maywood*, 729 F.3d 1196, 1205 (9th Cir. 2013). Within the relevant community, the Court should take into account the experience, skill, and reputation of the attorney. *Gonzalez*, 729 F.3d at 1205-06. "'[R]ate determinations in other cases, particularly those setting a rate for the plaintiffs' attorney, are satisfactory evidence of the prevailing market rate.'" *Gonzales*, 729 F.3d at 1207 (alterations in original) (quoting *United Steelworkers of Am. v. Phelps Dodge Corp.*, 896 F.2d 403, 407 (9th Cir.1990)).

The requested rates are similar to rates charged by other attorneys of comparable experience and skill in the Seattle-Tacoma area, even for non-complex issues,[1] and Plaintiffs' counsel have been awarded rates at near this amount last year in King County.[2] The Court should approve these rates and lodestar total amount of $3,170.00.

### V. CONCLUSION

For the reasons provided herein, Plaintiffs respectfully request that the Court award Plaintiffs $1,580.10 in costs and $3,170 in reasonable attorneys' fees.

//

//

//

//

//

//

---

[1] *See generally* Cochran Decl., ¶¶ 2-16.

[2] Cochran Decl., Exs. 6 and 7.

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Page 3 | No. 2:23-cv-00060-JNW



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

RESPECTFULLY SUBMITTED this 6th day of November, 2024.

PFAU COCHRAN VERTETIS AMALA PLLC

*I certify that this memorandum contains 774 words in compliance with the Local Civil Rules.*


By */s/ Darrell L. Cochran*
    Darrell L. Cochran, WSBA No. 22851
    Andrew S. Ulmer, WSBA No. 51227
    Alexander G. Dietz, WSBA No. 54842
    *Attorneys for Plaintiffs O.H. and C.D.*

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Page 4 | No. 2:23-cv-00060-JNW



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

## CERTIFICATE OF SERVICE

I, Katie Hedger, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via CM/ECF in compliance with Fed. R. Civ. P.5(b)(2)(E) and LCR 5(b) by directing delivery to the following individuals:

Christopher Keay
Johnson Graffe Keay Moniz & Wick, LLP
2115 N. 30th St., Ste. 101
Tacoma, WA  98403-3318
(253) 572-5323
ckeay@jgkmw.com

Barry A. Moscowitz
Jennifer D. Aufricht
Todd Donohue
Cassie Dallas
Thompson, Coe, Cousins & Irons, LLP
700 North Pearl St., Ste. 2500
Dallas, TX 75201
(214) 871-8200
bmoscowitz@thompsoncoe.com

*Counsel for Defendant Secret Harbor*

DATED this 6th day of November, 2024.

/s/ Katie Hedger
Katie Hedger
Legal Assistant

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Page 5 | No. 2:23-cv-00060-JNW



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com