Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT

## DISTRICT OF WASHINGTON - WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC. an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the state of Washington,<br><br>Defendants. | Case No.: 3:24-cv-05811-JCC<br><br>**DECLARATION OF CRAIG GREENBERG IN SUPPORT OF GATEKEEPER SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

I, Craig Greenberg, declare as follows:

1.      I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2.      I have been employed by Gatekeeper Systems, Inc. ("Gatekeeper") since approximately 2004 .  I am currently employed by Gatekeeper as its Chief Commercial Officer. In this capacity, I am familiar with Gatekeeper's business practices regarding shopping cart

DECLARATION OF CRAIG GREENBERG IN SUPPORT OF
GATEKEEPER SYSTEMS, INC.'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT - PAGE 1

CASE NO. 3:24-cv-05811-JCC)

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

containment systems.

3.    Gatekeeper is in the business of developing, manufacturing, and selling loss prevention products and services.  Gatekeeper's solutions include shopping cart containment systems which help prevent theft of products and shopping carts.

4.    Gatekeeper does not own or operate retail stores.  Gatekeeper has never owned, leased, possessed, managed, or otherwise controlled the store, real property, or any other aspect of the premises located at 4505 S. 19th Street, Tacoma, Washington, 98405.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed this 3rd day of April, 2026 at 90 Icon Foothill Ranch, CA 92610.

_Craig L. Greenberg_

Craig Greenberg

DECLARATION OF CRAIG GREENBERG IN SUPPORT OF
GATEKEEPER SYSTEMS, INC.'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT - PAGE 2

CASE NO. 3:24-cv-05811-JCC)

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402