UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

                        Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

                        Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF SEAN S. KOHLES, PH.D.

DECLARATION OF SEAN S. KOHLES, PH.D. – PAGE 1

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **SEAN S. KOHLES, PH.D.**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of my curriculum vitae that outlines my education, training, and experience. I was retained by Plaintiffs' counsel to serve as an expert witness in this matter. I am a biomechanical engineer with fundamental training in engineering mechanics and bioengineering, disciplines that apply mathematics, physics, and engineering technologies toward the study of human and device function. In addition to my ownership of Kohles Bioengineering Corp, I am an adjunct professor in the Schools of Medicine and Dentistry at the Oregon Health & Science University (OHSU) as well as Human Physiology at the University of Oregon (UO). I have published over 250 journal articles, conference papers, and book chapters describing my research in cell, tissue, joint, biomaterials, implant, body, and device biomechanical engineering. These articles describe the application of mechanical engineering, biomechanics, bioengineering, biomedical science, biostatistics, and epidemiology to living systems. I am an active member of eight professional societies, having achieved the honor of Fellow Grade in the American Institute for Medical and Biological Engineering (AIMBE) and the Biomedical Engineering Society (BMES). I have trained nearly 1,200 students in over 30 lecture-based courses relevant to biomechanics and bioengineering including fundamental courses in physics, mechanical engineering, biology, and design. My research team has included 128 undergraduate and graduate students, as supported from funding through both the National Science Foundation and the National Institutes of Health via my role as a Principal Investigator. My forensic practice has led to opinions in cases addressing injury biomechanics,

DECLARATION OF SEAN S. KOHLES, PH.D. – PAGE 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

medical device failure, consumer product failure, toxic tort, medical malpractice, and criminal defense issues. I am routinely qualified as an expert in mechanical & materials engineering, biomedical engineering, bioengineering, biomechanics, and clinical science in both civil and criminal courts at the circuit and federal levels (USA and Canada).

3.      A true and correct copy of my report which summarizes the facts and data I considered, the inspection I conducted, and the opinions which I will express in this case is attached as **Exhibit 2**. The opinions which I express in my report are offered on a more probable than not basis to a reasonable degree of professional certainty. I incorporate by reference the statements and opinions contained in my report to this declaration.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 30th day of April, 2026, in Tillamook, Oregon.

By: /s/ _____
SEAN S. KOHLES, PHD, FBMES, FAIMBE

DECLARATION OF SEAN S. KOHLES, PH.D. – PAGE 3

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, Hannah Grant, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 30th day of April, 2026.

/s/ Hannah Grant
Hannah Grant
Legal Assistant

DECLARATION OF SEAN S. KOHLES, PH.D. – PAGE 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654