UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>                                    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>                                    Defendants. | NO. 3:24-CV-05811-JCC<br><br>DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GATEKEEPER, INC.'S MOTION FOR SUMMARY JUDGMENT |

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 1

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2.      Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the deposition of Plaintiff Jean Lubken dated July 8, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of the claim report submitted by Kroger Defendants to Sedgwick dated December 23, 2023.

4.      Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of the deposition of Angela Padilla dated July 23, 2025.

5.      Attached as **Exhibit 4** is a true and correct copy of a compilation of Fred Meyer incident reports.  These incident reports were not produced by Defendant Fred Meyer in this litigation, which is the subject of a separately filed motion for contempt and sanctions, but instead from counsel for Plaintiff Linda Larocque who has brought claims against Fred Meyer and Gatekeeper in Larocque v. The Kroger Co., et al., W.D. Wash. Cause No. 3:25-cv-05380-MJP. The records were produced alongside a pleading from Fred Meyer in the Larocque case, a true and correct copy of which is appended hereto as **Exhibit 5**. As Fred Meyer indicates in its pleading, there have been 82 incidents of reported injuries from use of Gatekeeper's product.

//

//

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 30th day of April, 2026, in Tacoma, Washington.

By: _____

ANDREW S. ULMER, WSBA No. 51227

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 3



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 30th day of April, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654