IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

LINDA LAROCQUE,
      Plaintiff,

  v.

THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND, FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, and
      Defendants.

Case No. 3:25-cv-05380-MJP

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION**

TO: Linda Larocque, by and through Plaintiff's attorney, Robert C. Wilke

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant objects and responds to Plaintiff's First Request for Discovery as follows:

**PRELIMINARY OBJECTIONS**

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state (hereinafter "Defendant") makes the following Preliminary Objections, whether or not such objections are separately set forth in response to each request.

  1.  Defendant objects to Plaintiff's instructions, definitions, and requests to the extent

DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 1

that they exceed the requirements of the Federal Rules of Civil Procedure, and Defendant's further objects to the definitions to the extent that they exceed commonly accepted English usage.

2.      Defendant objects to each definition, instruction and request to the extent that it calls for production of documents and information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege. Defendant does not intend to produce any such documents or information except as ordered by the Court and does not waive any applicable privileges with respect to any such documents or information that are inadvertently produced. Defendant also reserves the right to redact documents Defendant's produce to limit the disclosure of such information.

3.      Defendant objects to each definition, instruction, and request to the extent that it calls for it to search or produce documents not in Defendant's direct possession, custody, or control or of Defendant's agents, employees, or representatives.

4.      Defendant objects to the Requests on the grounds and to the extent that they purport to require the disclosure of any private or confidential information (including, without limitation, confidential business information, trade secrets or information subject to any confidentiality agreement, and/or obligation) other than pursuant to the terms of an appropriate protective order as approved by the Court.

5.      Defendant objects to the Requests on the grounds and to the extent they require the disclosure of private and confidential information about Defendant or Defendant's employees that would violate the privacy expectations of the persons involved.  To the extent any such information is discoverable, it should only be produced pursuant to the terms of an appropriate protective order as approved by the Court.

6.      Defendant objects to the Requests to the extent that they seek documents that do not exist. It should be understood that Defendant can only produce responsive documents to the extent those documents exist and can be located within its possession.

7.      The foregoing objections apply to each and every request and are specifically incorporated into each response.  The failure to repeat these objections in the specific response

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION** - 2

shall not constitute a waiver of said objection.

**RESPONSES**

**REQUEST FOR PRODUCTION NO. 19:** Provide a copy of all accident and/or incident reports relating to incidents involving the wheel locking system in place at any Fred Meyer location in the United States from January 1, 2020 to present.

**RESPONSE:** Objection. This request is overly broad, unduly burdensome, not sufficiently tailored in time and scope. Defendant further objects as this incident concerns wheel locking due to an anti-theft device functioning as intended, and does not involve general wheel locking and/or wheel locking due to malfunctions of the anti-theft device, so it is unlikely to lead to the discovery of admissible evidence. Defendant invites Plaintiff to narrow their Request.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving said objections, Defendant produces the following:

1. C. Hoptowit:
   a. Incident Report (DEF FRED MEYER_000069-000071)
   b. Customer Statement (DEF FRED MEYER_000072-000073)
2. E. Flores:
   a. Incident Report (DEF FRED MEYER_000074-000076)
   b. Customer Statement (DEF FRED MEYER_000077-000078)
3. F. Akana:
   a. Incident Report (DEF FRED MEYER_000079-000081)
   b. Customer Statement (DEF FRED MEYER_000082-000083)
   c. Evidence Report (DEF FRED MEYER_000084-000086)
4. A V Macbeth:
   a. Customer Statement (DEF FRED MEYER_000087-000088)
   b. Incident Report (DEF FRED MEYER_000089-000091)
5. M. Bivian:
   a. Incident Report (DEF FRED MEYER_000092-000094)

DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 3

    b.  Customer Statement (DEF FRED MEYER_000095-000096)

6.  J. Lubken:

    a.  No Incident Report or Customer Statement was created

7.  A. Clemen:

    a.  Incident Report (DEF FRED MEYER_000097-000099)

    b.  Customer Letter with receipt and black and white photo (DEF FRED MEYER_000100-000102)

8.  C. Hoffmann:

    a.  Incident Report (DEF FRED MEYER_000103-000105)

    b.  Customer Statement (DEF FRED MEYER_000106-107)

    c.  Evidence Report (DEF FRED MEYER_000108-000110)

9.  K. Paulson:

    a.  Incident Report (DEF FRED MEYER_000111-000114)

**SECOND SUPPLEMENTAL RESPONSE: Subject to and without waiving said objections, Defendant produces the following reports relating to incidents involving the wheel locking system in place at any Fred Meyer location in the State of Washington from January 1, 2020 to present:**

**10. Sandra Ruffner:**

    **a.  No Incident Report or Customer Statement was created**

**11. Kathy Cabrian:**

    **a.  No Incident Report or Customer Statement was created**

**12. Gavin Mesmer:**

    **a.  No Incident Report or Customer Statement was created**

**13. Rose Schoner:**

    **a.  No Incident Report or Customer Statement was created**

**14. Jennifer Hutchinson:**

    **a.  No Incident Report or Customer Statement was created**

15. **Marissa Marcucella:**

   a. **No Incident Report or Customer Statement was created**

16. **Tina Camden:**

   a. **No Incident Report or Customer Statement was created**

17. **Angela Cook:**

   a. **No Incident Report or Customer Statement was created**

18. **Judy Crayne:**

   a. **No Incident Report or Customer Statement was created**

19. **Ann Acton:**

   a. **No Incident Report or Customer Statement was created**

20. **Kelsey Codd:**

   a. **No Incident Report or Customer Statement was created**

21. **Karen Martinez:**

   a. **No Incident Report or Customer Statement was created**

22. **Tina Cambell:**

   a. **No Incident Report or Customer Statement was created**

23. **Tiffany Gilmore:**

   a. **Incident Report (DEF FRED MEYER_000161-000163)**

   b. **Customer Statement (DEF FRED MEYER_000164-000165)**

   c. **Evidence Report (DEF FRED MEYER_000166-000168)**

24. **Korena Tinnin:**

   a. **Incident Report (DEF FRED MEYER_000169-000171)**

25. **Barbara Adams:**

   a. **Customer Statement (DEF FRED MEYER_000172-000173)**

   b. **Incident Report (DEF FRED MEYER_000174-000176)**

26. **Brenda Alston:**

   a. **Incident Report (DEF FRED MEYER_000177-000179)**

      b.  **Customer Statement (DEF FRED MEYER_000180-000181)**

      c.  **Evidence Report (DEF FRED MEYER_000182-000184)**

27. **Amy Craig:**

      a.  **Incident Report (DEF FRED MEYER_000185-000187)**

      b.  **Customer Statement (DEF FRED MEYER_000188-000189)**

28. **Peter Ocawpo:**

      a.  **Incident Report (DEF FRED MEYER_000190-000192)**

29. **Rachel Redmond:**

      a.  **Incident Report (DEF FRED MEYER_000193-000195)**

      b.  **Evidence Report (DEF FRED MEYER_000196-000198)**

      c.  **Customer Statement (DEF FRED MEYER_000199-000200)**

30. **Ana Holt:**

      a.  **Incident Report (DEF FRED MEYER_000201-000203)**

      b.  **Witness Statement (DEF FRED MEYER_000204)**

      c.  **Customer Statement (DEF FRED MEYER_000205-000206)**

      d.  **Evidence Report (DEF FRED MEYER_000207-000209)**

31. **Janice Svien:**

      a.  **Incident Report (DEF FRED MEYER_000210-000212)**

      b.  **Customer Statement (DEF FRED MEYER_000213-000214)**

32. **David Firth:**

      a.  **Incident Report (DEF FRED MEYER_000215-000217)**

33. **William Leady:**

      a.  **Incident Report (DEF FRED MEYER_000218-000220)**

34. **Suzanne Litwin:**

      a.  **Incident Report (DEF FRED MEYER_000221-000223)**

35. **Chantal Brooks:**

      a.  **Incident Report (DEF FRED MEYER_000224-000225)**

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 6**

    b.  Customer Statement (DEF FRED MEYER_000226-000227)

36. Maximo Cortez:

    a.  Incident Report (DEF FRED MEYER_000228-000230)

    b.  Customer Statement (DEF FRED MEYER_000231-000232)

37. Cindy Grewell:

    a.  Incident Report (DEF FRED MEYER_000233-000235)

    b.  Customer Statement (DEF FRED MEYER_000236-000237)

    c.  Evidence Report (DEF FRED MEYER_000238-000240)

38. Jacob Jorgensen:

    a.  Incident Report (DEF FRED MEYER_000241-000243)

    b.  Evidence Report (DEF FRED MEYER_000244)

    c.  Customer Statement (DEF FRED MEYER_000245-000246)

39. David Dye:

    a.  Incident Report (DEF FRED MEYER_000247-000249)

    b.  Customer Statement (DEF FRED MEYER_000250-000251)

    c.  Evidence Report (DEF FRED MEYER_000252-000253)

40. Maria Reyes:

    a.  Incident Report (DEF FRED MEYER_000254-000255)

    b.  Customer Statement (DEF FRED MEYER_000256)

    c.  Evidence Report (DEF FRED MEYER_000257)

41. Angelina Corona:

    a.  Incident Report (DEF FRED MEYER_000258-000261)

42. Kimberly Beyer:

    a.  Incident Report (DEF FRED MEYER_000262-000264)

    b.  Customer Statement (DEF FRED MEYER_000265-000266)

    c.  Evidence Report (DEF FRED MEYER_000267-000269)

43. Travis Bevan:

DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 7

    a. **Incident Report (DEF FRED MEYER_000270-000272)**

    b. **Customer Statement (DEF FRED MEYER_000273-000274)**

    c. **Witness Statement (DEF FRED MEYER_000275-000276)**

    d. **Evidence Report (DEF FRED MEYER_000277-000279)**

**44. Michelle Smith:**

    a. **Incident Report (DEF FRED MEYER_000280-000281)**

**45. Ame LeCocq:**

    a. **Incident Report (DEF FRED MEYER_000282-000284)**

**46. Lori Hardman:**

    a. **Incident Report (DEF FRED MEYER_000285-000287)**

    b. **Customer Statement (DEF FRED MEYER_000288-000289)**

    c. **Evidence Report (DEF FRED MEYER_000290-000292)**

**47. Julie Balatico:**

    a. **Incident Report (DEF FRED MEYER_000293-000295)**

    b. **Customer Statement (DEF FRED MEYER_000296-000297)**

    c. **Witness Statement (DEF FRED MEYER_000298)**

**48. Ana Mendonca:**

    a. **Incident Report (DEF FRED MEYER_000299-000301)**

**49. Christine Still:**

    a. **Incident Report (DEF FRED MEYER_000302-000304)**

    b. **Customer Statement (DEF FRED MEYER_000305-000306)**

    c. **Evidence Report (DEF FRED MEYER_000307-000309)**

**50. Melissa Nolen:**

    a. **Incident Report (DEF FRED MEYER_000310-000312)**

    b. **Customer Statement (DEF FRED MEYER_000313-000314)**

    c. **Evidence Report (DEF FRED MEYER_000315-000317)**

**51. Terella Lauch:**

a. **Incident Report (DEF FRED MEYER_000318-000320)**

b. **Customer Statement (DEF FRED MEYER_000321-000322)**

**52. Esai Ibarra:**

a. **Customer Statement (DEF FRED MEYER_000323-000324)**

b. **Evidence Report (DEF FRED MEYER_000325)**

**53. Tina Martin:**

a. **Incident Report (DEF FRED MEYER_000326)**

b. **Customer Statement (DEF FRED MEYER_000327-000328)**

c. **Evidence Report (DEF FRED MEYER_000329)**

**54. Rudolph Robles:**

a. **Incident Report (DEF FRED MEYER_000330-000332)**

b. **Customer Statement (DEF FRED MEYER_000333-000334)**

**55. Josiah Twombly:**

a. **Incident Report (DEF FRED MEYER_000335-000338)**

b. **Customer Statement (DEF FRED MEYER_000339-000341)**

**56. Rick Conrad:**

a. **Incident Report (DEF FRED MEYER_000342-000344)**

b. **Evidence Report (DEF FRED MEYER_000345-000347)**

**57. Travis Jones:**

a. **Incident Report (DEF FRED MEYER_000348-000350)**

b. **Customer Statement (DEF FRED MEYER_000351)**

**58. Philip Housel:**

a. **Incident Report (DEF FRED MEYER_000352-000353)**

b. **Customer Statement (DEF FRED MEYER_000354-000355)**

c. **Witness Statement (DEF FRED MEYER_000356)**

d. **Sweep/Floor Inspection Statement (DEF FRED MEYER_000357)**

**59. Erika Trifiro:**

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO
PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 9**

    a. **Incident Report (DEF FRED MEYER_000358-000360)**

    b. **Customer Statement (DEF FRED MEYER_000361-000362)**

    c. **Witness Statement (DEF FRED MEYER_000363)**

    d. **Evidence Report (DEF FRED MEYER_000364-000365)**

    e. **Sweep/Floor Inspection Statement (DEF FRED MEYER_000366)**

60. **Tamara Simon:**

    a. **Customer Statement (DEF FRED MEYER_000367-000368)**

    b. **Evidence Report (DEF FRED MEYER_000369)**

    c. **Incident Report (DEF FRED MEYER_000370-000372)**

61. **Alvin Coley:**

    a. **Incident Report (DEF FRED MEYER_000373)**

    b. **Customer Statement (DEF FRED MEYER_000374)**

    c. **Evidence Report (DEF FRED MEYER_000375-000376)**

62. **Alicia Cottrell:**

    a. **Incident Report (DEF FRED MEYER_000377-000379)**

    b. **Customer Statement (DEF FRED MEYER_000380-000381)**

    c. **Evidence Report (DEF FRED MEYER_000382-000384)**

63. **Valerie Powell:**

    a. **Incident Report (DEF FRED MEYER_000385-000387)**

    b. **Evidence Report (DEF FRED MEYER_000388-000389)**

    c. **Witness Statement (DEF FRED MEYER_000390)**

64. **Javier Lopez-Clavijo:**

    a. **Incident Report (DEF FRED MEYER_000391-000393)**

    b. **Evidence Report (DEF FRED MEYER_000394)**

    c. **Witness Statement (DEF FRED MEYER_000395)**

65. **William O'Connell:**

    a. **Incident Report (DEF FRED MEYER_000396-000398)**

    b.  **Customer Statement (DEF FRED MEYER_000399-000400)**

    c.  **Evidence Report (DEF FRED MEYER_000401)**

**66. Alyce Larson:**

    a.  **Incident Report (DEF FRED MEYER_000402-000404)**

    b.  **Customer Statement (DEF FRED MEYER_000405-000406)**

    c.  **Evidence Report (DEF FRED MEYER_000407)**

**67. Richard Willerton:**

    a.  **Incident Report (DEF FRED MEYER_000408-000410)**

    b.  **Customer Statement (DEF FRED MEYER_000411-000412)**

    c.  **Evidence Report (DEF FRED MEYER_000413-000415)**

**68. Roberta Reyes:**

    a.  **Incident Report (DEF FRED MEYER_000416-000417)**

    b.  **Witness Statement (DEF FRED MEYER_000418)**

**69. Norman Smith:**

    a.  **Incident Report (DEF FRED MEYER_000419-000421)**

    b.  **Customer Statement (DEF FRED MEYER_000422)**

**70. Young:**

    a.  **Incident Report (DEF FRED MEYER_000423-000425)**

    b.  **Customer Statement (DEF FRED MEYER_000426-000427)**

    c.  **Evidence Report (DEF FRED MEYER_000428-000430)**

**71. Samantha Swart:**

    a.  **Incident Report (DEF FRED MEYER_000431-000433)**

**72. Kaidrin McVittie:**

    a.  **Incident Report (DEF FRED MEYER_000434-000436)**

    b.  **Customer Statement (DEF FRED MEYER_000437-000438)**

    c.  **Evidence Report (DEF FRED MEYER_000439-000441)**

**73. Simon Zirians:**

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINITFF'S' SECOND REQUEST FOR PRODUCTION - 11**

      a.  **Incident Report (DEF FRED MEYER_000442-000444)**

      b.  **Customer Statement (DEF FRED MEYER_000445-000446)**

      c.  **Witness Statement (DEF FRED MEYER_000447)**

**74. Nicholas Harrison:**

      a.  **Incident Report (DEF FRED MEYER_000448-000450)**

      b.  **Customer Statement (DEF FRED MEYER_000451-000452)**

**75. Jerri Carson:**

      a.  **Incident Report (DEF FRED MEYER_000453-000455)**

      b.  **Customer Statement (DEF FRED MEYER_000456)**

**76. Jake Shapley:**

      a.  **Incident Report (DEF FRED MEYER_000457-000459)**

      b.  **Customer Statement (DEF FRED MEYER_000460-000461)**

      c.  **Evidence Report (DEF FRED MEYER_000462)**

**77. Suzanne Yorks:**

      a.  **Incident Report (DEF FRED MEYER_000463-000465)**

      b.  **Customer Statement (DEF FRED MEYER_000466-000467)**

**78. Stephanie Tisby:**

      a.  **Incident Report (DEF FRED MEYER_000468-000469)**

      b.  **Customer Statement (DEF FRED MEYER_000470)**

      c.  **Sweep/Floor Inspection Statement (DEF FRED MEYER_000471)**

      d.  **Evidence Report (DEF FRED MEYER_000472)**

**79. Sahalie Bray:**

      a.  **Incident Report (DEF FRED MEYER_000473-000475)**

      b.  **Customer Statement (DEF FRED MEYER_000476)**

**80. Kay Mattson:**

      a.  **Customer Statement (DEF FRED MEYER_000477-000478)**

      b.  **Evidence Report (DEF FRED MEYER_000479)**

**81. Juliana Proctor:**

    **a.  Incident Report (DEF FRED MEYER_000480-000482)**

    **b.  Customer Statement (DEF FRED MEYER_000483-000484)**

    **c.  Evidence Report (DEF FRED MEYER_000485-000487)**

**82. Jodi Marshall:**

    **a.  Incident Report (DEF FRED MEYER_000488)**

    **b.  Customer Statement (DEF FRED MEYER_000489-000490)**

    **c.  Evidence Report (DEF FRED MEYER_000491)**

DATED this 18th day of March, 2026.

                              **CHOCK BARHOUM LLP**

                        *Sarah Tuthill-Kveton*

                        John R. Barhoum, WSBA No. 42776
                        Email: john.barhoum@chockbarhoum.com
                        Sarah Tuthill-Kveton, WSBA #51801
                        Email: sarah@chockbarhoum.com
                        Electronic Service: e-service@chockbarhoum.com
                            Attorney for Defendants The Kroger Co. and
                            Fred Meyer Stores, Inc. dba Tacoma-Stevens
                            Fred Meyer

**DEFENDANT FRED MEYER STORES, INC'S SECOND SUPPLEMENTAL RESPONSE TO
PLAINITFF'S' SECOND REQUEST FOR PRODUCTION** - 13

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LINDA LAROCQUE, | ) | Case No. 3:25-cv-05380-MJP |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| THE KROGER CO., A FOREIGN | ) | |
| CORPORATION DOING BUSINESS IN | ) | |
| WASHINGTON STATE; AND, FRED | ) | |
| MEYER STORES, INC., A FOREIGN | ) | |
| CORPORATION DOING BUSINESS IN | ) | |
| WASHINGTON STATE, A/K/A TACOMA- | ) | |
| STEVENS FRED MEYER, GATEKEEPER | ) | |
| SYSTEMS, INC., A FOREIGN | ) | |
| CORPORATION DOING BUSINESS IN | ) | |
| WASHINGTON STATE, and | ) | |
| Defendants. | ) | |

I hereby certify that a true copy of the foregoing **DEFENDANT FRED MEYER STORES INC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
 *Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (253) 620-6565
☑ By e-mail:
 rwilke@gth-law.com
 ileifer@gth-law.com
 sishii-huffer@gth-law.com
 sweger@gth-law.com
☐ By court eFiling Application

/ / /

/ / /

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE - 1

Francis S. Floyd
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
    *Attorneys for Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (206) 441-8484
☑ By e-mail:
    ffloyd@nwtrialattorneys.com
    surban@nwtrialattorneys.com
    ecampbell@nwtrialattorneys.com
    skatinas@nwtrialattorneys.com
    jheld@NWTrialAttorneys.com
☐ By court eFiling Application

DATED this 18th day of March, 2026.

CHOCK BARHOUM LLP

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic Service: e-service@chockbarhoum.com
    Attorney for Defendants The Kroger Co. and
    Fred Meyer Stores, Inc. dba Tacoma-Stevens
    Fred Meyer

CERTIFICATE OF SERVICE - 2