UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GATEKEEPER, INC.'S MOTION FOR SUMMARY JUDGMENT – VOLUME II[1]

---

[1] Due to the file size of Exhibit 4, Plaintiffs herein file the exhibit in separate volumes.

DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GATEKEEPER, INC.'S MOTION FOR SUMMARY JUDGMENT– PAGE 1

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2. Attached as **Exhibit 4** is a true and correct copy of a compilation of Fred Meyer incident reports. These incident reports were not produced by Defendant Fred Meyer in this litigation, which is the subject of a separately filed motion for contempt and sanctions, but instead from counsel for Plaintiff Linda Larocque who has brought claims against Fred Meyer and Gatekeeper in Larocque v. The Kroger Co., et al., W.D. Wash. Cause No. 3:25-cv-05380-MJP. The records were produced alongside a pleading from Fred Meyer in the Larocque case, a true and correct copy of which is appended hereto as **Exhibit 5**. As Fred Meyer indicates in its pleading, there have been 82 incidents of reported injuries from use of Gatekeeper's product.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 30th day of April, 2026, in Tacoma, Washington.

By:

ANDREW S. ULMER, WSBA No. 51227

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 2

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

**Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.**

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

**Counsel for Defendant Gatekeeper Systems, Inc.**

DATED this 30th day of April, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 3



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

# EXHIBIT 4



# Incident Report

**Claim Number** ⌐4 0 2 1 0 1 6 6 6 0 D 0 0 0 1 1⌐

### Report to be completed by Store Management within 24 hours of incident notice

DATE **1/27/21** DIVISION **Fred Meyer** STORE # **486**

**Section A:    Store ID**

Address **1206 N 40th Ave** City **Yakima** State **WA** Zip **98902**

Manager on Duty at Time of Incident ████████████ Store Phone **509.576.6900**

Store Email Address ██████████████████████

Manager Email Address ██████████████████████

MOD Schedule for Next 5 Days  S ████ M ████ T ████ W ████
TH ████ F ████ SA ████

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name **Candis Hoptowit** Age **100** Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth **10 23 1960** Marital Status **S** Loyalty ID # **4476849417446**

Address **15050 State Route 410 #2** City **NACHES** State **WA** Zip **98937**

Home Phone **509.907.0432** Cell Phone _____ Work Phone _____

Employer **American Red Cross** Title _____

Work Address **302 S 2nd St** City **Yakima** State **WA** Zip **98902**

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
**5'4, 160 lbs. Salt & Pepper Hair - Green Eyes; Female**
**Caucasian**

**Section C:    Incident Information**

Date of Incident **1/27/21** Time of Incident **18:00** AM/**PM**

Date Notified of Incident **1/27/21** Time Notified **18:10** AM/**PM**

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000069



## Incident Report

**Claim Number** ___4 0 2 1 0 1 6 6 0 d 0 0 0 1___

**Name of Employee Initially Notified** ___██████████___

**EUID of Employee Initially Notified** ___██████___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
Went through entrance B, purchek wheels locked
up + hurt her right + left hands- right hand bent
back + sprained right wrist.

Provide Brief Description in ten words or less for Call Center entry _____
purchek alarm locked + bent back wrists + fingers

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went through entrance B, purchek alarm sounded,
locked cart, and bent back customers wrists +
fingers w/ abrupt stop/lock.

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Entrance B,

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Right hand + wrists + fingers
left hand + wrist + fingers.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

| **Effective December 2018** | **Incident Report** | **Confidential** | **Page 2** |



## Incident Report

**Claim Number** ___4 0 2 1 0 1 6 6 0 0 0 0 0 1 1___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? (Y)N

Doctor or Medical Facility Name, if known_ Urgent Care Yakima Valley___

Address_____ Union Gap Blvd _Phone_____

**Section D:     Witness ID**

1 Name[blacked out]_____Employee:(Y)N Phone[blacked out]

Address[blacked out]_____City_____State_____Zip[blacked out]

2 Name[blacked out]_____Employee:(Y)N Phone[blacked out]

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

[blacked out]

**Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could Include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name[blacked out]_____ EUID[blacked out]

Signature[blacked out]_____ Date_ 1/28/2021_

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000071



# Customer Statement

**Claim Number** | 4 | 0 | 2 | 1 | 0 | 1 | 6 | 6 | 0 | 0 | 0 | 0 | 1 |

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 1/27/2021  Store Address 1206 N 40th Ave, Yakima

City Yakima  State WA

## Contact Information

Name Candis Hoptowit  Age 60  Gender: M/F̲

Parent/Guardian (if minor) _____

Date of Birth 10/23/60  Marital Status Single

Address 15050 State Rt 410, #2  City Naches  State WA

Home Phone _____  Cell Phone 509.907.0432

Work Phone _____  Email _____

Preferred Method(s) of contact:  Home/cell/work/email  (circle one)

## Facts

Date of Incident 1/27/21  Time of Incident 9:00 AM/PM̲

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Entry B near Apparel + Electronics

Describe what happened I made my purchase and hastened to exit adjusting my purse & bags. Holding onto the cart to roll on it through the doors, the cart locked up in the doorway, throwing me over the handle & bending my hands/ wrists in an unnatural position/position. The cashier Christina assisted me immediately. And I departed for home. On 1/28/2021 saw Urgent care for my arms — no broken bones. ___

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000072



## Customer Statement

**Claim Number** | 4 0 2 1 0 1 6 6 6 0 0 0 0 0 1 |

Describe any Injuries or Pain from this incident (Please be specific)_____

Right wrists + fingers/hand.

Left wrists, fingers + hand

Describe any Personal Property that was damaged (Please be specific)_____

_____

Please identify the person(s) to whom you reported the incident_____

███████████████ — Luis brown hair, manager

_____

**Witness ID**

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_____

Effective December 2018          Customer Statement          Page 2

DEF FRED MEYER_000073



# Incident Report

**Claim Number** | 4 | 0 | 2 | 1 | 0 | 3 | 8 | 6 | C | F | 2 | 0 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE 3-10-21   DIVISION 701   STORE # 486

**Section A:    Store ID**

Address_____City_____State_____Zip_____

Manager on Duty at Time of Incident_____Store Phone_____

Store Email Address_____

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____M_____T_____W_____
TH_____F_____SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Esther Flores                      Age 38    Gender: M/(F)

Name of Parent/Guardian_____

Date of Birth 2/11/83   Marital Status S           Loyalty ID #_____

Address 502 w Fremont Av City Selah          State WA Zip 99942

Home Phone 509 985 3570 Cell Phone_____Work Phone_____

Employer Memorial Hospital          Title Rev Cycle Rep 2

Work Address 15 u Yakima Ave City Yakima     State WA Zip 98907

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
_____
_____

**Section C:    Incident Information**

Date of Incident 3-10-21 3-7-21   Time of Incident 7:18   AM/(PM)

Date Notified of Incident 3-7-21   Time Notified 7:45   AM/(PM)

**Effective December 2018**          Incident Report          Confidential          Page 1

DEF FRED MEYER_000074



## Incident Report

**Claim Number** | 4 0 2 1 0 3 8 6 C F 2 0 0 0 1 |

Name of Employee Initially Notified ▮▮▮▮▮▮▮▮▮▮

EUID of Employee Initially Notified ▮▮▮▮▮

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Clothing/Electronics door entrance

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

walking to exit building and cart locked up. she
ran into cart

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

The exit has sliding doors with signs next to both
doors giving warning about locking tires

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Neck sore, wrist hurt

Did Police or Emergency Services Respond?  Y/N If Yes, Who?___No___

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000075



# Incident Report

**Claim Number** 4021 0386 CF 20001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/**N**

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:     Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

Tina

## Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Print Name and EUID of Employee Completing This Report

Name_█████████████████_____                EUID_████████___

Signature_████████████_____        Date  3-10-21

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000076



## Customer Statement

**Claim Number** `4 0 2 1 0 3 8 6 C F 2 0 0 0 1`

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _3-10-21_    Store Address _1206 N 40ᵗʰ Ave_

City _Yakima_    State _WA_

**Contact Information**

Name _Esther M. Flores_    Age _38_    Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth _2/11/83_    Marital Status _single_

Address _502 W. Fremont Ave_ City _Selah_    State _WA_ _98942_

Home Phone _(509) 985-3570_ Cell Phone _"_ _"_

Work Phone _N/A_    Email _estherflores00@gmail.com_

Preferred Method(s) of contact:    Home/(cell)/work/email  (circle one)

**Facts**

Date of Incident _3/7/21_    Time of Incident _4/18_ AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_electronics/clothing exit door_

Describe what happened _I was exiting towards the doors and the security device locked the cart wheels and I ran into my cart._

---

**Effective December 2018**    **Customer Statement**    **Page 1**

DEF FRED MEYER_000077



**Customer Statement**

**Claim Number** ___ 4 0 2 1 0 3 8 6 C F 2 0 0 0 1 ___

Describe any Injuries or Pain from this Incident (Please be specific) *emidiatly my wrist had pain, shortly after getting into my vehicle I noticed a pinching feeling in my right shoulder/ neck area.*

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident ████████ (she unlocked the cart) called ████████ after arriving at home.

**Witness ID**

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature *Esther M Tious*    Date 3/10/21

---

**Effective December 2018**        **Customer Statement**        **Page 2**

DEF FRED MEYER_000078

Fax (872) 488-9509



## Incident Report

**Claim Number** `4A24045FHM70001`

Report to be completed by Store Management within 24 hours of incident notice

DATE 4/6/2024 DIVISION 701 _____ STORE # 424 _____

### Section A: Store ID

Address 17404 Meridian E City Puyallup _____ State WA Zip 98373

Manager on Duty at Time of Incident ████████████ Store Phone (253) 445-7840

Store Email Address ████████████████████████████

Manager Email Address _____

MOD Schedule for Next 5 Days S 7A-5p M off T 7A-5p W 7A-5p
TH 10A-8p F off SA 10A-8p

### Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Akana, Floripina _____ Age 56 Gender: M/(F)

Name of Parent/Guardian _____

Date of Birth 7/2/1967 Marital Status _____ Loyalty ID # _____

Address 9422 185th St C+E City Puyallup _____ State WA Zip 98375

Home Phone _____ Cell Phone (808)743-2043 Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Ht. 5'2"
eyes, brown hair color black, navy long sleeved shirt, blue
joggers, black tennis shoes

### Section C: Incident Information

Date of Incident 4/6/2024 _____ Time of Incident 1:35 AM/(PM)

Date Notified of Incident 4/6/2024 _____ Time Notified 1:40 AM/(PM)

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000079



## Incident Report

**Claim Number** | 4 A 2 4 0 4 5 F H M 7 0 0 0 1 |

**Name of Employee Initially Notified** ████████████████████

**EUID of Employee Initially Notified** ████████████████████

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____

Main entrance near ad display - Entry A that leads into the produce department.

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I heard the door alarm and saw a woman at entrance. It appeared her cart had locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Main entrance was clean. No hazards present.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left breast - cart jarred into area when it locked up as she was pushing it.

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

---

Effective December 2018        Incident Report        Confidential        Page 2

DEF FRED MEYER_000080



## Incident Report

**Claim Number** `4 A 2 4 0 4 5 F H M 7 0 0 0 1`

Report Number or Contact Name and Phone# ___4A24045FHM70001___

Did, or will, the customer seek medical treatment? Y/N  Unsure

Doctor or Medical Facility Name, if known___Madigan   or  VA___

Address_____  Phone_____

**Section D:    Witness ID**

1 Name_Isabelita   Call_____ Employee: Y/Ⓝ Phone_(253)720-7819_

Address_20705  81st  Ct E_____ City_Spanaway_ State_WA_  Zip_98387_

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_████████████████████_____  EUID_████████____

Signat████████████████████  Date_4/6/2024_

~~Remember to check~~ for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000081



## Customer Statement

**Claim Number** 4 A 2 4 0 4 5 F H M 7 0 0 0 1

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 4/6/2024 Store Address 17404 Meridian E

City Puyallup State WA

### Contact Information

Name FLO _____ Age_____ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____ Marital Status_____

Address_____City_____State_____

Home Phone_____ Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident 4|6|24 Time of Incident 1:30 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

BY THE GROCERY DOOR

Describe what happened I WAS PUSHING MY CART ON THE WAY OUT BY THE GROCERY DOOR AND ALL OF A SUDDEN MY CART STOPPED. AND HIT MY LEFT BREAST REAL HARD ON THE HANDLE OF THE CART BECAUSE OF SUDDEN STOP.

Effective December 2018    Customer Statement    Page 1

4-6-2024    4A24045FHM70001    6020240406003205

DEF FRED MEYER_000082



## Customer Statement

**Claim Number** ⎡4⎤A⎤2⎤4⎤0⎤4⎤5⎤F⎤H⎤M⎤7⎤0⎤0⎤0⎤1⎦

Describe any Injuries or Pain from this incident (Please be specific)_____
LEFT  BREAST  REALLY  PAINFUL  FROM  THE
HARD  IMPACT  OF  THE  CART  WHEN  IT  STOPS
SUDDENLY .

Describe any Personal Property that was damaged (Please be specific)___N/A___

Please identify the person(s) to whom you reported the incident___████████___

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date 4/6/24

Effective December 2018            Customer Statement            Page 2

DEF FRED MEYER_000083



### Evidence Report

**Claim Number** 4A2405FHM70001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 4/6/24    DIVISION 701    STORE # 424

Date of Incident 4/6/24    Time of Incident 1:38    AM/**PM**

**Section A:**    Video (Please list each camera location separately, if applicable)

*** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video ████████████████

Title and EUID, if applicable ████████████████████

Comments (such as whether video system was not working, incident is not captured etc...)_____

Full incident was captured

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

Black hair, blue hoodie, blue jeans, black shoes.

Please describe witnesses on video  No one Stops.  ASL Nichole Comes to assist and escort customer to the Service desk.

Effective December 2018    Evidence Report    Confidential    Page 1

4-6-2024    4A24045FHM70001    6020240406003205

DEF FRED MEYER_000084



# Evidence Report

**Claim Number** 4A24045FHM70001

1. Camera Location/View ██████████

   Camera/Unit Number ████

   Recording Time from 1: 38: 40 (AM)/PM to 1:40:00 AM/(PM)

2. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

3. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

## Section B:     Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer _____

Title and EUID _____

Photo 1 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

Photo 2 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

Photo 3 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

4A24045FHM70001                          6020240406003205
DEF FRED MEYER_000085



## Evidence Report

**Claim Number** ___ 4 A 2 4 0 4 5 F H M 7 0 0 0 1

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

Effective December 2018              Evidence Report              Confidential              Page 3

4-6-2024                               4A24045FHM70001                       6020240406003205

DEF FRED MEYER_000086



## Customer Statement

Claim Number  H A 2 4 0 5 0 4 K S J 0 0 0 1

---

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date _5/1/24_    Store Address _800 Tenney Rd_

City _Vancouver_    State _WA_

### Contact Information

Name _Amy MacBeth_    Age _37_    Gender: M/**F**

Parent/Guardian (if minor) _N/A_

Date of Birth _12/31/86_    Marital Status _Married_

Address _12715 WW 47th Au_ City _Vancouver_    State _WA_ _98685_

Home Phone _____    Cell Phone _708 528 0942_

Work Phone _____    Email _AmyVPen@gmail.com_

Preferred Method(s) of contact:    Home/**cell**/work/**email** (circle one)

### Facts

Date of Incident _4/20/24_    Time of Incident _10:42_ **AM**/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_I was exiting, the cart locked due to a malfunction, jamming my right leg/knee. No signs/warnings this could happen that I saw._

Describe what happened _Security scanner may have been & not allowed me to continue through the door. On the grocery side door exit._

---

Effective December 2018                Customer Statement                Page 1

DEF FRED MEYER_000087



## Customer Statement

**Claim Number** `4A240504KSJ0001`

Describe any Injuries or Pain from this incident (Please be specific) *Right Leg/knee which jammed into stopped cart. Pain in Right knee, when weight is on it.*

Describe any Personal Property that was damaged (Please be specific) *n/A*

Please identify the person(s) to whom you reported the incident *Security guard*

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature *Amy MacBeth*  Date *5/1/24*

Effective December 2018          Customer Statement          Page 2

DEF FRED MEYER_000088



# Incident Report

**Claim Number** __4A240504KSJ0001__

Report to be completed by Store Management within 24 hours of incident notice

DATE __4/29/24__ DIVISION __701__                     STORE # __460__

## Section A:    Store ID

Address __800 Tenney Rd__ City __Vancouver__ State __WA__ Zip __98685__

Manager on Duty at Time of Incident ███████████          Store Phone __(360)571-2576__

Store Email Address ████████████████████████████████

Manager Email Address ████████████████

MOD Schedule for Next 5 Days  S_███  M_███  T_███  W_███
                             TH_███  F_  SA_███

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name_____ Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status_____ Loyalty ID # _____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

_____

## Section C:    Incident Information

Date of Incident __4/29/24__                     Time of Incident __10:42__ AM/PM
             Called ███ on 4/29/24
Date Notified of Incident __Talked too about__     Time Notified __11:00__ AM/PM
             what happened

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000089



# Incident Report

**Claim Number** ___4A240504KSJ0007___

Name of Employee Initially Notified ███████████████████

EUID of Employee Initially Notified ███████████████████

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
In front of the Grocery doors leading outside

Provide Brief Description in ten words or less for Call Center entry _Cart locked up after_
_going out Grocery doors and it hit her knee/leg_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went out Grocery doors + the cart locked up
and she hit her knee/leg

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entrances were clear

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)___N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right knee/leg

Did Police or Emergency Services Respond? Y (N) If Yes, Who?_____

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 2**

DEF FRED MEYER_000090



# Incident Report

**Claim Number** _4A2404504KSJ0001_

Report Number or Contact Name and Phone# _N/A_

Did, or **will**, the customer seek medical treatment? ⓎN

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_n/A_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name ███████████████████████████      EUID ████████████████

Signat ███████████████████████████      Date _5/1/24_

**Remember to check for video and to forward photos**

Effective December 2018        Incident Report        Confidential        Page 3

DEF FRED MEYER_000091



# Incident Report

**Claim Number** _4A2410RD0YJ0001_

### Report to be completed by Store Management within 24 hours of incident notice

DATE _10/15/24_ DIVISION _Fred myer_ STORE # _460_

## Section A:  Store ID

Address _800 NE Tenney RD_ City _Vancouver_ State _WA_ Zip _98685_

Manager on Duty at Time of Incident ▓▓▓▓▓▓▓▓▓ Store Phone _360-571-2540_

Store Email Address ▓▓▓▓▓▓▓▓▓

Manager Email Address ▓▓▓▓▓▓▓▓▓

MOD Schedule for Next 5 Days S _7A-5p_ M _7A-5p_ T _7A-5p_ W _7A-5p_
TH _7A-5p_ F _7A-5_ SA _7A-5p_

## Section B:  Customer ID (Please provide contact for parent/guardian if minor is involved)

Name _Maria Birian_ Age _32_ Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth _12/12/91_ Marital Status _Married_ Loyalty ID # _800901 5380_

Address _4019 NE 94th ST_ City _Vancouver_ State _WA_ Zip _98665_

Home Phone _N/A_ Cell Phone _3609015380_ Work Phone _N/A_

Employer _N/A_ Title _N/A_

Work Address _N/A_ City _N/A_ State _N/A_ Zip _N/A_

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _Hair up, Black hair,_
_Black leggings, sweatshirt, Nike shoes_

## Section C:  Incident Information

Date of Incident _10/15/24_ Time of Incident _11:30_ (AM)/PM

Date Notified of Incident _10/21/24_ Time Notified _4:30_ AM/(PM)

Effective December 2018        Incident Report        Confidential        Page 1

## Incident Report

**Claim Number** _M A2 +1 1 RD YY J0001_

Name of Employee Initially Notified _not @ Store, notified after via phone_

EUID of Employee Initially Notified _N/A_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _in entrance to grocery/apparel_

Provide Brief Description in ten words or less for Call Center entry _exiting store wheels locced cart went up landed on left knee_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_exiting store, wheels locced up cart hit up landed on customers left knee. said there was a new guard @ door, described as Bald guy._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_signage on all carts showing they loce._

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_left knee whole left knee_

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? _No_

Effective December 2018        Incident Report        Confidential        Page 2

Case 3:24-cv-05811-JCC    Document 41    Filed 05/01/26    Page 30 of 218

## Incident Report

**Claim Number** ☐☐☐☐☐☐☐☐☐☐☐☐

*Case # customer provided*
↓
Report Number or Contact Name and Phone# 74677433

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, If known _a clinic - no specific Dr._

Address _N_                                              Phone _____

### Section D:    Witness ID

1 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

_-7807, last 4 of reward card_
_- Stated there were no other customers/witnesses_
_with her aside from potentially Memaguard @ door_

Print Name and EUID of Employee Completing This Report

Name ████████████████████          EUID ███████████

Signature ████████████████          Date 10/21/24

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000094

# Customer Statement

**Claim Number** ___[ 9 A 2 4 1 0 R D 0 Y J 0 0 0 1 ]___

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _10-15-24_  Store Address _800 NE tenny RD_

City _Vancover_  State _WA_

## Contact Information

Name _Maria Bivian_  Age _32_  Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth _12-12-91_  Marital Status _Married_

Address _4019 NE 94th ST_  City _Vancover_  State _WA_

Home Phone _360-901-5380_  Cell Phone _360-901-5380_

Work Phone ___—___  Email _mmabibian@yahoo.com_

Preferred Method(s) of contact:  Home/(cell)/work/(email) (circle one)

## Facts

Date of Incident _10-15-24_  Time of Incident _10:30_ (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Grocery entrence_

Describe what happened _While stopp exiting Fred myers an incident occurred that resulted in an injury to my knee. as I was pushing cart, the wheels unexpectedly stopped. The sudden hault caused my knee to colide. Shopping cart went up and landed down on my knee, as a result of the impact I have been experiencing significant kee pain._

Effective December 2018  Customer Statement  Page 1

DEF FRED MEYER_000095

## Customer Statement

Claim Number ____4A24 1 0RD 0 YJ000__

Describe any Injuries or Pain from this incident (Please be specific) _____
_More Throbing pain left knee, Not allowing to_
_Stand long on left leg._

Describe any Personal Property that was damaged (Please be specific) _N/A_

Please identify the person(s) to whom you reported the incident ████████
-██████     _10·21·24_

**Witness ID** _N/A_

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/█

What is this person's relationship to you?_____

Your Signature _[signature]_     Date _10·21·24_

Effective December 2018        Customer Statement        Page 2

DEF FRED MEYER_000096



## Incident Report

**Claim Number** 4A2 4121J5V50001

4A2412|J5V50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-2-24    DIVISION Fred Meyer    STORE # 652

### Section A:    Store ID

Address 201 S. Water St    City Ellensburg    State WA    Zip 98926

Manager on Duty at Time of Incident ▮▮▮▮▮▮▮▮▮    Store Phone 509-962-0514

Store Email Address ▮▮▮▮▮▮▮▮▮

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
                               TH_____ F_____ SA_____

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Andy Cleman    Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status Married    Loyalty ID #_____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone 509-925-4015 Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
_____
_____

### Section C:    Incident Information

Date of Incident 11-28-2024    Time of Incident 12:56    AM/PM

Date Notified of Incident 12-2-2024    Time Notified 2:30    AM/PM

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000097



# Incident Report

**Claim Number** _____

---

Name of Employee Initially Notified ██████████████████ _____

EUID of Employee Initially Notified ██████████

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Entrance_ _____

_____

Provide Brief Description in ten words or less for Call Center entry _____

_____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Cart locked on Customer Causing_ _____

_injuries._ _____

_____

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_____

_____

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_____

_____

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000098



## Incident Report

**Claim Number** `4A24121J5V50001`

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        EUID▮▮▮▮▮▮▮▮▮

Signature▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        Date__12-2-24

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000099

December 2, 2024

███████████

Fred Meyer (Kroger)
Ellensburg Branch, hand-delivered

4A24121J5V50001

Dear Lee,

     Last week on Monday, November 25 we met and discussed in detail the incident my wife experienced regarding the dangerous "security cart" protocols. As you recall, she was the victim of an auto-engagement of the security cart while exiting the north door on the evening of November 23. Coincidentally, my eldest daughter experienced an injury from a similar cart malfunction on Thanksgiving Day, only five days later. This marks the second incident of Kroger's unsupervised security carts causing injury to be inflicted upon two members of my family within less than one week.

Here are the details of the second incident:

     After purchasing grocery items @ 12:56 pm on Thursday, November 28, my daughter bought a coffee and perused some clothing items for a few minutes before exiting the store through the north door. As she left, the cart she was pushing suddenly locked up with no prior warning. This abrupt and unannounced action caused my daughter's leg to strike the cart, which caused a laceration and bruise. A photo of her injury and a copy of her receipt are attached.

I now must strongly urge you to pursue a resolution to this ongoing and dangerously reckless "security" practice. Any delay in a resolution places your customers at risk of sustaining injuries and places Kroger at risk of litigation. As a reminder, here are the details of two of the possible resolutions we discussed on November 25:

1) **Fix the "security cart" software.** Currently the carts abruptly halt (a.k.a. auto-engage) randomly and incorrectly each day. Tighten up the code and/or the variables in the system so the carts activate <u>only</u> when either a law or store policy has been violated. There should be less than one false positive for every thousand accurate engagements; e.g. less than .10% defaults

2) **Pull the plug on the existing dangerous security cart system.** Not one criminal has been apprehended in Ellensburg via the use of these security carts; however, many customers have been injured and are complaining. This is the best option for Kroger given the acceleration of reported incidents and injuries.

I previously provided you with the RCW for the crime of Reckless Endangerment (RCW 9A.36.050) and suggested you contact Kroger's VP of Security. I will follow up with you in one week to allow you time to resolve this matter.

Knowingly and willfully allowing the current security cart system to continue to injure your own law-abiding customers is not only flagrantly reckless, it is morally and legally wrong. Please resolve this matter as soon as possible.

Andrew W. Cleman
*Shield & Sword*, Citizen's Advocates
(509) 925-4015

cc: Julieann Cleman, victim #1
    Allison Cleman, victim #2
    Shield & Sword, archives

attachments: Photo of victim #2 leg injury
            Copy of Nov 28 receipt, second incident

*Cart Jam save* *Allison Victim#2*

# FredMeyer FRESH FOR EVERYONE.

4A24121J5V50001

```
            Now Hiring!
Apply at jobs.fredmeyer.com
        201 South Water
        509-962-0500
        YOUR CASHIER WAS CHEC 504
        3760033067 PC HRML TRAY    9.99 F
SC      FM SAVINGS          9.00
 1.99 (2.00) lb @ 6.99 /lb
WT      93079     ASP PRPL OR 13.91 F
        7120306991 PC UMPQUA ICE C 5.99 F
SC      FM SAVINGS          1.50
        1800000526 PC PILLSBRY CIN 3.49 F
SC      FM SAVINGS          0.30
        1111086864    PRVTSELC CKI 3.99 F
        7027223204    REDDIWHIP TO 5.99 F
        85269700823 PC TERRYS CHOCO 4.29 F
SC      FM SAVINGS          0.70
        2500004496 PC SIMPLY ORANG 3.99 F
SC      FM SAVINGS          0.80
        4900002468 PC COKE 6PK     5.99 B
        89819500127 PC FEVER TREE G 4.99 B
SC      FM SAVINGS          1.00
        7800021845    SCHWEPPES TN 1.79 B
        8811011030    TANQUERAY G 19.99 T
Age Restricted: 21
MR      9341     LIQUOR LT TX 2.83
        980020024 PC ROCHER CHOC 12.99 F
SC      FM SAVINGS          2.00
        REWARDS CARD          *******6624
 2 @ 0.08
MR      7140     CHECKOUT BAG 0.16
        TAX                5.17
        **** BALANCE       105.55
US DEBIT Purchase
************     - H
REF#:    063185    TOTAL: 105.55
PURCHASE. 105.55   CASHBACK: 0.00
AID: A0000000980840
TC: A6172097938CD802
VERIFIED BY PIN
        DEBIT             105.55
        CHANGE              0.00
WA 08.4000 % TAX A          1.07
WA 20.5% Spirits Tax        4.10
TOTAL TAX                   5.17
TOTAL NUMBER OF ITEMS SOLD =  13
Fred Meyer Savings      $  15.30
Total Coupons           $  15.30
Total Savings (13 Percent) $  15.30
 11/20/24 12:56  652 504   72 999999504
***********************************
     Annual Card Savings $1334.51
***********************************
Fuel Points Earned Today: 97
Total Nov Fuel Points: 592
***********************************
     GAMING POINTS REWARDS PLUS
    Every $30 Spent on participating
     items earns Rewards Points.
    Visit www.pointsrewardsplus.com
        to redeem for rewards.

    Your Rewards spending: 21.00
```

DEF FRED MEYER_000101



DEF FRED MEYER_000102



## Incident Report

**Claim Number** 4A2411TCVMP0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11·26·24  DIVISION Fred Meyer 701  STORE # 654

**Section A:    Store ID**

Address 11 Grant Rd.  City Wenatchee EAST  State OR  Zip 98802

Manager on Duty at Time of Incident ▓▓▓▓▓  Store Phone 509 821.2800

Store Email Address _____

Manager Email Address ▓▓▓▓▓

MOD Schedule for Next 5 Days  S 7-5  M off  T 5-3  W 7-5
TH off  F 4-2  SA 7-5

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Carmen Hoffman  Age 46  Gender: M/F

Name of Parent/Guardian _____

Date of Birth 9.12.78  Marital Status Single  Loyalty ID # 509.741.0851

Address 1618 H. Ashland Ave  City East Wenatchee  State WA  Zip 98802

Home Phone _____  Cell Phone 509.741.0851  Work Phone _____

Employer Sinclair Systems Int.  Title _____

Work Address _____  City _____  State _____  Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
5'4"

**Section C:    Incident Information**

Date of Incident 11.26.24  Time of Incident 9:45 · 10:15 AM/PM

Date Notified of Incident 11·26·24  Time Notified 10:15  AM/PM

Effective December 2018    Incident Report    Confidential    Page 1

ACE side.

DEF FRED MEYER_000103



# Incident Report

**Claim Number** ___4 A 2 4 1 1 7 CVMP 0 0 0 1___

**Name of Employee Initially Notified**___[REDACTED]_____

**EUID of Employee Initially Notified**_____

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)** _____
_Apparel Entrance_

**Provide Brief Description in ten words or less for Call Center entry** _____
_Shopping cart wheels locked at door_

**Provide Detailed Description of the incident** _____
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

_Came to shop, choose small cart, decided to get larger cart, cart stopped and injuring neck, arms, back._

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

_Signs on door talking about carts._

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**_____

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

_Upper back, neck, shoulders, arms._

**Did Police or Emergency Services Respond?  Y/N If Yes, Who?**___No._____

| Effective December 2018 | Incident Report | Confidential | Page 2 |

DEF FRED MEYER_000104



# Incident Report

**Claim Number** ___4A2411TCVMPQQ011___

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Y/N _Chiropractor_

Doctor or Medical Facility Name, if known _____

Address_____Phone_____

## Section D: ___ Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_█████████████████████████    EUID_███████████

Signatu███████████████████████    Date _11.26.24_

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000105



## Customer Statement

**Claim Number** _____

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date_____ Store Address_____

City_____ State_____

### Contact Information

Name_____Age_____Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:　　　Home/cell/work/email　(circle one)

### Facts

Date of Incident_____　　　Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened_____

_____

_____

_____

_____

_____

_____

**Effective December 2018**　　　　　**Customer Statement**　　　　　**Page 1**

DEF FRED MEYER_000106



## Customer Statement

**Claim Number** _____

Describe any Injuries or Pain from this Incident (Please be specific)_____
_____
_____
_____

Describe any Personal Property that was damaged (Please be specific)_____
_____
_____

Please identify the person(s) to whom you reported the incident_____
_____
_____
_____

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000107



## Evidence Report

**Claim Number** _____

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 1 |

DEF FRED MEYER_000108



# Evidence Report

**Claim Number** _____

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

## Section B:     Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |
|---|---|---|---|

DEF FRED MEYER_000109



# Evidence Report

**Claim Number** _____

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____    Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000110



# Incident Report

**Claim Number** *4A2507NSJQ40001*

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE **7/20/25**
**701**
**024**

DIVISION **701**

**STORE #**

**Section A:      Store ID**
Address **920 S Burlington Blvd**  City **Burlington**  State **WA**  Zip **98233**

Manager on Duty at Time of Incident ████████

Store Phone _____

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days  S **7-5**  M **7-5**  T **7-5**  W **7-5**
TH **7-5**  F **7-5**  SA **7-5**

**Section B:      Customer ID (Please provide contact for parent/guardian if minor is involved)**
Name **Kim Paulson**                        Age **59**   Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth **10-4-65**  Marital Status **M**            Loyalty ID # **425 776 5004**
Address **4707 237th St. SW**  City **Mountlake Terrace**  State **WA**  Zip **98043**
                          **(206) 465-6395**
Home Phone _____  Cell Phone **(206) 465-63~~95~~**  Work Phone _____

Employer _____                    Title _____
Work Address **20631 Bothell Everett Hwy**  City **Bothell**  State **WA**  Zip **98012**
                **Ste H**
Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ~~Shoulde~~
**Brown hair to shoulders w/ bangs, 165 lbs  light**
**colored sweatshirt**

---

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER 000111



# Incident Report

Claim Number  4A2507 NSJQ40001

## Section C:    Incident Information

Date of Incident    7/20/25            Time of Incident    1:10  AM/**PM**

Date Notified of Incident    7/20/25            Time Notified

1:25  AM/**PM**

Name of Employee Initially Notified  ███████████████████

EUID of Employee Initially Notified  ███████████████████

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

entrance by Produce

Provide Brief Description in ten words or less for Call Center entry  cart locked up at doors

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Exiting store after going thru checkstand & the cart locked up causing her pain & numbness

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entry/exit doors - no hazards seen

Effective December 2018        Incident Report        Confidential        Page 2

DEF FRED MEYER 000112



# Incident Report

**Claim Number** 4A2507NSJQ40004

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left side face, neck, arm, and hand are numb.
left side neck has pain.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known _____

Address _____ Phone _____

⌖ Kim P. is currently in physical therapy for a neck injury. She has an appt. Tuesday 7/22/25 with her physical therapist which was previously scheduled

**Section D:    Witness ID**

1 Name                                              Employee: Y/N  Phone

---

7-20-2025                          4A2507NSJQ40001                          6020250720004304

DEF FRED MEYER_000113

# Incident Report



**Claim Number** 4A2507NSJQ40001

Address_____City_____State_____Zip _____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip _____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip _____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

Kim Paulsen stated she was in a car accident 4 mo. ago and is in physical therapy for the injury.

_____

Print Name and EUID of Employee Completing This Report

Name _____  EUID _____

Signature _____  7/20/25
Date

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 4 |

DEF FRED MEYER_000114



## Incident Report

**Claim Number** `4021016660D0001`

### Report to be completed by Store Management within 24 hours of incident notice

DATE 1/27/21 DIVISION Fred Meyer STORE # 486

**Section A:    Store ID**

Address 1206 N 40th Ave City Yakima State WA Zip 98902

Manager on Duty at Time of Incident Chantal Kabel Store Phone 509.576.6800

Store Email Address chantal.kabel@stores.fredmeyer.com

Manager Email Address daniel.gwynne@stores.fredmeyer.com

MOD Schedule for Next 5 Days S Dan M Dan T Dan W Aaron
TH Cody F Dan SA Cody

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Candis Hoptowit Age 60 Gender: M/F

Name of Parent/Guardian_____

Date of Birth 10/23/1960 Marital Status 3 - Loyalty ID # 447699417446

Address 15050 State Route 410 #2 City Naches State WA Zip 98937

Home Phone 509.907.0432 Cell Phone_____ Work Phone_____

Employer American Red Cross Title_____

Work Address 302 S 2nd St City Yakima State WA Zip 98902

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, 160lbs, Salt & Pepper Hair - Green Eyes, female
caucasian

**Section C:    Incident Information**

Date of Incident 1/27/21 Time of Incident 18:00 AM/PM

Date Notified of Incident 1/27/21 Time Notified 18:10 AM/PM

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000115

1-28-2021        4021016660D0001        6020210128035277



## Incident Report

**Claim Number** ___4 0 2 1 0 1 1 6 6 4 0 0 0 0 1___

Name of Employee Initially Notified___Chantal Kubel___

EUID of Employee Initially Notified___ck79950___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
___Went through entrance B, purchek wheels locked___
___up + hurt her right + left hands- right hand bent___
___back + sprained right wrist.___

Provide Brief Description in ten words or less for Call Center entry___
___purchek alarm locked + bent back wrists + fingers___

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

___Went through entrance B, purchek alarm sounded,___
___locked cart, and bent back customers wrists +___
___fingers w/ abrupt stop/lock___

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

___Entrance B,___

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

___Right hand + wrists + fingers___
___left hand + wrist + fingers.___

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

| Effective December 2018 | Incident Report | Confidential | Page 2 |

1-28-2021                4021016660D0001

DEF FRED MEYER_000116

6020210128035277



# Incident Report

**Claim Number** __4 0 2 1 0 1 6 6 0 0 d 0 b 1 1__

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known __Urgent Care Yakima Valley__

Address __Union Gap Blvd__ Phone _____

**Section D:    Witness ID**

1 Name __Tina Thompson__ Employee: Y/N Phone __509.576.6800__

Address_____ City_____ State_____ Zip_____

2 Name __Carmen Gonzalez__ Employee: Y/N Phone __509.576.6800__

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__Christina St George, Carmen Gonzalez__
__(Thompson)__

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name __Aaron Sanders__ EUID __as65336__

Signature __Aaron C___ Date __1/28/2021__

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |
| --- | --- | --- | --- |

DEF FRED MEYER_000117
6020210128035277



## Customer Statement

**Claim Number** 4 0 2 1 0 1 6 6 0 0 0 0 0 1

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 1/27/2021  Store Address 1206 N 40th Ave, Yakima

City Yakima  State WA

### Contact Information

Name Candis Hoptowit  Age 60  Gender: M/**F**

Parent/Guardian (if minor)

Date of Birth 10/23/60  Marital Status Single

Address 15050 State Rt 410, #2  City Naches  State WA

Home Phone  Cell Phone 509.907.0432

Work Phone  Email

Preferred Method(s) of contact:  (Home)/cell/work/email  (circle one)

### Facts

Date of Incident 1/27/21  Time of Incident 9:00 AM/**PM**

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Entry B near Apparel + Electronics

Describe what happened I made my purchase and hastened to exit adjusting my purse & bags. Holding onto the cart to return it through the doors, the cart locked up in the door way, throwing me over the handle & bending my hands/ wrists in an unnatural motion/position. The cashier Christine assisted me immediately. And I departed for home. On 1/28/2021 saw Urgent care for my hands — no broken bones. CH

Effective December 2018  Customer Statement  Page 1



## Customer Statement

**Claim Number** ___4 0 2 1 0 1 6 6 6 0 0 0 0 0 1___

Describe any Injuries or Pain from this incident (Please be specific)_____

___Right wrists + fingers/hand___

___Left wrists, fingers + hand___

Describe any Personal Property that was damaged (Please be specific)_____

_____

Please identify the person(s) to whom you reported the incident_____

___Chantal Kabel - Long brown hair, manager___

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

---

Effective December 2018              Customer Statement              Page 2

DEF FRED MEYER_000119

1-28-2021                         4021016660D0001                    6020210128035277



# Incident Report

**Claim Number** | 4 | 0 | 2 | 1 | 0 | 3 | 8 | 6 | C | F | 2 | 0 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE 3-10-21  DIVISION 701  STORE # 486

**Section A:    Store ID**

Address_____ City_____ State_____ Zip_____

Manager on Duty at Time of Incident_____ Store Phone_____

Store Email Address_____

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Esther Flores _____ Age 38 ___ Gender: M/Ⓕ

Name of Parent/Guardian_____

Date of Birth 2/11/83  Marital Status S  Loyalty ID #_____

Address 502 w Fremont Ave City Selah  State WA Zip 99942

Home Phone 509 985 3570 Cell Phone_____ Work Phone_____

Employer Memorial Hospital  Title Rev Cycle Rep 2

Work Address 15 u Yakima Ave City Yakima  State WA Zip 98907

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
_____

**Section C:    Incident Information**

Date of Incident ~~3-10-21~~ 3-7-21  Time of Incident 7:18  AM/Ⓟ̶Ⓜ̶

Date Notified of Incident 3-7-21  Time Notified 7:45  AM/Ⓟ̶Ⓜ̶

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000120



# Incident Report

**Claim Number** 4 0 2 1 0 3 8 6 C F 2 0 0 0 1

Name of Employee Initially Notified **Mohammed**

EUID of Employee Initially Notified **MA86850**

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Clothing/Electronics door entrance

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

walking to exit building and cart locked up. she
ran into cart

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

The exit has sliding doors with signs next to both
doors giving warning about locking tires

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

neck sore, wrist hurt

Did Police or Emergency Services Respond? Y/N If Yes, Who? **No**

---

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000121

3-11-2021                              40210386CF20001                    6020210311052477



## Incident Report

**Claim Number** | 4 | 0 | 2 | 1 | 0 | 3 | 8 | 6 | C | F | 2 | 0 | 0 | 0 | 1 |

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/Ⓝ

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
Tina_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Matthew   Noteboom_____    EUID _MN90214____

Signature _[signature]_____    Date_ 3-10-21_____

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000122



**Customer Statement**

**Claim Number** | 4 0 2 1 0 3 8 6 C F 2 0 0 0 1 |

---

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 3-10-21    Store Address 1206 N 40th Ave

City Yakima    State WA

**Contact Information**

Name Esther M. Flores    Age 38    Gender: M/F(circled)

Parent/Guardian (if minor)

Date of Birth 2/11/83    Marital Status Single

Address 502 W. Fremont Ave City Selah    State WA 98942

Home Phone (509) 985-3570    Cell Phone "

Work Phone N/A    Email estherflores00@gmail.com

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 3/7/21    Time of Incident 4/18    AM/PM(circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
electronics/clothing exit door

Describe what happened I was exiting towards the doors and the security device locked the cart wheels and I ran into my cart.

---

**Effective December 2018**    **Customer Statement**    **Page 1**



## Customer Statement

**Claim Number** 4 0 2 1 0 3 8 6 C F 2 0 0 0 1

Describe any Injuries or Pain from this incident (Please be specific) *emidiatly my wrist had pain, shortly after getting into my vehicle I noticed a pinching feeling in my right shoulder/ neck area.*

Describe any Personal Property that was damaged (Please be specific) *N/A*

Please identify the person(s) to whom you reported the incident *Tina (she unlocked the cart) called Mohamad after arriving at home.*

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature *Esther M Horn*___ Date *3/10/21*____

---

**Effective December 2018**          **Customer Statement**                    **Page 2**



# Incident Report

**Claim Number** `4 A 2 4 0 4 5 F H M 7 0 0 0 1`

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 4|6|2024 DIVISION 701 STORE # 424

**Section A: Store ID**

Address 17404 Meridian E City Puyallup State WA Zip 98373

Manager on Duty at Time of Incident Nicole L. Reed Store Phone (253) 445-7840

Store Email Address nicole.Reed@stores.fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days S 7A-5p M off T 7A-5p W 7A-5p
TH 10A-8p F off SA 10A-8p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Akana, Floripina Age 56 Gender: M/(F)

Name of Parent/Guardian _____

Date of Birth 7|2|1967 Marital Status _____ Loyalty ID # _____

Address 9422 185th St CtE City Puyallup State WA Zip 98375

Home Phone _____ Cell Phone (808) 743-2043 Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Ht. 5'2"
eyes, brown hair color black, navy long sleeved shirt, blue
joggers, black tennis shoes

**Section C: Incident Information**

Date of Incident 4|6|2024 Time of Incident 1:38 AM/(PM)

Date Notified of Incident 4|6|2024 Time Notified 1:40 AM/(PM)

---

Effective December 2018 Incident Report Confidential Page 1

DEF FRED MEYER_000125
6020240406003205



## Incident Report

**Claim Number** | 4 A 2 4 0 4 5 F H M 7 0 0 0 1 |

Name of Employee Initially Notified _Nicole L. Reed_

EUID of Employee Initially Notified _NR18736_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc....) _____
_Main entrance, near ad display - Entry A that leads into the produce department._

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_I heard the door alarm and saw a woman at entrance. It appeared her cart had locked up._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Main entrance was clean. No hazards present._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_left breast - cart jarred into area when it locked up as she was pushing it._

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 2**

DEF FRED MEYER_000126
6020240406003205



# Incident Report

**Claim Number** 4A24045FHM70001

Report Number or Contact Name and Phone# 4A24045FHM70001

Did, or will, the customer seek medical treatment? Y/N  Unsure

Doctor or Medical Facility Name, if known  Madigan  or VA

Address_____ Phone_____

## Section D:    Witness ID

1 Name  Isabelita Call                    Employee: Y/(N) Phone (253) 720-7819

Address 20705 81st Ct E          City Spanaway State WA    Zip 98387

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name Nicole L. Reed                    EUID NR18736

Signature Nicole L Reed                Date 4/6/2024

**Remember to check for video and to forward photos**

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 3**

DEF FRED MEYER_000127
6020240406003205



## Customer Statement

**Claim Number** _____ | 4 | A | 2 | 4 | 0 | 4 | 5 | F | H | M | 7 | 0 | 0 | 0 | 1 | _____

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date __4/6/2024__ Store Address __17404 Meridian E__

City __Puyallup__ State __WA__

### Contact Information

Name __FLO__ _____ Age_____ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:  Home/cell/work/email  (circle one)

### Facts

Date of Incident __4|6|24__           Time of Incident __1:30__ AM/**PM**

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc…)

__BY THE GROCERY DOOR__

Describe what happened __I WAS PUSHING MY CART ON THE WAY OUT BY THE GROCERY DOOR AND ALL OF A SUDDEN MY CART STOPPED. AND HIT MY LEFT BREAST REAL HARD ON THE HANDLE OF THE CART BECAUSE OF SUDDEN STOP.__

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000128

6020240406003205



## Customer Statement

**Claim Number** ___4A24045FHM70001___

Describe any Injuries or Pain from this incident (Please be specific)_____

_LEFT BREAST REALLY PAINFUL FROM THE HARD IMPACT OF THE CART WHEN IT STOPS SUDDENLY._

Describe any Personal Property that was damaged (Please be specific)___ N/A ___

Please identify the person(s) to whom you reported the incident___ NICOLE ___

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_4/6/24_

Effective December 2018              Customer Statement              Page 2

DEF FRED MEYER_000129

4-6-2024                    4A24045FHM70001                    6020240406003205



# Evidence Report

**Claim Number** 4A24045FHM70001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 4/6/24    DIVISION 701    STORE # 424

Date of Incident 4/6/24    Time of Incident 1:38    AM/**PM**

**Section A:    Video (Please list each camera location separately, if applicable)**

**\*\*\* Note** – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video **Michael Britten**

Title and EUID, if applicable **Asset protection Specialist/MB 66308**

Comments (such as whether video system was not working, incident is not captured etc...)

**Full Incident was captured**

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

**Black hair, blue hoodie, blue jeans, black shoes.**

Please describe witnesses on video **No one stops. ASL Nichole comes to assist and escort customer to the service desk.**

Effective December 2018        Evidence Report        Confidential        Page 1

DEF FRED MEYER_000130
6020240406003205



# Evidence Report

**Claim Number** `4 A 2 4 0 4 5 F H M 7 0 0 0 1`

1. Camera Location/View __GRO ENT PVM__

   Camera/Unit Number __13/45__

   Recording Time from __1:38:40__ (AM)/PM to __1:40:00__ AM/(PM)

2. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to_____ AM/PM

3. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to_____ AM/PM

## Section B:     Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |
| --- | --- | --- | --- |

DEF FRED MEYER_000131



## Evidence Report

**Claim Number** ___ `4A24045FHM70001`

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000132

4-6-2024                    4A24045FHM70001                    6020240406003205



## Customer Statement

**Claim Number** [ HIA240504KSJ0001 ]

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 5/1/24    Store Address 800 Tenney Rd

City Vancouver    State WA

### Contact Information

Name Amy MacBeth    Age 3~~7~~    Gender: M/Ⓕ

Parent/Guardian (if minor) N/A

Date of Birth 12/31/86    Marital Status Married

Address 12715 W 47th Ct City Vancouver    State WA 98685

Home Phone ____    Cell Phone 708 528 0942

Work Phone ____    Email AmyVPen@gmail.com

Preferred Method(s) of contact:    Home/ⓒ(ell)/work/email (circle one)

### Facts

Date of Incident 4/2a/24    Time of Incident 10:42 Ⓐ/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) I was exiting, the cart locked due to a malfunction, jamming my right leg/knee. No signs/warnings this could happen that I saw.

Describe what happened Security scanner may have been & not allowed me to continue through the door. On the grocery side door exit.

Effective December 2018    Customer Statement    Page 1



## Customer Statement

**Claim Number** 4A240504KSJ0001

Describe any Injuries or Pain from this incident (Please be specific) Right leg/knee which jammed into stopped cart. Pain in Right knee when weight is on it.

Describe any Personal Property that was damaged (Please be specific) n/A

Please identify the person(s) to whom you reported the incident Security guard

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Amy MccB_____ Date 5/1/24

Effective December 2018          Customer Statement          Page 2

DEF FRED MEYER_000134

5-1-2024          4A240504KSJ0001          6020240501036760



## Incident Report

**Claim Number** ___4lA24et564KSJee07___

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _4/29/24_ DIVISION _70(_                    STORE # _46U_

### Section A:    Store ID

Address _800 Tenney Rd_ City _Vancouver_ State _WA_ Zip _98685_

Manager on Duty at Time of Incident _Kyle Knudsen_ Store Phone _(360)571-2576_

Store Email Address _Rebecca pekkala @ ~~stores~~ stores.Fredmeyer.com_

Manager Email Address _Same_

MOD Schedule for Next 5 Days S _Kyle_ M _Scott_ T _Scott_ W _Scott_
TH _Scott_ F _Scott_ SA _Kyle_

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name_____ Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status_____ Loyalty ID #_____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
_____
_____

### Section C:    Incident Information

Date of Incident _4/29/24_                    Time of Incident _10:42_ AM/PM
        _Called Kyle on 4/29/24_
Date Notified of Incident _Talked too about_    Time Notified _11:00_ AM/PM
        _what happened_

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000135



# Incident Report

**Claim Number** 4A240504KSJ0001

Name of Employee Initially Notified  Kyle Knudsen

EUID of Employee Initially Notified  KK 85493

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
In frout of the Grocery doors leading outside

Provide Brief Description in ten words or less for Call Center entry  Cart locked up after
going out Grocery doors and it hit her Knee/leg

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went out Grocery doors + the Cart locked up
and she hit her knee/leg

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entrances were clear

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)  N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right knee/leg

Did Police or Emergency Services Respond? Y (N) If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000136



# Incident Report

**Claim Number** 4A240504KSJ0001

Report Number or Contact Name and Phone# _W(A_

Did, or will, the customer seek medical treatment? Ⓨ N

Doctor or Medical Facility Name, if known_____

Address_____ Phone_____

**Section D:    Witness ID**

1 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_n/A_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Rebecca Pekkala_____ EUID _RP50523_____

Signature _Rebecca Pekkala_____ Date _5/1/24_____

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000137

Oct. 24. 2024  9:43AM    No. 1106    P. 1



# Incident Report

**Claim Number** _4A24 10RD0YJ00A1_

### Report to be completed by Store Management within 24 hours of incident notice

DATE 10/15/24  DIVISION Fred meyer  STORE # 460

**Section A:    Store ID**

Address 800 NE Tenney Rd  City Vancouver  State WA  Zip 98605

Manager on Duty at Time of Incident Scott Vetter  Store Phone 360-571-2540

Store Email Address Scott.Vetter@Stores-Fredmeyer.com

Manager Email Address Gillian.Sworden@Stores.Fredmeyer.com

MOD Schedule for Next 5 Days  S 7A-5p  M 7A-5p  T 7A-5p  W 7A-5p
TH 7A-5p  F 7A-5  SA 7A-5p

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Birian  Age 32  Gender: M/F

Name of Parent/Guardian _____

Date of Birth 12/12/91  Marital Status Married  Loyalty ID # 800901 5380

Address 4019 NE 94th ST  City Vancouver  State WA  Zip 98665

Home Phone N/A  Cell Phone 3609015380  Work Phone N/A

Employer N/A  Title N/A

Work Address N/A  City N/A  State N/A  Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Hair up, Black hair, Black leggings, Sweatshirt, Nike Shoes

**Section C:    Incident Information**

Date of Incident 10/15/24  Time of Incident 10:30 AM/PM

Date Notified of Incident 10/21/24  Time Notified 4:30 AM/PM

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000138

# Incident Report

**Claim Number** _____

Name of Employee Initially Notified _not @ store, notified after via phone_

EUID of Employee Initially Notified _N/A_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_in entrance to grocery / apparel_

Provide Brief Description in ten words or less for Call Center entry _exiting store_
_wheels locked cart went up landed on left knee_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_exiting store, wheels locked up cart hit up_
_landed on customers left knee._
_said there was a new guard @ door, described_
_as bald guy._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Signage on all carts showing knee lock._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_left knee whole left knee_

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? _No_

**Effective December 2018**      Incident Report      Confidential      Page 2

DEF FRED MEYER_000139

# Incident Report

**Claim Number** _____

*Case # customer provided*

Report Number or Contact Name and Phone# 74677433

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known _a Clinic - no specific Dr_

Address _N_ _____ Phone _____

## Section D:    Witness ID

1 Name _____ Employee: Y/N  Phone _____

Address _____ City _____ State _____ Zip _____

2 Name _____ Employee: Y/N  Phone _____

Address _____ City _____ State _____ Zip _____

3 Name _____ Employee: Y/N  Phone _____

Address _____ City _____ State _____ Zip _____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

_-7807, last 4 of reward card_

_- Stated there were no other customers/witnesses with her aside from potentially MemaGuard @ Door_

Print Name and EUID of Employee Completing This Report

Name _Gillian Snowden_    EUID _6827acc6_

Signature _____    Date _10/21/24_

### Remember to check for video and to forward photos

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000140

10-24-2024          4A2410RD0YJ0001          5220241024012751

## Customer Statement

**Claim Number** ___4A24110RD0YJ0001___

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _10-15-24_  Store Address _800 NE tenny RD_

City _Vancouver_  State _WA_

**Contact Information**

Name _Maria Bivian_  Age _32_  Gender: M/**F**

Parent/Guardian (if minor)_____

Date of Birth _12-12-91_  Marital Status _Married_

Address _4019 NE 94th ST_  City _Vancouver_  State _WA_

Home Phone _360-901-5380_  Cell Phone _360-901-5380_

Work Phone_____  Email _mmabibiam2c yahoo.com_

Preferred Method(s) of contact:  Home/**cell**/work/**email** (circle one)

**Facts**

Date of Incident _10-15-24_  Time of Incident _10:30_  **AM**/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_Grocery entrance_

Describe what happened _While shopp exiting Fred myers an incident occurred that resulted in an injury to my knee. as I was pushing cart, the wheels unexpectedly stopped. The sudden rault caused my knee to colide. Shopping cart went up and landed down on my knee, as a result of the impact I have been experiencing any significant knee pain._

Effective December 2018  Customer Statement  Page 1

DEF FRED MEYER_000141

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

Describe any Injuries or Pain from this incident (Please be specific)

*Sore Throbing pain left knee, Not allowing to stand long on left leg.*

Describe any Personal Property that was damaged (Please be specific) *N/A*

Please identify the person(s) to whom you reported the incident *Scott store Manager. 10-21-24*

**Witness ID** *N/A*

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date *10-21-24*

Effective December 2018        Customer Statement        Page 2

DEF FRED MEYER_000142



## Incident Report

**Claim Number** 4A24125V50001

4A24121J5V50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-2-24    DIVISION Fred Meyer    STORE # 652

### Section A:    Store ID

Address 201 S. Water St    City Ellensburg    State WA    Zip 98926

Manager on Duty at Time of Incident Lee Howard    Store Phone 509-962-0514

Store Email Address lee.Howard@stores.fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days   S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Andy Cleman    Age_____ Gender: (M)/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status Married    Loyalty ID #_____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone 509-925-4015 Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

### Section C:    Incident Information

Date of Incident 11-28-2024    Time of Incident 12:56    AM/(PM)

Date Notified of Incident 12-2-2024    Time Notified 2:30    AM/(PM)

---

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 1**

DEF FRED MEYER_000143



# Incident Report

**Claim Number** _____

---

Name of Employee Initially Notified  _Lee Mound_

EUID of Employee Initially Notified  _L484132_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Entrance_

_____

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Cat   locked   on   Customer   causing
injuries._

_____

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_____

_____

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_____

_____

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

---

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000144



# Incident Report

**Claim Number** `4A24121J5V50001`

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name Lee Mouad                      EUID LH84132

Signature [signature]               Date 12-2-24

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000145

Lee, Store Manager                                                              December 2, 2024
Fred Meyer (Kroger)
Ellensburg Branch, hand-delivered

4A24121J5V50001

Dear Lee,

  Last week on Monday, November 25 we met and discussed in detail the incident my wife experienced regarding the dangerous "security cart" protocols. As you recall, she was the victim of an auto-engagement of the security cart while exiting the north door on the evening of November 23. Coincidentally, my eldest daughter experienced an injury from a similar cart malfunction on Thanksgiving Day, only five days later. This marks the second incident of Kroger's unsupervised security carts causing injury to be inflicted upon two members of my family within less than one week.

Here are the details of the second incident:
  After purchasing grocery items @ 12:56 pm on Thursday, November 28, my daughter bought a coffee and perused some clothing items for a few minutes before exiting the store through the north door. As she left, the cart she was pushing suddenly locked up with no prior warning. This abrupt and unannounced action caused my daughter's leg to strike the cart, which caused a laceration and bruise. A photo of her injury and a copy of her receipt are attached.

I now must strongly urge you to pursue a resolution to this ongoing and dangerously reckless "security" practice. Any delay in a resolution places your customers at risk of sustaining injuries and places Kroger at risk of litigation. As a reminder, here are the details of two of the possible resolutions we discussed on November 25:

1) **Fix the "security cart" software.** Currently the carts abruptly halt (a.k.a. auto-engage) randomly and incorrectly each day. Tighten up the code and/or the variables in the system so the carts activate <u>only</u> when either a law or store policy has been violated. There should be less than one false positive for every thousand accurate engagements; e.g. less than .10% defaults

2) **Pull the plug on the existing dangerous security cart system**. Not one criminal has been apprehended in Ellensburg via the use of these security carts; however, many customers have been injured and are complaining. This is the best option for Kroger given the acceleration of reported incidents and injuries.

I previously provided you with the RCW for the crime of Reckless Endangerment (RCW 9A.36.050) and suggested you contact Kroger's VP of Security. I will follow up with you in one week to allow you time to resolve this matter.

Knowingly and willfully allowing the current security cart system to continue to injure your own law-abiding customers is not only flagrantly reckless, it is morally and legally wrong. Please resolve this matter as soon as possible.

Andrew W. Cleman
*Shield & Sword*, Citizen's Advocates
(509) 925-4015

cc: Julieann Cleman, victim #1
  Allison Cleman, victim #2
  Shield & Sword, archives

attachments: Photo of victim #2 leg injury
     Copy of Nov 28 receipt, second incident

DEF FRED MEYER_000146

*Cart Jam*
*save* *Allison*
*Victim#2*

# FredMeyer FRESH FOR EVERYONE.

4A24121J5V50001

```
            Now Hiring!
   Apply at jobs.fredmeyer.com
        201 South Water
        509-962-0500
     YOUR CASHIER WAS CHEC 504
     3760033067 PC HRML TRAY    9.99 F
SC      FM SAVINGS           9.00
  1.99 (2.00) lb @ 6.99 /lb
WT      93079     ASP PRPL OR 13.91 F
     7120306591 PC UMPQUA ICE C 5.99 F
SC      FM SAVINGS           1.50
     1800000526 PC PILLSBRY CIN 3.49 F
SC      FM SAVINGS           0.30
     1111086864    PRVTSELC CKI 3.99 F
     7027223204    REDDIWHIP TO 5.99 F
     85269700823 PC TERRYS CHOCO 4.29 F
SC      FM SAVINGS           0.70
     2500004496 PC SIMPLY ORANG 3.99 F
SC      FM SAVINGS           0.80
     4900002468 PC COKE 6PK     5.99 B
     89819500127 PC FEVER TREE G 4.99 B
SC      FM SAVINGS           1.00
     7800021845    SCHWEPPES TN 1.79 B
     8811011030    TANQUERAY G 19.99 T
Age Restricted: 21
MR      9341    LIQUOR LT TX 2.83
     980020024 PC ROCHER CHOC 12.99 F
SC      FM SAVINGS           2.00
     REWARDS CARD         *******6624
   2 @ 0.08
MR      7140    CHECKOUT BAG 0.16
            TAX              5.17
     **** BALANCE           105.55
US DEBIT Purchase
*************9525 -  H
REF#:    063185    TOTAL: 105.55
PURCHASE: 105.55    CASHBACK: 0.00
AID: A0000000980040
TC: A6172097938CD802
VERIFIED BY PIN
            DEBIT          105.55
            CHANGE           0.00
   WA 08.4000 % TAX A        1.07
   WA 20.5% Spirits Tax      4.10
   TOTAL TAX                 5.17
   TOTAL NUMBER OF ITEMS SOLD =  13
   Fred Meyer Savings      $ 15.30
   Total Coupons           $ 15.30
   Total Savings (13 Percent) $ 15.30
   11/28/24 12:50  652 504   72 999999504
***************************************
     Annual Card Savings $1334.51
***************************************
   Fuel Points Earned Today: 97
   Total Nov Fuel Points: 592
***************************************
     GAMING POINTS REWARDS PLUS
   Every $30 Spent on participating
     items earns Rewards Points.
   Visit www.pointsrewardsplus.com
        to redeem for rewards.

   Your Rewards spending: 21.00
```



DEF FRED MEYER_000148



## Incident Report

**Claim Number** `4 A 2 4 1 1 T C V M P 0 0 0 1`

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11·26·24    DIVISION Fred Meyer 701    STORE # 654

**Section A:    Store ID**

Address 11 Grant Rd.    City Wenatchee EAST    State OR    Zip 98802

Manager on Duty at Time of Incident Greg Johnson    Store Phone 509 821·2800

Store Email Address_____

Manager Email Address Greg.johnson @ stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5  M off  T 5-3  W 7-5
TH off  F 4-2  SA 7-5

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Carmen Hoffman    Age 46    Gender: M/(F)

Name of Parent/Guardian_____

Date of Birth 9·12·78  Marital Status Single    Loyalty ID # 509·741·0851

Address 618 H. Ashland Ave  City East Wenatchee  State WA  Zip 98802

Home Phone_____  Cell Phone 509·741·0851  Work Phone_____

Employer Sinclair Systems Int.    Title_____

Work Address_____  City_____  State_____  Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
5'4"

**Section C:    Incident Information**

Date of Incident 11·26·24    Time of Incident 9:45·10:15 (AM)/PM

Date Notified of Incident 11·26·24    Time Notified 10:15    AM/(PM)

---

Effective December 2018    Incident Report    Confidential    Page 1

ACE side.

DEF FRED MEYER_000149



# Incident Report

**Claim Number** ____ | 4 | A | 24 | 1 | 1 | 7 | C | M | P | d | d | d | 1 | _____

Name of Employee Initially Notified __Lourdes_____

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__Apparel Entrance_____

Provide Brief Description in ten words or less for Call Center entry _____
__Shopping cart wheels locked at door_____

Provide Detailed Description of the incident _____
(as witnessed by you) OR (as conveyed by the customer) (circle one)

__Came to shop, chose small cart, decided to get__
__larger cart, cart stopped and injuring neck, arms, back.__

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

__Signs on door talking about carts.__

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__Upper back, neck, shoulders, arms.__

Did Police or Emergency Services Respond?  Y/N If Yes, Who?___No._____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000150



# Incident Report

**Claim Number** ___4A2411TCVMA0001___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N  *Chiropractor*

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name___*Gregory Johnson*_____    EUID___*GJ 35505*___

Signature_____    Date___*11.26.24*___

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000151



# Customer Statement

**Claim Number** _____

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date_____ Store Address_____

City_____State_____

## Contact Information

Name_____Age_____Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:        Home/cell/work/email  (circle one)

## Facts

Date of Incident_____        Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_____
_____

Describe what happened_____
_____
_____
_____
_____
_____
_____

**Effective December 2018**            **Customer Statement**            **Page 1**

DEF FRED MEYER_000152



## Customer Statement

**Claim Number** _____

Describe any Injuries or Pain from this incident (Please be specific)_____
_____
_____
_____

Describe any Personal Property that was damaged (Please be specific)_____
_____
_____

Please identify the person(s) to whom you reported the incident_____
_____
_____
_____

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

**Effective December 2018**         **Customer Statement**         **Page 2**

DEF FRED MEYER_000153



## Evidence Report

**Claim Number** _____

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 1 |
| --- | --- | --- | --- |

DEF FRED MEYER_000154

60202411260454 78

11-26-2024



# Evidence Report

**Claim Number** _____ | | | | | | | | | | | | | | | | | | | |

1.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

2.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

3.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

**Section B:** **Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |
|---|---|---|---|

DEF FRED MEYER_000155



# Evidence Report

**Claim Number** _____

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____ Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |
| --- | --- | --- | --- |

DEF FRED MEYER_000156



# Incident Report

**Claim Number** 4A2507NSJQ40001

---

Report to be completed by Store Management within 24 hours of incident notice

DATE 7/20/25                    DIVISION 701
701                                                    **STORE #**
024

**Section A:    Store ID**
Address 920 S Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident Bill Pelan _____ Store Phone _____

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**
Name Kim Paulson _____ Age 59 Gender: M/(F)

Name of Parent/Guardian _____

Date of Birth 10-4-65 Marital Status M         Loyalty ID # 425 776 5004

Address 4707 237th St. SW City Mountlake Terrace State WA Zip 98043

Home Phone _____ Cell Phone (206) 465-6395 Work Phone _____

Employer _____ Title _____

Work Address 20631 Bothell Everett Hwy City Bothell State WA Zip 98012
Ste H

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ~~Shoulde~~
Brown hair to shoulders w/ bangs, 165 lbs light
colored sweatshirt

---

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000157



# Incident Report

**Claim Number** 4A2507 NSJQ40001

---

**Section C:    Incident Information**

Date of Incident    7/20/25    Time of Incident    1:10    AM/**PM**

Date Notified of Incident    7/20/25

Time Notified

_____    1.25    AM/**PM**

Name of Employee Initially Notified    Maureen Stewart

EUID of Employee Initially Notified    mm65490

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
entrance by Produce

Provide Brief Description in ten words or less for Call Center entry    cart locked up at doors

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Exiting store after going thru checkstand & the cart locked up causing her pain & numbness

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
entry/exit doors - no hazards seen

---

Effective December 2018    Incident Report    Confidential    Page 2



# Incident Report



**Claim Number** 4A2507NSJQ40004

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left side face, neck, arm, and hand are numb. left side neck has pain.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? _____

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? (Y)/N

Kim P. is currently in physical therapy for a neck injury. She has an appt. Tuesday 7/22/25 with her physical therapist which was previously scheduled

Doctor or Medical Facility Name, if known _____

Address _____ Phone _____

**Section D:     Witness ID**

1 Name                                                    Employee: Y/N Phone

---

DEF FRED MEYER 000159

7-20-2025                          4A2507NSJQ40001                          6020250720004304



## Incident Report

**Claim Number** 4A2507NSJQ40001

Address_____ City_____ State_____ Zip _____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip _____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip _____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

Kim Paulson stated she was in a car accident 4 mo. ago and is in physical therapy for the injury.

_____

Print Name and EUID of Employee Completing This Report

Name Maureen Stewart_____  EUID mm65490

Signature _____  7/20/25
Date

**Remember to check for video and to forward photos**

---

Effective December 2018      Incident Report      Confidential      Page 4

DEF FRED MEYER 000160

7-20-2025                    4A2507NSJQ40001                    6020250720004304



# Incident Report

**Claim Number** 4A2602FG7VP0001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/14/26   DIVISION 701                          STORE # 186.

**Section A:    Store ID**

Address 605 37th AVE SE   City LACEY        State WA   Zip 98503

Manager on Duty at Time of Incident Christiana Johnson Store Phone 360 438 6450

Store Email Address Christiana.johnson@Stores.Fredmeyr.Com

Manager Email Address _____

MOD Schedule for Next 5 Days S 10-8   M 10-8   T 7-5   W 6-4
TH off   F off   SA off

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Tissany Gilmore                     Age 51   Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth 12/17/74 Marital Status Married   Loyalty ID # _____

Address 605 7 37th AVE   City LACEY        State WA   Zip 98503

Home Phone _____ Cell Phone 270 955 4042 Work Phone _____

Employer SELF Employed      Title Business Owner

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

---

**Section C:    Incident Information**

Date of Incident 2/14/26              Time of Incident 9    AM/**PM**

Date Notified of Incident 2/14/26      Time Notified 9    **AM**/PM

**Effective December 2018**      **Incident Report**      **Confidential**      **Page 1**

DEF FRED MEYER_000161



## Incident Report

**Claim Number** 4A2602FG7VP0001

Name of Employee Initially Notified _Julia Cerda_

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Front End_

Provide Brief Description in ten words or less for Call Center entry _Did not See anything_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_N/A_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
_at Door_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____
_N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_N/A_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000162



## Incident Report

**Claim Number** _H|A|2|6|0|2|FG|7|V| P|0|0|1|_

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/Ñ

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____ Unlocked   Cart _____

_____

Print Name and EUID of Employee Completing This Report

Name_ Christiana  Johnson _____     EUID_ CJ57901 _____

Signature_____     Date_ 2/14/26 _____

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000163



## Customer Statement

**Claim Number** ___ 4A2602FG7VP0001 ___

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date_____ Store Address_____

City_____ State_____

### Contact Information

Name _Tissany Gilmore_____ Age _51_ Gender: M/**F**

Parent/Guardian (if minor)_____

Date of Birth _12/17/74_____ Marital Status _Married_____

Address _6057 37th AVE SE____ City _LACEY_____ State _WA_

Home Phone_____ Cell Phone _270 955 4042_ ·

Work Phone_____ Email _ATASTEOF@onyiyechi.com_

Preferred Method(s) of contact:    Home/**cell**/work/email  (circle one)

### Facts

Date of Incident _2/14/26_____ Time of Incident _0900_ **AM**/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Exiting door_____

Describe what happened _As I was Exiting Fred Meyers the shopping cart locked and injured my right Shin. ~~Pictures are attache~~_

_____

_____

_____

_____

**Effective December 2018**          **Customer Statement**          **Page 1**

DEF FRED MEYER_000164



## Customer Statement

**Claim Number** ___ | 4 A 2 6 0 2 F G 7 V P 0 0 0 1 |

Describe any Injuries or Pain from this incident (Please be specific) _Right Shin_ ___

Describe any Personal Property that was damaged (Please be specific) _bruising to right Shin._ ___

Please identify the person(s) to whom you reported the incident _Julia Front Self Check out._ ___

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date _2/15/2026_

**Effective December 2018**         **Customer Statement**         **Page 2**

DEF FRED MEYER_000165



## Evidence Report

**Claim Number** __4A 26 02 FG7VP0001__

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

### Section A:    Video (Please list each camera location separately, if applicable)

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

**Customer Name**_____**Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 1 |

DEF FRED MEYER_000166



## Evidence Report

**Claim Number** __4A2602FG7VP0001__

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

### Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000167



## Evidence Report

**Claim Number** ___4A2602FG7VP0001___

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.**

**Section C:**    **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000168



# Incident Report

**Claim Number** 4A26010XSG60001

### Report to be completed by Store Management within 24 hours of incident notice

DATE 12/31/25 DIVISION Fred Meyer STORE # 265

**Section A:     Store ID**

Address 1100 N Meridian City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Aleksho Love Store Phone 253-841-0750

Store Email Address alphadove@stores.fredmeyer.com

Manager Email Address "        " '

MOD Schedule for Next 5 Days S off M off T 7-5 W off
TH off F off SA off

**Section B:     Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Karena Tinnin Age 49 Gender: M/Ⓕ

Name of Parent/Guardian

Date of Birth 2/14/76 Marital Status Single Loyalty ID # 9487

Address 625 2n 15t SW City Puyallup State WA Zip 98321

Home Phone Cell Phone 253-861-6205 Work Phone

Employer Orenco / Bubble Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'10" Caucasian black sweater, black capri, grey Nikes
hat in a bun

**Section C:     Incident Information**

Date of Incident 12/31/25 Time of Incident 1:18 AM/ⓅM

Date Notified of Incident 12/31/25 Time Notified 4:00 AM/ⓅM

**Effective December 2018          Incident Report          Confidential          Page 1**

DEF FRED MEYER_000169



# Incident Report

**Claim Number** ___4 A 2 6 0 1 0 X S 6 6 0 0 0 1___

Name of Employee Initially Notified _Fletcher Lane_

EUID of Employee Initially Notified _FLS4660_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_In Apparel lobby by the front door_

Provide Brief Description in ten words or less for Call Center entry _cart locked up_
_and the customer injured shin on cart_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer was walking towards apparel lobby_
_and the cart locked up._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_no hazards._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_ _N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Right shin banged into cart and bruised._

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**      **Incident Report**      **Confidential**      **Page 2**

DEF FRED MEYER_000170



## Incident Report

**Claim Number** __4A26010XSG60061__

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N · *unknown*

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_*Fukher  Lire*_____    EUID _*FLS4660*_____

Signature_____    Date _*12/31/25*_____

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000171



## Customer Statement

**Claim Number** __4A2512PMDJ30001__

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date __12/21/25__  Store Address __6100 E Lake Sammamish Pkwy SE__

City __Issaquah__  State __Wa__  __98029__

**Contact Information**

Name __Barbra A Adams__  Age __74__  Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth __10/22/51__  Marital Status __Single__

Address __23800 SE Tiger Mt RD #22__ City __Issaquah__  State __Wa__

Home Phone_____ Cell Phone __206-348-3048__

Work Phone_____ Email_____

Preferred Method(s) of contact:  Home/cell/work/email  (circle one)  __Cell Phone__

**Facts**

Date of Incident __12/14/2025__  Time of Incident __4__  AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__Home Entrance at approximately 4pm__

Describe what happened __Cart wheels locked up as she was walking out the Home Entrance. Caused a jerking motion with her neck. Currently have a neck injury. (A fusion). Went to doctor and had an MRI Due to extreme Pain.__

**Effective December 2018**      Customer Statement      Page 1

DEF FRED MEYER_000172



## Customer Statement

Claim Number _4A2512PMDJ30001_

Describe any Injuries or Pain from this incident (Please be specific) _Extreme Pain_
_in her neck. Pain level 10_

Describe any Personal Property that was damaged (Please be specific) _N/A_

Please identify the person(s) to whom you reported the incident _N/A_

### Witness ID

1 Name _N/A_ Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name _N/A_ Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name _N/A_ Phone

Was this person shopping with you? Y/N

What is this person's relationship to you? _N/A_

Your Signature _Barbara Alldain_ Date _12/21/25_

---

Effective December 2018        Customer Statement        Page 2

DEF FRED MEYER_000173



# Incident Report

**Claim Number** ___4A2512PMDJ30001___

Report to be completed by Store Management within 24 hours of incident notice

DATE _12/21/25_ DIVISION ___701___ STORE # ___658___

## Section A:    Store ID

Address _6100 E Lake Samm Parkway_ City ___Issaquah___ State _Wa_ Zip _98029_

Manager on Duty at Time of Incident_Mauco Ortega_ Store Phone_425-416-1100_

Store Email Address_____

Manager Email Address ___Tim.Francis@Stores.FredMeyer.Com___

MOD Schedule for Next 5 Days  S_____ M _11-9_ T _11-9_ W _8-6_
TH _off_ F _4-9_ SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name ___Barbra Adams___ Age _74_ Gender: M/**F**

Name of Parent/Guardian_____

Date of Birth _10/22/51_ Marital Status _Single_ Loyalty ID #_____

Address _23800 SE Tiger Mt R_ City _Issaquah_ State _Wa_ Zip _98029_

Home Phone_____ Cell Phone _206-348-3048_ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _Incident happened a week ago. 5'3 to 5'5 hair grey weight approximatly 130_

## Section C:    Incident Information

Date of Incident _12/14/25_ Time of Incident_4_ AM/**PM**

Date Notified of Incident_12/25/25_ Time Notified _6_ AM/**PM**

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000174



# Incident Report

**Claim Number** HA2512PMDJ30001

**Name of Employee Initially Notified** Tim Francis

**EUID of Employee Initially Notified** TF88687

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)** Customer Claims that the cart wheels locked up while exiting build at the Home Entrance

**Provide Brief Description in ten words or less for Call Center entry** Customer hurt neck when cart wheels locked up at Home Entrance

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

Customer claims that the cart wheels locked up as she was exiting the building at the Home Entrance Customer claims that she had previous neck injury and it aggravated her neck.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

Home Entrance no hazzards. Cart wheels locked up due to per check system.

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** N/A

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

Customer said that she hurt her neck when Cart wheels locked up. Customer Said that it aggravated her neck

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** No

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000175



## Incident Report

**Claim Number** 4A2512PMDJ30001

Report Number or Contact Name and Phone# _Tim Francis_ _425-416-1100_

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_ N/A _

Address_____Phone_____

**Section D:    Witness ID**

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

**Print Name and EUID of Employee Completing This Report**

Name_ Tim Francis _            EUID_ TF88687 _

Signature_____            Date_ 12/28/25 _

**Remember to check for video and to forward photos**

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000176



# Incident Report

**Claim Number** | 4 | A | 2 | 5 | 1 | 0 | S | W | 3 | 8 | Y | 0 | 0 | 0 | 1 |

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10-25-2025    DIVISION 701 FRED MEYER    STORE # 265

## Section A:    Store ID

Address 1100 N Meridian    City Puyallup    State WA    Zip 98571

Manager on Duty at Time of Incident_____    Store Phone 253-840-8150

Store Email Address_____

Manager Email Address_____

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
                               TH_____  F_____  SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Brenda Alston    Age_____  Gender: M/F

Name of Parent/Guardian_____

Date of Birth 4-20-1954    Marital Status_____    Loyalty ID #_____

Address 6516 parkst E    City Fife    State WA    Zip 98424

Home Phone 253 304 0983  Cell Phone_____  Work Phone_____

Employer_____    Title_____

Work Address_____  City_____  State_____  Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Gray Jacket blue Jeans  gray tennis shoes  black beanie

## Section C:    Incident Information

Date of Incident  10-25-25    Time of Incident  11:12  AM/PM

Date Notified of Incident 10-25-25    Time Notified  11:20  AM/PM

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000177



## Incident Report

**Claim Number** 4 A 2 5 1 1 0 5 W 3 8 Y 0 0 0 1

Name of Employee Initially Notified Julie

EUID of Employee Initially Notified JW40432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Aparel exit Door

Provide Brief Description in ten words or less for Call Center entry Cart locked up at door Customer ran into it

Provide Detailed Description **of the incident**
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer checked out of Register 201. Went out of the apord door and the Cart locked up. After it stopped it unlocked and kept going.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Lower right leg on the middle shin

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Lower right leg. Shin

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

front of right shin - lower leg.

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000178



# Incident Report

**Claim Number** ___ $\boxed{4|A|2|5|1|1|0|5|W|3|8|Y|0|0|0|1}$ ___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment Ⓨ/N

Doctor or Medical Facility Name, if known _University of Washington federal way_

Address_____Phone_____

**Section D:    Witness ID**

1 Name_Jeremiah_____Employee: Ⓨ/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_Noble  Security  Jeremiah_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_Julie Williams_____  EUID_JW40482_

Signature_Jl Jl cullams_____  Date _10-25-25_

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |
| --- | --- | --- | --- |

DEF FRED MEYER_000179



## Customer Statement

**Claim Number** ___ | 4 | A | 2 | 5 | 1 | 0 | 5 | W | 3 | 8 | Y | 0 | 0 | 0 | 1 |

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date_____ Store Address_____

City_____State_____

### Contact Information

Name_____Age_____Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:        Home/cell/work/email  (circle one)

### Facts

Date of Incident_____        Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened_____

_____

_____

_____

_____

_____

_____

**Effective December 2018**              **Customer Statement**                    **Page 1**

DEF FRED MEYER_000180



## Customer Statement

**Claim Number** `4A2510SW38Y0001`

Describe any Injuries or Pain from this incident (Please be specific) big bump / bruise on lower right shin

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident First Noble security Jeremiah, then customer service Desk Gllen. Then Front end relief Assistant Julie

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Glenda Alston_    Date _10/25/25_

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000181



# Evidence Report

**Claim Number** _____ |||||||||||||||||||||| _____

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

**Effective December 2018**          Evidence Report          Confidential          **Page 1**

DEF FRED MEYER_000182



# Evidence Report

**Claim Number** _____ [ | | | | | | | | | | | | | | | | | | | ]

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

## Section B:  Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000183



# Evidence Report

**Claim Number** ____[ | | | | | | | | | | | | | | | | | | ]_____

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.**

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

10-25-2025                                    4A2510SW38Y0001                              6020251025003014

DEF FRED MEYER_000184



# Incident Report

**Claim Number** 4A251067FV20001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/6/25 DIVISION 701 Fred Meyer STORE # 688

## Section A:    Store ID

Address 2902 164th St SW City Lynnwood, State WA Zip 98087

Manager on Duty at Time of Incident Cheryl Tutt Store Phone 425 789-4900

Store Email Address Cheryl.tutt@stores.fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W OFF
TH OFF F 7-5 SA 7-5

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Amy Craig Age 41 Gender: M/**F**

Name of Parent/Guardian

Date of Birth 12/16/84 Marital Status Married Loyalty ID # (425)870-4961

Address 4517 Seahurst Ave City Everett State WA Zip

Home Phone Cell Phone 425 870-3162 Work Phone 425 870-3162

Employer None Title

Work Address N/A City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'5" brunette 180 lbs leggings
tank top

## Section C:    Incident Information

Date of Incident 10/6/25 Time of Incident 4:15 AM/**PM**

Date Notified of Incident 10/6/25 Time Notified 4:20 AM/**PM**

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000185



## Incident Report

**Claim Number** 4A251067FV20001

Name of Employee Initially Notified _Cheryl tutt_

EUID of Employee Initially Notified _CF40891_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Grocery entance North door_

Provide Brief Description in ten words or less for Call Center entry _____
_Customers belly Hit cart as it locked up_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer stated that after checking
out through checkstand 3 or 4 she
exited the building through north entance_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Carts have signs on them that talk
about locking wheels_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Bruise on adomin, bleeding disorder_

Did Police or Emergency Services Respond? Y (N) If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000186



# Incident Report

**Claim Number** 4A251067FV20001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name    Cheryl Tatt                    EUID CF40891

Signature    Cheryl Tatt               Date  10/6/25

Remember to check for video and to forward photos

**Effective December 2018**          **Incident Report**          **Confidential**          Page 3

DEF FRED MEYER_000187



## Customer Statement

**Claim Number** 4A251067FV20001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 10/6/25    Store Address 2902 164th St SW

City Lynnwood    State WA

### Contact Information

Name Amy Craig    Age 41    Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth 12/16/84    Marital Status married

Address 4517 Seahurst Ave    City Everett    State WA

Home Phone_____    Cell Phone 425-870-3162

Work Phone_____    Email winterrosebud@gmail.com

Preferred Method(s) of contact:    Home/cell/work/(email) (circle one)

### Facts

Date of Incident 10/6/25    Time of Incident 4:15    AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
exit doors @ grocery door

Describe what happened Walking after paying for food and exiting to building. Upon exiting my grocery cart sudelenly locked and the momentum of my body didn't slamming the cart into my stomach. My stomach is staring to bruise.

---

**Effective December 2018**    **Customer Statement**    **Page 1**

DEF FRED MEYER_000188



## Customer Statement

**Claim Number** `4A251 067FV20001`

Describe any Injuries or Pain from this incident (Please be specific) Upper abdomen under breasts is bruising and pain. Pain is constant and abdomen is tender to touch.

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Store manager Cheryl.

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date 10/6/25

**Effective December 2018**          **Customer Statement**                    **Page 2**

10-7-2025                    4A251067FV20001                    6020251007043658

DEF FRED MEYER_000189

**Furthest Self checkout 6:15**

## Incident Report

**Claim Number** ___ H A 2 5 0 8 Y 1 Z P X 0 0 0 1

### Report to be completed by Store Management within 24 hours of incident notice

DATE _Aug 29, 2025_ DIVISION _701_ STORE # _081_

**Section A:    Store ID**

Address _2801 Bickford_ City _Snohomish_ State _WA_ Zip _____

Manager on Duty at Time of Incident _Margaret Lacasse_ Store Phone _360-563-3700_

Store Email Address _margaret.lacasse@stores.fredmeyer.com_

Manager Email Address _marc.walton@stores.fredmeyer.com_

MOD Schedule for Next 5 Days S _10-8_ M _10-8_ T _10-8_ W _10-8_
TH _10-8_ F _10-8_ SA _10-8_

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name _Pedro Ana Ocampo_ Age _____ Gender: M/F

Name of Parent/Guardian _____

Date of Birth _1/18/77_ Marital Status _Married_ Loyalty ID # _A25-210-0077_

Address _13931 Broadway Hill_ City _Snohomish_ State _WA_ Zip _78296_

Home Phone _____ Cell Phone _425 877 8888_ Work Phone _____

Employer _Amazon_ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

_____

**Section C:    Incident Information**

Date of Incident _08/29/25_ Time of Incident _@ 6:15_ AM/PM

Date Notified of Incident _____ Time Notified _____ AM/PM

Name of Employee Initially Notified _____

**Effective March 2022**        **Incident Report**        **Confidential**        **Page 1**



# Incident Report

**Claim Number** ___ |H|A|2|5|0|8|N|1|1|Z|P|X|0|0|0|1|

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)_____

Caet stopped @ per check hit shins

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

See above

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")

Both Shins

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N  UNKnOwN

Doctor or Medical Facility Name, if known_____

**Effective March 2022**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000191

# Incident Report

**Claim Number** _____ 4A2508Y11ZPX0001

Address_____    Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_____    EUID_____

Signature_____    Date_____

### Remember to check for video and to forward photos

---

8-29-2025        4A2508Y1ZPX0001        6020250829046807

DEF FRED MEYER_000192



## Incident Report

**Claim Number** | 4 | A | 2 | 5 | 0 | 7 | 4 | 9 | 6 | L | J | 0 | 0 | 0 | 1 |

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 7-5-25   DIVISION 701                    STORE # 265

**Section A:    Store ID**

Address 1100 N. Meridian Street  Puyallup          State WA   Zip_____

Manager on Duty at Time of Incident_____ Store Phone 253 840 8150

Store Email Address FM00265 All Store Management @ stores.fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
                              TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rachael Redmond                        Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth 5-1-1982   Marital Status_____   Loyalty ID # _____

Address 104 Madison AVE #12 City Eatonville        State WA   Zip 98328

Home Phone_____ Cell Phone 253 5w 9790 Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) brown hair - gray sweatshirt.

---

**Section C:    Incident Information**

Date of Incident 7-5-25                Time of Incident 9'45   (AM)/PM

Date Notified of Incident 7-5-25        Time Notified 9'50   (AM)/PM

---

Effective December 2018          Incident Report          Confidential          Page 1



## Incident Report

**Claim Number** 4 A 2 5 0 7 4 9 6 4 5 0 6 6 1 1

Name of Employee Initially Notified _Julie Williams_

EUID of Employee Initially Notified _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Grocery between isle 19 and 25_

Provide Brief Description in ten words or less for Call Center entry _Cart stopped suddenly_
_and hit customer rib area_

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer was walking and cart suddenly stopped and_
_hit customer rib/ chest area_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Grocery between isle 19 and 25_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_front stomach / rib cage area._

Did Police or Emergency Services Respond? Y/N If Yes, Who?_ _No_

| Effective December 2018 | Incident Report | Confidential | Page 2 |

DEF FRED MEYER_000194



## Incident Report

**Claim Number** `4 A 2 5 0 7 4 9 6 L J 0 0 0 1`

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Ⓨ/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:   Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:   Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

The Customer Changed her story several times while reporting the incedent. She also gave more injuries after she first told me.

Print Name and EUID of Employee Completing This Report

Name Julie Williams                    EUID JW40432

Signature ~~JV M Willan~~                Date 7-5 25

**Remember to check for video and to forward photos**

Effective December 2018        Incident Report        Confidential        Page 3

DEF FRED MEYER_000195



# Evidence Report

**Claim Number** 4A2507496LJ0001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident __7-5-25_____ Time of Incident __9:45_____ (AM)/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000196



## Evidence Report

**Claim Number** `4A2507496LJ0001`

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

### Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |
|---|---|---|---|

4A2507496LJ0001

6020250705004594

DEF FRED MEYER_000197



# Evidence Report

**Claim Number** |4|A|2|5|0|7|4|9|6|4|J|0|0|0|1|

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:**     **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

Effective December 2018                Evidence Report            Confidential                Page 3

DEF FRED MEYER_000198



# Customer Statement

**Claim Number** H A 2 5 0 7 4 9 6 L J 0 0 0 1

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 7-5-2025    Store Address 1100 N. Meridian Street.

City Pyallup    State WA

**Contact Information**

Name Rachael Redmond    Age 43    Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth 5-1-1982    Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone 253 500 9790

Work Phone_____Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 7-5-25    Time of Incident 9:45 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
between isles 19-25

Describe what happened I Was Walking and the cart stopped and I ran into it Hitting myself in the top stomach area.

---

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000199



## Customer Statement

**Claim Number** | 4 A 2 5 0 7 4 9 6 L J 0 0 0 1 |

Describe any Injuries or Pain from this incident (Please be specific) _Wind Was Knocked_
_Out of Me. Cut of Shin._

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident_____

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date_7/5/25_

Effective December 2018                Customer Statement                Page 2

7-5-2025                4A2507496LJ0001                6020250705004594

DEF FRED MEYER_000200

602050602090502669

6-2-2025



# Incident Report

**Claim Number** ____4A2506199ZH00011____

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _6-2-25_    DIVISION _701- Fred Meyer_    STORE # _265_

## Section A:    Store ID

Address _1100 N. Meridian Street_    City _Puyallup_    State _WA_    Zip _98371_

Manager on Duty at Time of Incident _Christine_    Store Phone _253-840-8150_

Store Email Address _FM00265AllStoreManagement@stores.fredmeyer.com_

Manager Email Address _kristen.nickolson@stores.fredmeyer.com_

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
                              TH_____  F_____  SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name _Anna Holt_    Age _56_    Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth _10/6/68_    Marital Status _M_    Loyalty ID # _____

Address _7716 Waller Rd_    City _Tacoma_    State _WA_    Zip _98443_

Home Phone _253-439-8199_    Cell Phone _____    Work Phone _____

Employer _Sound Vocational Serves_    Title _Vocational Counselor_

Work Address _____    City _____    State _____    Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _5'4" 230_
_Green tank top Dress backpack_

---

## Section C:    Incident Information

Date of Incident _6/2/25_    Time of Incident _2:45_    AM/**PM**

Date Notified of Incident _6/2/25_    Time Notified _5_    AM/**PM**

---

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 1**

DEF FRED MEYER_000201



## Incident Report

**Claim Number** ___ `4A25061 9Q ZH 0001`

Name of Employee Initially Notified _William_

EUID of Employee Initially Notified _WS74768_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Aparrel Doors. Walking through the doors._

Provide Brief Description in ten words or less for Call Center entry _Cart locked up on customer and hit her shins_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer Was walking out of the exit Door in apperel when cart locked up on her, bouncing backwards and hitting her shins_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_ALE Exit Door going through it_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Left shin - in front_

Did Police or Emergency Services Respond? Y/(N) f Yes, Who?_____

**Effective December 2018**         **Incident Report**         **Confidential**         **Page 2**

DEF FRED MEYER_000202



# Incident Report

**Claim Number** ___4A2506119Q240001___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_Julie Williams_____    EUID_JW40432_____

Signature_____    Date_6-2-2025_____

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000203



# Witness Statement

**Claim Number** 4A250619Q2H00011

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address 1100 N. Meridian Street          City Puyallup          State WA

Date and Time of Incident_____ . _____AM/PM

**Name of Customer Involved** _____Gender: M/F

Your Name_____Phone_____

Are you a Kroger employee at the incident location?          Yes    No

Are you related to, or are you an acquaintance of the above customer?          Yes    No

If yes, please describe your relationship_____

What is the best way and time to contact you?_____

Please describe what you saw, heard or otherwise witnessed about this incident_____

_____

_____

_____

_____

_____

_____

_____

Signature _____          Date 6/2/25

Effective December 2018          Witness Statement          Confidential          Page 1

DEF FRED MEYER_000204

6020250605092669

6-2-2025



## Customer Statement

**Claim Number** ___ 4A2506119Q2H0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 6-2-25   Store Address 1100 N. Meridian Street

City Puyallup   State WA

**Contact Information**

Name ANA Holt   Age 56   Gender: M/**F**

Parent/Guardian (if minor)_____

Date of Birth 10-16-68   Marital Status_____

Address 716 Waller NE   City TACOMA   State WA

Home Phone 253 439-8199   Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact:   **Home**/cell/work/email  (circle one)

**Facts**

Date of Incident 6-2-25   Time of Incident 2:45   AM/**PM**

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Walking out of the exit Doors in Clothing

Describe what happened the Cart stopped suddenly and Jumped back hitting Me in the Shin then would not Move.

Effective December 2018   Customer Statement   Page 1

DEF FRED MEYER_000205



## Customer Statement

**Claim Number** `4 A 2 5 0 6 1 9 Q Z H 0 0 0 1`

Describe any Injuries or Pain from this incident (Please be specific) Pain in left shin. On the front. feels like being hit by a medal Rod.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Julie Williams

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date 6/2/25

---

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000206



# Evidence Report

**Claim Number** ___4 A 2 5 0 6 1 9 Q Z 4 0 0 6 1___

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION 701- Fred Meyer _____ STORE # 265 _____

Date of Incident _6- 2-25_____ Time of Incident_____ AM/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc…)_____

_____

_____

_____

Customer Name _Anna  Holt_____ Gender: M/**F**

Please describe the customer's clothing, hair color, etc…to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018         Evidence Report         Confidential         Page 1

DEF FRED MEYER_000207



# Evidence Report

**Claim Number** ____ 4A250619aZH0001 _____

1.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to_____ AM/PM

2.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to_____ AM/PM

3.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to_____ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000208

6020250605020502669

6-2-2025



# Evidence Report

**Claim Number** `4 A 2 5 0 6 1 9 Q 2 4 0 0 0 1`

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.**

**Section C:**     **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report___Julie   Williams_____

Signature_____  Date__6-2-25_____

---

Effective December 2018           Evidence Report           Confidential           Page 3

DEF FRED MEYER_000209



# Incident Report

**Claim Number** ☐ 4 A 2 5 0 5 Y 6 7 9 8 0 0 0 1

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _05-29-2025_ DIVISION _701   Fred Meyer_ STORE # _180_

## Section A:    Store ID

Address _4615 196th St. Sw_ City _Lynnwood_ State _WA_ Zip _98036_

Manager on Duty at Time of Incident _Vince   Berdahl_ Store Phone _(425) 670-0200_

Store Email Address _____

Manager Email Address _vincent. Derdahl @ stores.fred Meyer.com_

MOD Schedule for Next 5 Days S _7a-5p_ M _7a-5p_ T _7a-5_ W _7a-5p_
TH _7a-5p_ F _7a-5p_ SA _7a-5p_

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name _Janice   Svien_ Age _____ Gender: M/Ⓕ

Name of Parent/Guardian _____

Date of Birth _____ Marital Status _____ Loyalty ID # _____

Address _P. OBox 1223_ City _Port Hadlock_ State _WA_ Zip _98339_

Home Phone _____ Cell Phone _(425) 772-7729_ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
_____
_____

## Section C:    Incident Information

Date of Incident _5-20-2025_ Time of Incident _2:05pm_ AM/Ⓟ️Ⓜ️

Date Notified of Incident _5-29-2025_ Time Notified _4:00pm_ AM/Ⓟ️Ⓜ️

---

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000210



# Incident Report

**Claim Number** | 4 | A | 2 | 5 | 0 | 5 | Y | 6 | 7 | 9 | 8 | 0 | 0 | 0 | 1 | 1 |

Name of Employee Initially Notified __Jarred  Schmid__ on __5-29-25__

EUID of Employee Initially Notified __JS876JY__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__West (Grocery) Punheck entrance__

Provide Brief Description in ten words or less for Call Center entry __customer  injured themself__
__when  security feature cart  locked up.__

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_____

_____

_____

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_____

_____

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__SI joint Injury. Lower back__

_____

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

| Effective December 2018 | Incident Report | Confidential | Page 2 |

DEF FRED MEYER_000211



# Incident Report

**Claim Number** _4 A 2 5 0 5 Y 6 7 9 8 0 0 0 1_

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known _Dr. Hannah Gauthan_

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Jarrod Schmid_                 EUID _J 3871634_

Signature _[signature]_               Date _5-29-2025_

### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000212



## Customer Statement

**Claim Number** | 4 | A | 2 | 5 | 0 | 5 | Y | 6 | 7 | 9 | 8 | 0 | 0 | 0 | 1 |

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date _5/29/2025_ Store Address _4615 196ᵗʰ St. Sw_

City _Lynnwood_ State _WA_

**Contact Information**

Name _Janice Svien_ Age _____ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____ Marital Status_____

Address _PO Box 1223_ City _Port Hadlock_ State _WA_

Home Phone_____ Cell Phone_____

Work Phone_____ Email _janicesvien@protonmail.com_

Preferred Method(s) of contact: Home/cell/work/(email) (circle one)

**Facts**

Date of Incident _5/20/2025_ Time of Incident _2:05_ AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Exit (west) grocery entrance_

Describe what happened _Shopping cart locked on me while I was exiting the store. Physical impact._

---

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000213



## Customer Statement

**Claim Number** ___H A Z 5 0 5 Y 6 7 9 8 0 0 0 1___

Describe any Injuries or Pain from this incident (Please be specific)___SI *joint* injury, trauma, physical injury with pain .___

Describe any Personal Property that was damaged (Please be specific)___None___

Please identify the person(s) to whom you reported the incident___Jarrod Schmid___

### Witness ID

1 Name___employee___    Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____    Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____    Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature___Janiel Svien___    Date___5/29/2025___

**Effective December 2018**    Customer Statement    **Page 2**

5-29-2025    4A2505Y67980001    6020250529060631

DEF FRED MEYER_000214



**Incident Report**

**Claim Number** ___4A25046M76Q0001___

Report to be completed by Store Management within 24 hours of incident notice

DATE 04/05/2025      DIVISION 701                                    STORE # 652

**Section A:     Store ID**

Address 201 S Water St            City Ellensburg            State WA    Zip 98926

Manager on Duty at Time of Incident Lee Howard            Store Phone 509-962-0514

Store Email Address lee.howard@stores.fredmeyer.com

Manager Email Address gustavo.valladares@stores.fredmeyer.com

MOD Schedule for Next 5 Days  S 7-5          M 7-5          T 7-5          W 7-5
                               TH 7-5        F 7-5         SA

**Section B:     Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name David Firth                                          Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status_____ Loyalty ID #_____

Address 2082 Bettas Rd            City Cle Elum            State WA    Zip 98922

Home Phone 509.857.2009            Cell Phone_____ Work Phone_____

Employer Provel Inc                          Title President

Work Address_____            City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

**Section C:     Incident Information**

Date of Incident 04/05/2025                  Time of Incident 3 PM      AM/PM

Date Notified of Incident 04/05/2025          Time Notified 3 PM        AM/PM

**Effective December 2018**      Incident Report      Confidential      Page 1

DEF FRED MEYER_000215



## Incident Report

**Claim Number** `4A25046M76Q0001`

Name of Employee Initially Notified Lee Howard

EUID of Employee Initially Notified LH84132

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
Parking lot outside of the Home Entrance

Provide Brief Description in ten words or less for Call Center entry Cart locked up in parking lot and caused injury to the customers left leg.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer claimed that the cart locked up in the parking lot when arriving on location.  Customer shopped

with the cart with not issues.  When customer was leaving in the parking lot the cart locked again

and caused injury to his leg just below his kneecap

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

incident happened in the parking lot.  There are warnings at each entrance door that the carts do lock up

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)

Gatekeeper Cart Wheel System

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

small cut to left leg, below knee cap

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

**Effective December 2018**           **Incident Report**           **Confidential**           **Page 2**

DEF FRED MEYER_000216



# Incident Report

**Claim Number** 4A25046M76Q0001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Customer woudl like the cart examined by the company that built the system to find out why the

cart locked up multiple times.

_____

Print Name and EUID of Employee Completing This Report

Name Lee Howard                                    EUID LH84132

Signature _____                          Date 04/07/2025

### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000217



# Incident Report

**Claim Number** 4A2501R58720001

Report to be completed by Store Management within 24 hours of incident notice

DATE 01/23/25 DIVISION 701 Fred meyer STORE # 460

**Section A:    Store ID**

Address 800 NE Tenney Rd City Vancouver State WA Zip 98685

Manager on Duty at Time of Incident Jesus Ortega Store Phone 360 571 2540

Store Email Address Jesus.ortegacortes@stores.fredmeyer.com

Manager Email Address Jessey.black@stores.qfci.com

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
TH_____ F 10-7pm SA 9-6pm

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name William ~~Tracy~~ LEADY Age_____ Gender: Ⓜ/F

Name of Parent/Guardian_____

Date of Birth MARCH 03, 1965 Marital Status_____ Loyalty ID # 448120 760334

Address 2900 NE 144H ST City Vancouver State WA Zip 98686

Home Phone_____ Cell Phone 360-932-2678 Work Phone_____

Employer U.S. DEPARTMENT OF VETERANS AFFAIRS Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
Gray hair , 6'3" tall, Older Gentleman.

**Section C:    Incident Information**

Date of Incident 01/23/2025 Time of Incident 5:30 AM/ⓅM

Date Notified of Incident 01/23/2025 Time Notified 5:40 AM/ⓅM

| Effective December 2018 | Incident Report | Confidential | Page 1 |

DEF FRED MEYER_000218



# Incident Report

**Claim Number** 4 4 2 5 0 1 R 5 8 7 2 0 0 0 1 1

Name of Employee Initially Notified _Jesus Ortega Cortes_

EUID of Employee Initially Notified _1099010_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Customer was exiting the store and his cart locked up causing him to ~~fam~~ ~~plow~~ hurt his left knee._

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer's cart locked up when crossing the doors and he hurt his knee against the cart._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
_The store entrance. No hazzard conditions_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_left knee was hurt_

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 2**

DEF FRED MEYER_000219



# Incident Report

**Claim Number** `4 A 2 5 0 1 1 R 5 8 7 2 0 0 0 1`

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/Ⓝ

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

Customer stated this has happened many times
before, except this time he was hurt.

_____

Print Name and EUID of Employee Completing This Report

Name_ Jesus Ortega Cortes _____     EUID_ J099010 _____

Signature_____     Date_ 01/23/25 _____

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000220



# Incident Report

**Claim Number** ___ | 4 | A | 2 | 4 | 1 | 2 | W | 8 | T | 7 | X | 9 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE **12/27/24** DIVISION **701** STORE # **381**

**Section A:    Store ID**

Address **15609 E Sprague Ave** City **Spokane Vlly** State **WA** Zip **99037**

Manager on Duty at Time of Incident **Rachel White** Store Phone **509-921-5350**

Store Email Address _____

Manager Email Address nichoias **Nicholas Strandberg @ stores.fredmeyer.com**

MOD Schedule for Next 5 Days S **11-9 Doug** (12/19) M **12-9 Wayne** 12/30 T **12-9 Angela** 12/31 W **11-9 Jordan** 01/01
TH **11-9 Robb** F **11-9 Doug** SA **11-9 Doug** (12/28) 01/02

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name **Suzanne Litwin** Age **57** Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth **12/29/67** Marital Status _____ Loyalty ID # _____

Address **7124 E 13th Ave** City **Spokanve Vlly** State **WA** Zip **99212**

Home Phone _____ Cell Phone **206-769-1095** Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

_____

**Section C:    Incident Information**

Date of Incident **12/27/24** Time of Incident **around 3-4** AM/**PM**

Date Notified of Incident **12/27/24** Time Notified **8:39** AM/**PM**

Name of Employee Initially Notified **Serena Bravo-Hernandez via phone**

---

DEF FRED MEYER_000221

# Incident Report

**Claim Number** ____ | 4 | A | 2 | 4 | 1 | 2 | W | 8 | T | 7 | X | 0 | 0 | 0 | 1 |

EUID of Employee Initially Notified __SB161473__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__Lobby At door when exiting__

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

__When exiting the building the shopping cart lock up due to no merchandise being purchased through a register. The cart locking up cause customer injury effecting her right shoulder + neck__

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_____

_____

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
__right shoulder + neck having trouble moving__

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known __Urgent Care on 12/28/24__

**Effective March 2022**          **Incident Report**          **Confidential**          **Page 2**



# Incident Report

**Claim Number** ___ | 4 | A | 2 | 4 | 1 | 2 | W | 8 | T | 7 | X | 0 | 0 | 0 | 1 |

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

_would like a $ better system for theft._

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Serena Bravo-Hernandez_    EUID _SB161473_

Signature _Serunee_    Date _12/27/24_

### Remember to check for video and to forward photos

---

**Effective March 2022**    **Incident Report**    **Confidential**    **Page 3**

DEF FRED MEYER_000223



# Incident Report

**Claim Number** 4A2412HYXG60001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/11/24 DIVISION Fred Meyer STORE # 171

## Section A:    Store ID

Address SO SO WA 303 City Bremerton State WA Zip 98311

Manager on Duty at Time of Incident Corey Small Store Phone 360 792 2800

Store Email Address_____

Manager Email Address Corey.small@stores.Fredmeyer.com

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
                              TH_____  F_____  SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Chantal Brooks                     Age 62  Gender: M (F)

Name of Parent/Guardian_____

Date of Birth 12/30/61  Marital Status Married     Loyalty ID #_____

Address 7062 20e11 PL City Bremerton State WA Zip_____

Home Phone 907·952·0170 Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

## Section C:    Incident Information

Date of Incident 12/11/25                  Time of Incident 10:26 (AM) PM

Date Notified of Incident 12/11/25          Time Notified_____ AM/PM

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000224



## Incident Report

**Claim Number** 4 A 2 4 1 2 H Y X G 6 0 0 0 1

Name of Employee Initially Notified _Corey small_

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_West enterance_

Provide Brief Description in ten words or less for Call Center entry _Cart locked_
_at exit, Customer bumped shin._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer was exiting the store,
cart wheels locked up & she hit
her shin on the cart._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
_None_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_pain in shin_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000225



# Customer Statement

**Claim Number** 4A2412HYXG60001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 12/11/24    Store Address 5050 Hwy 101 Bremerton
City Bremerton    State WA

**Contact Information**

Name Chantal Brooks    Age 62    Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth 12/30/61    Marital Status Married

Address 7062 Zoey Pl    City Bremerton    State WA

Home Phone 907-9520170    Cell Phone same

Work Phone_____    Email Chantaluvi9@gmail.com

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 12/11/24    Time of Incident 10:26  (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
I purchase ink cartridges from the electronic Dept. Walked to the exit Door on the west side of the Bldg. The cart Jam and I hit my shin on it

Describe what happened_____
Hit shin on locked cart.

_____
_____
_____
_____
_____

**Effective December 2018**            **Customer Statement**            **Page 1**

DEF FRED MEYER_000226



## Customer Statement

**Claim Number** | 4 A 2 4 1 2 H Y X G 6 0 0 0 1 |

Describe any Injuries or Pain from this Incident (Please be specific) Swelling and Pain in my Shin

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident Corey Small

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Cho Q.K_____ Date 12/11/24

**Effective December 2018**          **Customer Statement**          **Page 2**

12-15-2024          4A2412HYXG60001          6020241215002971

DEF FRED MEYER_000227



## Incident Report

**Claim Number** | 4 A 2 4 1 1 P 7 N S 8 0 0 0 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE 11/18/24    DIVISION Fred Meyer    STORE # 53

**Section A:    Store ID**

Address 16735 SE 272nd St City Covington    State WA Zip 98042

Manager on Duty at Time of Incident Sandra Voeller    Store Phone 253 639-7400

Store Email Address _____

Manager Email Address Sandra-Voeller@store.Fredmeyer.com

MOD Schedule for Next 5 Days   S 11-9   M 11-9   T 11-9   W 11-9
TH 11-9   F 11-9   SA 11-9

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maximo Cortez    Age 8    Gender M/F

Name of Parent/Guardian Alex Salanga

Date of Birth 12/21/94 16 Marital Status Single    Loyalty ID # _____

Address 28835 184th Pl SE City Kent    State WA    Zip 98042

Home Phone —    Cell Phone 503 735 6702 Work Phone —

Employer Kent School District    Title Health Tech

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) black hair,
45 lbs. 4 ft.

**Section C:    Incident Information**

Date of Incident 11/18/24    Time of Incident 530    AM/PM

Date Notified of Incident 11/18/24    Time Notified 535    AM/PM

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000228



# Incident Report

**Claim Number** ☐4☐A☐2☐4☐1☐1☐P☐7☐N☐S☐8☐0☐0☐0☐1☐

Name of Employee Initially Notified _Oma Chouen_

EUID of Employee Initially Notified _OCH055_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Customer described me that her son was bleeding and I notified the MOD_

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Did not See_

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Did not see_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____
_None_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_Nose bleeding_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_ _No_

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000229



# Incident Report

**Claim Number** `4 A 2 4 1 1 P 7 N S 8 0 0 0 1`

Report Number or Contact Name and Phone# _Alex Salanga 503 935 6702_

Did, or will, the customer seek medical treatment? (Y)N

Doctor or Medical Facility Name, if known _Multicare Emergency Room_

Address _17700 SE 272nd St_     Phone _____

_Covington WA_

**Section D:**    **Witness ID**

1 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:**    **Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

_As we were leaving the store, the cart locked up and my son slammed his face into the handle. Causing him to bleed._

Print Name and EUID of Employee Completing This Report

Name ~~Alexandria~~ _Sandra Voeller_    EUID _SC23766_

Signature _Sandra V_    Date _11/18/2024_

**Remember to check for video and to forward photos**

Effective December 2018     Incident Report     Confidential     Page 3

DEF FRED MEYER_000230



## Customer Statement

**Claim Number** | 4 | A | 2 | 4 | 1 | 1 | P | 7 | N | S | 8 | 0 | 0 | 0 | 1 |

---

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 11/18/24     Store Address 16735 SE 272nd St.

City Covington     State WA

**Contact Information**

Name ~~Alex Salanga~~ Maximo Cortez     Age 8     Gender: M/F

Parent/Guardian (if minor) Alex Salanga

Date of Birth ~~10/~~ 9/27/16 ( 12/21/96 ) Marital Status Single

Address 28835 184th Pl SE     City Kent     State WA

Home Phone_____ Cell Phone 503 935 8202

Work Phone_____ Email alexandriar96@gmail.com

Preferred Method(s) of contact:     Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 11/18/24     Time of Incident 530 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
~~Candy~~ ~~Candied~~ Grocery lobby

Describe what happened As we were leaving the store, the cart locked up. Causing my son (Maximo) to slam his face into the cart handles. His nose is bleeding and split. We went into the starbucks to clean him up.

---

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000231



## Customer Statement

**Claim Number** | 4 | A | 2 | 4 | 1 | 1 | P | 7 | N | S | 8 | 0 | 0 | 0 | 1 |

Describe any Injuries or Pain from this incident (Please be specific) *Bloody, split nose. Crying from pain. Needed to clean blood up.*

Describe any Personal Property that was damaged (Please be specific) *None.*

Please identify the person(s) to whom you reported the incident *2 attendents at the self check out area.*

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date 11/18/24

Effective December 2018           Customer Statement                  Page 2

DEF FRED MEYER_000232



# Incident Report

**Claim Number** 4A2410H3GQQ0001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24   DIVISION 007                    STORE # P024

**Section A:    Store ID**

Address 920 S. Burlington Blvd. City Burlington   State WA   Zip 98133

Manager on Duty at Time of Incident ~~Bethany Robinson~~   Store Phone _____

Store Email Address bethany.robinson@stores.fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
                                        TH_____  F_____  SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Cindy Grewell                          Age 60   Gender: M/**F**

Name of Parent/Guardian N/A

Date of Birth 2/2n/64   Marital Status N/A           Loyalty ID # (360) 208-8146

Address 19597 Sky Ridge Rd City Mt. Vernon      State WA   Zip 9827t

Home Phone N/A          Cell Phone (360) 208-8146 Work Phone N

Employer N/A                     Title _____

Work Address _____   City _____   State _____   Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
5'4, Blond hair, rust colored vest + lng sleeve black shirt
black pants, hair tied back

**Section C:    Incident Information**

Date of Incident 10/15/24                    Time of Incident ℵ5:05   AM/**PM**

Date Notified of Incident 10/15/24           Time Notified 5:12    AM/**PM**

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000233



## Incident Report

**Claim Number** 4A24|0H3GQQ000|

Name of Employee Initially Notified **Bethany Robinson**

EUID of Employee Initially Notified **BR97697**

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Outside & to the left of left grocery exit, already
past pumpkins & to where cars are.

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was taking cart to vehicle when cart locked,
tipped, & customer fell on knees.

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Happened in the road, en route to car in front of corral
behind deli. (white SUV)

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Both Kneecaps.

Did Police or Emergency Services Respond? Y/N If Yes, Who? Not called.

---

DEF FRED MEYER_000234



# Incident Report

**Claim Number** _____

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name____N/A_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Bethany Robinson_____  EUID _BR97697_____

Signature _____  Date _11/15/24_____

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

6020241016030022

DEF FRED MEYER_000235



## Customer Statement

**Claim Number** _____

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date_____ Store Address_____

City_____State_____

### Contact Information

Name_____Age_____Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident_____    Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened_____

_____

_____

_____

_____

_____

**Effective December 2018**          Customer Statement          **Page 1**

DEF FRED MEYER_000236



## Customer Statement

**Claim Number** _____

Describe any Injuries or Pain from this incident (Please be specific) Knees are both in pain, no bleeding but red & swollen. Have pic on my phone.

Describe any Personal Property that was damaged (Please be specific) Just self

Please identify the person(s) to whom you reported the incident Priyanka grabbed Birdie Bolin, who called grocery Pic.

**Witness ID**

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_1/15/_

**Effective December 2018**          Customer Statement          **Page 2**

DEF FRED MEYER_000237



# Evidence Report

**Claim Number** _____ |||||||||||||||||||||| _____

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:       Video (Please list each camera location separately, if applicable)**

**\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

**Customer Name**_____ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000238



## Evidence Report

**Claim Number** _____

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

**Section B:**    **Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Effective December 2018          Evidence Report          Confidential          Page 2

DEF FRED MEYER_000239



# Evidence Report

**Claim Number** _____ | | | | | | | | | | | | | | | | | |

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

Effective December 2018         Evidence Report         Confidential         Page 3

10-16-2024                    4A2410H3GQQ0001                    6020241016030022

DEF FRED MEYER_000240



# Incident Report

**Claim Number** | 4 A 2 6 0 1 8 6 L 6 K 0 0 0 1 |

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 1/9/26    DIVISION Fred Meyer    STORE # 265

**Section A:    Store ID**

Address 1106 N Meridian    City Puyallup    State WA    Zip 98371

Manager on Duty at Time of Incident Fletcher Lane    Store Phone 297-840-8150

Store Email Address fletcher.lane@fred.fredriger.com

Manager Email Address _____

MOD Schedule for Next 5 Days S 7-5    M off    T 11-9    W 11-9
TH 7-5    F 7-5    SA 11-9

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jacob Jorgensen    Age 35    Gender: Ⓜ/F

Name of Parent/Guardian _____

Date of Birth 5/29/90    Marital Status Married    Loyalty ID # _____

Address 4605 108th Ave E    City Edgewood    State WA    Zip 98372

Home Phone _____    Cell Phone 297-549-5856 Work Phone _____

Employer Washington State DOT    Title Communication Technician

Work Address _____    City Olympia    State WA    Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
6'4" 260    Brown Hair, Blue Jacket    Hiking Boots

**Section C:    Incident Information**

Date of Incident 1/9/26    Time of Incident 10:10    ⒶM/PM

Date Notified of Incident 1/9/26    Time Notified 10:10    ⒶM/PM

---

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 1**

DEF FRED MEYER_000241



## Incident Report

**Claim Number** ‖4‖A‖2‖6‖0‖1‖8‖6‖L‖6‖K‖0‖0‖6‖1‖

Name of Employee Initially Notified _William Sullivan_

EUID of Employee Initially Notified _WS74168_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_On the sidewalk in front of Apparel entrance_

Provide Brief Description in ten words or less for Call Center entry _cart licked up_
_on customer and he hit the cart and bruised his shin._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer grabbed a cart that was on the sidewalk, was_
_walking, the cart licked up and his momentum_
_carried him forward and his right shin hit the cart._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_No hazards_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_right shin feels bruised._

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 2**

DEF FRED MEYER_000242



## Incident Report

**Claim Number** ___4 4 2 6 0 1 8 6 L 6 K 0 0 0 1___

Report Number or Contact Name and Phone# _Fletcher Lane   253-846-8150_

Did, or will, the customer seek medical treatment? Y/**Ⓝ**

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_ _N/A_ _____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_On the way to customer service, the cart picked_
_up two or three more times._

_____

Print Name and EUID of Employee Completing This Report

Name_ _Fletcher Lane_ _____    EUID _FL54660_ _____

Signature_____    Date _1/9/26_ _____

### Remember to check for video and to forward photos

DEF FRED MEYER_000243



# Evidence Report

**Claim Number** ___ 4 A 2 6 0 1 8 6 L 6 K 0 0 0 1 ___

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

_Entrance_

_Cart bay_

_carts_

_X_ ← _cart_

_lched up here_

_Ramp_

Name and EUID of Employee Completing This Report _Pletcher Lane_    _FLS4660_

Signature _[signature]_    Date _1/9/26_

**Effective December 2018**    **Evidence Report**    **Confidential**    **Page 3**

DEF FRED MEYER_000244



## Customer Statement

**Claim Number** 4 4 2 6 0 1 8 6 L 6 K 0 0 0 1

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 9 Jan 26    Store Address 1100 N Meridian Ave

City Puyallup    State WA

**Contact Information**

Name Jacob Jorgensen    Age 35    Gender: (M)/F

Parent/Guardian (if minor)

Date of Birth 29 May 1990    Marital Status Married

Address 4605 108th Ave E    City Edgewood    State WA

Home Phone    Cell Phone 253 549 5856

Work Phone    Email Jacob Jorgie @gmail.com

Preferred Method(s) of contact:    Home/(Cell)/work/email  (circle one)

**Facts**

Date of Incident 9 Jan 26    Time of Incident 10:10 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Store Entrance Exterior

Describe what happened I grabbed a shopping cart, Started to push the cart when suddenly the security wheel locked up causing my right shin to strike the cart causing intense pain. As I walked toward the cust service desk the cart locked up several more times.

**Effective December 2018**    **Customer Statement**    **Page 1**

DEF FRED MEYER_000245



## Customer Statement

**Claim Number** | 4 | A | 2 | 6 | 0 | 1 | 8 | 6 | L | 6 | K | 0 | 0 | 0 | 1 |

Describe any Injuries or Pain from this incident (Please be specific)_____
_Shin pain, possible bruising_____
_____

Describe any Personal Property that was damaged (Please be specific)_ N/A _____
_____

Please identify the person(s) to whom you reported the incident_ William at Service
desk._____
_____

### Witness ID  N/a

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_ 9 Jan 2026 _____

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000246



# Incident Report

**Claim Number** `4A2510DFZVB0001`

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 10-13-25  DIVISION Fred Meyer  STORE # 286

**Section A:  Store ID**

Address 101 wellsian Way City Richland  State WA  Zip 99352

Manager on Duty at Time of Incident Matt Nellor  Store Phone 509-943-9340

Store Email Address matt.nellor@stores.fredmeyer.com

Manager Email Address Vanessa.sanchez@stores.fredmeyer.com

MOD Schedule for Next 5 Days S_____ M 7am-5pm T 7am-5pm W 7am-5pm
TH 7am-5pm F 7am-5pm SA_____

**Section B:  Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name DAVID Dye  Age 55  Gender: Ⓜ/F

Name of Parent/Guardian_____

Date of Birth 08-28-70  Marital Status MARRIED  Loyalty ID #_____

Address 2442 Pershing City Richland  State WA Zip 99354

Home Phone 509-308-4469, Cell Phone _____ Work Phone _____

Employer Self-employed  Title Owner

Work Address 2442 Pershing, City Richland State WA Zip 99354

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
5'6", 190 lbs, brown : gray

---

**Section C:  Incident Information**

Date of Incident 10-13-25  Time of Incident 9:40  AM/PM

Date Notified of Incident 10-13-25  Time Notified 9:42  AM/PM

---

**Effective December 2018**  **Incident Report**  **Confidential**  **Page 1**

DEF FRED MEYER_000247



## Incident Report

**Claim Number** __4A2510DF2VB0001__

Name of Employee Initially Notified _Matt Nellor, Store Leader_

EUID of Employee Initially Notified _MN80781_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Apparel Entrance automatic doors_

Provide Brief Description in ten words or less for Call Center entry _Cart locked up on customer and_
_he ran into cart._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Was walking to put cart away and it locked up on_
_him abruptly. He was leaning against the handle bar when it_
_happened and it jammed into his ribs._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_First set of automatic doors, going outside._
_There was 3 warning signs on doors, facing customer._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Ribs. Has a bad back._

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 2**

DEF FRED MEYER_000248



# Incident Report

**Claim Number** 4A2510DF2VB00001

Report Number or Contact Name and Phone# _Vanessa Sanchez 509-943-8340_

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known _Dustin Golding_

Address _945 Goethals_  Phone _509-943-3194_

**Section D:    Witness ID** N/A

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)** N/A

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name _Vanessa Sanchez_  EUID _VS85845_

Signature _____  Date _10/13/25_

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000249



## Customer Statement

Claim Number  4 A 2 5 1 0 D F 2 V B 0 0 0 1

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date 10/13/25 Store Address 101 Wellsian Way

City Richland State WA

**Contact Information**

Name David Dye                                    Age 55     Gender: (M)/F

Parent/Guardian (if minor) _____

Date of Birth 08-28-1970 _____ Marital Status Married

Address 2442 Pershing Ave City Richland State WA

Home Phone _____ Cell Phone 509-308-4469

Work Phone _____ Email floors to dye for@gmail.com

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 10-13-25 Time of Incident 9:40 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel entrance automatic doors

Describe what happened Walking out to put cart away, cart seized up, handle jabbed into ribs knocking the wind out of lungs, doubled over in pain, back is sore as well as pain on left ribs.

Effective December 2018                Customer Statement                Page 1

DEF FRED MEYER_000250



## Customer Statement

**Claim Number** ⎡4⎤⎡A⎤⎡2⎤⎡5⎤⎡1⎤⎡0⎤⎡D⎤⎡F⎤⎡2⎤⎡V⎤⎡B⎤⎡0⎤⎡0⎤⎡1⎤

Describe any Injuries or Pain from this incident (Please be specific)_____
_____ Left ribs, lower back tightening up _____

Describe any Personal Property that was damaged (Please be specific)_ None _____

Please identify the person(s) to whom you reported the incident_ Matt Nellor _____

### Witness ID

1 Name_ Lisa Dye _____ Phone_ 509- 612-5202 ___

Was this person shopping with you? (Y)/N

What is this person's relationship to you?_ Spouse _____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_ 10-13-25 ___

**Effective December 2018**          **Customer Statement**                    **Page 2**

DEF FRED MEYER_000251



# Evidence Report

**Claim Number** ____ 4A2510FZVB0001

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

**Section B:     Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer___ Vanessa Sanchez _____

Title and EUID____ HR ASL, VS85845 _____

Photo 1 Date and Time Photo was Taken____ 10:30 ____ (AM)/PM

Brief Description of Scene____ Apparel automatic doors while customer was walking through, also shows 3 warning signs on doors.

Photo 2 Date and Time Photo was Taken____ 10:30 ____ (AM)/PM

Brief Description of Scene____ Close up of warning sign

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

**Effective December 2018          Evidence Report          Confidential          Page 2**

DEF FRED MEYER_000252



# Evidence Report

**Claim Number** ___4A2510DFZVB0901___

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report ___Vanessa Sanchez___

Signature _____ Date ___10/13/25___

---

**Effective December 2018**          **Evidence Report**          **Confidential**          **Page 3**

10-13-2025                          4A2510DFZVB0001                          6020251013036091

DEF FRED MEYER_000253



# Incident Report

**Claim Number** 4 A 2 5 0 8 J N X 0 V 0 0 0 1

---

#### Report to be completed by Store Management within 24 hours of incident notice

DATE 8/16/25    DIVISION 701      STORE # 608

**Section A:**    **Store ID**

Address 915 NW 45th St   City Seattle    State WA   Zip 98107

Manager on Duty at Time of Incident Sam Jacobson    Store Phone ___

Store Email Address ___

Manager Email Address Samuel.jacobson@stores.fredmeyer.com

MOD Schedule for Next 5 Days   S___   M___   T___   W___
     TH___   F___   SA___

**Section B:**    **Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Regina Reyes    Age 58   Gender: M/(F)

Name of Parent/Guardian ___

Date of Birth Feb. 1967   Marital Status ___    Loyalty ID # ___

Address 4434 28th Pl. W   City Seattle    State WA   Zip 98199

Home Phone —    Cell Phone 206-650-5827   Work Phone —

Employer ___    Title ___

Work Address ___   City ___   State ___   Zip ___

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, average build, brown/blonde hair, grey t-shirt, blue jeans, white sneakers

---

**Section C:**    **Incident Information**

Date of Incident 8/16/25      Time of Incident 4:34   AM/(PM)

Date Notified of Incident 8/16/25      Time Notified 5:22   AM/(PM)

---

**Effective December 2018**      **Incident Report**      **Confidential**      **Page 1**

DEF FRED MEYER_000254



## Incident Report

**Claim Number** 4 A 2 5 0 8 J N X 0 V 0 9 0 1

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known___*Unsure.*_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_*Samuel Jacobsen*_____    EUID_*5523539*_

Signature_*SSZ*_____    Date_*8/16/2025*_

**Remember to check for video and to forward photos**

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 3**

DEF FRED MEYER_000255



## Customer Statement

**Claim Number** ___ `4 A 2 5 0 8 J N X 0 V 0 0 0 1`

Describe any Injuries or Pain from this Incident (Please be specific)_____
_____ *Right shoulder pain, radiating slightly up right neck*
_____
_____

Describe any Personal Property that was damaged (Please be specific)___ *-O-* _____
_____

Please identify the person(s) to whom you reported the Incident *security, store manager (Ashley)* *personnel (Raquel)*
*+ security / Sam (AP manager)*
_____
_____

**Witness ID**      *security officer at store*

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _~(signature)~_         Date ___ *8/16/25* ___

**Effective December 2018**         **Customer Statement**         **Page 2**

DEF FRED MEYER_000256



## Evidence Report

**Claim Number** ___4 A 2 5 0 8 J N X 0 V 0 0 1___

1. Camera Location/View _Home Entry PVM_

   Camera/Unit Number _— —_

   Recording Time from_ 3:40 _AM/~~PM~~ to 5:40 _AM/~~PM~~

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

### Section B:     Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

| **Effective December 2018** | **Evidence Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000257



# Incident Report

**Claim Number** _____

4A24094Z3GK0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9/5/2024                    DIVISION 701        STORE # 208

8:00 am

**Section A:    Store ID**
Address 11325 SE Mill Plain Blvd City Vancouver        State WA  Zip 98683

Manager on Duty at Time of Incident Dana Eckman        Store Phone

Store Email Address dana.eckman@stores.fredmeyers.com

Manager Email Address Same as above

MOD Schedule for Next 5 Days S OFF    M OFF    T 7-5    W 7-5
TH_____    F OFF    SA OFF

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**
Name_____ Age_____ Gender: M/F

Name of Parent/Guardian Angelina Corona

Date of Birth_____ Marital Status_____    Loyalty ID # 4 4769486133l

Address 915 140th Ave NE #D2-315 City Bellevue        State WA  Zip 98004

Home Phone 425.591.4448  Cell Phone 425-591-4448 Work Phone_____

Employer S+S_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'8", Black hair, white blouse & skirt, sandals

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000258



# Incident Report

**Claim Number** _____

4A24094Z3GK0001

## Section C:    Incident Information

Date of Incident    9.5.2024    Time of Incident 8:16   (AM)/PM

Date Notified of Incident    9.5.2024    8:16 pm Time Notified

_____    AM/PM

Name of Employee Initially Notified  _Manager / Dana Eckman_

EUID of Employee Initially Notified  _DE 30240_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_Grocery entrance lobby_

Provide Brief Description in ten words or less for Call Center entry _Customer's cart locked up causing customer to collide with cart._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_I checked out w/a cashier who told me to get a cart. I did. It locked up on the way out the door. I did not know it would do this. It jarred my hands neck - hurting my neck & my jaw. I'm in a lot of pain. Very frustrating to experience this without warning._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Grocery entrance lobby. No hazard other than the shopping cart._

---

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 2**

DEF FRED MEYER_000259



**Claim Number** _____

4A24094Z3GK0001

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

_N/A_

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Neck, shoulder, jaw and lower back pain. Customer stated they had recently suffered whiplash and incident caused flareup of injury/pain_

Did Police or Emergency Services Respond? Y/N If Yes, Who? _____

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Ⓨ/N

Doctor or Medical Facility Name, if known _Unknown_____

Address_____Phone_____

**Section D:** **Witness ID**

1 Name                                       Employee: Y/N Phone

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000260



## Claim Number _____

`4 A 2 4 0 9 4 Z 3 G K 0 0 0 1`

Address___N/A_____ City_____ State_____ Zip _____

2 Name___N/A_____ Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above: _N/A_

_____

**Section E:**  **Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer stated multiple times that they had recently suffered whiplash and that this incident has aggravated those symptoms

Print Name and EUID of Employee Completing This Report

Name __Dana Eckman_____

EUID __DE 30240_____

Signature __Dana Eckman_____ 9/5/2024____

Date

**Remember to check for video and to forward photos**

---

**Effective December 2018**  **Incident Report**  **Confidential**  **Page 4**

DEF FRED MEYER_000261



## Incident Report

Claim Number ___A A 2 4 0 5 6 B B B N 0 0 0 1___

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _5·7·24_ DIVISION _____ STORE # _424_

**Section A:    Store ID**

Address _17104 meridian Puyallup_    State _WA_ Zip _98375_

Manager on Duty at Time of Incident _Jeff Fortin_    Store Phone _253-445-7840_

Store Email Address _jeff.fortin @ stores.fredmeyer.com_

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T _____ W _Tina_
TH_____ F_Tyler_ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name _Kimberely Beyer_    Age _56_ Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth _103067_ Marital Status _____ Loyalty ID # _____

Address _10807 14th St E_ City _Puyallup_    State _WA_ Zip _98374_

Home Phone _____ Cell Phone _2533029715_ Work Phone _____

Employer _retired_    Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
_54, 110lbs, brown,_ _____

**Section C:    Incident Information**

Date of Incident _5·7·24_    Time of Incident _130_ AM/**PM**

Date Notified of Incident _5·7·24_    Time Notified _133_ AM/**PM**

Effective December 2018        Incident Report        Confidential        Page 1



# Incident Report

**Claim Number** ___4A24056BBBN0001___

Name of Employee Initially Notified ___Erin Peterson___

EUID of Employee Initially Notified ___86882737___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
___Front lobby A___

Provide Brief Description in ten words or less for Call Center entry ___~~xxxxxxxx~~___
___Wheels locked when trying to leave___

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

___Wheels locked, when trying to leave, hurt___
___wrist/hand her left side___

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

___store lobby A exit___

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) ___Christie Beyer 253 341 7356-daughter___

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

___left wrist, left hand___

Did Police or Emergency Services Respond? Y/N If Yes, Who? ___Not called___

---

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000263

5-7-2024                    4A24056BBBN0001                    5220240507029877



# Incident Report

**Claim Number** 4A24056BBBN0001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N *if still swollen tomorrow*

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name *Chase Beyer*                    Employee: Y/(N) Phone 253 341 7356

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name *Erik Peterson*                    EUID 882737

Signature *Erik Peterson*               Date 5-7-24

### Remember to check for video and to forward photos

Effective December 2018        Incident Report        Confidential        Page 3



## Customer Statement

**Claim Number** ___4A24056BBBN0001___

---

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _May 7, 2024_ Store Address _17404 Meridian Ave E_

City _Puyallup_ State _98375_

**Contact Information**

Name _Kimberly Beyer_ Age _56_ Gender: M/**F**

Parent/Guardian (if minor) _____

Date of Birth _Oct. 30, 1967_ Marital Status _married_

Address _10507 191st St E_ City _Puyallup_ State _WA_

Home Phone _____ Cell Phone _253-302-9775_

Work Phone _____ Email _beyerfam81@msn.com_

Preferred Method(s) of contact: Home/**cell**/work/email (circle one)

**Facts**

Date of Incident _May 7, 2024_ Time of Incident _1:30_ AM/**PM**

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Entrance by Starbucks_

Describe what happened _Cart locked up when leaving resulting in ~~BD~~ catching wrist/hand on cart & causing injury!_

---

Effective December 2018              Customer Statement              Page 1

DEF FRED MEYER_000265



**Customer Statement**

**Claim Number** _AA24056BBBN0001_

Describe any Injuries or Pain from this incident (Please be specific) _Wrist & hand aching pain throughout._

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident_____

**Witness ID**

1 Name _Chasie Beyer_          Phone _253-341-7356_

Was this person shopping with you? Y/N (Y circled)

What is this person's relationship to you? _Daughter in law_

2 Name_____          Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____          Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Kim Beyer_          Date _5/7/24_

Effective December 2018          Customer Statement          Page 2

5-7-2024                    4A24056BBBN0001                    5220240507029877

DEF FRED MEYER_000266



# Evidence Report

**Claim Number** ___HA2A056 BBBN0001___

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:**    Video (Please list each camera location separately, if applicable)

*** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018          Evidence Report          Confidential          Page 1



## Evidence Report

**Claim Number** ___AA2H0S6BBBN0001___

1.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

2.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

3.  Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

### Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |



# Evidence Report

**Claim Number** _4A24056BBBN0001_

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:      Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

5-7-2024                              4A24056BBBN0001                              5220240507029877

DEF FRED MEYER_000269



# Incident Report

**Claim Number** 4A24058DD7S0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 5·9·24  DIVISION Fred Meyer  STORE # 609

**Section A:  Store ID**

Address 915 NW 45th  City Seattle  State WA  Zip 98107

Manager on Duty at Time of Incident David Barger  Store Phone 206·297·4300

Store Email Address David.Barger@stores.fredmeyer.com

Manager Email Address "Same as above"

MOD Schedule for Next 5 Days S OFF  M 10A·4P  T 10A·4P  W OFF
TH OFF  F 10A·4P  SA 10A·4P

**Section B:  Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Travis Bevan  Age _____  Gender: M/F

Name of Parent/Guardian N/A

Date of Birth N/A  Marital Status N/A  Loyalty ID # N/A

Address N/A  City N/A  State N/A  Zip N/A

Home Phone N/A  Cell Phone 701·371·1675 Work Phone N/A

Employer N/A  Title N/A

Work Address N/A  City N/A  State N/A  Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C:  Incident Information**

Date of Incident 05·09·2024  Time of Incident 7:35 AM/PM

Date Notified of Incident 05·09·2024  Time Notified 7:35 AM/PM

Effective December 2018  Incident Report  Confidential  Page 1

5-31-2024  4A24058DD7S0001  5820240531000324

DEF FRED MEYER_000270



# Incident Report

**Claim Number** ⬚HA24065007500N⬚

Name of Employee Initially Notified ___DAVID BARGER___

EUID of Employee Initially Notified ___DB82479___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ___

___FOOD ENTRY DOOR___

Provide Brief Description in ten words or less for Call Center entry ___

___CUSTOMER TRIP/FALL OVER GROCERY CART___

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

___CUSTOMER LEAVING STORE THROUGH FOOD ENTRY, CART WHEEL LOCKED___

___CUSTOMER TRIPPED OVER CART AND FELL INTO DOOR.___

___CUSTOMER CALLED AND STATED THEY WANTED TO REPORT AND DOCUMENT___
___THE INCIDENT. THE CUSTOMER HAS NOT FILLED OUT ANY FORMS.___

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards; etc...(as witnessed by you in your investigation, not as conveyed by the customer)   AS OF 5/9/24

___N/A___                                                                                              8:30 AM.

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) ___N/A___

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

___CUSTOMER STATED HE JUST HAD SURGERY, DID NOT SPECIFY WHERE,___
___BUT STATED HIS BACK AND WRIST MAY BE A CONCERN.___

Did Police or Emergency Services Respond?  Y/(N) If Yes, Who? ___

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000271



# Incident Report

**Claim Number** ___4A24058DD7S0001___

Report Number or Contact Name and Phone# ___N/A___

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ___N/A___

Address ___N/A___    Phone ___N/A___

**Section D:    Witness ID**

1 Name ___Dalene Apusen___    Employee: Y/Ⓝ Phone ___408-512-4466___

Address ___10300 Des Moine Mem Dr. S___ City ___Seattle___ State ___WA___ Zip ___98168___

2 Name ___N/A___    Employee: Y/N Phone ___N/A___

Address ___N/A___    City ___N/A___ State ___N/A___ Zip ___N/A___

3 Name ___N/A___    Employee: Y/N Phone ___N/A___

Address ___N/A___    City ___N/A___ State ___N/A___ Zip ___N/A___

Names and EUID of any employees nearby, if not listed above:
___N/A___

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Around 7:45 am - 7:50 am, I saw the subject walk through the grocery exit. The alarms went off which indicated his cart would lock. I grabbed the cart key to unlock it, but by the time I reached the →

Print Name and EUID of Employee Completing This Report

Name ___Dalene Apusen  David Baraga___    EUID ___DB32479___

Signature ___Dalene Apus___    Date ___05/09/24___

**Remember to check for video and to forward photos**

Effective December 2018 .    Incident Report    Confidential    Page 3

5-31-2024    4A24058DD7S0001    5820240531000324

DEF FRED MEYER_000272



## Customer Statement

**Claim Number** ___4A2405800750001___

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date __5/9/24__   Store Address __915 NW 45TH ST__

City __SEATTLE__   State __WA 98107__

**Contact Information**

Name __TRAVIS BEVAN__   Age _____   Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____   Marital Status_____

Address __5970 17th AVE NW__   City __SEATTLE__   State __98107__

Home Phone_____   Cell Phone __701-371-6575__

Work Phone_____   Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident __5/9/24__   Time of Incident __7:35__ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__FRONT FOOD ENTRANCE__

Describe what happened __TRAVIS WAS PUSHING SMALL GROCERY__
__CART INT TROUGH FOOD ENTRY CART WHEEL LOCKED UP.__
__TRAVIS TRIPPED OVER CART AND CRASHED INTO DOOR.__

---

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000273



## Customer Statement

**Claim Number** ___4A24058DD7S0001___

Describe any injuries or Pain from this incident (Please be specific)_____

___BACK. WRIST ?.___

Describe any Personal Property that was damaged (Please be specific)__N|A_____

Please identify the person(s) to whom you reported the incident_____

___DAVID BANGER, STORE MANAGER___

### Witness ID

1 Name__DALENE ANUSEN_____ Phone_408-572-4466____

Was this person shopping with you? Y(N)

What is this person's relationship to you?__STORE SECURITY____

2 Name____N|A_____ Phone__N|A_____

Was this person shopping with you? Y/N

What is this person's relationship to you?____N|A____

3 Name__N|A_____ Phone__N|A____

Was this person shopping with you? Y/N

What is this person's relationship to you?____N|A____

___CUSTOMER RELAYED INFO OVER PHONE___

Your Signature_____ Date_5/9/24____

---

Effective December 2018           Customer Statement                Page 2

5-81-2024                          4A24058DD7S0001

5820240531000324

DEF FRED MEYER_000274



## Witness Statement

**Claim Number** 4A24058DD7S0001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address __915 NW 45th St__ City __Ballard__ State __WA__

Date and Time of Incident __Approx 7:45 - 7:50__ (AM)/PM

Name of Customer Involved __TRAVIS BEVAN__ Gender (M)/F

Your Name __Dalene Apusen__ Phone __408-512-4466__

Are you a Kroger employee at the incident location?    Yes    (No)

Are you related to, or are you an acquaintance of the above customer?    Yes    (No)

If yes, please describe your relationship _____

What is the best way and time to contact you? __Call or text__

Please describe what you saw, heard or otherwise witnessed about this Incident __At around__
__7:45am - 7:50am, I saw the customer walk through the grocery__
__exit. The alarms went off which indicated his cart__
__would lock up. I grabbed the cart key to unlock it, but__
__by the time I reached the first set of doors, he had reached__
__the second set because he was walking rather quickly. When__
__the cart locked, the momentum made him topple over the__
__cart and fall, and he hit the doors as he went down. The →__

Signature __Dalene Apus__ Date __05/09/24__

---

**Effective December 2018**          **Witness Statement**          **Confidential**          **Page 1**

5-31-2024          4A24058DD7S0001          5820240531000324

DEF FRED MEYER_000275

Claim Number: 4A24058DD7S0001

WITNESS STATEMENT CONTINUED 5/9/24

art flipped over and the groceries fell out.
went up to him as he was getting up and put his
ems back in the cart. He then mentioned he just had
ugery. He ~~then~~ paused for a brief moment then took his
roceries out of the cart and walked to his car. I unlocked
he cart and put it away.

DEF FRED MEYER_000276



## Evidence Report

Claim Number _4A24058DD7S0001_

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE **5.9.24** DIVISION **Fred Meyer** STORE # **608**

Date of Incident **5.9.24** Time of Incident **7:43:02** ~~AM~~/PM

**Section A:      Video (Please list each camera location separately, if applicable)**

*** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video **MaKenzi Stamos**

Title and EUID, if applicable **APM /M545648**

Comments (such as whether video system was not working, incident is not captured etc...) _____

_____

_____

_____

Customer Name **Travis Bevan**                    Gender Ⓜ/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video **glasses, brown hair, blue hoodie, black shorts, black/white Nike shoes, small cart.**

Please describe witnesses on video **Blue-Tac security guard, black uniform, glasses, black shoulder length hair -female**

_____

Effective December 2018          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000277



# Evidence Report

**Claim Number** ~~HN24058DD7500011~~

---

1. Camera Location/View _Grocery Door PUM_

   Camera/Unit Number _Axis M1135_

   Recording Time from _6:42:01_ (AM)/PM to _8:42:30_ (AM)/PM

2. Camera Location/View _Grocery Door Left Side_

   Camera/Unit Number _Axis(owIF)P3715-PLVE_

   Recording Time from _6:42:01_ (AM)/PM to _8:42:30_ (AM)/PM

3. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

**Section B:**    **Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer _____

Title and EUID _____

Photo 1 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

_____

Photo 2 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

_____

Photo 3 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

_____

---

Effective December 2018          Evidence Report          Confidential          Page 2

DEF FRED MEYER_000278



# Evidence Report

**Claim Number** ⎢4A24058DD7S000⎥

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc.. Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report Mavenzi Stamos / MS48648

Signature _____  Date 5/22/24

5-31-2024        4A24058DD7S0001        5820240531000324

DEF FRED MEYER_000279



# Incident Report

**Claim Number** __4A2404T1J970001__

**Report to be completed by Store Management within 24 hours of incident notice**

DATE __4-25-24__    DIVISION __#57 701__    STORE # __657__

## Section A:    Store ID

Address __400 THOR ST__    City __SPOKANE__    State __WA__ Zip _____

Manager on Duty at Time of Incident __DIANNA__    Store Phone _____

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days  S _____ M _____ T _____ W _____
TH _____ F _____ SA _____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name __MICHELLE    SMITH__    Age __69__    Gender: M/(F)

Name of Parent/Guardian _____

Date of Birth __12/14/1954__ Marital Status __NO__    Loyalty ID # __509994 5886__

Address __3500 S GRAND BLVD #4__ City __SPOKANE__    State __WA__ Zip __99203__

Home Phone __509 994 5886__ Cell Phone __SAME__ Work Phone _____

Employer __SELF EMPLOYED__    Title __WINDOW WASHER__

Work Address __SAME AS ABOVE__    City __SAME__ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
__5'7"    140__

## Section C:    Incident Information

Date of Incident __4-25-24__    Time of Incident __3:15__ AM/(PM)

Date Notified of Incident __4-25-24__    Time Notified __3:30__ AM/(PM)

| Effective December 2018 | Incident Report | Confidential | Page 1 |

DEF FRED MEYER_000280



# Incident Report

**Claim Number** 4A2404T1J970001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N  WILL TRY NOT TO

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:     Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

## Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name  SCOTT VANWESTERHUYZEN          EUID SV32926

Signature                             Date 4-25-24

### Remember to check for video and to forward photos

**Effective December 2018**     **Incident Report**     **Confidential**     **Page 3**

DEF FRED MEYER_000281

# Incident Report

**Claim Number** ___  4 A 2 4 0 4 X 2 7 L 6 0 0 0 1

### Report to be completed by Store Management within 24 hours of incident notice

DATE 4/28/24   DIVISION 701   STORE # 460

**Section A:**   Store ID 460

Address _____ City Vancouver State WA Zip 98686

Manager on Duty at Time of Incident Keegan Crawford Store Phone _____

Store Email Address keegan.Crawford@97stores.fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:**   **Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Ame LeCocq   Age _____ Gender: M/F

Name of Parent/Guardian _____

Date of Birth _____ Marital Status Married   Loyalty ID # _____

Address 1612 NE 131st Circle City Vancouver State WA Zip 98685

Home Phone 503-313-8275 Cell Phone 503-313-8275 Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

_____

**Section C:**   **Incident Information**

Date of Incident 4/27/2024   Time of Incident 4:35 AM/PM

Date Notified of Incident 4/27/2024   Time Notified 4:45 AM/PM

Name of Employee Initially Notified I called + spoke to the store Manager, Scott

---

Effective March 2022    Incident Report    Confidential    Page 1

DEF FRED MEYER_000282