UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

                            Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

                            Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GATEKEEPER, INC.'S MOTION FOR SUMMARY JUDGMENT – VOLUME III[1]

---

[1] Due to the file size of Exhibit 4, Plaintiffs herein file the exhibit in separate volumes.

DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GATEKEEPER, INC.'S MOTION FOR SUMMARY JUDGMENT– PAGE 1

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2.   Attached as **Exhibit 4** is a true and correct copy of a compilation of Fred Meyer incident reports.  These incident reports were not produced by Defendant Fred Meyer in this litigation, which is the subject of a separately filed motion for contempt and sanctions, but instead from counsel for Plaintiff Linda Larocque who has brought claims against Fred Meyer and Gatekeeper in Larocque v. The Kroger Co., et al., W.D. Wash. Cause No. 3:25-cv-05380-MJP. The records were produced alongside a pleading from Fred Meyer in the Larocque case, a true and correct copy of which is appended hereto as **Exhibit 5**. As Fred Meyer indicates in its pleading, there have been 82 incidents of reported injuries from use of Gatekeeper's product.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 30th day of April, 2026, in Tacoma, Washington.

By:
ANDREW S. ULMER, WSBA No. 51227

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 2

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**<u>CERTIFICATE OF SERVICE</u>**

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 30th day of April, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT GATEKEEPER, INC.'S MOTION FOR
SUMMARY JUDGMENT– PAGE 3



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

# EXHIBIT 4

# Incident Report

**Claim Number** 4A2404X27L60001

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc.,.) _____
_just as I was leaving the north exit of the store_

Provide Brief Description in ten words or less for Call Center entry _Gatekeeper System_
_Malfunctioned, causing injury to customer_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_this happened directly to me._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Leaving the store after checking out from a cashier, cart_
_slammed on the electronic brakes + I cut + bruised my left_
_shin._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

_FRED MEYER IS LIABLE_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Left shin - cut, bruise + swelling_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N  _not yet_

Doctor or Medical Facility Name, if known_____

| Effective March 2022 | Incident Report | Confidential | Page 2 |

4-29-2024

4A2404X27L60001

6020240429038862

DEF FRED MEYER_000283

# Incident Report

## Claim Number    H A 2 4 0 4 X 2 7 L 6 0 0 0 1

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_Keegan  C._____   EUID_KC23578___

Signature_____   Date_4-28-2024_

### Remember to check for video and to forward photos

Effective March 2022        Incident Report        Confidential        Page 3

DEF FRED MEYER_000284



# Incident Report

**Claim Number** `4A24669.8FPV0001`

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10-9-24 DIVISION 701/Fred Meyer STORE # 688

## Section A: Store ID

Address 2902 164th St SW City Lynnwood State WA Zip 98087

Manager on Duty at Time of Incident Jacob Anderson Store Phone 425 787 4900

Store Email Address cheryl.tutt@stores.fredmeyer.com

Manager Email Address cheryl.tutt@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

## Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Lori Hardman Age 56 Gender: M/(F)

Name of Parent/Guardian _____

Date of Birth 08·13·67 Marital Status S Loyalty ID # 425·218·5341

Address 4821 168th St. City Lynnwood State WA Zip 98037

Home Phone 425·534·3275 Cell Phone ← same Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) FM –165 lbs
56 – Brown hair, 5'5
grey shirt, shorts, white shoes

## Section C: Incident Information

Date of Incident 6-9 Time of Incident 12:55 AM/(PM)

Date Notified of Incident 6-9 Time Notified 1:15 AM/(PM)

Effective December 2018      Incident Report      Confidential      Page 1

DEF FRED MEYER_000285



# Incident Report

**Claim Number** `4A24069 8 FPV 0001`

Name of Employee Initially Notified __Deborah Holand__

EUID of Employee Initially Notified __DH43818__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__Food lobby__

Provide Brief Description in ten words or less for Call Center entry __walking fast, cart locked up, hit customer in ~~charge~~ torso__

**Provide Detailed Description of the incident**
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer checked out at register and was trying to leave and her cart locked up and hit her in the stomach knocking the wind out of her

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
food lobby

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)__NA__

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

rib cage, stomach, abdomen
wind knocked out!

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

---

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000286



# Incident Report

**Claim Number** ___ 4 A 2 4 0 6 9 8 F P V 6 0 6 1 ___

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known __Primary Care Dr. Perry__

Address_____ Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

No signs for carts locking up, no warnings

_____

_____

Print Name and EUID of Employee Completing This Report

Name_ Jacob Anderson _____        EUID_ JA28689 ___

Signature_____        Date_ 6/9/24 ___

**Remember to check for video and to forward photos**

Effective December 2018        Incident Report        Confidential        Page 3

DEF FRED MEYER_000287



## Customer Statement

Claim Number _____ |4|A|2|4|0|6|9|8|F|P|V|0|0|0|1|_____

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date_____ Store Address_____

City_____State_____

**Contact Information**

Name_____Age_____Gender:  M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:        Home/cell/work/email  (circle one)

**Facts**

Date of Incident_____        Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened_____

_____

_____

_____

_____

_____

_____

Effective December 2018                Customer Statement                Page 1

DEF FRED MEYER_000288



## Customer Statement

**Claim Number** ___ | H A 2 4 0 6 9 8 F P V 0 0 0 1 |

Describe any Injuries or Pain from this incident (Please be specific) _left to right side mid torso_____

Describe any Personal Property that was damaged (Please be specific)_ N/A_____

Please identify the person(s) to whom you reported the incident_ Jacob Anderson_____

## Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_ *Lori K Hardman*_____ Date_ 6-9-24_____

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000289



# Evidence Report

**Claim Number** ___4 A 2 4 0 6 9 8 F P V 0 0 0 1___

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE _6/9/24_    DIVISION _701_    STORE # _688_

Date of Incident _6/9/24_    Time of Incident _12:55_    AM (PM)

**Section A:    Video (Please list each camera location separately, if applicable)**

**\*\*\* Note** – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video _Mieral Eshete_

Title and EUID, if applicable _Asset Protection Manager_

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name _Cori Herdman_    Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_black hair in a bun, off a blue shirt, dark grey shorts_

_____

Please describe witnesses on video_____

_____

_____

**Effective December 2018**    **Evidence Report**    **Confidential**    **Page 1**

DEF FRED MEYER_000290



# Evidence Report

**Claim Number** ___4A240698FRV0001___

1. Camera Location/View___DVR 7 Cam 3  FOD Purchek___

    Camera/Unit Number ___Food @  DVR 7 Cam 3___

    Recording Time from__12:54:58__ AM/PM to __12:56:00__ AM/PM

2. Camera Location/View___Food Purchek___

    Camera/Unit Number.___DVR 7 Cam 3___

    Recording Time from__11:54:59__ AM/PM to __13:56:00__ AM/PM

3. Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene._____

_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000291



## Evidence Report

**Claim Number** ____4A240698FPV00611____

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

---

Effective December 2018          Evidence Report          Confidential          Page 3

DEF FRED MEYER_000292



## Incident Report

**Claim Number** 4A2407PJFW20001

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 7·22·24  DIVISION 701  STORE # 180

**Section A:    Store ID**

Address 4615 196th St SW Ste. 175 City Lynwood  State WA  Zip 98036

Manager on Duty at Time of Incident Paul Braun  Store Phone 425-670-0200

Store Email Address

Manager Email Address Paul.Braun@stores.FredMeyer.com

MOD Schedule for Next 5 Days S 7a-5p   M 7a-5p   T 7a-5p   W 7a-5p
TH 7a-5p   F 7a-5p   SA 7a-5p

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Julie Balatico  Age 63  Gender: M/(F)

Name of Parent/Guardian

Date of Birth 5-10-61  Marital Status  Loyalty ID #

Address 16212 Bothell everett HighwayCity Mill Creek  State WA  Zip 98012
F226

Home Phone  Cell Phone 425-239-9585 Work Phone

Employer  Title

Work Address  City  State  Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Black Sweatshirt,
Hair in pony tail with grey hat. Wearing glasses & mask. Black
purse

**Section C:    Incident Information**

Date of Incident 7·22·24  Time of Incident 12  AM/(PM)

Date Notified of Incident 7·22·24  Time Notified 12:15  AM/(PM)

---

**Effective December 2018**  **Incident Report**  **Confidential**  **Page 1**

DEF FRED MEYER_000293



## Incident Report

**Claim Number** | 4 A 2 4 0 7 P J F W 2 0 0 0 1 |

Name of Employee Initially Notified __Kara Strand__

EUID of Employee Initially Notified __KS 26464__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__apparel entrance.__

Provide Brief Description in ten words or less for Call Center entry __Cart stopped abruptly and__
__customer ran into it.__

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

__Customer was pushing a cart out the apparel exit and the__
__wheel locked up and stopped the cart. Customer ran into the__
__cart.__

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

__apparel enterance/exit__

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__Right shoulder blade, right chest muscles or ribs__

Did Police or Emergency Services Respond? Y (N) If Yes, Who?_____

**Effective December 2018**         **Incident Report**         **Confidential**         **Page 2**

DEF FRED MEYER_000294



## Incident Report

**Claim Number** 4A2407PJFW20001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N  NOt Sure

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name Mickey Corliss          Employee: Y/N Phone work: 425-670-0200

Address 4615 196th St. SW.    City Lynwood    State WA    Zip 98036

2 Name_____    Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name Kara Strand                    EUID KS26464

Signature Kara Strand                Date 7·22·24

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000295



## Customer Statement

**Claim Number** | H A 2 4 0 7 P J F W 2 0 0 0 1 |

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 7-22-24    Store Address 4615 196th St. SW StE 175

City Lynwood    State WA

**Contact Information**

Name Julie Balatico    Age 63    Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth 5-10-61    Marital Status_____

Address 16212 Bothell Everett HWY F224 Millcreek WA

Home Phone_____ Cell Phone 424 239 9585

Work Phone_____ Email juliecmail101@gmail.com

Preferred Method(s) of contact:    Home/cell/work/email (circle one)

**Facts**

Date of Incident 7-22-24    Time of Incident 12:00ish AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entrance

Describe what happened I used a shopping cart in the store but didn't find the item I was looking for so was leaving the store. When the cart hit the door opening it jammed and suddenly stopped like running into a brick wall. My shoulder and mustles in my chest hurt and it hurts to take deep breaths.

*the cart anti-theft mechanism stopped the cart at the door

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000296



## Customer Statement

**Claim Number** |4|A|2|4|0|7|P|J|F|W|2|0|0|0|1|

Describe any Injuries or Pain from this incident (Please be specific) My shoulder blade hurts and muscles in my chest hurt on my right side and it hurts to tak a deep breath, My right rib hurt.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Kara, grocery mgr. & greeter at the door

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000297



## Witness Statement

**Claim Number** `4 A 2 4 0 7 P J F W 2 0 0 0 1`

We appreciate your time.  Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address __4615 196th St. SW.__          City __Lynwood__          State __WA__

Date and Time of Incident __7·22·24__          __12__ AM/(PM)

**Name of Customer Involved** _____          Gender:  M/F

Your Name __MICKEY  CORLISS__          Phone __425-670-0200__

Are you a Kroger employee at the incident location?          (Yes),  No

Are you related to, or are you an acquaintance of the above customer?          Yes  (No)

If yes, please describe your relationship_____

What is the best way and time to contact you?__ AT  WORK  FM #180 Lynn __

Please describe what you saw, heard or otherwise witnessed about this incident_____

THE ALARM AT THE DOOR STOPED THE CUSTOMER & CART; I ASKED THE CUSTOMER IF SHE PURCHASED ANY PRODUCT, SHE SAID NO. SHE WANTED TO KNOW WHY DID WHEELS LOCK. I TOLD HER SINCE SHE DIDNT PURCHASE ANYTHINK & DIDNT GO THOUGH CHECK STAND THE WHEELS WOULD LOCK AT EXIT. SHE LEFT THE CARD I DID OFFER TO UNLOCK THE CART BUT SHE TOOK OF.

Signature _~Mickey Corliss~_          Date __7-22-2024__

**Effective December 2018**          **Witness Statement**          **Confidential**          **Page 1**

DEF FRED MEYER_000298



# Incident Report

**Claim Number** _____ `4A2407ZTLZZ0001`

## Report to be completed by Store Management within 24 hours of incident notice

DATE 7/30/24   DIVISION 701                          STORE # 215

### Section A:    Store ID

Address 25250 Pacific HWY S  City Kent                    State WA   Zip _____

Manager on Duty at Time of Incident David Myers          Store Phone 98032

Store Email Address Rani.Colchon@stores.fredMyer.com

Manager Email Address david.myers@stores.Fredmyor.com

MOD Schedule for Next 5 Days  S 6-7p      M _____    T _____    W 6-7p
                              TH 6-7p     F 6-7p     SA 6-7p

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name ANA PAULA MENDONCA                    Age 57   Gender: M / Ⓕ

Name of Parent/Guardian _____

Date of Birth 04/15/1967  Marital Status MARRIED          Loyalty ID # (425)254-1616

Address 23300 59th Pl. S.  City KENT               State WA  Zip 98032

Home Phone (425) 254-1616  Cell Phone SAME       Work Phone SAME

Employer SELF                          Title _____

Work Address SAME AS ADDRESS City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) "ON TUESDAY, JULY 30th, 2021 AROUND 5:2L pm, I EXPERIENCED AN INJURY WHILE LEAVING THE STORE. THE SHOPPING CART ELECTRONIC DEVICE STOPPED UNEXPECTEDLY CAUSING LEG INJURY. WEARING: LONG PANTS, JEANS, JEANS JACKET, BLACK SANDALS

### Section C:    Incident Information

Date of Incident 7/30/24                    Time of Incident 5:20   AM/ⓅM

Date Notified of Incident 7/30/24           Time Notified 6:45   AM/ⓅM

Name of Employee Initially Notified David Myers

---

Effective March 2022        Incident Report        Confidential        Page 1

DEF FRED MEYER_000299

# Incident Report

**Claim Number** _____ [ | | | | | | | | | | | | | | | | ]

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
Home entrance just past Security Sensors

Provide Brief Description in ten words or less for Call Center entry _Ankle injury due to_
locking Cart

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking out the home entrance when her
cart suddenly locked up. She ran her right shin into the
back of the cart bruising it.

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Home lobby, no visible trip Hazards

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Bruising to right shin with minor swelling

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____
Report Number or Contact Name and Phone# Ana Mendonca 425 254-1616
Did, or will, the customer seek medical treatment? Y/N possibly
Doctor or Medical Facility Name, if known—~~Bettan~~ Kaiser Permanente Belvue (Downtown)

Effective March 2022          Incident Report          Confidential          Page 2

DEF FRED MEYER_000300



# Incident Report

**Claim Number** _____ |||||||||||||||||||

Address_____Phone_____

## Section D:     Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Shown bruising was light with no obvious swelling customer was walking with no visible limp.

Print Name and EUID of Employee Completing This Report

Name_David Myers_____  EUID_dm55799_____

Signature_____  Date_7/30/24_____

**Remember to check for video and to forward photos**

Effective March 2022          Incident Report          Confidential          Page 3

DEF FRED MEYER_000301



**Incident Report**

**Claim Number** ___4A2308MTMGF0001___

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _8/19/23_ DIVISION _701 - FRED MEYER_ STORE # _390_

**Section A:    Store ID**

Address _4505 S 19TH ST_ City _Tacoma_ State _WA_ Zip _98405_

Manager on Duty at Time of Incident _KYLE REDDICK_ Store Phone _253-756-9280_

Store Email Address _____

Manager Email Address _kyle.reddick@stores.fredmeyer.com_

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name _CHRISTINE STILL_ Age _62_ Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth _7/6/61_ Marital Status _____ Loyalty ID # _____

Address _3015 N 14TH #A_ City _TACOMA_ State _WA_ Zip _98406_

Home Phone _____ Cell Phone _253 7970173_ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _TEVA SANDALS_
_KHAKI SHORTS  BLUE SHIRT   SHORT  GRAY  HAIR / GLASSES/_
_5'4"  X 170 #_

**Section C:    Incident Information**

Date of Incident _8/19/23_ Time of Incident _11:50_ **AM**/PM

Date Notified of Incident _8/19/23_ Time Notified _11:50_ **AM**/PM

---

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000302



# Incident Report

**Claim Number** 4A2308MTMGF0001

Name of Employee Initially Notified___ KYLE REDDICK

EUID of Employee Initially Notified___ KR28969

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ___
LOBBY  CLEAR  OF  OBSTACLES  AND  DEBRIS

Provide Brief Description in ten words or less for Call Center entry _CART LOCKED UP_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER  WAS  EXITING  THE  STORE  AND  THE
SECURITY  WHEELS  LOCKED  UP  CUSTOMER. JAMMED
(L) WRIST

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

LOBBY — WAS  CLEAR  AND  FREE  FROM  OBSTRUCTIONS/
OBSTACLES  AND  DEBRIS

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

LEFT  WRIST  JAMMED / SPRAIN

Did Police or Emergency Services Respond?  Y/N If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000303



# Incident Report

**Claim Number** 4A2308MTMGFooo1

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N   NOT KNOWN

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, If not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

CUSTOMER STATED THAT SHE WAS ON DISABILITY
FOR THE LEFT WRIST INJURY. SIGNS ON DOORS
ENTERING STORE THAT CARTS MAY LOCK UP

Print Name and EUID of Employee Completing This Report

Name KYLE REDDICK                    EUID KR28969

Signature Kyle Reddick               Date 8/19/2023

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000304



## Evidence Report

**Claim Number** ____ 4A2308MTMGF0001

---

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report  KYLE REDDICK    KR28969

Signature  Kyle Reddick              Date  8/19/2023

---

**Effective December 2018**         Evidence Report         Confidential         Page 3

DEF FRED MEYER_000309



# Incident Report

**Claim Number** | 4 | A | 2 | 3 | 0 | 9 | 6 | 7 | Z | W | 0 | 0 | 0 | 0 | 1 |

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 9-6-23    DIVISION 701    STORE # 00654

### Section A:    Store ID

Address 11 Grant RD    City East Wenatchee    State WA    Zip 98802

Manager on Duty at Time of Incident Den Wiser    Store Phone 509-881-2800

Store Email Address

Manager Email Address Greg.johns@fredmeyer.com

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
TH off    F 7-5    SA 7-5

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Melissa A Halen    Age 41    Gender: M/**F**

Name of Parent/Guardian

Date of Birth 9/26/81    Marital Status S    Loyalty ID #

Address 323 S Houston    City E. Wenatchee    State WA    Zip 98802

Home Phone 509-264-3990    Cell Phone Same    Work Phone

Employer Crunch Pak    Title Payroll lead

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'8, 170#, Black hair

### Section C:    Incident Information

Date of Incident 9.5.23    Time of Incident 3:05    AM/**PM**

Date Notified of Incident 9.6.23    Time Notified 5:80    AM/**PM**

---

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000310



## Incident Report

**Claim Number** ___ |4|A|2|3|0|9|6|7|2|W|0|0|0|0|1| ___

Name of Employee Initially Notified _Greg Johnson_

EUID of Employee Initially Notified _GJ 35505_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Home double entry way - Purchek was activated_

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_On 9/5/23 @ approx 3:05 Melissa Nolen was_
_exiting Home when Purchek was activated_
_Checkstand 8._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
_Home doors - double entry on inside of_
_vestibule._

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _Purchek_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_Lower Right side of back_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_ No _

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000311



# Incident Report

**Claim Number** ___4 A 2 3 0 9 6 7 Z W 0 0 0 0 1___

Report Number or Contact Name and Phone# ___Melissa A. noles___

Did, or will, the customer seek medical treatment? Y/N ___Antje S Rose___

Doctor or Medical Facility Name, if known ___East Wenstchee Walk in Clinic___

Address ___100 Hyline Drive___ Phone ___509-436-4110___

## Section D:    Witness ID

1 Name_____ Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

___Dan Wiser took report___

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name ___Gregory P. Johnson___         EUID ___GJ35505___

Signature _____         Date ___8-6-23___

### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000312



## Customer Statement

**Claim Number** `4A230967ZW00001`

Describe any Injuries or Pain from this incident (Please be specific) *Lower right back pain. goes down a little*

Describe any Personal Property that was damaged (Please be specific) *none*

Please identify the person(s) to whom you reported the incident *Greg Johnson*

**Witness ID**

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date *09/06/2023*

**Effective December 2018**          **Customer Statement**          **Page 2**

9-6-2023                    4A230967ZW00001                    6020230906059385

DEF FRED MEYER_000314



# Incident Report

**Claim Number** 4 |A|2|3|1|0|J|9|G|B|5|0|0|0|1|

Report to be completed by Store Management within 24 hours of incident notice

DATE 10/17    DIVISION 201    STORE # 665

## Section A:    Store ID

Address 201 Valley Ave City Sumner    State WA Zip 98391

Manager on Duty at Time of Incident Thomas Wilson ~~Ander~~ Store Phone 253-826-8400

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Terella Lauch    Age_____ Gender: M/(F?)

Name of Parent/Guardian _____

Date of Birth 4/7/90 Marital Status M

Address 2321 55th St. SE City Auburn    State WA Zip 98092

Home Phone 253-249-3940 Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

Home    door    2:00pm

Pink Sweater    blue    jeans    ~~them~~ Sport shoes

## Section C:    Incident Information

Date of Incident 16/17/2023    Time of Incident 2:00 AM/PM

Date Notified of Incident 2:20 pm    Time Notified 10/17/2023 AM/PM

Effective Mar 11, 2013    Incident Report    Confidential    Page 1

DEF FRED MEYER_000318



## Incident Report

**Claim Number** 4A2310J96B500001

**Name of Employee Initially Notified** Ajay Sherman

**EUID of Employee Initially Notified** AS61107

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Home entrance of the store

**Provide Brief Description in ten words or less for Call Center entry** Cart locked up on customer causing a jerky movement

**Provide Detailed Description of the incident** Associate did not pay yet for her items in cart. Went outside to get a plant and the shopping cart locked up on her

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...**

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**
none

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**
lower back

**Did Police or Emergency Services Respond?** Y/N If Yes, Who?

---

Effective Mar 11, 2013          Incident Report          Confidential          Page 2

DEF FRED MEYER_000319



## Incident Report

**Claim Number** ____HA2310J9GB50001____

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____ Phone_____

### Section D:    Witness ID

1 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_____  EUID_____

Signature_____ Date_____

### Remember to check for video and to forward photos

Effective Mar 11, 2013          Incident Report          Confidential          Page 3

DEF FRED MEYER_000320



## Customer Statement

**Claim Number** 4A2310J9GB50001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 10/17/202 Store Address 1201 Valley Ave m.

City Sumner State WA

### Contact Information

Name Terella Lauch Age_____ Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth 4/7/90 Marital Status Married

Address 2321 55th St. S.E. City Auburn State W/t

Home Phone 253-249.3940 Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident 10/17/2023 Time of Incident 2:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened Cart locked up at the door while I was walking through to grab the ferns hanging outside, the impact from the cart locking up hurt my lower back

_____

_____

_____

Effective Mar 11, 2013        Customer Statement        Page 1

DEF FRED MEYER_000321



## Customer Statement

**Claim Number** 4A2310J9GB50001

Describe any Injuries or Pain from this incident (Please be specific)_____

_____lower_____back____pain_____

_____

_____

Describe any Personal Property that was damaged (Please be specific)_____none_____

_____

_____

Please identify the person(s) to whom you reported the incident___Customer   Service desk_____

_____

_____

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

| Effective Mar 11, 2013 | Customer Statement | Page 2 |
|---|---|---|

DEF FRED MEYER_000322



## Customer Statement

**Claim Number** | 4 A 2 4 0 1 8 N Y S 5 0 0 0 1 |

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 7-25-23     Store Address 920 C Brlington Brd.

City Brlington     State WA

**Contact Information**

Name Eroli Ibarra                          Age 35     Gender: (M)/F

Parent/Guardian (if minor) N/A

Date of Birth 5/25/88          Marital Status Single

Address 4414 Hidden Lake Lp     City MV          State WA  98274

Home Phone_____ Cell Phone ~~360 7472 0627~~  564-900-1600

Work Phone_____ Email_____

Preferred Method(s) of contact:     Home/(cell)/work/email  (circle one)

**Facts**

Date of Incident 7/25/23                Time of Incident 10:10     AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Approaching metal ~~decte~~ detector + cart locked up (grocery exit)

Describe what happened See above, customer hit right shin (lower) on bar at back of cart. Was completely unexpected, smaller pascarts do not have warning about potential for wheel lockup.

---

Effective December 2018          **Customer Statement**          Page 1

1-9-2024          4A24018NYSS0001          6020240109024773
DEF FRED MEYER_000323



## Customer Statement

**Claim Number** 4A24018NYSS0001

Describe any Injuries or Pain from this incident (Please be specific) Hot & throbbing lower shin

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Talked to Birdie who suggested report.

## Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date 07/25/23

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000324



# Evidence Report

**Claim Number** ___ H A 2 4 0 1 8 N H 5 5 0 0 0 1 1 ___

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:**    **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report ___ BR 97697 ___

Signature _____    Date ___ 7-25-23 ___

**Effective December 2018**        **Evidence Report**        **Confidential**        **Page 3**



# Incident Report

**Claim Number** 4A2401BR3GD0001

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 1/10/24   DIVISION 701   STORE # 459

**Section A:   Store ID**

Address 365 Renton Center SW City RENTON   State WA   Zip 98057
WAY

Manager on Duty at Time of Incident JAMAL GUAADAOUI   Store Phone 425 204 5200

Store Email Address GUAADAOUI.JAMAL@stores.fredmeyer.com

Manager Email Address ____

MOD Schedule for Next 5 Days   S 11-9   M 4-9   T 4-9   W 4-9
TH 11-9   F 11-9   SA 4-7

**Section B:   Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name_____ Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth_____ Marital Status_____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

_____

**Section C:   Incident Information**

Date of Incident_____   Time of Incident_____ AM/PM

Date Notified of Incident_____   Time Notified_____ AM/PM

---

Effective Mar 11, 2013   Incident Report   Confidential   Page 1

DEF FRED MEYER_000326



## Customer Statement

**Claim Number** 4A2401BR3GD0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date Jan 10th 2024    Store Address 365 Renton Center wAY SW

City Renton    State WA

**Contact Information**

Name TinaMartin    Age 45    Gender: M/F

Parent/Guardian (if minor) _____

Date of Birth 4-26-1978    Marital Status Single

Address 14109 56th AVE S    City Tukwila    State WA

Home Phone _____    Cell Phone 206~~........~~ (206)637-7263

Work Phone _____    Email justonetruething@gmail.com

Preferred Method(s) of contact:    Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident Jan 10th 2024    about Time of Incident 4:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
in the deli section

Describe what happened I had just entered the store, walking past the deli and produce section when the shoping cart I was pushing suddenly locked up coming to an abrupt stop. I banged my right shin on a metal bar on the cart and stumbled a bit. I made this report in case I am injured and the store is aware of this danger. It is very painful

Effective Mar 11, 2013    Customer Statement    Page 1

1-10-2024    4A2401BR3GD0001    6020240110057308

DEF FRED MEYER_000327



## Customer Statement

**Claim Number** 4A2401BR3GD0001

Describe any Injuries or Pain from this incident (Please be specific)_____

_____

_____

Describe any Personal Property that was damaged (Please be specific)_____

_____

_____

Please identify the person(s) to whom you reported the incident_____

_____

_____

_____

**Witness ID**

1 Name_TYRONE P. SHEFFEY_____ Phone_425-278-4803

Was this person shopping with you? Y/N    NO

What is this person's relationship to you?___NO

2 Name_____N/A_____ Phone_____
                              NO
Was this person shopping with you? Y/N

                              NO
What is this person's relationship to you?_____

3 Name_____N/A_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____N/A

Your Signature_T. P. Sheffey_____ Date_Jan-10-2024

**Effective Mar 11, 2013**          **Customer Statement**          **Page 2**

DEF. FRED MEYER_000328



**Evidence Report**

**Claim Number** ___4A2401BR3GD0001___

---

**Section C:**    **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

X Deli Dept

_____

BUNKer

_____

X

X Produce Dept

Name and EUID of Employee Completing This Report _JAMM GUAADAOLi_ _JG90812_

Signature _____ Date _1/10/24_

---

**Effective Mar 11, 2013**        **Evidence Report**        **Confidential**        **Page 3**

DEF FRED MEYER_000329



# Incident Report

**Claim Number** | 4 A 2 4 0 2 7 P 1 9 L 0 0 0 1 |

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 2/7/24 DIVISION Fred Meyer STORE # 171

**Section A:    Store ID**

Address_____ City Bremerton State WA Zip_____

Manager on Duty at Time of Incident_____ Store Phone 360-792-2800

Store Email Address_____

Manager Email Address_____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rudolph Robles Age 58 Gender: M/F

Name of Parent/Guardian_____

Date of Birth 9/30/65 Marital Status Single Loyalty ID #_____

Address 1588 Spruce Ave city Bremerton State WA Zip_____

Home Phone_____ Cell Phone 360-550-6685 Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
long hair, curly, bandana on head, blue jeans, tennis shoes, blue flannel jacket.

**Section C:    Incident Information**

Date of Incident 1/31/24 or 2/1/24 Time of Incident HA-12p? 12p-4p AM/PM

Date Notified of Incident 1/31 or 2/1 Time Notified 11A-12p 12p-4p AM/PM

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 1**

DEF FRED MEYER_000330



## Incident Report

**Claim Number** 4A24027P19L0001

Name of Employee Initially Notified _Tina then Christiana_

EUID of Employee Initially Notified _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Apparel Exit Auto doors_

Provide Brief Description in ten words or less for Call Center entry _Cart locked up as exiting store_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

" _Why did the cart lock up as I was trying to leave the store and chatter my kid's teeth?" This was yelled at me then he stormed off cussing_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Gate keeper at exit,_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_on 2/1 during/after incident only claim was childs teeth chattered when cart locked, Today claim that left wrist hurts._

Did Police or Emergency Services Respond? Y/**N** If Yes, Who? _____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000331



# Incident Report

**Claim Number** |4|A|2|4|0|2|7|P|1|9|L|4|0|0|0|1|

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
~~_____~~_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer mentioned sewing, he also mentioned other lawsuits he has against police, city and other businesses.

Print Name and EUID of Employee Completing This Report

Name Christiana Blair                    EUID CP75733

Signature _____            Date 2/7/24

Remember to check for video and to forward photos

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 3**

DEF FRED MEYER_000332



# Customer Statement

**Claim Number** | 4 A 2 4 0 2 7 P 1 9 L 0 0 0 1 |

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 2/7/24 Store Address_____

City Bremerton State WA

**Contact Information**

Name Rudolph Robles Jr. Age 58 Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth 9/30/65 Marital Status Single

Address 1588 Spruce Ave City Bremerton State WA

Home Phone_____ Cell Phone 360-550-6585

Work Phone_____ Email_____

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 1/31 or 2/1 Time of Incident 12p-4p? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Exit Auto doors

Describe what happened As I was going out threshhold area, Cart locked up and went sideways causing kid to be rattled, and wrist twisted or something.

Effective December 2018          Customer Statement                    Page 1

2-9-2024                    4A24027P19L0001                    6020240209044799

DEF FRED MEYER_000333



## Customer Statement

**Claim Number** 4A24027P19L0001

Describe any Injuries or Pain from this incident (Please be specific) Left wrist, near wrist joint, grip compromised, dexterity compromised, Thumb compromised. low/pain level

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Tina on Front End, Christiana

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Rudolph Roble Jr._ Date 2/7/24

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000334

# Kroger

## Incident Report

**Claim Number** _____

| 4 | A | 2 | 4 | 0 | 3 | D | R | B | K | 2 | 0 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE **3/13/24**

**DIVISION** 701

**STORE #** 111

**Section A:    Store ID**

Address **33702  21ˢᵗ ave SW** City **Federal Way** State **WA** Zip **98023**

Manager on Duty at Time of Incident **Michael Williamson** Store Phone

Store Email Address **Michael.Williamson@stores.fredmeyer.com**

Manager Email Address _____

MOD Schedule for Next 5 Days S _____ M **8-6** T _____ W **8-6**
TH **8-6** F **8-6** SA **off**

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name **Josiah Twombly** Age _____ Gender: **M**/F

Name of Parent/Guardian _____

Date of Birth _____ Marital Status _____ Loyalty ID # _____

Address _____ City _____ State _____ Zip _____

Home Phone **425 829 2839** Cell Phone _____ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
**Blonde hair, Yellow Jump Suit  Tattoos**

**Email dapalerider@gmail.com**

---

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000335



# Incident Report

**Claim Number** _____

| 4 | A | 2 | 4 | 0 | 3 | D | R | B | K | 2 | 0 | 0 | 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Section C:    Incident Information

Date of Incident   _3/13/24_         Time of Incident 364    AM/**PM**
                                        3:26

Date Notified of Incident   _3/13/24_        3:35pm  Time Notified

_____   3:30   AM/**PM**

Name of Employee Initially Notified   _Michael_

EUID of Employee Initially Notified   _Mw75766_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Lobby B_

_____

Provide Brief Description in ten words or less for Call Center entry _Customer was exiting Lobby B and the cart wheels locked up causing customer to hit chins on cart._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_____

_____

_____

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_____

_____

---

Effective December 2018        Incident Report        Confidential        Page 2

DEF FRED MEYER_000336

# Incident Report

**Kroger**

**Claim Number** _____

| 4 | A | 2 | 4 | 0 | 3 | D | R | B | K | 2 | 0 | 0 | 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _____

_____

_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_____

_____

Did Police or Emergency Services Respond? Y/**N** If Yes, Who? _Customer was going to hospital_

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? **Y**/N

Doctor or Medical Facility Name, if known _____

Address _____ Phone _____

## Section D:     Witness ID

1 Name                                        Employee: Y/N Phone

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000337

# Incident Report

**Claim Number** 4A2403Y65090001

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 3/29/24   DIVISION Fred Meyer   STORE # 111

**Section A:   Store ID**

Address 33702 21st SW   City Federal Way   State WA   Zip 98023

Manager on Duty at Time of Incident Bo Galloway   Store Phone 253-952-0100

Store Email Address _____

Manager Email Address bo.galloway@stores.fredmeyer.com

MOD Schedule for Next 5 Days   S_____   M_____   T_____   W_____
TH_____   F_____   SA_____

**Section B:   Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rick Conrad   Age 56   Gender: M/F

Name of Parent/Guardian _____

Date of Birth 4/9/69   Marital Status _____   Loyalty ID # _____

Address 33114 1st PL SW Apt 908   City Federal Way   State WA   Zip 90823

Home Phone 253-391-0365   Cell Phone _____   Work Phone _____

Employer _____   Title _____

Work Address _____   City _____   State _____   Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
_____
_____

**Section C:   Incident Information**

Date of Incident 3/29/24   Time of Incident 5:30   AM/PM

Date Notified of Incident 3/29/24   Time Notified 5:45   AM/PM

---

Effective December 2018   Incident Report   Confidential   Page 1

DEF FRED MEYER_000342



# Incident Report

**Claim Number** | 4 A 2 4 0 3 Y 6 5 0 9 0 0 0 1 |

Name of Employee Initially Notified _Bo Gulbeen_

EUID of Employee Initially Notified _bg 92441_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Lobby A by produce. Walked from Liquor after paying_

Provide Brief Description in ten words or less for Call Center entry _back and neck not feeling_
_good after cart locked up at Produce/Lobby A exit._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) circle one)

_Purchased groceries from Liquor Dept. after paying,_
_walked up to Lobby A to leave and the cart locked up._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_Neck and back (upper back into shoulder blades.)_

Did Police or Emergency Services Respond? Y/**N** If Yes, Who?_____

**Effective December 2018**     **Incident Report**     **Confidential**     **Page 2**

DEF FRED MEYER_000343

# Incident Report

**Claim Number** ___ 4A2403Y65090001 ___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____ Phone_____

## Section D:    Witness ID

1 Name_ SYDON EDGERMAN _____ Employee: Y/N  Phone_ 253 952 0100 _

Address_ 33702 21ST AVE S _ City_ FEDERAL WAY _State_ WA _ Zip_ 98023 _

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

I SAW THIS GENTLEMAN'S CART LOCKED AFTER HE PASSED THE GROCERY DOORS. HE THEN TRANSFERRED HIS PAPER BAGS AND HIS BOTTLE OF GARLO ROSSI TO ANOTHER SMALL CART THAT WAS ALREADY BY THE DOOR AND A THAT ONE WAS EITHER LOCKED OR LOCKED UP ON HIM. I THEN MET HIM BY THE DOOR AND ASKED FOR HIS RECEIPT. HE SHOWED ME HIS RECEIPT AND HE WAS ALREADY IRATE. OTHER THAN THAT HE SEEMED PHYSICALLY SOUND. HE NOTED THAT THE CARTS LOCK UP. I SAID IT HAPPENS WHEN THE CARTS DON'T PASS BY THE REGISTER AND SOMETIMES IT JUST DOES IT RANDOMLY.

Print Name and EUID of Employee Completing This Report

Name_ Bo Galloway _____ EUID_ bg 92441 _

Signature_____ Date_ 3/29/24 _

### Remember to check for video and to forward photos

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 3**

DEF FRED MEYER_000344



# Evidence Report

**Claim Number** `4 A 2 4 0 3 Y 6 5 0 9 0 0 0 1`

Please use this form to document video, photos and/or the scene diagram.  Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside.  Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE_____ DIVISION_____STORE #_____

Date of Incident_____ Time of Incident_____ AM/PM

**Section A:**   **Video (Please list each camera location separately, if applicable)**

**\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred.  In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

**Customer Name**_____**Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

**Effective December 2018**          Evidence Report          **Confidential**          Page 1

DEF FRED MEYER_000345



# Evidence Report

**Claim Number** 4A2403Y65090001

1. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____AM/PM to_____AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____AM/PM to_____AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____AM/PM to_____AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____AM/PM

Brief Description of Scene_____
_____

| **Effective December 2018** | **Evidence Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000346



# Evidence Report

**Claim Number** | 4 | A | 2 | 4 | 0 | 3 | Y | 6 | 5 | 0 | 9 | 0 | 0 | 0 | 1 |

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.**

**Section C:**     **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000347



# Incident Report

**Claim Number** 4 A 2 4 0 4 8 J 7 5 F 0 0 0 1

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 9·09·24    DIVISION 701    STORE # Ce05

**Section A:    Store ID**

Address Ce901 3 14th St City Tacoma    State WA Zip 98466

Manager on Duty at Time of Incident 12:29pm    Store Phone (253) 864-7477

Store Email Address Carolyn.hayden@stores.FredMeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S OFF  M OFF  T 8·7·5  W 7·5
TH 7·5  F 11·9  SA OFF

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Travis Jones    Age 33    Gender: M/F

Name of Parent/Guardian _____

Date of Birth 6/18/1990 Marital Status _____    Loyalty ID # _____

Address 5141 Mace St    City Tacoma    State WA Zip 98409

Home Phone _____ Cell Phone 253 441 0846 Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

_____

_____

**Section C:    Incident Information**

Date of Incident _____    Time of Incident _____ AM/PM

Date Notified of Incident _____    Time Notified _____ AM/PM

---

**Effective December 2018**    Incident Report    Confidential    Page 1

4-9-2024    4A24048J75F0001    6020240409047068

DEF FRED MEYER_000348



# Incident Report

**Claim Number** _4A24048J75F0001_

Name of Employee Initially Notified _Lynn_

EUID of Employee Initially Notified _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_At Doors: Card locked up on him and he hurt the Shoulders_

Provide Brief Description in ten words or less for Call Center entry _went through door_
_Card locked hurt right Shoulder_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Aaron Saw it, Lynn was at the door_

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Right Shoulder_

Did Police or Emergency Services Respond? Y (N) If Yes, Who?_____

| Effective December 2018 | Incident Report | Confidential | Page 2 |

DEF FRED MEYER_000349



## Customer Statement

**Claim Number** `4A24048J75F0001`

Describe any Injuries or Pain from this incident (Please be specific) Shoulder hurts

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Lynn at the desk

### Witness ID

1 Name Lynn Green                          Phone (253) 864 7477

Was this person shopping with you? Y/(N)

What is this person's relationship to you? NO

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_____

---

**Effective December 2018**          Customer Statement          **Page 2**

May. 28. 2023  6:03PM                                          No. 0571    P. 1



# Incident Report

**Claim Number** 4A2305WQ4LB66011

### Report to be completed by Store Management within 24 hours of incident notice

DATE 5/28/23 _ DIVISION 701 _ STORE # 655

**Section A:    Store ID**

Address 1900 SE Sedgwick Rd _ City Port Orchard _ State WA _ Zip 98366

Manager on Duty at Time of Incident _____ Store Phone 360-871-7140

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days  S 7-5 _ M 7-5 _ T 7-5 _ W 2-5 _
TH 7-5 _ F 2-5 _ SA 7-5

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Philip Housel _ Age 46 _ Gender (M)/F

Name of Parent/Guardian _____

Date of Birth 3/10/77 _ Marital Status Married _ Loyalty ID # _____

Address PO Box 5901 _ City Bremerton _ State WA _ Zip _____

Home Phone _____ Cell Phone 360-551-7469 _ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht, Wt, Hair Color, describe footwear if slip or fall etc...) Was around 6'2 or 6'4 heightwise. On the heavier side weightwise. Graying hair, had a gray or black shirt on.

**Section C:    Incident Information**

Date of Incident 5/28/23 _ Time of Incident Approximately 3 AM/(PM)

Date Notified of Incident 5/28/23 _ Time Notified 3:10 _ AM/(PM)

Effective December 2018          Incident Report          Confidential          Page 1

5-28-2023          4A2305WQ4L30001          5220230528001305

DEF FRED MEYER_000352



## Incident Report

**Claim Number** `4A2305WQ4L30001`

Name of Employee Initially Notified __KA__

EUID of Employee Initially Notified __KA64046__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ____
~~Hazard at~~ Entrance
Apparel

Provide Brief Description in ten words or less for Call Center entry __Cart locked on customer,__
__didn't expect it. wrist sprained__

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

__Cart suddenly locked up while exiting. was unexpected. Sprained wrist (right).__

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

__Small posters next to sliding glass doors on apparel side__

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) __N/A__

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__Right wrist__

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?____

Effective December 2018          Incident Report          Confidential          Page 2

DEF FRED MEYER_000353



## Customer Statement

**Claim Number** | 4 A 2 3 0 5 W 0 9 4 3 0 0 0 1 |

This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.

Date _5/28/23_     Store Address _1901 SE Sedgwick_

City _Bremerton_     State _WA_

**Contact Information**

Name _Philip Housel_     Age _46_     Gender: (M)/F

Parent/Guardian (if minor) _____

Date of Birth _3/10/77_     Marital Status _Yes – Married_

Address _Po Box 5901_     City _Bremerton_     State _WA_

Home Phone _____ Cell Phone _360-551-7469_

Work Phone _____ Email _____

Preferred Method(s) of contact:     Home/(cell)/work/email  (circle one)

**Facts**

Date of Incident _5/28/2023_     Time of Incident _3:00_ ~~Aprox~~ AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_While exiting the cart suddenly locked w/ causing a sprained wrist (R). Was using east exit_

Describe what happened _Cart suddenly locked up while exiting. Was unexpected. Sprained R. wrist. After, noticed small signs. Signs should be more prominent to help prevent this kind of injury. Better R. system warned before locking up to reduce risk of injury._

Effective December 2018        Customer Statement        Page 1

DEF FRED MEYER_000354



## Customer Statement

**Claim Number** ___4A2305WQ4L3001___

Describe any Injuries or Pain from this Incident (Please be specific)_____

R. Wrist Sprained

Describe any Personal Property that was damaged (Please be specific)__None__

Please identify the person(s) to whom you reported the incident__Customer__
Service Staff

### Witness ID

1 Name __Carlye Housel__ Phone __509 8453526__

Was this person shopping with you? (Y)/N

What is this person's relationship to you? __spouse__

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date_5/28/2023

Effective December 2018          Customer Statement          Page 2

DEF FRED MEYER_000355



# Witness Statement

**Claim Number** 4A2305WQ4L30001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address 1900 SE Sedwick Rd    City Port Orchard    State WA

Date and Time of Incident Approx.  3  AM/**PM**

Name of Customer Involved Carlye Housel, Philip    Gender **M**

Your Name Carlye Housel    Phone 509 845 3626

Are you a Kroger employee at the incident location?    Yes    **No**

Are you related to, or are you an acquaintance of the above customer?    **Yes**    No

If yes, please describe your relationship Husband,

What is the best way and time to contact you? text or call before 1pm

Please describe what you saw, heard or otherwise witnessed about this incident

While exiting the store, husband who was pushing the cart, yerked to a stop thinking he hit a rock, tried to continue to walk but cart was not moving. Tried moving it out of the way of other customers (unsuccessful) I gave reciept to husband and went to the car. When he got to the car he stated that his wrist hurt because of the cart stopping.

Signature _Carlye Housel_    Date 28 May 2023

**Effective December 2018**        **Witness Statement**        **Confidential**        **Page 1**



## Sweep/Floor Inspection Statement

**Claim Number** H A 2 3 0 5 W Q 4 L 3 0 0 0 1

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 5/26/23    STORE # 655

Customer Name Philip Housel

Date of Incident 5/28/23    Time of Incident Appr. 3    AM/PM

I (print your name) Donny Plankenhorn , on

(date) 5/28/23 , Inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 3:15
_____ AM/PM

At that time, the condition of the floor was in Good condition

_____

_____

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|------|-----------|
| Liz (Elizabeth) Rice | Apparel |
| | |
| | |
| | |
| | |

Signature _____    Date 5/28/23

5-28-2023                    4A2305WQ4L30001                    5220230528001305

DEF FRED MEYER_000357



## Incident Report

**Claim Number**

302 0459356 30001

Report to be completed by Store Management within 24 hours of incident notice

DATE 2/24/2020 DIVISION BN/2K 701 _____ STORE # Burien R14

### Section A:    Store ID

Address 14300 1st AVES city Seattle _____ State WA zip 98168

Manager on Duty at Time of Incident Eric Georgia Store Phone 206-433-6111

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
                               TH_____  F_____  SA_____

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Erika Fnfiro _____ Age 43 Gender: M/F

Name of Parent/Guardian _____

Date of Birth 04/20/76 Marital Status M

Address 11657 16th AveS city Seattle _____ State WA zip 98168

Home Phone 206 949-1223 Cell Phone 206-949-1223 Work Phone —

Employer Self employed _____ Title Piano teacher

Work Address — City — State — zip —

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'10 brown hair ~~~~~~~ short
brown eyes, slim, hair ~~~

### Section C:    Incident Information

Date of Incident 2/24/2020 _____ Time of Incident 11:20 AM/PM

Date Notified of Incident 2/24/2020 _____ Time Notified 12:25 AM/PM

Effective Mar 11, 2013          Incident Report          Confidential          Page 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 24, 2020 5:08:41 PM EST | 2062468537 | 178 | 9 | Received |
| 5220200224028483 | 302045935630001 | | | 2-24-2020 |

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

DEF FRED MEYER_000358



## Incident Report

**Claim Number** _____

302 0459356 30001

Name of Employee Initially Notified _Tim + Patty Pacholski_

EUID of Employee Initially Notified _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_checked at @ sco #A, went through doors + wheels got locked / customer tripped over injuring tibia (R)_

Provide Brief Description in ten words or less for Call Center entry _____
_shopping cart mp / no reason why / bruise_

Provide Detailed Description of the incident _____
_walked through produce doors + wheels on the cart locked @ unknown reason customer tripped all of things in cart fell off + done / security checked for a reply_

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... _____
_lobby by produce department_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_(R) tibia / bruise_

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

Effective Mar 11, 2013    Incident Report    Confidential    Page 2



# Incident Report

**Claim Number** _____

3020459356300001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N   not sure

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name Male seanty @ door Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.):**

hot Sale

unknown reason for lalling the art

Print Name and EUID of Employee Completing This Report

Name Gary Sushult        EUID 5298157

Signature_____ Date 2/24/2020

**Remember to check for video and to forward photos**

Effective Mar 11, 2013        Incident Report        Confidential        Page 3

DEF FRED MEYER_000360

**Kroger**

## Customer Statement

Claim Number

3020593563000l

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 2/24    Store Address 14300 1st PES Seattle WA (1/12)

City Burien    State WA

**Contact Information**

Name Erika Trifiro

Parent/Guardian (if minor)    Age 43    Gender: M/F

Date of Birth 4/20/76

Address 11657 16th Ave S.    Marital Status Married    City Burien    State WA

Home Phone 206-949-1203    Cell Phone " "

Work Phone Same    Email

Preferred Method(s) of contact:    Home/cell/work/email (circle one)

**Facts**

Date of Incident 2/24/20

Time of Incident 12:25    AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk etc.) Produce entry/exit

Describe what happened Wheel on cart locked as I was leaving causing me to trip over top of cart, fall. Cart contents, including my purse spilled out. Left bruise on my right shin/tibia.

2-24-2020    Effective Mar 11, 2013

Feb. 24. 2020 2:03PM FRED MEYER #028 CSD 206-246-8537    No. 7863    P. 4
5220200224028483

DEF FRED MEYER_000361



## Evidence Report

**Claim Number** _____

3020459356300001

**Section C:** __Diagram__ Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Produce lobby
right after the security gates

Name and EUID of Employee Completing This Report _____

Signature _____ Date _____

Effective Mar 11, 2013          Evidence Report          Confidential          Page 3

Feb. 24, 2020  2:04PM    FRED MEYER #028 CSD 206-246-8537    No. 7863  P. 8

DEF FRED MEYER_000365

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| August 10, 2021 at 6:43:58 PM EDT | 115 | | 6 | Received |

Case 3:24-cv-05811-JCC    Document 42    Filed 05/01/26    Page 72 of 189

Aug. 10. 2021  6:44PM                                    No. 0463    P. 1/6



## Customer Statement

**Claim Number** ___H A 2 1 0 8 B F 3 1 C 0 0 0 1___

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date __8-10-21__ Store Address __18325 Aurora Ave No__

City __Shoreline__ State __WA__

**Contact Information**

Name __Tamara Simon__ Age_____ Gender: M/**F**

Parent/Guardian (if minor)_____

Date of Birth_____ Marital Status_____

Address_____ City_____ State_____

Home Phone_____ Cell Phone __206-850-3630__

Work Phone_____ Email __tamara@tamarasimon.com__

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident __8-10-21__        Time of Incident __2⁴⁰__ AM/**PM** (Approximate)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__At No Lobby Closest to Pharmacy__

Describe what happened __At No Lobby__ customer walked in pushing a large shopping cart -- Turned Back quickly to retrieve cell phone in car -- Cart wheels locked up causing her and the cart to collide.

Effective December 2018            Customer Statement            Page 1



## Customer Statement

Claim Number ___ | H | A | 2 | A | 8 | B | F | 5 | C | 0 | 0 | 0 | 1 |

Describe any Injuries or Pain from this incident (Please be specific) _Customer Stated:_
_chest Area -- Had the wind knocked out of her_
_____

_____

Describe any Personal Property that was damaged (Please be specific)_____
_____
_____

Please identify the person(s) to whom you reported the incident_____
_____
_____
_____

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Customer Declined to_ Date _8-10-21_
_Stay + Complete Paperwork_

Effective December 2018                    Customer Statement                    Page 2

DEF FRED MEYER_000368



# Evidence Report

**Claim Number** `H A 2 1 0 8 B F 5 1 C 0 0 0 1`

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE __8-10-21__ DIVISION _____ STORE # __013__

Date of Incident __8-10-21__     Time of Incident __2⁴⁰__    AM/PM
(Approximate)

**Section A:**    **Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name __Tamara Simon__ _____ Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

__Caucasian; 4' 10"; Salt and Pepper Hair; Short Hair;__
__Dark Turquoise outfit -- Shirt + Pants__

Please describe witnesses on video_____

_____

_____

Effective December 2018      Evidence Report      Confidential      Page 1

8-10-2021        4A2108BF51C0001        5220210810034817

DEF FRED MEYER_000369



# Incident Report

**Claim Number** H A 2 1 0 8 B F 5 1 C 0 0 0 1

Report Number or Contact Name and Phone# Tamara Simon  206-850-3630

Did, or will, the customer seek medical treatment? Y/N    Unknown

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:     Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Customer was in Tears and Appeared to Truly
be in Distress.

_____

Print Name and EUID of Employee Completing This Report

Name  Clara Morris_____   EUID  CM25717_____

Signature  C. Morris_____   Date  8-10-21_____

## Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000370



# Incident Report

**Claim Number** 3 0 2 0 5 0 9 0 7 5 1 0 0 0 1

Report to be completed by Store Management within 24 hours of incident notice

DATE 4/25/20 DIVISION FRED MEYER 701 00385 STORE # 00285

## Section A:    Store ID

Address 7250 PACIFIC AVE City TACOMA State WA Zip 98408

Manager on Duty at Time of Incident BRENT MASTERSON Store Phone 253-475-6040

Store Email Address BRENT. MASTERSON @ STORES. FREDMEYER. COM

Manager Email Address _____ " _____ " _____ " _____

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH ___ F ___ SA 9-7

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name ALVIN COLEY    Age _____ Gender: (M)/F

Name of Parent/Guardian _____

Date of Birth 6/3/1964 Marital Status MARRIED Loyalty ID # _____

Address 2223 E SKUMPER City TACOMA State WA Zip 98404

Home Phone 253·283·8630 Cell Phone _____ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5' 8", 262, BLK HAIR, 1 SANDLE, 1 SHOE

## Section C:    Incident Information

Date of Incident 4/25/20    Time of Incident 11:25 (AM)/PM

Date Notified of Incident 4/25/20    Time Notified 11:35 (AM)/PM

Effective December 2018    Incident Report    Confidential    Page 1

DEF FRED MEYER_000373



## Customer Statement

**Claim Number** _____

---

**This form should be completed by a parent or guardian if incident involves a minor.  Please complete this form with as much detail as possible.**

Date_____ Store Address_____

City_____State_____

**Contact Information**

Name_____Age_____Gender:  M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:        Home/cell/work/email  (circle one)

**Facts**

Date of Incident_____        Time of Incident _____AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____

_____

Describe what happened_____

_____

_____

_____

_____

_____

Effective December 2018                    Customer Statement                    Page 1

4-26-2020                    302050907510001                    6020200426000454

DEF FRED MEYER_000374



# Evidence Report

**Claim Number** | 3 0 2 0 5 0 9 0 7 5 1 0 0 0 1 |

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 4/25/20 DIVISION 701 STORE # 00395

Date of Incident 4/25/20   Time of Incident 1126   AM/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video   Rebecca Leeper

Title and EUID, if applicable   RL30407

Comments (such as whether video system was not working, incident is not captured etc...)
Observed customer push cart to grocery pedestals. Cart locked up. Customer uses left foot to attempt to push? cart.

Customer Name _____ Gender M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video _____
grey sweater, blue jeans, one flip flop sandal, one tennis shoe

Please describe witnesses on video _____

---

Effective December 2018          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000375



# Evidence Report

**Claim Number** |3|0|2|0|5|0|9|0|7|5|1|0|0|0|1|

1. Camera Location/View _grocery pvm_

   Camera/Unit Number _____

   Recording Time from _1026_ AM/PM to _1211_ AM/PM

2. Camera Location/View _UScan_

   Camera/Unit Number _____

   Recording Time from _1026_ AM/PM to _1211_ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000376



# Incident Report

**Claim Number** | 3 0 2 0 5 7 5 1 7 7 6 0 0 0 1 |

---

## Report to be completed by Store Management within 24 hours of incident notice

DATE _7/26/20_ DIVISION _Fredmeyer_ STORE # _00386_

### Section A:    Store ID

Address _7250 Pacific Ave_ City _tacoma_ State _WA_ Zip _98404_

Manager on Duty at Time of Incident _Brent masterson_ Store Phone _253 4756040_

Store Email Address _BRENT. MASTERSON@ STORES. Fredmayer. Com_

Manager Email Address _____

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name _Alicia Cottrell_ Age _35_ Gender: M/**F**

Name of Parent/Guardian _____

Date of Birth _01/03/1985_ Marital Status _____ Loyalty ID # _____

Address _5001 Norpiont way NE_ City _tacoma_ State _WA_ Zip _98422_

Home Phone _253 250 3129_ Cell Phone _____ Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

_____

### Section C:    Incident Information

Date of Incident _7/26/20_ Time of Incident _1:21:14_ AM/**PM**

Date Notified of Incident _7/26/20_ Time Notified _1:21:14_ AM/PM

---

**Effective December 2018** | **Incident Report** | **Confidential** | **Page 1**

DEF FRED MEYER_000377



# Incident Report

**Claim Number** | 3 | 0 | 2 | 0 | 5 | 7 | 5 | 1 | 7 | 7 | 6 | 0 | 0 | 0 | 1 |

**Name of Employee Initially Notified** _Dylan Richardson_

**EUID of Employee Initially Notified** _DR 79418_

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)** _____
_Grocery Sidevak By mail box_

**Provide Brief Description in ten words or less for Call Center entry** _Customer fell over_
_curb onto cart_

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

_wheel locked up on small cart fell over sidewalk_
_Hurt both knees "L" one worst and ribs._

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

_Sidewalk by mail box and Loding Zone_

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** _____

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

_ribs and knees "L" is the worst_

**Did Police or Emergency Services Respond** Y/N **If Yes, Who?** _Emergeny Services_

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**



# Incident Report

**Claim Number** 3 0 2 0 5 7 5 1 7 7 6 0 0 0 1

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____ Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Cart in Question was not Lochus up roller just fine

_____

_____

Print Name and EUID of Employee Completing This Report

Name Dylan Richwrsson                              EUID DR 74418

Signature _____                        Date 7/26/26

### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |
| --- | --- | --- | --- |



# Customer Statement

**Claim Number** | 3 | 0 | 2 | 0 | 5 | 7 | 5 | 1 | 7 | 7 | 6 | 0 | 0 | 0 | 1 |

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date __7/26/20__  Store Address __7250 Pacific Ave__

City __Tacoma__  State __WA__

## Contact Information

Name _____ Age __35__ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth __1/3/21__  Marital Status_____

Address __5001 Norpoint way NE__  City __tacoma__  State __WA__

Home Phone __253 250 3129__ Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

## Facts

Date of Incident __7/26/20__    Time of Incident __1:21:14__ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__Gro parking lot By mail box / Lobby area__

Describe what happened __Customer Pushes Small Cart, Cart__
__Locks up Customer fell ontop of cart over__
__Curb to Loading Zone.__

---

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000380



## Customer Statement

**Claim Number** 3 0 2 0 5 7 5 1 7 7 6 0 0 0 1

Describe any Injuries or Pain from this incident (Please be specific) Ribs   Both Knees
" L "   worst

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident _Brent   masterson_

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date__ 7/25/20 __

**Effective December 2018**          Customer Statement          **Page 2**

DEF FRED MEYER_000381



# Evidence Report

**Claim Number** `3 0 2 0 5 7 5 1 7 7 6 0 0 0 1`

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE __7/26/20__ DIVISION __Fred meyer__ STORE # __00385__

Date of Incident __7/26/20__ Time of Incident __1:21:14__ AM/**PM**

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video __Daniel mcPartlon__

Title and EUID, if applicable __APS    Dm 54075__

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name_____ Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

__pink Shirt   Black Legins   Nike Slias__

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018            Evidence Report            Confidential            Page 1

DEF FRED MEYER_000382



# Evidence Report

**Claim Number** | 3 0 2 0 5 7 5 1 7 7 6 0 0 0 1 |

1. Camera Location/View _N E parkinslot_

   Camera/Unit Number _3_

   Recording Time from _1:21:13 —_ AM/(PM)to _____ AM/PM

2. Camera Location/View _N/A_

   Camera/Unit Number _N/A_

   Recording Time from _N/A_ AM/PM to _____ AM/PM

3. Camera Location/View _N/A_

   Camera/Unit Number _N/A_

   Recording Time from _N/A_ AM/PM to _____ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ **AM/PM**

Brief Description of Scene_____

Photo 2 Date and Time Photo was Taken_____ **AM/PM**

Brief Description of Scene_____

Photo 3 Date and Time Photo was Taken_____ **AM/PM**

Brief Description of Scene_____

**Effective December 2018**          Evidence Report          **Confidential**          **Page 2**

DEF FRED MEYER_000383



## Evidence Report

**Claim Number** | 2 | 0 | 2 | 0 | 5 | 7 | 5 | 1 | 7 | 7 | 6 | 0 | 0 | 0 | 1 |

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report _Brent Masterson BM8716Y_

Signature _____   Date _7/27/20_

**Effective December 2018**     **Evidence Report**     **Confidential**     **Page 3**



## Incident Report

**Claim Number** ‗‗‗‗4021038DA340011‗‗‗‗

4021038DA340001

### Report to be completed by Store Management within 24 hours of incident notice

DATE 03-19-21 DIVISION 701 STORE # 385

**Section A:     Store ID**

Address 7250 Pacific Ave City Tacoma State WA Zip 98408

Manager on Duty at Time of Incident Dylan Richardson Store Phone ‗‗‗‗

Store Email Address ‗‗‗‗

Manager Email Address ‗‗‗‗

MOD Schedule for Next 5 Days S 7-9 M 7-9 T 7-9 W 7a-9p
TH 7a-9p F 7a-9p SA 7a-9p

**Section B:     Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Valerie Powell Age 39 Gender: M/**F**

Name of Parent/Guardian Self

Date of Birth 9/3/81 Marital Status Divorced Loyalty ID # 253-359-4428

Address 414 S. Judson St City Tacoma State WA Zip 98444

Home Phone ‗‗‗‗ Cell Phone 253-988-1416 Work Phone ‗‗‗‗

Employer Door Dash Title Delivery Driver

Work Address N/A- City ‗‗‗‗ State ‗‗‗‗ Zip ‗‗‗‗

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'4 150 lbs
Brown Hair / Brn eyes / wearing grey leggings
and red zip up fleece coat.

**Section C:     Incident Information**

Date of Incident 3/19/2021 Time of Incident 7:00 AM/**PM**

Date Notified of Incident 3/19/2021 Time Notified 7:01 AM/**PM**

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 1**

DEF FRED MEYER_000385



## Incident Report

**Claim Number** 4021038DA340001

**Name of Employee Initially Notified** Nicole

**EUID of Employee Initially Notified** _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
exit doors left set

Provide Brief Description in ten words or less for Call Center entry _Cart locked up impacting left arm by elbow._

**Provide Detailed Description of the incident**
(as witnessed by you) OR (as conveyed by the customer) (circle one)

As exiting garden side door my cart locked up impacting my left tendon/elbow causing pain shooting into my index finger. then Locked up again 2ft. later.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

No warning or signage

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

**Injury/Damage Claimed** (Be specific – for example, "back of lower left leg" or "right front driver's door")

left arm side of arm, Elbow and tendon of forarm

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

| | | | |
|---|---|---|---|
| **Effective December 2018** | **Incident Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000386



## Incident Report

**Claim Number** 4 0 2 1 0 3 8 D A 3 4 0 0 0 1

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N _unKnown at some_

Doctor or Medical Facility Name, if known _Dr Smith / Community Health Care_

Address_____ Phone_____

### Section D:    Witness ID

1 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

_Cart locking up also caused Jerking / almost whiplash to my 3yo Son who was properly secured in Child seat of Basket._

Print Name and EUID of Employee Completing This Report

Name _Sam Wickline_     EUID _SW73981_

Signature _Sam W_     Date _03-19-21_

#### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000387



# Evidence Report

**Claim Number** | 4 | d2 | 1 | 03 | 8 | D | A | 3 | 4 | 0 | 0 | 6 | 1 |

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE _3/19/21_ DIVISION _701 – Fred Meyer_ STORE # _385_

Date of Incident _3/19/21_ Time of Incident_____ AM/PM

**Section A:     Video (Please list each camera location separately, if applicable)**

\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video _Daniel McPartlen_

Title and EUID, if applicable _DM54075   APS_

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name _Valerie Powell_ Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_Brown hair / Brown eyes  grey Leggings_

_red zip up fleece coat._

Please describe witnesses on video_____

_____

_____

**Effective December 2018**      **Evidence Report**      **Confidential**      **Page 1**

DEF FRED MEYER_000388



# Evidence Report

**Claim Number** `4 0 2 1 0 38 DA 3,40001`

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

*[Hand-drawn diagram showing store layout with labels: "Cest", "cars", "pickup", "backup cart", "Bank", "checkstand", "Home dept"]*

Name and EUID of Employee Completing This Report ___ Terra Penick

Signature _____ Date 3/21/24

**Effective December 2018**     **Evidence Report**     **Confidential**     **Page 3**

DEF FRED MEYER_000389



# Witness Statement

**Claim Number** ‾4‾0‾2‾1‾0‾3‾8‾D‾A‾3‾4‾d‾d‾1‾

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address_____ City_____ State_____

Date and Time of Incident_____ AM/PM

Name of Customer Involved _____ Gender: M/F

Your Name _Nicole Jessee_____ Phone _9077500780_

Are you a Kroger employee at the incident location?        (Yes)    No

Are you related to, or are you an acquaintance of the above customer?        Yes    (No)

If yes, please describe your relationship _____

What is the best way and time to contact you? _Phone_____

Please describe what you saw, heard or otherwise witnessed about this incident _I was working as a cashier on the Home department entrence, I heard ~~The ott~~ The door alarm go off. I checked the Customer's bags and unlocked the Cart. The lady attempted to leave again an the carts locked again, making her hit her elbow against the cart. She requested an incident report form after she dropped her kids back off at the car._

Signature _(signed)_____    Date _03/21/21_

3-21-2021                    4021038DA340001                    6020210321002695

DEF FRED MEYER_000390



# Incident Report

**Claim Number** 4 0 2 1 1 0 4 A 3 5 2 C 0 0 0 1

Report to be completed by Store Management within 24 hours of incident notice

DATE 4-13-21 ___ DIVISION 701 Fred Meyer ___ STORE # 028

**Section A:    Store ID**

Address 11300 1st Ave S City Burien ___ State WA Zip 98168

Manager on Duty at Time of Incident Clare Green. ___ Store Phone 206 433 6411

Store Email Address _____

Manager Email Address Clare.Green@ stores.fredmeyer.com

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Javier Lopez Clavijo ___ Age 65 ___ Gender (M)/F

Name of Parent/Guardian _____

Date of Birth 2-17-55 ___ Marital Status Married

Address 812 SW 126th St City Seattle ___ State WA Zip 98168

Home Phone _____ Cell Phone 509 312 0939 Work Phone _____

Employer Amazon ___ Title logistics

Work Address _____ City Seattle State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Short male light hair and skin. Black jacket tan pants.

**Section C:    Incident Information**

Date of Incident 4-13-21 ___ Time of Incident 4:45 AM/(PM)

Date Notified of Incident 4-13-21 ___ Time Notified 4:50 AM/(PM)

| Effective Mar 11, 2013 | Incident Report | Confidential | Page 1 |

DEF FRED MEYER_000391

**Incident Report**

**Claim Number** 4 0 2 1 0 4 A 3 5 2 C 0 0 0 1

Name of Employee Initially Notified  Sara Lynn

EUID of Employee Initially Notified  SLS00SS

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Customer pushed cart through (ALE door) and cart locked up and hit his shin.)

Provide Brief Description in ten words or less for Call Center entry _____

Provide Detailed Description of the Incident  Nayeli was telling customer that we couldnt watch his bike he grabbed a small cart and walked it through the ALE door and the wheel locked up and hit his leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...  ALE door clear.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)  none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")  right leg on the shin.

Did Police or Emergency Services Respond?  Y/N If Yes, Who?_____

Effective Mar 11, 2013        Incident Report        Confidential        Page 2

DEF FRED MEYER_000392

## Incident Report

**Claim Number** ___4 0 2 1 0 4 A 3 5 2 C 0 0 0 1___

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known_____

Address_____ Phone_____

**Section D:    Witness ID**

1 Name __Nayuli Rodriguez___ Employee: (Y)/N Phone _206 349 3422_

Address_____ City _Burien_ State _WA_ Zip_____

2 Name _Janice Mabura___ Employee (Y)/N Phone_____

Address_____ City _Burien_ State _WA_ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name_ Sara Wynn _____ EUID _8150055_

Signature_____ Date _4-13-21_

**Remember to check for video and to forward photos**

Effective Mar 11, 2013         Incident Report         Confidential         Page 3

DEF FRED MEYER_000393



# Evidence Report

**Claim Number** _4 0 2 1 0 4 A 3 5 2 C 0 0 0 1_

Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE _4-13-21_    DIVISION _701_    STORE # _28_

Date of Incident _4-13-21_    Time of Incident _16:43:30_    AM/**PM**

**Section A:    Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video _Susie Adams_

Title and EUID, if applicable _Asset Protection Specialist    SA67387_

Comments (such as whether video system was not working, incident is not captured etc...) _____

_____

_____

Customer Name _Javier Clavijo_    Gender: **M**/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____
_LIGHT COLORED HAIR.  BLACK JACKET  TAN PANTS_

Please describe witnesses on video_____

_____

1. Camera Location/View _Apparel doors_

   Camera/Unit Number _8_

   Recording Time from _15:43:30_  AM/**PM** to _17:43:30_  AM/**PM**

Effective Mar 11, 2013    Evidence Report    Confidential    Page 1

DEF FRED MEYER_000394



## Witness Statement

**Claim Number** 402104A352C0001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address M300 1st AVE S    City Burien    State WA

Date and Time of Incident 4:50    AM/(PM)

Name of Customer Involved Javier Lopez    Gender (M)/F

Your Name Nayeli Rodriguez    Phone (206) 349-3422

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship _____

What is the best way and time to contact you? By # in the morning

Please describe what you saw, heard or otherwise witnessed about this incident

i was explaining to him where he told leave his bike, while he shopped. He grabbed a cart left then came back for a new one. He passed the front doors, & the cart locked. When the cart locked, he said it hit his shin.

Signature Nayli    Date 4-13-21

4-13-2021    402104A352C0001    6020210413050844

DEF FRED MEYER_000395



## Incident Report

**Claim Number** 4A2108F27B0001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/14/21 DIVISION 2 STORE # 683

**Section A:     Store ID**

Address 2500 Columbia House City Vancouver     State WA    Zip 98661
Blvd
Manager on Duty at Time of Incident Rhonda Hartzloo Store Phone 360-619-1700

Store Email Address n/a

Manager Email Address rhonda-hartzloo@stores-fredmeyer.com

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:     Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name William O'Connell                    Age 43 Gender: (M)/F

Name of Parent/Guardian n/a

Date of Birth 8/18/1977 Marital Status Married    Loyalty ID #_____

Address 3231 NW Julia St City Camas         State WA   Zip 98607

Home Phone h/a        Cell Phone 503 593 3798 Work Phone 503 228 7077

Employer Onpoint                Title membership officer

Work Address 500 NE Tenney City Vancouver State WA    Zip 98685

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

---

**Section C:     Incident Information**

Date of Incident 8/14/2021          Time of Incident 11:05 (AM)/PM

Date Notified of Incident 8/14/2021    Time Notified 11:05 (AM)/PM

---

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000396



## Incident Report

**Claim Number** 4A2108F27BB0001

**Name of Employee Initially Notified** MaKenzie Wallers

**EUID of Employee Initially Notified** MW

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ale
side entrance on way into lobby from inside store

Provide Brief Description in ten words or less for Call Center entry pushing small cart
back when it locked, hit customer in shin

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer hit cart whith with shin
which tore skin & began to bleed

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

warning sign of locking carts inside
lobby by carts

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) n/a

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right leg shin

Did Police or Emergency Services Respond? Y/N If Yes, Who? no

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 2**

8-17-2021                    4A2108F27BB0001                    6020210817054836

DEF FRED MEYER_000397



## Incident Report

**Claim Number** 4A2108F27Bd0011

Report Number or Contact Name and Phone# William O'Connell 503 593 3798

Did, or will, the customer seek medical treatment? Y/N . unsure

Doctor or Medical Facility Name, if known Dr. Cristina de Casto-Dela Cruz Providence

Address 17550 Pacific Hwy Lake Oswego OR 97034 Phone 503-513-3350

**Section D:    Witness ID**

1 Name_____ Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name McKenzie Dinsdale                    EUID MDV5556

Signature _____                 Date 8.14.2021

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000398



## Customer Statement

**Claim Number** 4A2108F27B0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 8/14    Store Address 2600 Columbia House Blvd

City Vancouver    State WA

### Contact Information

Name_____Age_____Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____Marital Status_____

Address_____City_____State_____

Home Phone_____Cell Phone_____

Work Phone_____Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident 8/14/21    Time of Incident 11:05 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Apparel entrance

Describe what happened_____

_____

_____

_____

_____

_____

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000399



# Customer Statement

**Claim Number** _4A2108F27BB0001_

Describe any Injuries or Pain from this incident (Please be specific) _right leg shin is cut and bleeding_

Describe any Personal Property that was damaged (Please be specific) _n/a_

Please identify the person(s) to whom you reported the incident _Makenzie Walters, McKenzie Dinsdale, and Rhonda Harteloo_

## Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _[signature]_    Date _8/14/21_

**Effective December 2018**        **Customer Statement**        **Page 2**

8-17-2021                        4A2108F27BB0001                        6020210817054836

DEF FRED MEYER_000400



## Evidence Report

**Claim Number** ___4A2108F27B0001___

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.

**Section C:**     **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report_____

Signature_____Date_____

DEF FRED MEYER_000401



## Incident Report

**Claim Number** ⟦A⟧⟦2⟧⟦0⟧⟦2⟧⟦0⟧⟦2⟧⟦U⟧⟦V⟧⟦S⟧⟦0⟧⟦0⟧⟦0⟧⟦1⟧

Report to be com by Store Management within 24 hours of incident notice

DATE 2/11/2022 DIVIS Fred Meyer   STORE # 186

**Section A:    Store ID**

Address 700 Sleater-Kinney RD SE   Lacey   State WA Zip 98503

Manager on Duty at Time of h Fletcher Lane   Store Phone 360-438-6450

Store Email Address fletchmic@stores.fredmeyer.com

Manager Email Address   as above

MOD Schedule for Next 5 Days -4   M 10-8   T OFFIE   W OFFIE
7-3   F 7-5   SA 6-4

**Section B:    Customer ID** provide contact for parent/guardian if minor is involved)

Name Alyce Laci   Age 79   Gender: M/F

Name of Parent/Guardian

Date of Birth 2/26/42   l Status Single - divorced

Address 510 Capital Way Apt. 303 City Olympia   State WA Zip 98501

Home Phone n/A   Cell Phone 503-501-0778 Work Phone n/A

Employer Retired   Title

Work Address.   City   State   Zip

Physical Description (Ht. Wt., He describe footwear if slip or fall etc...)
5'4.5"  105  R   tennis shoes

**Section C:    Incident Inform**

Date of Incident 2/3/20   Time of Incident 2:00 AM/PM

Date Notified of Incident 2/11   Time Notified 12:35 AM/PM

Effective Mar 11, 2013   nt Report   Confidential   Page 1

4A220202UVS0001   6020220211038859

DEF FRED MEYER_000402



## Incident Report

**Claim Number** 4A220202UVS0001

Name of Employee Initially Notified ___Fletcher Lane___

EUID of Employee Initially Notified ___FLS4660___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
___parking lot on B side___

Provide Brief Description in ten words or less for Call Center entry ___Cart locked up on a customer and fell on her face and right shoulder___

Provide Detailed Description of the incident ___Customer was walking towards her car. The cart locked up at the edge of the invisible barrier. She removed her 2 bags of groceries took 2 steps forward towards her car, and tripped and fell down forward.___

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ___unknown. Signs about locking carts in the parking lot, and if the carts. Also on the doors.___

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ___1045 LLC - Landlord.___

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")

___Bruise on right cheek. Chest, arm, shoulder bruised, hospital said they think its fractured. Scraped knee___

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? ___

| Effective Mar 11, 2013 | Incident Report | Confidential | Page 2 |

DEF FRED MEYER_000403



## Incident Report

**Claim Number** |4|A|2|2|0|2|0|2|U|V|S|0|0|0|1|

Report Number or Contact Name and Phone# _Fletcher Lane   360-438-6450_

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known_ Providene  St. Peter_

Address_ 413  Lilly  RJ  NE  Olympia   98506_  Phone_360-493-7289_

**Section D:     Witness ID**

1 Name_____Employee: Y/N. Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_None_

_____

_there  did  not  ppee  to  be  anything  wrong with the ground._

Print Name and EUID of Employee Completing This Report

Name_ Fletcher Lane_                      EUID _FLS4660_

Signature_____      Date _2/11/2022_

<u>Remember to check for video and to forward photos</u>

Effective Mar 11, 2013        Incident Report        Confidential        Page 3

DEF FRED MEYER_000404



## Customer Statement

**Claim Number** | 4 | A | 2 | 2 | 0 | 2 | 0 | 2 | U | V | S | 0 | 0 | 0 | 1 |

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _2-11-23_ Store Address _700 Sleater-Kinney Rd_

City _Lacey_ State _Washing_

**Contact Information**

Name _Aleyc Larzon_ Age _80_ Gender: M/F

Parent/Guardian (if minor) _____

Date of Birth _8/26/40_ 303 Apt Marital Status _Single_

Address _510 Capital M_ City _Olympia_ State _WA_

Home Phone _503 001 0228_ Cell Phone _X_

Work Phone _0035_ Email _____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts** _Phone on_

Date of Incident _2-25-2022_    Time of Incident _2_ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_parking lot_

Describe what happened _The Car lock up_
_on a street fell fell on street_
_at Fred Meyers_

---

**Effective Mar 11, 2013**      **Customer Statement**                    **Page 1**

DEF FRED MEYER_000405



## Customer Statement

**Claim Number** | 4 | A | 2 | 2 | 0 | 2 | 0 | 2 | U | V | S | 0 | 0 | 0 | 1 |

Describe any Injuries or Pain from this incident (Please be specific) _Bruised right cheek, chest, arm, shoulder bruised. Hospital thinks its fractured (the shoulder) Scraped knee_

Describe any Personal Property that was damaged (Please be specific) _none_

Please identify the person(s) to whom you reported the incident _Fletcher Lane_

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone _5_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _Alyce Larson_ Date _8-11-2022_

Effective Mar 11, 2013    Customer Statement    Page 2

DEF FRED MEYER_000406



## Evidence Report

**Claim Number** 4 A 2 2 0 2 0 2 U V S 0 0 6 1

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report _Fletcher lane  PLS4660_

Signature _____    Date _2/11/22_

| Effective Mar 11, 2013 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000407



# Incident Report

**Claim Number** 4 A 1 6 0 3 J 1 5 3 C 0 0 0 1

### Report to be completed by Store Management within 24 hours of incident notice

DATE 3/17/22   DIVISION 701   STORE # 208

**Section A:    Store ID**

Address 11325 SE MILL PLAIN BLVD   City VANCOUVER   State WA   Zip 98684

Manager on Duty at Time of Incident IVAN ZAMORA   Store Phone 360.253.7053

Store Email Address JOHN.ZAMORA @ STORES.FREDMEYER.COM

Manager Email Address SAME.

MOD Schedule for Next 5 Days  S_____  M_____  T_____  W_____
TH_____  F  OFF  SA  OFF

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name RICHARD WILLERTON   Age 76   Gender: M/F

Name of Parent/Guardian_____

Date of Birth 2/15/46   Marital Status MARRIED   Loyalty ID #_____

Address 18404 NE 23RD ST   City VANCOUVER   State WA   Zip 98684

Home Phone 360.896.9986   Cell Phone_____   Work Phone_____

Employer SELF EMPLOYED   Title_____

Work Address_____   City_____   State_____   Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

6,1" // 220 LBS // GRAY // CAMO BOOTS / BLK SWEAT PANTS / DARK TOP

**Section C:    Incident Information**

Date of Incident 3/14/22   Time of Incident 1:26   AM/PM

Date Notified of Incident 3/14/22   Time Notified 5:22   AM/PM

**Effective December 2018        Incident Report        Confidential        Page 1**

DEF FRED MEYER_000408



# Incident Report

**Claim Number** _____

**Name of Employee Initially Notified**_____

**EUID of Employee Initially Notified**_____

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc…)** _____

HOME ENTRANCE , CART LOCKED ONCE IN FOYER

**Provide Brief Description in ten words or less for Call Center entry** _____

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

CUSTOMERS PURCHASED ITEMS THROUGH SELF CHECK

OUT. PROCEEDED TO EXIT HOME DORS, UPON WALKING

THROUGH FIRST DOOR, CART LOCKED, CUSTOMER BUMPED INTO CART.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc…(as witnessed by you in your investigation, not as conveyed by the customer)**

LEFT WRIST PAIN

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc…)**_____

_____

_____

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

_____

_____

**Did Police or Emergency Services Respond?  Y/N If Yes, Who?**_____

| **Effective December 2018** | **Incident Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000409



## Customer Statement

**Claim Number** _____ [                    ]

Describe any Injuries or Pain from this incident (Please be specific)_____

CANNOT LIFT LEFT ARM WITHOUT PAIN, LEFT ELBOW PAIN,

LEFT WRIST AND LEFT HIP IS FEELING BETTER.

DIFFICULT TO PUT WEIGHT ON LEFT SIDE OF BODY

~~Describe any Personal Property that was damaged (Please be specific)~~_____

CUSTOMER HAS RHEUMATOID ARTHRITIS

Please identify the person(s) to whom you reported the incident_____

_____

_____

_____

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date  3/17/22

Effective December 2018          **Customer Statement**          Page 2

DEF FRED MEYER_000412



## Incident Report

**Claim Number** `4A22074PNPS0001`

**Name of Employee Initially Notified** Orion Kochajda - Courtesy Clerk

**EUID of Employee Initially Notified** Ang Senature - Assistant Store Leader
as5b093

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Hom Entrance lobby between EAS Pedestals

**Provide Brief Description in ten words or less for Call Center entry** Customer was leaving store and cart locked up and strained R+L wrists and R elbow

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

Customer cart locked up and parcel clerk Responded to cart locking up & helped her unload to her car.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**
at home entrance garden side

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** N/A

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**
R+L wrist Strained + R elbow strain

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** NO

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

7-5-2022                                  4A22074PNPS0001                          6020220705041126

DEF FRED MEYER_000416



# Incident Report

**Claim Number** ___4A22074PNAS0001___

Report Number or Contact Name and Phone# _Roberta Marie Reyes_

Did, or will, the customer seek medical treatment? Y/N _Unknown - may call Her for advise_

Doctor or Medical Facility Name, if known _Unsure if she will, she was not sure_

Address _4407 Castle Rock Dr Blaine_ Phone _562 544 6095_
98230

**Section D:    Witness ID**

1 Name _N/A (Orion Kochada)_ Employee: (Y)/N Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

_Associate (Witness) did not see the incident happen. He did respond to the customer cart locking & helped her carry her groceries to the car._

Print Name and EUID of Employee Completing This Report

Name_Ang Senatore_ EUID _AS56093_

Signature_Senatore_ Date _7/5/22_

**Remember to check for video and to forward photos**

Effective December 2018          Incident Report          Confidential          Page 3

DEF FRED MEYER_000417



## Witness Statement

**Claim Number** 4A22074PNPS0001

We appreciate your time.  Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address 1225 Barrewood Rd  City Bellingham  State WA 98226

Date and Time of Incident 7/5/22  11:35 AM/PM

Name of Customer Involved Roberta Marie Reyes  Gender: M/(F)

Your Name Orion Kochajda  Phone 360 788 2900

Are you a Kroger employee at the incident location?  (Yes)  No

Are you related to, or are you an acquaintance of the above customer?  Yes  (No)

If yes, please describe your relationship  N/A

What is the best way and time to contact you? Store

Please describe what you saw, heard or otherwise witnessed about this incident I did not see the incident in question, however I heard the carlock alarm and acted accordinly.

Signature Orij Koch  Date 07/05/22

**Effective December 2018**          **Witness Statement**          **Confidential**          **Page 1**

DEF FRED MEYER_000418



# Incident Report

**Claim Number** 4A22083RHPS0001

4A22083RHPS0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/3/22 _____ DIVISION Fred Meyer (701) STORE # 424

**Section A:** Store ID 424

Address 17404 meridian E City Puyallup _____ State WA Zip 98375

Manager on Duty at Time of Incident Shalis Cheyne Store Phone 253-445-7840

Store Email Address n/a

Manager Email Address mariah.scholtz@stores.fredmeyer.com

MOD Schedule for Next 5 Days S _____ M _____ T 7-5 W 10-8
TH 10-8 F off SA 8-6

**Section B:　Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Norman P. Smith _____ Age _____ Gender (M)/F

Name of Parent/Guardian _____

Date of Birth _____ Marital Status _____ Loyalty ID # _____

Address 7015 236th St Ct E City Graham _____ State WA Zip 98338

Home Phone _____ Cell Phone 253-691-2718 Work Phone _____

Employer _____ Title _____

Work Address _____ City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, 160 lbs
grey hair, short to scalp

**Section C:　Incident Information**

Date of Incident 8/2/22 _____ Time of Incident 11:00 AM/(PM)

Date Notified of Incident 8/2/22 _____ Time Notified 11:05 AM/(PM)

Effective December 2018　　　Incident Report　　　Confidential　　　Page 1

DEF FRED MEYER_000419



# Incident Report

**Claim Number** `4A22083RHPS0001`

Name of Employee Initially Notified *Shalis Cheyne*

EUID of Employee Initially Notified *SC21068*

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) *Front end, produce entrance, door nearest Starbucks*

Provide Brief Description in ten words or less for Call Center entry *cart locked up on gentleman, claimed he hurt his back.*

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

*gentleman was leaving store, claimed his back was thrown out due to his cart locking up on him at the door.*

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

*produce entrance of store, no cones or obstructions*

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

*he claimed his lower back*

Did Police or Emergency Services Respond?  Y/N If Yes, Who?

---

**Effective December 2018**          **Incident Report**          **Confidential**          Page 2

DEF FRED MEYER_000420



# Incident Report

**Claim Number** 4A2208 3RHPS0001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name Shalis Cheyne _____ Employee:(Y)/N Phone 853-625-1277

Address 21102 55th Ave Ct E _____ City Spanaway ___ State WA Zip 98387

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I did notice when his cart locked up, he bent over
to check on the stuff on bottom of cart.

_____

Print Name and EUID of Employee Completing This Report

Name Shalis Cheyne _____  EUID SC21068 _____

Signature Sally _____  Date 8/3/22 _____

**Remember to check for video and to forward photos**

Effective December 2018        Incident Report        Confidential        Page 3

DEF FRED MEYER_000421

Claim # 4A22083RHPS0001

FRED MEYER STORE
17404 MERIDIAN

8/2/22  11:04 PM

RECP# 10305Z
RRPR#1035Z   NORMAN P. SMITH
7015 -236TH ST. CT. E.
GRAHAM WA 98338
253-691-2218

I WAS LEAVING THE STORE
PUSHING A HEAVILY LOADED CART $430.72
OF GROCERIES WITH MAY CASES OF CANNED
GOODS AS IT WAS SENIOR 1ST TUES AND I WAS
DOING MY MONTHLY SH SHOPPING.
TO GET OVER THE THRESHOLD OF THE DOOR
I SPEED UP SLIGHTY WITH THE HEAY LOAD.
AS I PASSED INTO THE DOOR WAY THE
CART LOCKED UP. I WAS THROWN AGAINST
AGAINST THE CART BY MY WALKING MOMENTUM.
I SLAMMED INTO THE HANDLE BAR TWISTING
MY BACK THROWING MY HEAD FORWARD. THE
GOOD ALL LURCHED FORWARD SPILLING IN THE
CART. I COULD HARDLY WLK AND GOT THE MANAGER
TO GET ASSISTANCE TO MY CAR. BY THE TIME I
REACHED MY CAR MY BACK AND NECK SEIZED UP
GIVING ME A TERRIBLE HEADACE. MY WIFE WILL HAVE
TO DRIVE ME HOME. I WILL NEED TO GO TO A
DOCTOR TOMMOROW AS IT IS LATE. NORMAN P. SMITH
I AM HAVING TROUBLE WRITING THIS RRPORT.   Norman P Smith

Norman P Smith                    X _____

                                      witness

4A22083RHPS0001   6020220803054011

DEF FRED MEYER_000422



# Incident Report

**Claim Number** ___4 A 2 3 0 7 1 K 5 9 F 0 0 0 1___

**Report to be completed by Store Management within 24 hours of incident notice**

DATE _7/1/23_    DIVISION _Fred Meyer_          STORE # _655_

## Section A:    Store ID

Address _1900 SE Sedgwick Rd_  City _Port Orchard_    State _WA_  Zip _98366_

Manager on Duty at Time of Incident _Jeanelle Ward_    Store Phone _360-874-7140_

Store Email Address _jeanelle.ward@Stores.fredmeyer.com_

Manager Email Address ___"___                    _"_

MOD Schedule for Next 5 Days S _9-7_    M _9-7_    T _8-6_    W _4-9_
                             TH _off_    F _off_    SA _8-6_

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name_ ~~—~~ ‥ _____    Age _8 months_ Gender: (M)(X)

Name of Parent/Guardian _Trisha Young_ _____

Date of Birth_____Marital Status_____    Loyalty ID # _____

Address_4345 Anacis o Loop SE_ City _Port Orchard_    State _WA_  Zip _98366_

Home Phone_____Cell Phone_360-900-9466_Work Phone_____

Employer_____Title_____

Work Address_____City_____State_____Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____

## Section C:    Incident Information

Date of Incident _6/28/2023_          Time of Incident _3:25_    AM (PM)

Date Notified of Incident _6/28/23_          Time Notified _4_    AM (PM)

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 1**

DEF FRED MEYER_000423



## Incident Report

**Claim Number** 4A23071K59F0001

Name of Employee Initially Notified _Jeanelle Ward_

EUID of Employee Initially Notified _JW75530_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Starbucks side entrance_

Provide Brief Description in ten words or less for Call Center entry _purcheck locked_
_up cart causing child to jerk._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Exitting store when cart locked up causing Child_
_in seat to jerk._

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_purcheck station exitting store_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Child jerked due to cart locking up, contact made_
_with body_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 2**

DEF FRED MEYER_000424



# Incident Report

**Claim Number** 4A23071K59F0001

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

**Section D:    Witness ID**

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)**

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name Jeanelle Ward                    EUID JW7SS30

Signature _____            Date 7/1/23

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000425



# Evidence Report

**Claim Number** 4 A 2 3 0 7 1 K 5 9 F 0 0 0 1

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 7-1-23    DIVISION 5    STORE # 655

Date of Incident 6-28-23    Time of Incident 15:27:02    AM/**PM**

**Section A:    Video (Please list each camera location separately, if applicable)**

\*\*\* Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video _Candice Mendenhall_

Title and EUID, if applicable _Asset Protection manager_

Comments (such as whether video system was not working, incident is not captured etc...)

_____

_____

_____

Customer Name_____ Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video____

_white pants, white shirt_

Please describe witnesses on video _pushing   shopping   cart   with  baby   in   cart._

---

Effective December 2018    Evidence Report    Confidential    Page 1

DEF FRED MEYER_000428



# Evidence Report

**Claim Number** _____ #A2307 1K59F0001

1. Camera Location/View _Front doors (ALE)_

   Camera/Unit Number _DVR 2 cam 3_

   Recording Time from _14:27:02_ AM/**PM** to _16:28:15_ AM/PM

2. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

   Camera/Unit Number _____

   Recording Time from_____ AM/PM to _____ AM/PM

## Section B:     Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000429



**Evidence Report**

**Claim Number** ___4 A 2 3 0 7 1 K 5 9 F 0 0 0 1___

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report _Jeanelle  Ward / JW75550_

Signature _____    Date _7/1/2023_

---

**Effective December 2018**          **Evidence Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000430



# Incident Report

**Claim Number** 4A2306N93460001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6/21/23 DIVISION Fred meyer STORE # 683

**Section A:    Store ID**

Address 2500 Columbia House City Vancouver State WA Zip 98661
Blvd
Manager on Duty at Time of Incident Amber Drake Store Phone 360-619-1700

Store Email Address amber.drake@stores.fredmeyer.com

Manager Email Address shelley.Robinson@fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Samantha. Swart Age 32 Gender: M/F

Name of Parent/Guardian n/A

Date of Birth 2/15/91 Marital Status M Loyalty ID #

Address 687 E 17th Cir City LaCenter State WA Zip 98629

Home Phone — Cell Phone 702 265 1859 Work Phone

Employer McKean smith Title —

Work Address 655 W Columbia City Vancouver State WA Zip 85004 98660

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Long black Hair, black Clothing and
black sandals.

**Section C:    Incident Information**

Date of Incident 6/20/2023 Time of Incident 105-115 AM/PM

Date Notified of Incident 6/20/23 Time Notified 130 AM/PM

**Effective December 2018**      **Incident Report**      **Confidential**      **Page 1**



## Incident Report

**Claim Number** 4A2306N93400001

Name of Employee Initially Notified _Dana. Chapman_

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Apparel Entryway._

Provide Brief Description in ten words or less for Call Center entry _Customer was returning cart wheels locked up and fell over cart._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer was returning cart to the Entryway and the Front wheels locked up customer and cart Fell Forward onto ground._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_no cones visable._

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____
_n/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_cracked bruised rib on right side, observed In labor, delivery, Bruised knees._

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000432



## Incident Report

**Claim Number** ___4A230609340000011___

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known Vancouver Clinic Urgent care.

Address 700 NE 87th AVE _____ Phone 360 882 2778

**Section D:    Witness ID**

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer 8 month pregnant.

_____

_____

Print Name and EUID of Employee Completing This Report

Name Amber Drake _____ EUID A120263

Signature M. Drake _____ Date 6/21/23

**Remember to check for video and to forward photos**

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000433



# Incident Report

**Claim Number** | H A 2 2 0 8 6 1 V N X 0 0 0 1 |

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE 8/13/22 DIVISION 701 STORE # 111

**Section A:    Store ID**

Address 33702  21st avesw City Federal Way State WA Zip 98023

Manager on Duty at Time of Incident Michael Williamson Store Phone 253 952 0100

Store Email Address Michael.Williamson@store.fred Meyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days S_____ M 9-7 T 9-7 W off
TH 9-7 F 9-7 SA off

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kaidrin McVittie Age_____ Gender: M/F

Name of Parent/Guardian_____

Date of Birth 3/13/78 Marital Status Married Loyalty ID # _____

Address 32507 41st Ave SW City Federal Way State WA Zip 98023

Home Phone_____ Cell Phone 206-356-6175 Work Phone_____

Employer C&W Tax / Full-time caretaker mother Title Office Manager

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'5 Light blue
top. Matching blue spoot pants. White tennis shoes white hair
in ponytail.

**Section C:    Incident Information**

Date of Incident 8-13-2022 Time of Incident 6:48 AM/PM

Date Notified of Incident 8-13-2022 Time Notified 6:50 AM/PM

---

Effective December 2018          Incident Report          Confidential          Page 1

DEF FRED MEYER_000434



# Incident Report

**Claim Number** H A 2 2 0 8 6 1 V N X 0 0 6 1

Name of Employee Initially Notified _Brad Leiter_

EUID of Employee Initially Notified _RL27689_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _Outside_
_Entrance C, in the walkway to the lobby._

Provide Brief Description in ten words or less for Call Center entry _New cart lock system,_
_locked and hit customers ankle._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_With the new cart lock System, as she walked out the_
_door, the cart locked and hit her in the left ankle_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Normal entrance on the home side of_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_Left ankle_

Did Police or Emergency Services Respond? Y/Ⓝ If Yes, Who?

| | | | |
|---|---|---|---|
| **Effective December 2018** | **Incident Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000435



## Incident Report

**Claim Number** | 4 | A | 2 | 2 | 0 | 8 | 6 | 1 | V | M | 2 | 0 | 0 | 0 | 1 |

Report Number or Contact Name and Phone# Kaitlin McVittie

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name Michael Williamson                    EUID MW75766

Signature MW                                Date 0/13/22

**Remember to check for video and to forward photos**

Effective December 2018        Incident Report        Confidential        Page 3

DEF FRED MEYER_000436



## Customer Statement

**Claim Number** ____ H A 2 2 0 8 G 1 V h k 0 0 0 V

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _8/13/22_    Store Address _33702 21st ave SW_

City _federal WAy_    State _WA_

**Contact Information**

Name _Kaitrin McvittiE_    Age _____ Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth _3/13/78_    Marital Status _Monied_

Address _32507 41st Ave Sw_    City _FedeRl wey_    State _WA_

Home Phone_____ Cell Phone _206-356-6175_

Work Phone_____ Email_____

Preferred Method(s) of contact:    Home/(Cell)/work/email (circle one)

**Facts**

Date of Incident _8-13-22_    Time of Incident _6:48_    AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Doorway leaving the store and into the lobby, at the home entrance_

Describe what happened _Customer was exiting, the cart got halfway out the door, then it locked as she pushed to move it, her ankle got caught in the cart, and twisted._

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000437



## Customer Statement

**Claim Number** ___4A2208G1VNK0001___

---

Describe any Injuries or Pain from this incident (Please be specific) _Left ankle, major_ _pain._

Describe any Personal Property that was damaged (Please be specific) _None_

Please identify the person(s) to whom you reported the incident _None, two associates_ _came up to check on her_

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

---

Effective December 2018                Customer Statement                Page 2

DEF FRED MEYER_000438



# Evidence Report

**Claim Number** 4A2208G1VNX0001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 8/13/22     DIVISION 701     STORE # LLI

Date of Incident 8/13/22     Time of Incident 6:48     AM/**PM**

**Section A:     Video (Please list each camera location separately, if applicable)**

**\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video **Laura Belford**

Title and EUID, if applicable **Asset protection Specialist LB31188**

Comments (such as whether video system was not working, incident is not captured etc...) **The incident was captured the customer pushed the cart with her left foot The cart did not hit her left or right leg. No injuries were Shown on camera video**

Customer Name _____     Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

**Brown hair, grey Sweats paints, green Shirt, grey Shoes**

Please describe witnesses on video **Blue jeans, Black shirt, Black hair, red Shoes**

---

Effective December 2018          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000439



# Evidence Report

**Claim Number** ___ 4 A 22 0 0 6 1 v n k 0 0 0 1

1. Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

2. Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

3. Camera Location/View_____

    Camera/Unit Number _____

    Recording Time from_____ AM/PM to _____ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____
_____

| Effective December 2018 | Evidence Report | Confidential | Page 2 |

DEF FRED MEYER_000440



## Evidence Report

**Claim Number** 4 A 2 2 0 8 6 1 V N 2 0 0 0 1

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:      Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report_____

Signature_____Date_____

| Effective December 2018 | Evidence Report | Confidential | Page 3 |

DEF FRED MEYER_000441



# Incident Report

**Claim Number** `4A221233G240001`

---

### Report to be completed by Store Management within 24 hours of incident notice

DATE `12/3/22`  DIVISION `FRED MEYER`  STORE # `265`

**Section A:    Store ID**

Address `1100 N MERIDIAN` City `PUYALLUP` State `WA` Zip `98371`

Manager on Duty at Time of Incident `CHRISTINE HOPPER` Store Phone `253 840 8150`

Store Email Address `CHRISTINE.HOPPER@STORES.FREDMEYER.COM`

Manager Email Address `CHRISTINE.HOPPER@STORES.FREDMEYER.COM`

MOD Schedule for Next 5 Days S `7-5`  M `7-5`  T `7-5`  W `7-5`
TH `7-5`  F `7-5`  SA `7-5`

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name `SIMON ZIRIANS`  Age `53` Gender: (M)/F

Name of Parent/Guardian

Date of Birth `5/7/63` Marital Status `MARRIED`  Loyalty ID #

Address `1115 13TH ST NW` City `PUYALLUP` State `WA` Zip `98371`

Home Phone `206 300-4167` Cell Phone  Work Phone

Employer  Title

Work Address  City  State  Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
`5'9" WHITE HAIR, MEDIUM BUILD`

**Section C:    Incident Information**

Date of Incident `12/3/22`  Time of Incident `6:00` AM/(PM)

Date Notified of Incident `12/3/22`  Time Notified `6:00` AM/(PM)

---

**Effective December 2018**  **Incident Report**  **Confidential**  **Page 1**

DEF FRED MEYER_000442



# Incident Report

**Claim Number** 4A221233G240001

Name of Employee Initially Notified ___HARRY CHEUNG___

EUID of Employee Initially Notified ___HC20432___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ___
___GROCERY ENTRY WAY___

Provide Brief Description in ten words or less for Call Center entry ___
___INJURED HAND ON SHOPPING CART___

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

___CUSTOMER CART LOCKED UP BY ENTRY WAY. CUSTOMER___
___STOP, DID NOT SEE ANY INJURY OR SIGNS OF DISTRESS___

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

___AREA WAS CLEAR, NO HAZARDS___

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) ___N/A___

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

___HANDS WERE BENT___

Did Police or Emergency Services Respond? Y/N If Yes, Who?___NO___

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000443



## Incident Report

**Claim Number** ___`4 A 2 2 1 2 3 3 6 2 4 0 0 0 1`___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name _Ting Hackworth_____ Employee (Y)/N Phone _253.508.2048_

Address_5813 64th St W___ City _University place_ State _W9_ Zip _98467_

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name _HARRY CHEUNG_____ EUID _HC20432_____

Signature _(signature)_____ Date _12/3/22_____

__Remember to check for video and to forward photos__

**Effective December 2018**         **Incident Report**         **Confidential**         **Page 3**

DEF FRED MEYER_000444



# Customer Statement

**Claim Number** | 4 A 2 2 1 2 3 3 6 2 4 0 0 0 1 |

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date __12/3/ 22__ Store Address __1100 N MERIDIAN__

City __POYALLUP__ State __WA__

**Contact Information**

Name __Simon Zirians__ Age_____ Gender: Ⓜ/F

Parent/Guardian (if minor)_____

Date of Birth __5/7/63__ Marital Status_____

Address __1115 18th st NW__ City __Puyallup__ State __WA__

Home Phone __206 300-4162__ Cell Phone_____

Work Phone_____ Email __Simon.zirians@gmail.com__

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident __12/3/22__ Time of Incident __6:00__ AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__Paid at new check out w/ cart — cart locked at Door, hand slambing__
__Back + Bent back__

Describe what happened_____

_____

_____

_____

_____

_____

**Effective December 2018**      **Customer Statement**      **Page 1**

DEF FRED MEYER_000445

Tina Hackworth   12/3/2022

2 customers with child in cart going out grocery doors cart locked up, so I went over to help them. I asked if they had a receipt, the lady gave me the receipt. I did observe the male customer kept trying to move the cart. They ~~kept~~ were not going that fast. ~~Too~~ I gave the receipt back, and I unlocked cart. the lady looked at her husband and was shaking her head, and asked if he hurt this hand, and he was holding his hand like he hurt it. I did not and he said yes. observe any injury. She then looked at me and said Incident Report. I ~~did~~ let her know she could go to customer service. She looked at me crumbled receipt and huffed and walked out with cart and her family.

12/3/2022



# Incident Report

**Claim Number** _____

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/31/22 DIVISION Fred Meyer              STORE # C015

## Section A:    Store ID

Address 6305 Bridgeport Way W. City University Place State WA Zip 98467

Manager on Duty at Time of Incident Chelsea Bravo    Store Phone 253.460.4000

Store Email Address Chelsea.Bravo@stores.Fredmeyer.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
                              TH_____ F_____ SA_____

## Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Nicholas Hood Harrison              Age 44    Gender: M/F

Name of Parent/Guardian _____

Date of Birth 5.30.78    Marital Status Married        Loyalty ID # _____

Address 5717 80th ave ct. W    City University place State WA Zip 98467

Home Phone 253-209-1898    Cell Phone_____ Work Phone_____

Employer Pugent Sound Orthrapedics Title P.A.

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
black sweats, white hat, vest, charcoal pull over

## Section C:    Incident Information

Date of Incident 12/31/22        Time of Incident 2:45    AM/**PM**

Date Notified of Incident 12/31/22    Time Notified 3:05    AM/**PM**

---

Effective December 2018        Incident Report        Confidential        Page 1

DEF FRED MEYER_000448



# Incident Report

**Claim Number** _____

Name of Employee Initially Notified _Chelsea Bravo_

EUID of Employee Initially Notified _CB17327_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_ALE entrance lobby_

Provide Brief Description in ten words or less for Call Center entry _Customer that Hit_
_Shin on cart._

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Walking cart out, cart locked & hit_
_Shin on cart_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_Cart has alert on them, cartlock_
_Signs posted_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _____

_N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_leg/shin/knee - left leg_

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000449



# Incident Report

**Claim Number** _____

Report Number or Contact Name and Phone#_____N/A_____

Did, or will, the customer seek medical treatment? Y/N⃝

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:    Witness ID

1 Name Helen Harrison_____ Employee: Y/N⃝ Phone 360-471·2141

Address Same as injured customer City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name Chelsea Bravo_____    EUID CB17324____

Signature CBravo_____    Date 12/31/27

### Remember to check for video and to forward photos

| Effective December 2018 | Incident Report | Confidential | Page 3 |
| --- | --- | --- | --- |

DEF FRED MEYER_000450



## Customer Statement

Claim Number |9|A|2|3|0|1|0|Y|F|6|M|0|0|0|1|

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 12/31/2    Store Address 6305 bridgeport way. W.

City University Place    State WA

### Contact Information

Name Nicholas Harrison    Age 44    Gender: (M)/F

Parent/Guardian (if minor)_____

Date of Birth May. 30. 1978    Marital Status Married

Address 5717 80th ave. ct w.    City U. P    State WA

Home Phone 253-209-1898    Cell Phone_____

Work Phone_____    Email_____

Preferred Method(s) of contact:    Home/(cell)/work/email  (circle one)

### Facts

Date of Incident 12/31/22    Time of Incident 2:45    AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Ale side entrance

Describe what happened Pushed the cart, cart locked up
& twisted a bit, leg rammed into it.

_____
_____
_____
_____

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000451

602022123100313S

12-31-2022



## Customer Statement

**Claim Number** _____

Describe any Injuries or Pain from this incident (Please be specific)_____
_____Shin & twisted knee_____
_____

Describe any Personal Property that was damaged (Please be specific) no-_____
_____

Please identify the person(s) to whom you reported the incident Chelsea Bravo_____
_____
_____

**Witness ID**

1 Name Helen Harrison_____ Phone 360. 471-2171

Was this person shopping with you Ⓨ/N

What is this person's relationship to you? Wife_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Claim Filled out via phone

Your Signature_____ Date_____

**Effective December 2018**       **Customer Statement**       **Page 2**

DEF FRED MEYER_000452



# Incident Report

**Claim Number** 4 A 2 3 0 5 W Q 4 V C 0 0 0 1

Report to be completed by Store Management within 24 hours of incident notice

DATE 5/28/23 DIVISION Fred Meyer STORE # 024

### Section A:    Store ID

Address 920 S. Burlington Blvd City Burlington State WA Zip 98273

Manager on Duty at Time of Incident_____ Store Phone 360-757-9100

Store Email Address_____

Manager Email Address Nicholas . Harget @ stores . fred meyer . com

MOD Schedule for Next 5 Days  S 7-5  M 7-5  T 7-5  W 7-5
TH 7-5  F 7-5  SA 7-5

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Jerri Carson Age 63 Gender: M/F

Name of Parent/Guardian_____

Date of Birth 12-9-69 Marital Status Single Loyalty ID # 425-512-1857

Address 2319 Kulshan View dr #1 City mt Vernon State WA Zip 98273

Home Phone_____ Cell Phone 425-512-1857 Work Phone_____

Employer Self employed Title GCS Services / owner

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Brown hair
Brown eyes  5'4 / 145 weight

### Section C:    Incident Information

Date of Incident 5/8/23 Time of Incident 7:45 AM/PM

Date Notified of Incident 5/21/27 Time Notified 3:00 AM/PM

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 1**

DEF FRED MEYER_000453



# Incident Report

**Claim Number** `4A2305WQ4VC0061`

Name of Employee Initially Notified___Nick Narget___

EUID of Employee Initially Notified___NH52928___

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_Apparel  Exit_

Provide Brief Description in ten words or less for Call Center entry ___Claim  injured___
_left shin due to locking cart_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Cart  locked  up while exiting and rammed_
_Shin and hurt her leg_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_no  hazards_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_left  shin  and  rib cage_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

**Effective December 2018**       **Incident Report**       **Confidential**       **Page 2**

DEF FRED MEYER_000454



# Incident Report

**Claim Number** ___4 A 2 3 0 5 W Q 4 V C 0 0 0 1___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

## Section D:     Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:     Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_She    is    a    known    shoplifter,    and    has    a_
_history    of    harrassing    associates_

_____

Print Name and EUID of Employee Completing This Report

Name__Nick   Nisat_____   EUID__NH52928__

Signature__[signature]_____   Date__5/28/23__

### Remember to check for video and to forward photos

Effective December 2018          Incident Report          Confidential          Page 3



## Customer Statement

**Claim Number** | 4 A 2 3 0 5 W Q 4 V C 0 0 0 1 |

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/21/23 Store Address 920 S. Burlington Blvd.

City Burlington State WA

**Contact Information**

Name Jerri Carson Age 53 Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth 12-9-69 Marital Status Single

Address 2319 Kulshan View dr #1 City Mt Vernon State WA

Home Phone 425-512-1057 Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact: (Home)/cell/work/email (circle one)

**Facts**

Date of Incident 5/8/23 Time of Incident 7:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Exiting apparel doors.

Describe what happened Cart locked up and ~~~~
ran into her shin

---

Effective December 2018          Customer Statement          Page 1

DEF FRED MEYER_000456



## Incident Report

**Claim Number** ‾4‾A‾2‾1‾0‾8‾0‾7‾8‾7‾2‾0‾0‾0‾1‾

Report to be completed by Store Management within 24 hours of incident notice

DATE _8/18/21_  DIVISION _Fred Meyer_  STORE # _186_

### Section A:    Store ID

Address _700 Sleater Kinny Rd SE_ City _Lacey_  State _VA_  Zip _98503_

Manager on Duty at Time of Incident _Fletcher Lane_  Store Phone _360-438-6450_

Store Email Address _fletcher.lane @ stores.fredmeyer.com_

Manager Email Address ___Same___

MOD Schedule for Next 5 Days  S _7-5_   M _7-5_   T _off_ _7-5_   W _off_ _10-8_
TH _off_   F _7-5_   SA _7-5_

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name _Jake_    _Shapley_  Age _43_  Gender: (M)/F

.Name of Parent/Guardian_____

Date of Birth _07/27/78_  Marital Status _Married_

Address _~~...~~ 525  78th Way NE_ City _Olympia_  State _WA_  Zip _98506_

Home Phone _360-972-6915_  Cell Phone _Same_  Work Phone _360-972-5081_

Employer _WA State Fish + Wildlife_ Title _Software Engineer_

Work Address _1111 Washington St. SE_ City _Olympia_  State _WA_  Zip _98561_

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
_6'1"  205  Brown   Terra Shoes_

### Section C:    Incident Information

Date of Incident _8/18/21_  Time of Incident _11:45_  (AM)/PM

Date Notified of Incident _8/18/21_  Time Notified _11:50_  (AM)/PM

Effective Mar 11, 2013        Incident Report        Confidential        Page 1



## Incident Report

**Claim Number** 4 4 2 1 0 8 0 7 8 7 2 0 0 0 1

Name of Employee Initially Notified  Lisa Salazar

EUID of Employee Initially Notified  LT88188

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Parking lot - South side by sidewalk

Provide Brief Description in ten words or less for Call Center entry  customer pushing
cart, cart locked up and jammed and twisted left wrist

Provide Detailed Description of the incident  customer was pushing the
cart up the ramp and it went over the barrier and
locked up, causing the customer to stop and jam and
twist his wrist

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...  Sign a few feet from barrier

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)  Gatekeeper

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
jammed / twisted leg wrist

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?_____

**Effective Mar 11, 2013**          **Incident Report**          **Confidential**          **Page 2**

DEF FRED MEYER_000458



# Customer Statement

**Claim Number** ___4 A 4 0 8 0 7 8 7 2 0 0 0 1___

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date __8/18/21__ Store Address_____

City __Olympia Lacey__ State __WA__

## Contact Information

Name __Jake Slopley__ Age __43__ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth __07/27/78__ Marital Status __M__

Address __525 25TH WAY NE__ City __Olympia__ State __WA__

Home Phone __360-472-6915__ Cell Phone __Same__

Work Phone __360-972-5081__ Email_____

Preferred Method(s) of contact:   Home/cell/work/email  (circle one)

## Facts

Date of Incident __8/18/21__   Time of Incident __11:45__ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
__South Parking lot, sidewalk ramp__

Describe what happened __I was pushing a cart (with my groceries__
__in it) up a sidewalk ramp, next to my truck. The__
__cart wheels locked up suddenly, jamming and__
__twisting my left wrist.__

_____

_____

Effective Mar 11, 2013           Customer Statement                     Page 1

8-19-2021                         4A2108078720001                   6020210819048484

DEF FRED MEYER_000460



## Customer Statement

Claim Number  |4|A|2|1|0|8|0|7|8|7|2|0|0|0|1|

Describe any Injuries or Pain from this Incident (Please be specific) My left wrist had a sharp pain when the cart stopped and twisted. It is currently tingly, and sore.

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident Lisa at customer Service

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date 5/18/21

Effective Mar 11, 2013          Customer Statement          Page 2

DEF FRED MEYER_000461



## Evidence Report

**Claim Number** | 4 | A | 2 | 1 | 0 | 8 | 0 | 7 | 8 | 2 | 2 | 0 | 0 | 0 | 1 |

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report _Fletcher Lane   FLS4660_

Signature _____   Date _8/18/21_

DEF FRED MEYER_000462



# Incident Report

**Claim Number** H A 2 1 0 8 0 5 9 F 2 b 0 0 1

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/18/21   DIVISION FM (701)   STORE # 701-00667

## Section A:   Store ID

Address 1225 W Bakerview City Bellingham   State WA Zip 98226

Manager on Duty at Time of Incident Sam Abraham   Store Phone 360 788-2900

Store Email Address_____

Manager Email Address Sam.abraham @ stores.fred meyer.com

MOD Schedule for Next 5 Days   S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

## Section B:   Customer ID (Please provide contact for parent/guardian if minor is involved)

Name_____ Age_____ Gender: M/(F)

Name of Parent/Guardian_____

Date of Birth_____ Marital Status_____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5' 3" lighter brown/ darker blond hair, sneakers

## Section C:   Incident Information

Date of Incident 8/18/21   Time of Incident 8:45-ish (AM)/PM

Date Notified of Incident 8/18/21   Time Notified 8:45-ish (AM)/PM

Effective Mar 11, 2013   Incident Report   Confidential   Page 1

DEF FRED MEYER_000463



# Incident Report

**Claim Number** ⁴ A 2 1 0 8 0 5 A F 2 0 0 0 1

Name of Employee Initially Notified _Betty_ ?

EUID of Employee Initially Notified _____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
ALF doors

Provide Brief Description in ten words or less for Call Center entry _Customer leaning on cart when wheels locked - ran into cart_

Provide Detailed Description of the incident _Customer using a cart to brace themselves (instead of a motorized shopping cart. They were leaning ~~their~~ onto the cart when the Purcheck system activated & wheels locked up. They weren't ~~expected~~ expecting this and they said it hurt them._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... _ALF doors_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) _h/a_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_lower back hurts - ~~they~~ claim cart hit them - but cant identify where_

Did Police or Emergency Services Respond? Y/Ⓝ If Yes, Who? _offered to call for her_

---

8-20-2021                    4A2108059F20001                    6020210820015831

DEF FRED MEYER_000464



# Incident Report

**Claim Number** 4A2108059F20001

Report Number or Contact Name and Phone# _NA_

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known _Medical Massage (unknown)_

Address ___ in Fairhaven ___ Phone _?_

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

~~one possible employee witness?~~ Wanted corporate address - provided to her Wants to possibly take advantage of situation. offered first aid ~~before~~ first thing, later asked if she wanted me to call emergency services, a friend, or family member. Wouldn't provide me a phone number.

Print Name and EUID of Employee Completing This Report

Name _Jonathon Hilbert_                    EUID _JH14680_

Signature _____            Date _18 Aug 2021_

**Remember to check for video and to forward photos**

Effective Mar 11, 2013          Incident Report          Confidential          Page 3

DEF FRED MEYER_000465



## Customer Statement

**Claim Number** 4A2108059F20001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date _Aug. 18, '21_ Store Address _Bakerview_

City _Bellingham_ State _WA_

### Contact Information

Name _Suzanne Yorks_ Age _66_ Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth_____ Marital Status_____

Address _3106 Vallette_ City _Bellingham_ State _WA_

Home Phone_____ Cell Phone_____

Work Phone_____ Email _syorks@ the.franklin.academy_

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident _Aug. 18, 2021_ Time of Incident _8:45 ish_ (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_Leaving store grocery side exit 1st set of doors_

Describe what happened _Leaning on cart with forearms, rolling right along, when cart suddenly bucked because the wheels unexpectedly locked_

Effective Mar 11, 2013          Customer Statement          Page 1

DEF FRED MEYER_000466



## Customer Statement

**Claim Number** ___ | H | A | 2 | 1 | 6 | 8 | 0 | 5 | 9 | F | 2 | 0 | 0 | 0 | 1 |

---

Describe any Injuries or Pain from this incident (Please be specific) ___I have spinal stenosis. The flared pain into my lower back.___

Describe any Personal Property that was damaged (Please be specific) ___N/A___

Please identify the person(s) to whom you reported the incident ___Jonathan Holbert, through 2 other employees___

### Witness ID

1 Name ___young man handling carts___ Phone ___

Was this person shopping with you? Y/(N)

What is this person's relationship to you? ___customer to FM employee___

2 Name ___ Phone ___

Was this person shopping with you? Y/N

What is this person's relationship to you? ___

3 Name ___ Phone ___

Was this person shopping with you? Y/N

What is this person's relationship to you? ___

Your Signature ___Syun Yolu___ Date ___Aug. 18 2021___

---

Effective Mar 11, 2013          Customer Statement          Page 2

DEF FRED MEYER_000467



## Incident Report

**Claim Number** 4A25027YP6V0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 2/6/2023 DIVISION 5 STORE # 186

**Section A:    Store ID**

Address 700 Sleater Kinney City Olympia State WA Zip 98503

Manager on Duty at Time of Incident Patrick Baker Store Phone 3604386450

Store Email Address _____

Manager Email Address _____

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
.TH_____ F_____ SA_____

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Stephanie Ilsby                                Age_____ Gender: M/F

Name of Parent/Guardian _____

Date of Birth 03/05/1969 Marital Status S

Address 814 Taylor Lane NE, Unit C City Olympia State WA Zip 98506

Home Phone_____ Cell Phone (253) 682-9433 Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht.Wt., Hair Color, describe footwear if slip or fall etc...)
Walking out the store, busket locked on me don't know why.
I tried to force it back pain © ankle pain
I have previous back injury.

**Section C:    Incident Information**

Date of Incident 2/6/2023 Time of Incident 7:35 AM/PM

Date Notified of Incident 2/6/2023 Time Notified 7:43 AM/PM

2-8-2023                          4A23027YP2T0001                          6020230208052314

DEF FRED MEYER_000468



## Incident Report

**Claim Number** _____

Name of Employee Initially Notified _Tiffany Austel_

EUID of Employee Initially Notified _1026848_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _lobby A first set of inside doors closest to starbucks_

Provide Brief Description in ten words or less for Call Center entry _Cart locked up_

Provide Detailed Description of the incident _Cart locked up while walking outside alarm went off. I noticed she had a receipt and unlocked the cart. she called back about 10 mins later saying her back hurt and she wanted to fill out a report_

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... _cart lock sign on door_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door") _back pain and left ankle pain_

Did Police or Emergency Services Respond? Y/N If Yes, Who? _NO_

**Effective Mar 11, 2013**          **Incident Report**          **Confidential**          **Page 2**

.4A23027YP2T0001          6020230208052314

DEF FRED MEYER_000469



## Customer Statement

**Claim Number** _____

Describe any Injuries or Pain from this incident (Please be specific) *back pain and left ankle pain*

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident *Tiffany Austel*

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____ Date_____

| Effective Mar 11, 2013 | Customer Statement | Page 2 |

2-8-2023                4A23027YP2T0001                6020230208052314

DEF FRED MEYER_000470



## Sweep/Floor Inspection Statement

**Claim Number** _____

---

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 2/6/23    STORE # 186

Customer Name Stephanie Tisby

Date of Incident 2/6/23    Time of Incident 735    AM/PM

I (print your name) Tiffany Austel , on

(date) 2/6/23 , inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 7:38pm _____ AM/PM

At that time, the condition of the floor was Clean and free of debris

---

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|------|------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Signature_____Date_____

---

**Effective Mar 11, 2013    Sweep/Floor Inspection Statement    Confidential    Page 1**

DEF FRED MEYER_000471



# Evidence Report

**Claim Number** 4A2302|7Y|P|6|V|0|0|0|1|

2. Camera Location/View FOD ENTRY PVM

   Camera/Unit Number 5-12

   Recording Time from 7:30:40 AM/(PM) to 7:31:40 AM/(PM)

3. Camera Location/View_____

   Camera/Unit Number _-_____

   Recording Time from _____ AM/PM to _—_ AM/PM

## Section B:    Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer_____

Title and EUID_____

Photo 1 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 2 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

Photo 3 Date and Time Photo was Taken_____ AM/PM

Brief Description of Scene_____

**Disposable camera photos should be developed and one copy kept at the store before forwarding to Sedgwick. Digital photos should be emailed once Sedgwick contacts you.**

Effective Mar 11, 2013        Evidence Report        Confidential        Page 2

DEF FRED MEYER_000472



# Incident Report

**Claim Number** 4A2302F1JF70001

---

Report to be completed by Store Management within 24 hours of incident notice

DATE 2/12/23 DIVISION MDI                          STORE # 236

**Section A:    Store ID**

Address 7411 NE 117th Ave City Vancouver State WA Zip 98662

Manager on Duty at Time of Incident Debbie Barnett Store Phone 360 896-3500

Store Email Address _____

Manager Email Address debbie.barnett@stores.fredmeyer.com

MOD Schedule for Next 5 Days S_____ M 9-7 T Off W 8-6
TH VAC F VAC SA VAC

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Sahalie Bray                               Age 6    Gender: M/(F)

Name of Parent/Guardian Alysha Bray                 dad cell #

Date of Birth June 20th 2016 Marital Status ___( )___ Loyalty ID # 360-513-7932

Address 4707 NE 131st Avenue City Vancouver    State WA Zip 98682

Home Phone _____ Cell Phone 360-356-5077 Work Phone _____

Employer N/A                      Title _____

Work Address _____ City _____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
48 inches tall, blonde curly hair, tan skin,
Cart locked up & I (mom) van into back of her w/ power wheelchair

**Section C:    Incident Information**

Date of Incident 02/12/23                Time of Incident 6:00 AM/(PM)

Date Notified of Incident 02/12/23       Time Notified 6:00 AM/(PM)

---

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 1**

DEF FRED MEYER_000473



## Incident Report

**Claim Number** 4A2302F1JF70001

Name of Employee Initially Notified _Leslie & security guard_

EUID of Employee Initially Notified_____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_garden door / entrance - exit_

Provide Brief Description in ten words or less for Call Center entry _Cart locked up & daughter hit her knee on something & her mouth on cart_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Cart locked up - mom behind her hit her in Mart Cart & child hit Cart as it locked up._

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_no safety cone - warning on shopping Carts stating cart can lock up_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)_____
_N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_left knee_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_No_

2-15-2023                          4A2302F1JF70001                          6020230215054643

DEF FRED MEYER_000474



## Incident Report

**Claim Number** | 4A2302F1JF70001 |

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N   *No*

Doctor or Medical Facility Name, if known_____

Address_____Phone_____

### Section D:    Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)

*The mother was too close behind the child that when the cart locked up. the mother ran into her from behind with the mart cart She was in.*

Print Name and EUID of Employee Completing This Report

Name *Debbie Burnett*                                    EUID *db6a3918*

Signature *Debbie Burnett*                              Date *2/12/23*

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |

DEF FRED MEYER_000475



## Customer Statement

**Claim Number** ___4A2302F1JF70001___

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 02/12/23 ___ Store Address Orchards fred meyer

City Vancouver ___ State WA

### Contact Information

Name Salnalie Bray ___ Age 6 ___ Gender: M/Ⓕ

Parent/Guardian (if minor) Alysha Bray

Date of Birth 06/20/2016 ___ Marital Status N/A

Address 4707 ne 81st Avenue ___ City Vancouver ___ State WA

Home Phone _____ Cell Phone 360-356-5077 (mom)

Work Phone _____ Email _____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident 02/12/23 ___ Time of Incident 6:00 AM/Ⓟ Ⓜ

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
garden center doors/exit-entrance

Describe what happened Cart locked up. my daughter hit her mouth on the cart/tooth. Then I ran into the back of her with the power wheelchair.

She hit her knee on something too. It's bruised.

---

**Effective December 2018**         **Customer Statement**         **Page 1**

2-15-2023                    4A2302F1JF70001                    6020230215054643

DEF FRED MEYER_000476



# Customer Statement

**Claim Number** 4A2305431HTS0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 4-28-2) Store Address 15609 E Sprague Ave

City Spokane Valley State WA

**Contact Information**

Name Kay Matteson    Age 79    Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth 8-11-43    Marital Status Widow

Address PO Box 1088    City Otis Orchard state WA

Home Phone_____ Cell Phone 425-508-1012

Work Phone_____ Email builderKay@gmail.com

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 4-28-23    Time of Incident 10:15? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Cart locked on me going out of store with purchased item with Reent.

Describe what happened When cart locked it jarved my shoulder that I had previously injured. Lady said it was to prevent theft. Seriously?

food exit ??

---

Effective Mar 11, 2013    Customer Statement    Page 1

DEF FRED MEYER_000477



## Customer Statement

**Claim Number** |4|A|2|3|0|5|4|3|H|T|S|0|0|0|1|

Describe any Injuries or Pain from this incident (Please be specific)_ *Jarred Already hurt Shoulder*

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident_ *talked with Doug Sheehan*

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature *Kay J. Matten*       Date *4-28-23*

---

Effective Mar 11, 2013            Customer Statement            Page 2

DEF FRED MEYER_000478



# Evidence Report

**Claim Number** 4 A 2 3 0 5 4 3 H T S 0 0 0 1

Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 5/5/25 ___ DIVISION ___ 701 ___ STORE # ___ 351

Date of Incident ___ 4/28/23 ___ Time of Incident ___ 1015 ___ (AM)/PM

**Section A:    Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video ___ ausperger

Title and EUID, if applicable ___ apm ___ 5a56913

Comments (such as whether video system was not working, incident is not captured etc...) ___

unk whichdoor exit reference to customer report

Customer Name ___ Kay Mattson ___ Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video ___

Please describe witnesses on video ___

1. Camera Location/View ___ food, apparel, home exit doors

   Camera/Unit Number ___ dvr 8

   Recording Time from ___ 915 ___ (AM)/PM to ___ 1115 ___ (AM)/PM

Effective Mar 11, 2013          Evidence Report          Confidential          Page 1

DEF FRED MEYER_000479



# Incident Report

**Claim Number** ____4 A 2 3 0 5 5 4 2 2 5 0 0 0 1____

### Report to be completed by Store Management within 24 hours of incident notice

DATE **5/5/23** DIVISION **701**     STORE # **459**

**Section A:     Store ID**

Address **3615 Renton Center Way** City **Renton** State **WA** Zip **98057**

Manager on Duty at Time of Incident_____ Store Phone_____

Store Email Address_____

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
                               TH_____ F_____ SA_____

**Section B:     Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name **Juliana Proctor**     Age **68**   Gender: M (F)

Name of Parent/Guardian_____

Date of Birth **4/24/56** Marital Status **M**     Loyalty ID # _____

Address **2946 S. Webster** City **Seattle**     State **WA** Zip **98108**

Home Phone **206 · 427-6435** Cell Phone_____ Work Phone_____

Employer **SELF EMPLOYED**     Title_____

Work Address **SAME AS ABOVE**   City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)_____
**5'2 , AFRICAN AMERICAN**_____

**Section C:     Incident Information**

Date of Incident **4/30/23**     Time of Incident **1:30**   AM/(PM)

Date Notified of Incident **5/5/23**     Time Notified **10:15**   (AM)/PM

Effective December 2018     Incident Report     Confidential     Page 1

DEF FRED MEYER_000480



# Incident Report

**Claim Number** ___4A 2 3 0 5 5 4 2 2 5 0 0 0 1___

Name of Employee Initially Notified __JAMAE KENNEDY__

EUID of Employee Initially Notified __JT72464__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
__STARBUCKS ENTRANCE INSIDE STORE__

Provide Brief Description in ten words or less for Call Center entry __CART LOCKED UP__
__CAUSING PAIN IN LEFT ARM/SHOULDER__

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

__CUSTOMER FINISHED SHOPPING AND WENT TO STARBUCKS TO EXIT__
__OUT OF THE STORE USING THEIR OUTSIDE ENTRANCE.__
__CART LOCKED UP AT THE PEDISTALS IN THE ENTRANCE WAY IN STORE.__

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

__PEDISTAL WITH SIGD STATING "WARNING CART WILL__
__LOCK "__

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...)_____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__LEFT SHOULDER IN PAIN AND CANNOT LIFT ARM.__

Did Police or Emergency Services Respond?  Y/(N) If Yes, Who?_____

| | | | |
|---|---|---|---|
| **Effective December 2018** | **Incident Report** | **Confidential** | **Page 2** |

DEF FRED MEYER_000481



## Incident Report

**Claim Number** ___4A2305542250001___

---

Report Number or Contact Name and Phone# _____

Did, or will, the customer seek medical treatment (Y/N) - WILL MAKE APPOINTMENT.

Doctor or Medical Facility Name, if known__KAISER PERMENENTE OP RAINIER__

Address_____ Phone _____

### Section D:   Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

### Section E:   Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____

_____

_____

Print Name and EUID of Employee Completing This Report

Name_JAMAE KANZAY_____     EUID_J172104_____

Signature_____     Date_5/5/23_____

**Remember to check for video and to forward photos**

---

**Effective December 2018**          **Incident Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000482



## Customer Statement

**Claim Number** 4A2305542250001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 5/5/23    Store Address 365 RENTON CENTER WAY SW

City Renton    State WA

### Contact Information

Name Juliana Proctor    Age 68    Gender: M/(F)

Parent/Guardian (if minor)_____

Date of Birth 4/24/1956    Marital Status M

Address 2046 S. WEBSTER    City SEATTLE    State WA

Home Phone 206-427-6435    Cell Phone_____

Work Phone_____    Email_____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident 4/30/23    Time of Incident 1:40 pm AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Starbucks INSTORE ENTRANCE

Describe what happened WAS GOING TO EXIT THROUGH STARBUCKS AND CART LOCKED UP. KEPT PUSHING CART AND HURT SHOULDER.

Effective December 2018    Customer Statement    Page 1

DEF FRED MEYER_000483



## Customer Statement

**Claim Number** ___4A2MOCS42250001___

Describe any Injuries or Pain from this incident (Please be specific) __LEFT CHOTLUSER ISPAID__
__CANNOT LIFT ARM.__

Describe any Personal Property that was damaged (Please be specific) __NONE__

Please identify the person(s) to whom you reported the incident __JAMINE KENNEDY__

### Witness ID

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature _____ Date __5-5-2023__

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000484



# Evidence Report

**Claim Number** ___4 4 2 3 0 5 5 4 2 2 5 0 0 0 1___

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE __5|5|23__  DIVISION __701__  STORE # __459__

Date of Incident __4|30|23__  Time of Incident __1:30__  AM/**PM**

**Section A:**  **Video (Please list each camera location separately, if applicable)**

**\*\*\* Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video_____

Title and EUID, if applicable_____

Comments (such as whether video system was not working, incident is not captured etc...)_____

_____

_____

_____

Customer Name __Juliana Proctor_____  Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_____

_____

_____

Please describe witnesses on video_____

_____

_____

Effective December 2018        Evidence Report        Confidential        Page 1

DEF FRED MEYER_000485



**Evidence Report**

**Claim Number** ___4A230515 4225b001___

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report __Jamae Kennedy__

Signature _____    Date __5/5/23__

---

**Effective December 2018**          **Evidence Report**          **Confidential**          **Page 3**

DEF FRED MEYER_000487



# Incident Report

**Claim Number** 4A2305751TK0001

Name of Employee Initially Notified DAVID BARGER

EUID of Employee Initially Notified DB82479

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
APPAREL ENTRY - EXITING BUILDING

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP AS SHE WAS LEAVING AND TIPPED OVER

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer)(circle one)

SHOPPING CART LOCKED UP AS SHE WAS LEAVING, CART STOPPED AND SHE SLAMMED INTO IT, CAUSING THE CART TO TIP OVER INTO RIGHT KNEE

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

NO VISIBLE HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)
EUS EVENT MANAGEMENT - IN STORE SAMPLES - SHE WAS IN THE STORE DOING A DEMO

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

RIGHT KNEE - SWELLEN / SPRAINED, FLUID ON KNEE

Did Police or Emergency Services Respond?  Y/N If Yes, Who? NO

---

**Effective December 2018**    **Incident Report**    **Confidential**    **Page 2**

DEF FRED MEYER_000488



# Customer Statement

**Claim Number** 4A2305751TK0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 5/4/23   05/07/23   Store Address 18805 SR-2

City MONROE   State WA

**Contact Information**

Name Jodi M. Marsall   Age 51   Gender: M/**F**

Parent/Guardian (if minor)_____

Date of Birth 5-16-1971   Marital Status Single

Address 6025 W. Flowing LK Rd  City Snohomish   State WA  98290

Home Phone_____  Cell Phone 425-426-5169

Work Phone_____  Email lmarsall@gmail.com

Preferred Method(s) of contact:  Home/**cell**/work/**email** (circle one)

**Facts**

Date of Incident 5/4/2023   Time of Incident 6:45 ?(ish) AM/**PM**

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc.)
Man door - leaving store - cart locked up - forcing my body to slam against the front cart - my Right knee slammed causing the cart to tip on the side.

Describe what happened My Right knee immediately swelled up. causing immediate pain, bruising & swelling. I went to walk-in clinic Sat, May 6th.

Effective December 2018   Customer Statement   Page 1

DEF FRED MEYER_000489



## Customer Statement

**Claim Number** ___4A2305751TK0001___

Describe any Injuries or Pain from this incident (Please be specific) Right Knee- Sprain w/ fluid

Describe any Personal Property that was damaged (Please be specific)_____

Please identify the person(s) to whom you reported the incident David Barger

**Witness ID** N/A

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature Jodi M. Marsau     Date 5/7/23

**Effective December 2018**        **Customer Statement**        **Page 2**

DEF FRED MEYER_000490



## Evidence Report

**Claim Number** ___4A2305751TK0A01___

( **If utilizing a disposable camera, photos should be developed, and one copy kept at the store** **before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital** **photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as** **well.**

**Section C:**    **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jasmine Pierce JP1112

Signature_____ Date___3/9/23___

---

**Effective December 2018**         **Evidence Report**         **Confidential**         **Page 3**

DEF FRED MEYER_000491



# Incident Report

**Claim Number** | 4 | A | 2 | 5 | 0 | 7 | X | 2 | H | 3 | W | 0 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE 7/28/25  DIVISION 701  STORE # 667

**Section A:  Store ID**

Address 1225 W. Bakerview city Bellingham  State WA  Zip 98226

Manager on Duty at Time of Incident Diana Hicks  Store Phone ☎ 360-788-2900

Store Email Address _____

Manager Email Address Trina.Kanza @ stores.FredMeyer.com

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

**Section B:  Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Joshua Shannon  Age 49  Gender: (M) F

Name of Parent/Guardian _____

Date of Birth 5/21/76  Marital Status NO  Loyalty ID # _____

Address 1345 Olympic Way city Bellingham  State WA  Zip 98225

Cell
Home Phone 360-927-6003  Cell Phone 360-305-595? Work Phone _____

Employer None  Title _____

Work Address _____  City _____ State _____ Zip _____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____
5'11" / 240 whtght / Grey wearing a hat
(not sure) shoe Tenis shoes /

**Section C:  Incident Information**

Date of Incident 7/27/25  Time of Incident 10:45  AM (PM)

Date Notified of Incident 7/27/25  Time Notified 10:45  AM/(PM)

Effective December 2018  Incident Report  Confidential  Page 1

DEF FRED MEYER_000492



## Incident Report

**Claim Number** 4A2507X2H3W0001

Name of Employee Initially Notified Diana Hicks

EUID of Employee Initially Notified DH39758

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home entry near sidewalk by handicap area.

Provide Brief Description in ten words or less for Call Center entry leave store. cart locked up and fell to the left and hurt his Ankle, hip Head + Wrist.

Provide Detailed Description of the incident
(as witnessed by you) OR ((as conveyed by the customer))(circle one)

leave Store/ Parked Handicap u/take a left and cart stopped and I went left and other the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

None

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) NONE

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left Ankle / Left hip / Left wrist
Right Ankle / Concussion /

Did Police or Emergency Services Respond? Y/N If(Yes,)Who? Ambulance

**Effective December 2018**        **Incident Report**        **Confidential**        **Page 2**

DEF FRED MEYER_000493



# Incident Report

**Claim Number** [4][A][2][5][0][7][X][2][H][3][W][0][0][0][1]

Report Number or Contact Name and Phone# _NOT Available_

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known _Urgent Care_

Address _4545 Cordata Parkway_  Phone _360 - 788 8180_

### Section D:    Witness ID

1 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:
_____
_____

### Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name_ Trina Kanza _    EUID_ TK24919 _

Signature_____    Date_ 7/28/25 _

**Remember to check for video and to forward photos**

| Effective December 2018 | Incident Report | Confidential | Page 3 |
|---|---|---|---|

DEF FRED MEYER_000494



## Customer Statement

**Claim Number** 4A2507X2H3W0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 7/28/    Store Address 1225 West Bakerview Rd

City Bellingham    State WA

**Contact Information**

Name JOSHUA SHANNON    Age 49    Gender (M)/F

Parent/Guardian (if minor)_____

Date of Birth 5/21/76    Marital Status_____

Address 1345 Olympic WAY    City BELLINGHAM    State WA

Home Phone_____    Cell Phone 360 305 5957

Work Phone_____    Email ENJOYINGOURNEWNORMAL@G.MAIL

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

**Facts**

Date of Incident 7/27    Time of Incident 10:50    AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
EXITING THE STORE FROM MAIN DOOR MY SHOPPING CART STOPPED/LOCKED UP SUDDENLY WHICH PUSHED IT FORWARD

Describe what happened AND TOPPLED FORWARD TAKING ME WITH IT HEAD FIRST CAUSING ME TO SUFFER INJURY TO MULTIPLE PARTS OF MY PERSON. A.E. MY HEAD/NECK LEFT SIDE FOOT/ANKLE/HIP/WRIST AND HAND

**Effective December 2018**    Customer Statement    Page 1

DEF FRED MEYER_000495



## Customer Statement

**Claim Number** | 4 A 2 5 0 7 X 2 H 3 W 0 0 0 1 |

Describe any Injuries or Pain from this incident (Please be specific) _MILD HEAD INJ_
_NECK, PAIN    LEFT HAND / WRIST_
_FOOT / ANKLE_

Describe any Personal Property that was damaged (Please be specific) _N/A  PROPERTY OK_

Please identify the person(s) to whom you reported the incident _DIANA / NIGHT PIC_

### Witness ID

1 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature_____Date_____

**Effective December 2018**          **Customer Statement**          **Page 2**

DEF FRED MEYER_000496