UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

                                 Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

                                 Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF CONTEMPT, SANCTIONS, AND SPOLIATION



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2.      Attached as **Exhibit A** is a true and correct copy of email communications between counsel for Plaintiffs and Fred Meyer.

3.      Attached as **Exhibit B** is a true and correct copy of Kroger's Supplemental discovery responses dated April 13, 2026.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 1st day of May, 2026, in Tacoma, Washington.

By:  _____
ANDREW S. ULMER, WSBA No. 51227

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' MOTION FOR ORDER OF CONTEMPT,
SANCTIONS, AND SPOLIATION – PAGE 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 1st day of May, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' MOTION FOR ORDER OF CONTEMPT,
SANCTIONS, AND SPOLIATION – PAGE 3



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654