**Andy S. Ulmer**

| | |
|---|---|
| **From:** | Jennifer L. Crow <Jen@scheer.law> |
| **Sent:** | Thursday, April 9, 2026 6:39 PM |
| **To:** | Darrell L. Cochran |
| **Cc:** | Ahbra Franco; Andy S. Ulmer; Adrienne Kinsey; Scott LaSalle; Juana Huber; Alexander G. Dietz; Isabella Mazur; Jessica Meadows |
| **Subject:** | Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel |

Again, I've described it in the best terms I can for similar claims or suits, but any actual names or courts if you know would always speed up the process.

*Jennifer L. Crow*
**Scheer.Law PLLC**
**Direct: (503) 446-1767**
**Mobile: (503) 267-6534**
**e-mail: Jen@scheer.law**

On Apr 9, 2026, at 6:32 PM, Darrell L. Cochran <darrell@pcvalaw.com> wrote:

Your client knows all about parallel lawsuits and court orders.  It's about time you asked your client contacts before the sanctions orders begin to double up on them.

**Darrell L. Cochran**
Partner



<Image.jpeg>

**p:** (253) 777-0798
**e:** darrell@pcvalaw.com



**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Jennifer L. Crow <Jen@scheer.law>
**Sent:** Thursday, April 9, 2026 6:27:08 PM
**To:** Darrell L. Cochran <darrell@pcvalaw.com>
**Cc:** Ahbra Franco <ahbraf@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur

&lt;isabellam@scheer.law&gt;; Jessica Meadows &lt;jmeadows@pcvalaw.com&gt;
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

If you have more details than what you know thy have provided in other courts - that would be helpful.  Saying give me what you produced in an unnamed case in another court isn't the best guidance I can provide a client.

*Jennifer L. Crow*
**Scheer.Law PLLC**
**Direct: (503) 446-1767**
**Mobile: (503) 267-6534**
**e-mail: Jen@scheer.law**

> On Apr 9, 2026, at 6:25 PM, Darrell L. Cochran &lt;darrell@pcvalaw.com&gt; wrote:

> Shouldn't be any delay in sending us the tranche of documents we know your client has provided in other courts.  There is no "wait until we have decided we have a complete set" provision in the order.  Send the client information now that they have provided in other courts.  Hit the "send" button now.

**Darrell L. Cochran**
Partner



&lt;Image.jpeg&gt;

**p:** (253) 777-0798
**e:** darrell@pcvalaw.com



**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Jennifer L. Crow &lt;Jen@scheer.law&gt;
**Sent:** Thursday, April 9, 2026 6:20:07 PM
**To:** Darrell L. Cochran &lt;darrell@pcvalaw.com&gt;
**Cc:** Ahbra Franco &lt;ahbraf@scheer.law&gt;; Andy S. Ulmer &lt;aulmer@pcvalaw.com&gt;; Adrienne Kinsey &lt;adriennek@scheer.law&gt;; Scott LaSalle &lt;slasalle@aguileragroup.com&gt;; Juana Huber &lt;jhuber@aguileragroup.com&gt;; Alexander G. Dietz &lt;adietz@pcvalaw.com&gt;; Isabella Mazur &lt;isabellam@scheer.law&gt;; Jessica Meadows &lt;jmeadows@pcvalaw.com&gt;
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Darrell,

No one is disoriented.  As you all know, our client is not a tiny entity. Ensuring we provide a full and complete supplement requires multiple conversations throughout Kroger (in multiple departments) which isn't immediate.  We are actively working with them to ensure this is complete and provided within the next two weeks.


**_Jennifer L. Crow_**
**Scheer.Law PLLC**
**Direct: (503) 446-1767**
**Mobile: (503) 267-6534**
**e-mail: Jen@scheer.law**


> On Apr 9, 2026, at 5:48 PM, Darrell L. Cochran <darrell@pcvalaw.com> wrote:
>
>
> Feels like you are disoriented as to what is happening here.  There is a court order.  The court order confirms that there has been a significant failure with respect to the obligation to provide discovery warranted in the case.  It was discovery that should have been provided without delay and with costly impediment -- both of which occurred here.
>
> The discovery needs to be provided without further delay and without further cost, particularly in light of our awareness that the information has been provided to other parties, in other courts.


**Darrell L. Cochran**
Partner



&lt;Image.jpeg&gt;

**p:** (253) 777-0798
**e:** darrell@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**



**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Thursday, April 9, 2026 4:34 PM

**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur <isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Our client is complying with the Court's order and conducting the necessary search for responsive information and records. At this point, April 13 is not a realistic timeline for them to complete this process, but we will follow up once we have additional information.
Thanks.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**D** 206.666.3075 **M** 206.295.8271
**E ahbraf@scheer.law**
**WWW.SCHEER.LAW**

---

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Date:** Thursday, April 9, 2026 at 4:14 PM
**To:** Ahbra Franco <ahbraf@scheer.law>, Jennifer L. Crow <Jen@scheer.law>, Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>, Juana Huber <jhuber@aguileragroup.com>, Darrell L. Cochran <darrell@pcvalaw.com>, Alexander G. Dietz <adietz@pcvalaw.com>, Isabella Mazur <isabellam@scheer.law>, Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** RE: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Counsel,

We did not receive a response. Do you plan to disobey the federal order? If we do not hear back from you, we will operate under that assumption and proceed accordingly.

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Andy S. Ulmer
**Sent:** Tuesday, April 7, 2026 4:27 PM
**To:** 'Ahbra Franco' <ahbraf@scheer.law>; Jennifer L. Crow
<Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber
<jhuber@aguileragroup.com>; Darrell L. Cochran
<darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>;
Isabella Mazur <isabellam@scheer.law>; Jessica Meadows
<jmeadows@pcvalaw.com>
**Subject:** RE: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred
Meyer Stores Inc et al Order on Motion to Compel

Counsel,

Almost three weeks ago, the Court required Fred Meyer to
supplement and/or fully respond to certain discovery
responses as outlined in the attached order, or otherwise to
state with particularity that no responsive records exist. Can
Fred Meyer do so by April 13, 2026?

**Andy S. Ulmer**
Partner



**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov>
**Sent:** Thursday, March 19, 2026 9:24 AM
**To:** ECF@wawd.uscourts.gov

**Subject:** Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 3/19/2026 at 9:23 AM PDT and filed on 3/19/2026

| | |
|---|---|
| **Case Name:** | Lubken et al v. Fred Meyer Stores Inc et al |
| **Case Number:** | 3:24-cv-05811-JCC |
| **Filer:** | |
| **Document Number:** | 36 |

**Docket Text:**
**ORDER granting in part Plaintiffs' [29] Motion to Compel. The Court ORDERS as follows: (1) The Rule 34 inspection shall occur 3/30/2026, at 8 a.m., or a mutually agreeable alternative time and day, as described herein; (2) Fred Meyer must supplement interrogatories 1, 4, 5 (as necessary), 6, 8, 10, 14 (as necessary), and 15; (3) Fred Meyer must fully respond to requests for production 5, 10--11, 13, 28--29, 34, and 39--43; and (4) Plaintiffs are awarded $4,120.90 in expert costs and $2,400 in attorney fees for bringing this motion, for a total of $6,520.90 in Rule 37(a)(5)(A) costs. Signed by U.S. District Judge John C. Coughenour. (KRA)**

**3:24-cv-05811-JCC Notice has been electronically mailed to:**

Joseph John Michael Lombino    j.lombino@lombinomartino.com

Darrell L Cochran    darrell@pcvalaw.com, MHetlage@pcvalaw.com, adietz@pcvalaw.com, aulmer@pcvalaw.com, bgrotz@pcvalaw.com,

chris@pcvalaw.com, crd@pcvalaw.com,
gwarren@pcvalaw.com, hannahgrant@pcvalaw.com,
ibauer@pcvalaw.com, jmeadows@pcvalaw.com,
kevin@pcvalaw.com, khedger@pcvalaw.com,
kmoore@pcvalaw.com, laura@pcvalaw.com,
mmcneil@pcvalaw.com, ngillan@pcvalaw.com,
pbrown@pcvalaw.com, shoffman@pcvalaw.com

Jennifer L Crow    jen@scheer.law, adriennek@scheer.law,
schuylert@scheer.law, shiloha@scheer.law

Joseph Michael
Lombino    joey.lombino@lombinomartino.com,
josephlombino@yahoo.com

Andrew S Ulmer    aulmer@pcvalaw.com

Alexander G Dietz    adietz@pcvalaw.com

Ahbra Franco    alf@tbr-law.com

Robert Scott LaSalle    slasalle@aguileragroup.com,
alg@aguileragroup.com, jhuber@aguileragroup.com

**3:24-cv-05811-JCC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=3/19/2026] [FileNumber=10792557-0] [dc0de5635148e941f80620643569374172529ea95d6c198341df9d99294736e584cab8e2a9a8f1a1858c2beab4b0c265e15de2707299f5caed8595bd85cda92b]]