Hon. John C. Coughenour

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WASHINGTON - WESTERN DIVISION**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED MEYER STORES, INC. an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the state of Washington,<br><br>    Defendants. | Case No.: 3:24-cv-05811-JCC<br><br>**DECLARATION OF THOMAS J. KULAGA, P.E. IN SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Noted for Consideration: May 12, 2026<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF THOMAS J. KULAGA, P.E.**

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge.

2.      I am a licensed Mechanical Engineer in Arizona and New Mexico.  I hold a Bachelor of Science in Mechanical Engineering and have more than 20 years of experience in mechanical engineering design and analysis work.  Attached hereto as **Exhibit A** is a true and correct copy of my current curriculum vitae ("C.V.").  I have been retained by The Aguilera Law

DECLARATION OF THOMAS J. KULAGA, P.E. IN
SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY
JUDGMENT- PAGE 1

CASE NO. 3:24-cv-05811-JCC

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

Group, APLC as an expert for Gatekeeper Systems, Inc. ("Gatekeeper") in the above-captioned case.

3.    I attended the March 30, 2026 inspection of Fred Meyer Store #390 in Tacoma, Washington, the store where plaintiff Jean Lubken fell.  During the inspection, I observed the testing Sean S. Kohles, Ph.D. performed on small and large shopping carts at Fred Meyer Store #390.  None of the carts used in the testing were the actual cart used by Ms. Lubken on the day of her fall.

4.    Without inspection and testing of the actual cart involved in the incident, it is impossible to assess the subject cart's condition, configuration, or functional performance at the time of the incident.

5.    I have reviewed the report of Dr. Kohles, dated April 28, 2026.  I have also reviewed, among other documents, the depositions of plaintiff Jean Lubken, and store employees Chad Peterson, Kenneth Smittling, and Angela Padilla .

6.    The Gatekeeper theft-prevention system at issue in this case utilizes shopping cart anti-theft wheels that lock when the cart crosses an inlaid wire loop (referred to as a "lock loop") at store exits or if engaged by a handheld remote key.  For the handheld key to work, it must be within a few feet of the anti-theft wheel being activated.  An anti-theft wheel on a cart within the store's perimeter can only be unlocked with a handheld remote key.

7.    In order for an anti-theft wheel to lock, the system must receive a triggering signal (aka "lock command") and have sufficient stored energy to engage the braking mechanisms.  Without both a valid wireless signal and a sufficiently charged battery, the anti-theft wheel or wheels will not lock and instead will remain free rolling.  Put differently, if a cart does not receive a wireless signal or if it has insufficient battery charge, it will not engage the brake.

8.    Loss of a wireless connection between the anti-theft wheel and the rest of the store's anti-theft infrastructure will not result in engagement of the brake.  The wheels are not intended or

DECLARATION OF THOMAS J. KULAGA, P.E. IN
SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY
JUDGMENT- PAGE 2

CASE NO. 3:24-cv-05811-JCC

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

expected to be in constant communication with any other equipment in the store, and no such communication is needed to keep the wheel in a free-rolling state. The wheel instead "listens" for a lock command to be received and will only lock on receipt of that command. Because lock commands can only be issued by the lock loop or handheld remote key from very short range (generally less than three feet), the wheel must be in close proximity to one of those devices for a locking event to occur. Per all available testimony, the cart was in Aisle 86 at the time of the incident, out of range of the lock loops. Plaintiff testified there was no one else in that aisle when the lock event occurred, meaning that no other person was near enough to the cart to use the handheld remote to trigger a lock event.

9.     Loss of battery power will not cause an inadvertent locking event. The brake mechanism consists of a screw-driven band brake powered by a small electric motor. If power is lost – for instance due to a discharged battery – there will be no means by which to drive the band brake to the closed position, and a locking event will be impossible even if a lock command is sent to the wheel.

10.     Wheel degradation or wear – particularly wear of the wheel tread – typically results in reduced friction which decreases braking performance and if it had any impact would result in slower braking of the cart, not an abrupt stop.

11.     In his report, Dr. Kohles identifies the following as alleged design, manufacturing and functional flaws in the grocery cart theft prevention system: (a) inconsistent wireless signal responsiveness; (b) delayed master to slave wheel interactions; (c) inconsistent placement of lockable wheels; (d) inconsistent permission time periods for cart use; (e) differing normal and brake wheel material properties including wear resistance; and (f) lack of weatherproofing of brake wheel hubs. (Kohles Report at p. 8.) Even if it could be shown that these conditions existed at the time of Plaintiff's fall, none would cause inadvertent activation of the anti-theft wheel or wheels on shopping carts.

DECLARATION OF THOMAS J. KULAGA, P.E. IN
SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY
JUDGMENT- PAGE 3

CASE NO. 3:24-cv-05811-JCC

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

12.     Taking each of the alleged design flaws in turn: If the wireless signal is inconsistent, the wheel would occasionally not receive a valid lock command, preventing a valid lock event.  If there was a delay in braking events between master and slave wheels, the lock event would become more gradual and less abrupt, with the delay causing braking power to be applied over a longer period of time.  The placement of the wheels is entirely unrelated to the transmission and reception of the lock command or the actuation of the brake and has no bearing on the subject incident. Inconsistent permission time periods have no bearing on the subject incident, as Plaintiff had not passed a register and the wheel had no opportunity to receive a permission command.  Differences in wheel material properties has no bearing on the subject incident as the material condition would only affect coefficients of friction, not the actuation of the brake.  Lack of wheel weatherproofing has no bearing on the subject incident, as no evidence exists to indicate that weather intrusion into the subject wheel had any effect.  None of these alleged defects will result in an inadvertent actuation of the wheel brake, and no theory of inadvertent actuation failure rooted in the available facts has been presented.

13.     Dr. Kohles also identifies alleged inspection, repair, and maintenance flaws in the grocery cart theft prevention system including wheel degradation, worn and damages wheels and braking mechanisms, and no "wheel function status inspection."  Although these conclusions and criticisms are directed at The Kroger Co., it bears noting that even if these issues could be shown, none would cause inadvertent activation of the anti-theft wheel or wheels on shopping carts.

14.     The cart testing conclusions in Dr. Kohles' report confirm that when wheel braking was manually engaged with a handheld key while a cart was rolling, the cart did not stop immediately.  Dr. Kohles' report indicates that after braking was intentionally engaged, carts continued to travel measurable distances forward before stopping.  Small carts traveled between 47 and 52 inches before stopping while large carts traveled between 34 and 51 inches before stopping. (Kohles Report at p. 9 – 10.) Dr. Kohles does not identify any testing in which the cart

DECLARATION OF THOMAS J. KULAGA, P.E. IN
SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY
JUDGMENT- PAGE 4

CASE NO. 3:24-cv-05811-JCC

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

instantly stopped, nor did I observe any such testing while present at the site inspection on March 30, 2026.  Critically, none of the testing performed by Dr. Kohles resulted in a wheel that locked without receiving a lock command.  To be clear, Dr. Kohles' testing never produced the inadvertent wheel lock event which is the specific defect being alleged by plaintiff.  Indeed, Dr. Kohles required the use of the handheld remote key to initiate lock events for the testing that was performed in Aisle 86 (where the incident reportedly occurred).  Other testing by Dr. Kohles that occurred at the store exit did not require the handheld key to initiate a lock event, as a lock loop was installed and issuing lock commands at that location.

15.    The opinions expressed herein are limited to issues relevant to Gatekeeper's motion for summary judgment. This declaration is not intended to be a comprehensive report of all opinions I hold nor is it a comprehensive report of all of my criticisms of Dr. Kohles' report.

16.    All of the conclusions and opinions expressed in this declaration are based on my education, training, and experience and made to a reasonable degree of mechanical and scientific probability and/or certainty.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.  I signed this declaration on this 6th day of May, 2026, in Chandler, Arizona.

**Thomas J Kulaga**

Digitally signed by: Thomas J Kulaga
DN: CN = Thomas J Kulaga C = US O = Unaffiliated
Date: 2026.05.06 08:29:57 -07'00'

Thomas J. Kulaga, P.E.

DECLARATION OF THOMAS J. KULAGA, P.E. IN SUPPORT OF GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT- PAGE 5

CASE NO. 3:24-cv-05811-JCC

THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

# EXHIBIT "A"





# Thomas J. Kulaga, P.E.
Principal Consultant

21002 North 19th Avenue, Suite 120
Phoenix, AZ 85027

(602) 216-2200

tjkulaga@rimkus.com

## Background

Mr. Thomas Kulaga holds a B.S. in Mechanical Engineering and is a Licensed Mechanical Engineer in Arizona and New Mexico.

Mr. Kulaga's experience includes over 20 years performing a wide range of mechanical engineering design and analysis work, including fluid dynamics, thermal, structural, and optical design and analysis.

He is well-versed in many manufacturing technologies, including machining, casting, injection molding, stamping, extruding, and others. He has led teams of over 20 engineers to execute major design projects and develop new technologies from concept to production.  His product design background has resulted in 10 patents in fields ranging from cell station combiner networks to LED lighting to bioreactors used in green energy production.

During his career, he has developed several innovative multi-physics analysis techniques to evaluate designs as small as a microchip to as large as a 100kW solar thermal collection system.  His broad range of experience allows him to analyze a wide variety of failures and accidents, including mechanical, electro-mechanical, thermal, and fluid systems.

## Professional Engagements

- Engineering Design/Development
  - Commercial-Scale Outdoor Photobioreactor – Gilbert, AZ (2011- 2013), Managed design, build, and startup of Heliae Development's outdoor algae cultivator.
  - CIRCE Optical Analysis Software GUI – Albuquerque, NM (2010-2011), Developed a graphical user interface to simplify and streamline the use of Sandia National Laboratories CIRCE optical analysis software. Interface drastically reduced time-to-solution and simplified training.
  - Solar Dish Concentrator Model – Tempe, AZ, (2006-2010), Developed multi-physics computer model including CFD, structural, and optical physics, producing a more efficient design and major cost reductions over conventional dish concentrator.

**RIMKUS**

- Solar Thermal Structures – Tempe, AZ (2006-2010), Managed R&D engineering programs to develop solar thermal structures, mirror alignment systems, energy capture systems, and engine durability programs, >$5M total revenue.
- Vibratory Pile Foundation – Tempe, AZ (2006-2010), Developed and executed test regimen to achieve code compliance for solar dish concentrator foundation.
- Products/Parts Design – Tempe, AZ (2006-2010), Routinely performed mechanical design and analysis of machined, cast, sheet metal, and injection molded parts for heavy truck/bus, defense, consumer products, alternative energy, and other industries.
- LED Bulb Design – Gilbert, AZ (2003-2005), Designed ground-breaking new LED light engine and LED bulb (patented). LED bulb design won "Best of What's New - 2004" award from Popular Science.
- Autotuning Combiner Design – Meriden, CT (1999-2003), Performed all thermal and mechanical design for smallest 860MHz autotuning combiner in the industry, including significant contribution to critical new IP allowing major reductions in size while improving performance and ease of tuning (US Pat. 6,812,808).
- TF-40 Isolator Bank Redesign – Meriden, CT (1999-2003), Engineered a new isolator bank that required less space than conventional system and cost 40% less with no degradation in performance.

## Forensic Engagements

- System and Equipment
  - Southwest (2013-2018), Evaluated range of systems, including domestic water heaters; domestic and commercial fire risers and sprinkler heads; chillers; cooling towers; fluid coolers; furnaces; air conditioning units; heat pumps; pumps; laundry washers; dishwashers; refrigerators; water filtration systems; and water softening systems.
  - Southwest (2013-2018), Performed failure analyses for pipes, tubing, fittings, plumbing connectors, valves, crimps, tanks, heating and cooling coils, toilet fill valves, dryers, and exhaust fans.
  - Southwest (2013-2018), Failure analysis of equipment involving software, electronics, and mechanisms, such as computer-controlled machine tools, factory automation equipment, and robots.

- Information Technology
  - Southwest (2013-2018), Failure analysis of servers and other IT equipment damaged by fire, water, and mechanical impact (shipping and handling).

- Power/Energy
  - Southwest (2013-2018), Failure analysis of utility-scale solar power plants damaged by weather events (high winds). Utilized finite element analysis and Computational Fluid Dynamics software tools to identify and explain failure mechanisms. Participated in failure analysis of conventional steam turbine failures related to weather events.

**RIMKUS**

- Fire
  - Southwest (2013-2018), Evaluated electrical equipment and appliances to determine potential fire causes and origins.

- Finite Element Analysis
  - Modeled oscillating loads on steam strainer basket to confirm the cause of fatigue failure.
  - Modeled footstep loading on an acrylic plastic skylight that failed, resulting in a fall injury.
  - Modeled static loads and stress concentrations in a plastic water filter cartridge to predict creep and catastrophic failure.
  - Modeled static and dynamic forces on multiple utility-scale solar arrays exposed to high winds and aero-elastic flutter (galloping).
  - Modeled multiple impact scenarios on a steel bumper to calculate total energy imparted and change in vehicle speed ("delta-V") to permit injury evaluations.
  - Modeled semi-truck fifth wheel, frame and kingpin loading during overturning event to evaluate the performance of welds.
  - Modeled impact of tornado-propelled debris to assess the design and performance of a biological containment vault door.
  - Modeled bending and failure loading for a window shade bracket that failed, resulting in an injury.
  - Modeled support structure load response for a cement silo that collapsed while being loaded.

- Computational Fluid Dynamics
  - Modeled wind flows over natural gas turbine building to permit assessment of debris (sand and dust) transport and entry into inlet structure.
  - Modeled dynamic, unsteady pipe and steam strainer flow characteristics to evaluate the cause of damage to power plant natural gas turbine blades.
  - Evaluated opposing expert model of airflows in refrigerated truck/storage room to assess carbon-monoxide buildup and transport.
  - Modeled transient and dynamic airflows over utility-scale solar arrays to detect aeroelastic flutter (galloping) frequencies and amplitudes that resulted in catastrophic failure of the arrays.

- Vehicle Component Failure
  - Southwest (2013-2018), Evaluated vehicle components such as sensors, controls, welded structures, and others to determine causes of vehicle accidents or vehicle-related injuries.

## Professional Experience

- Rimkus                                                                                    2013 – Present
  - Principal Consultant
    Responsible for industrial accident analysis and mechanical failure analysis.  Provide expertise regarding the safety, design, and operation of material handling and processing equipment. Determine cause and origin analyses for system and equipment failures (e.g., cooling towers, fire risers, dishwashers) and products and components (e.g., pipes, fittings, valves).

**RIMKUS**

- Heliae Development, LLC                                                                           2011 – 2013
  - Director – Engineering Group
    Responsible for establishing the company's engineering unit from the ground up, including hiring staff, establishing processes, instituting document control systems, and selecting/deploying software systems. Standardized engineering project tracking system, which included custom database logging and reporting functions, was later adopted by other departments. Once formed, directed the cross-functional engineering team with over $2M budget, supporting R&D in the development of algae cultivation and processing systems. Executed several major projects, developing algae growth systems, processing equipment, and culture treatment technologies.

- SolutionStream Engineering, LLC                                                     2009 – 2011
  - Owner/Principal Engineer
    Provided mechanical engineering design and analysis services to customers in transportation, consumer product, and alternative energy industries.

- ESG Engineering                                                                                  2005 – 2009
  - Project Manager/Senior Engineer
    Performed Project Management duties for engineering services contracts with customers in alternative energy, transportation, aerospace, DoD, and consumer product industries. Performed structural, fluids, thermal, and optical analysis (classical and FEA) and component design work for engineering services customers.  Routinely performed mechanical design and analysis of machined, cast, sheet metal, and injection molded parts.  Developed and maintained expertise in a wide range of analysis and design software.

- Enlux LED                                                                                            2003 – 2005
  - Senior Mechanical Engineer
    Performed thermal applications engineering duties employing heat sinks, thermoelectric coolers, heat pipes, sheet metal and machined part design, and similar technologies.  Performed all design activities in the development of an innovative LED light bulb, including thermal, mechanical, and electrical subsystems.

- Radio Frequency Engineer                                                                1999 – 2003
  - R&D Mechanical Engineer
    Supported Radio Frequency Engineers with thermal analysis and sheet metal and machined parts design and GD&T detail drawings for RF combiners, filters, and amplifiers.

- Wells-CTI, Inc.                                                                                    1998 – 1999
  - Manufacturing Engineer
    Supported Radio Frequency Engineers with thermal analysis and sheet metal and machined parts design and GD&T detail drawings for RF combiners, filters, and amplifiers.



- U.S. Air Force                                                                                      1991 – 1995
  - Tactical Air Command and Control Specialist
    Served alongside U.S. Army combat units, acting as liaison between Army and USAF close air support assets, planned missions with Army counterparts, and controlled close air support missions to support Army ground commander's objectives.  Held Secret clearance; honorably discharged in 1995.

## Education and Certifications

- **Mechanical Engineering, B.S.:** Northern Illinois University (1998)
- **Registered Professional Engineer:** Arizona and New Mexico

## Continuing Education

- **Coursework:** Essentials of Project Management; Maximizing Team Effectiveness; PMP Exam Prep; Introduction to ANSYS CFX; ANSYS CFX Fluid-Structure Interaction; SolidWorks Essentials

## Patents

- **Modular tubular bioreactor:** Pat. #US10876087, December 29, 2020.
- **Balanced mixotrophy method:** Pat. #US10240120, March 26, 2019.
- **Modular tubular bioreactor:** Pat. #US10053659, August 21, 2018.
- **Omega 7 rich compositions and methods of isolating omega 7 fatty acids:** Pat. #US9200236, December 1, 2015.
- **Mixotrophic, phototrophic, and heterotrophic combination methods and systems:** Pat. #US975875B2, Sept. 12, 2017.
- **Submersible High Illumination LED Light Source:** Pat. #US8100560B2, Jan. 24, 2012.
- **Methods and apparatus for an LED light engine:** Pat. #US7431477B2, Oct. 7, 2008.
- **Light bulb:** Pat. #USD528227S1, Sept. 12, 2006.
- **Methods and apparatus for an LED light:** Pat. #US6982518B2, Jan. 3, 2006.
- **Methods and apparatus for an LED light engine:** Pat. #US6942360B2, Sept. 13, 2005.
- **Aperture coupled output network for ceramic and waveguide combiner network:** Pat. #US6812808B2, Nov. 2, 2004.