Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Scheer.Law PLLC
701 Fifth Avenue, Suite 3860
Seattle, WA 98104
Phone: (503) 446-1767
Fax: (206) 490-0866

*Attorney for Defendants Fred Meyer & The Kroger Co*

UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, | NO. 3:24-CV-05811-JCC |
| Plaintiff, | DECLARATION OF JENNIFER L. CROW IN SUPPORT OF DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER CO.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS |
| v. | |
| FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington, | |
| Defendants. | |

I, Jennifer L. Crow, declare under penalty of perjury as follows:

1.      I am an attorney at Scheer.Law PLLC, one of the attorneys of record for Defendants Fred Meyer Stores, Inc. and The Kroger Co. in the above referenced matter. I am

DECLARATION OF JENNIFER L. CROW IN SUPPORT OF
DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER
CO.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS– PAGE 1

**SCHEER.LAW PLLC**
701 FIFTH AVE, SUITE 3860
SEATTLE, WA  98104
P: (206) 800-4070

over the age of eighteen, competent to testify as to the facts stated herein, and have personal knowledge of all matters attested to in this Declaration.

2. Defense counsel conducted a reasonable supplemental search. Defense counsel asked Plaintiff's counsel for the name of the parallel litigation in furtherance of this search. Plaintiff's counsel refused to disclose this information. A copy of the email chain between Plaintiff's counsel and defense counsel detailing this exchange is attached as Exhibit 1.

3. Given that, I did a court docket search throughout the state and federal courts for Washington to determine what Plaintiff could be referring to, and sought contact with counsel in those cases to determine what additional documents may exist and if there were other pending discovery orders in those cases.

4. This then guided further discussions with Defendant, and responsive documents were produced.

5. Documents responsive to Request No. 5 have been produced.

6. There are no further responsive documents for Requests No. 10.

7. The documentation produced as to cart incidents reflects the communications requested in Request No. 11.

8. Documents responsive to Request No. 13 have been produced.

9. Documents responsive to Request No. 28 have been produced.

10. Documents responsive to Request No. 29 have been produced.

11. Defendant does not do maintenance, repair, or installation of the devices and thus does not have responsive documents. Its previous response indicated that and referred to co-defendant as having those documents that would be responsive to Request No. 34.

12. Documents related to Gatekeeper have been produced.

DECLARATION OF JENNIFER L. CROW IN SUPPORT OF
DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER
CO.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS– PAGE 2

SCHEER.LAW PLLC
701 FIFTH AVE, SUITE 3860
SEATTLE, WA  98104
P: (206) 800-4070

I have read the contents of the paragraphs set out above and declare under penalty of perjury under the laws of the State of Washington that the above statements in this declaration are true and correct to the best of my belief.

DATED this 15th of May, 2026.

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Attorney for Defendants Fred Meyer Stores, Inc.
and The Kroger Co.

DECLARATION OF JENNIFER L. CROW IN SUPPORT OF
DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER
CO.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS– PAGE 3

**SCHEER.LAW PLLC**
701 FIFTH AVE, SUITE 3860
SEATTLE, WA  98104
P: (206) 800-4070

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS | | |
|---|---|---|---|
| **CO/ Plaintiffs**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |
| **CO/ Defendant Gatekeeper System, Inc.**<br>Scott LaSalle<br>Juana Huber<br>The Aguilera Law Group, APLC<br>100 N. Howard Street, #6703<br>Spokane, WA 99201<br>slasalle@aguileragroup.com<br>jhuber@aguileragroup.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☒ **Via E-Service**<br>☐ **Via Process Server** | | |

DECLARATION OF JENNIFER L. CROW IN SUPPORT OF
DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER
CO.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS– PAGE 4

**SCHEER.LAW PLLC**
701 FIFTH AVE, SUITE 3860
SEATTLE, WA  98104
P: (206) 800-4070

DATED this 15th day of May, 2026 at Seattle, Washington.

/s/ Shiloh Angevine
Shiloh Angevine, Legal Assistant
shiloha@scheer.law

DECLARATION OF JENNIFER L. CROW IN SUPPORT OF
DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER
CO.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER OF CONTEMPT, SPOLIATION AND SANCTIONS– PAGE 5

**SCHEER.LAW PLLC**
701 FIFTH AVE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

# EXHIBIT 1

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Jennifer Crow**
**Managing Partner**

**D** 503.446.1767 **M** 503.267.6534 **E** jen@scheer.law
**WWW.SCHEER.LAW**

---

**From:** Darrell L. Cochran <darrell@pcvalaw.com>
**Sent:** Thursday, April 9, 2026 6:33 PM
**To:** Jennifer L. Crow <Jen@scheer.law>
**Cc:** Ahbra Franco <ahbraf@scheer.law>; Andrew S. Ulmer <aulmer@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur <isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Your client knows all about parallel lawsuits and court orders.  It's about time you asked your client contacts before the sanctions orders begin to double up on them.

**Darrell L. Cochran**
Partner



**p:** (253) 777-0798
**e:** darrell@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Jennifer L. Crow <Jen@scheer.law>
**Sent:** Thursday, April 9, 2026 6:27:08 PM
**To:** Darrell L. Cochran <darrell@pcvalaw.com>
**Cc:** Ahbra Franco <ahbraf@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur

<isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

If you have more details than what you know thy have provided in other courts - that would be helpful.  Saying give me what you produced in an unnamed case in another court isn't the best guidance I can provide a client.

***Jennifer L. Crow***
**Scheer.Law PLLC**
**Direct: (503) 446-1767**
**Mobile: (503) 267-6534**
**e-mail: Jen@scheer.law**


On Apr 9, 2026, at 6:25 PM, Darrell L. Cochran <darrell@pcvalaw.com> wrote:


Shouldn't be any delay in sending us the tranche of documents we know your client has provided in other courts.  There is no "wait until we have decided we have a complete set" provision in the order.  Send the client information now that they have provided in other courts.  Hit the "send" button now.

**Darrell L. Cochran**
Partner

<Image.jpeg>

**p:** (253) 777-0798
**e:** darrell@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

---

**From:** Jennifer L. Crow <Jen@scheer.law>
**Sent:** Thursday, April 9, 2026 6:20:07 PM
**To:** Darrell L. Cochran <darrell@pcvalaw.com>
**Cc:** Ahbra Franco <ahbraf@scheer.law>; Andy S. Ulmer <aulmer@pcvalaw.com>; Adrienne Kinsey <adriennek@scheer.law>; Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur <isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Darrell,

No one is disoriented.  As you all know, our client is not a tiny entity. Ensuring we provide a full and complete supplement requires multiple conversations throughout Kroger (in multiple departments) which isn't immediate.  We are actively working with them to ensure this is complete and provided within the next two weeks.

**_Jennifer L. Crow_**
**Scheer.Law PLLC**
**Direct: (503) 446-1767**
**Mobile: (503) 267-6534**
**e-mail: Jen@scheer.law**

On Apr 9, 2026, at 5:48 PM, Darrell L. Cochran <darrell@pcvalaw.com> wrote:

Feels like you are disoriented as to what is happening here.  There is a court order.  The court order confirms that there has been a significant failure with respect to the obligation to provide discovery warranted in the case.  It was discovery that should have been provided without delay and with costly impediment -- both of which occurred here.

The discovery needs to be provided without further delay and without further cost, particularly in light of our awareness that the information has been provided to other parties, in other courts.

**Darrell L. Cochran**
Partner

<Image.jpeg>

**p:** (253) 777-0798
**e:** darrell@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Ahbra Franco <ahbraf@scheer.law>
**Sent:** Thursday, April 9, 2026 4:34 PM
**To:** Andy S. Ulmer <aulmer@pcvalaw.com>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur <isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** Re: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Our client is complying with the Court's order and conducting the necessary search for responsive information and records. At this point, April 13 is not a realistic timeline for them to complete this process, but we will follow up once we have additional information. Thanks.

**SCHEER.LAW PLLC**
**WA|OR|ID|AK|MT**

**Ahbra Franco**
**Associate Attorney**

**D** 206.666.3075 **M** 206.295.8271

E **ahbraf@scheer.law**

**WWW.SCHEER.LAW**

**From:** Andy S. Ulmer <aulmer@pcvalaw.com>
**Date:** Thursday, April 9, 2026 at 4:14 PM
**To:** Ahbra Franco <ahbraf@scheer.law>, Jennifer L. Crow <Jen@scheer.law>, Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>, Juana Huber <jhuber@aguileragroup.com>, Darrell L. Cochran <darrell@pcvalaw.com>, Alexander G. Dietz <adietz@pcvalaw.com>, Isabella Mazur <isabellam@scheer.law>,

Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** RE: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Counsel,

We did not receive a response. Do you plan to disobey the federal order? If we do not hear back from you, we will operate under that assumption and proceed accordingly.

**Andy S. Ulmer**
Partner

**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** Andy S. Ulmer
**Sent:** Tuesday, April 7, 2026 4:27 PM
**To:** 'Ahbra Franco' <ahbraf@scheer.law>; Jennifer L. Crow <Jen@scheer.law>; Adrienne Kinsey <adriennek@scheer.law>
**Cc:** Scott LaSalle <slasalle@aguileragroup.com>; Juana Huber <jhuber@aguileragroup.com>; Darrell L. Cochran <darrell@pcvalaw.com>; Alexander G. Dietz <adietz@pcvalaw.com>; Isabella Mazur <isabellam@scheer.law>; Jessica Meadows <jmeadows@pcvalaw.com>
**Subject:** RE: Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

Counsel,

Almost three weeks ago, the Court required Fred Meyer to supplement and/or fully respond to certain discovery responses as outlined in the attached order, or otherwise to state with particularity that no responsive records exist. Can Fred Meyer do so by April 13, 2026?

**Andy S. Ulmer**
Partner

**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
**www.pcva.law**

**From:** ECF@wawd.uscourts.gov <ECF@wawd.uscourts.gov>
**Sent:** Thursday, March 19, 2026 9:24 AM
**To:** ECF@wawd.uscourts.gov
**Subject:** Activity in Case 3:24-cv-05811-JCC Lubken et al v. Fred Meyer Stores Inc et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court
### United States District Court for the Western District of Washington
### Notice of Electronic Filing

The following transaction was entered on 3/19/2026 at 9:23 AM PDT and filed on 3/19/2026

**Case Name:**        Lubken et al v. Fred Meyer Stores Inc et al

**Case Number:**      3:24-cv-05811-JCC

**Filer:**

**Document Number:** 36

**Docket Text:**
**ORDER granting in part Plaintiffs' [29] Motion to Compel. The Court ORDERS as follows: (1) The Rule 34 inspection shall occur 3/30/2026, at 8 a.m., or a mutually agreeable alternative time and day, as described herein; (2) Fred Meyer must supplement interrogatories 1, 4, 5 (as necessary), 6, 8, 10, 14 (as necessary), and 15; (3) Fred Meyer must fully respond to requests for production 5, 10--11, 13, 28--29, 34, and 39--43; and (4) Plaintiffs are awarded $4,120.90 in expert costs and $2,400 in attorney fees for bringing this motion, for a total of $6,520.90 in Rule 37(a)(5)(A) costs. Signed by U.S. District Judge John C. Coughenour. (KRA)**

**3:24-cv-05811-JCC Notice has been electronically mailed to:**

Joseph John Michael Lombino     j.lombino@lombinomartino.com

Darrell L Cochran     darrell@pcvalaw.com, MHetlage@pcvalaw.com, adietz@pcvalaw.com, aulmer@pcvalaw.com, bgrotz@pcvalaw.com, chris@pcvalaw.com, crd@pcvalaw.com, gwarren@pcvalaw.com, hannahgrant@pcvalaw.com, ibauer@pcvalaw.com, jmeadows@pcvalaw.com, kevin@pcvalaw.com, khedger@pcvalaw.com, kmoore@pcvalaw.com, laura@pcvalaw.com, mmcneil@pcvalaw.com, ngillan@pcvalaw.com, pbrown@pcvalaw.com, shoffman@pcvalaw.com

Jennifer L Crow     jen@scheer.law, adriennek@scheer.law, schuylert@scheer.law, shiloha@scheer.law

Joseph Michael Lombino     joey.lombino@lombinomartino.com, josephlombino@yahoo.com

Andrew S Ulmer     aulmer@pcvalaw.com

Alexander G Dietz     adietz@pcvalaw.com

Ahbra Franco     alf@tbr-law.com

Robert Scott LaSalle     slasalle@aguileragroup.com, alg@aguileragroup.com, jhuber@aguileragroup.com

**3:24-cv-05811-JCC Notice will not be electronically mailed to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=3/19/2026] [FileNumber=10792557-0]
[dc0de5635148e941f80620643569374172529ea95d6c198341df9d99294736e584cab8e2a9a8f1a1858c2beab4b0c265e15de2707299f5caed8595bd85cda92b]]