Jennifer L. Crow, WSBA No. 43746
SCHEER.LAW PLLC
701 Fifth Avenue, Suite 3860
Seattle, WA 98104
(206) 800-4070
jen@scheer.law

*Attorneys for Defendants Fred Meyer*
*Stores, Inc., and The Kroger Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>Defendants. | NO. 3:24-CV-05811-JCC<br><br>DEFENDANT FRED MEYER STORES, INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT AND EXPERT WITNESSES |

**TO ALL PARTIES AND TO COUNSEL OF RECORD**

Defendant Fred Meyer Stores, Inc. and The Kroger Co. (collectively "Fred Meyer") herein makes the following disclosure of fact and expert witnesses as required by FRCP Rule 26.

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 1
CAUSE NO. 3:24-CV-05811-SKV

# **LAY WITNESSES**

1. Employees and Representatives of Fred Meyers Stores, Inc. and The Kroger Co.
   Angel Padilla
   Chad Peterson
   Ken Smittling
   c/o Scheer.Law PLLC
   701 5TH Ave., Suite 3860,
   Seattle, WA 98104
   (206) 800-4070

Employees and Representatives of Fred Meyer will testify regarding their knowledge of the subject incident and the events following the incident.

2. Jean and William Lubken
   Plaintiffs
   c/o Pfau Cochran Vertetis Amala
   909 A Street, Ste. 700
   Tacoma, WA 98402
   (253) 777-0799

   c/o Lombino Martino, P.S.
   9315 Gravelly Lake Dr. SW, St. 201
   Lakewood, WA 98499
   (253) 830-2700

Plaintiffs are expected to testify regarding the incident and the injuries Jean Lubken sustained and the resulting damages. William Lubken is expected to testify as to the impact Jean's injuries had on their relationship.

//

//

//

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 2
CAUSE NO. 3:24-CV-05811-SKV

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

3.   Tera Timmons
c/o Pfau Cochran Vertetis Amala
909 A Street, Ste. 700
Tacoma, WA 98402
(253) 777-0799

c/o Lombino Martino, P.S.
9315 Gravelly Lake Dr. SW, St. 201
Lakewood, WA 98499
(253) 830-2700

Tera Timmons is Plaintiffs' daughter.  She is expected to testify as to her knowledge of her mother's injuries and as to the impact Jean's injuries had on their relationship.

4.   Andrea Nino
c/o Pfau Cochran Vertetis Amala
909 A Street, Ste. 700
Tacoma, WA 98402
(253) 777-0799

c/o Lombino Martino, P.S.
9315 Gravelly Lake Dr. SW, St. 201
Lakewood, WA 98499
(253) 830-2700

Andrea Nino is Plaintiffs' daughter.  She is expected to testify as to her knowledge of her mother's injuries and as to the impact Jean's injuries had on their relationship.

5.   Brad Lubken
c/o Pfau Cochran Vertetis Amala
909 A Street, Ste. 700
Tacoma, WA 98402
(253) 777-0799

c/o Lombino Martino, P.S.
9315 Gravelly Lake Dr. SW, St. 201

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 3
CAUSE NO. 3:24-CV-05811-SKV

Lakewood, WA 98499

(253) 830-2700

Brad Lubken is Plaintiffs' son. He is expected to testify as to her knowledge of her mother's injuries and as to the impact Jean's injuries had on their relationship.

6. Employees and Representatives of Gatekeeper Systems, Inc.
c/o The Aguilera Law Group
1201 Pacific Avenue, Ste. 600
Tacoma, WA 98402

Employees and Representatives of Defendant Gatekeeper Systems, Inc. Have knowledge of the anti-theft device installed on the shopping carts at the Fred Meyer store where the incident occurred.

## MEDICAL WITNESSES

Any and all treating providers who were involved in Plaintiffs' care before and after the subject accident and any relevant injuries that occurred prior to the accident. These medical providers may be called to testify regarding Plaintiffs' past, present, and future medical care, alleged disability, pain and suffering, and alleged loss of income, and/or loss of enjoyment of life and base their testimony on their expertise, experience, personal knowledge, and review of relevant medical records and other documents. The medical facilities from which Defendants may call medical providers to testify include *but are not limited to* the following:

1. Dr. Ellen E. Frechette
   Dr. Johathan Clabeaux
   Dr. Venu Nemani
   Virginia Mason Medical Center

DEFENDANT FRED MEYER STORES, INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT AND EXPERT WITNESSES – PAGE 4
CAUSE NO. 3:24-CV-05811-SKV

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

1100 9th Avenue

Seattle, WA 98101

2. Dr. Stephen Ou

Dr. Francis Prescott

James McPherson, PAC

Virginia Mason Franciscan Health

1608 S. J Street, 4th Floor
Tacoma, WA 98405

3. Tacoma Radiology Associates

803 S. 15th Street, Suite 118

Tacoma, WA 98405

4. Daniel N. Heller, MD (Radiologist)

2502 S. Union Ave.

Tacoma, WA 98405

5. Desislava Hite, MD (ER Medicine Specialist)

315 Martin Luther King Jr. Way

Tacoma, WA 98405

6. Hui Wang, MD (Physical Medicine & Rehabilitation

3315 S. 23rd Street, #200

Tacoma, WA 98405

7. Raed N. Fahmy, MD (Cardiologist)

1802 Yakima Avenue

Tacoma, WA 98405

8. Rijesh Shrestha, MD

CHI Franciscan Rehabilitation Hospital

815 S. Vassault Street

Tacoma, WA 98407

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 5
CAUSE NO. 3:24-CV-05811-SKV

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

9. Norman Fabula, PT

Epic Physical Therapy

5006n Center Street, Ste. N

Tacoma, WA 98409

## EXPERT WITNESSES

1. Andrew Kanevsky
Retail Safety Expert
Rose Retail Safety Consulting, LLC
160 Fairway Avenue
Belleville, New Jersey 07109

Mr. Kanevsky is expected to offer expert opinions regarding general retail safety, retail store policies, procedures and protocol. Mr. Kanevsky's opinions will be based on his review of project documents and other materials produced in discovery, and the expert's knowledge, training, and expertise. He may testify in rebuttal to testimony from Plaintiff's witnesses. A summary of Mr. Kanevsky's background and experience is outlined in his curriculum vitae produced herewith.

2. Dr. Cameron Schick
Board Certified Orthopedic Surgeon
c/o Physician's Direct Services
406 Yauger Way SW, Suite A
Olympia, WA 98502

Dr. Schick reviewed all available documents related to Plaintiff's injuries suffered as a result of the incident. If called to testify, it is anticipated that Dr. Schick will testify consistent with his opinions in his report. A summary of Dr. Schick's background and experience is outlined in his curriculum vitae produced herewith. Dr. Schick's opinions and conclusions are outlined in his report which is produced herewith.

3. Dr. Manuel Meza-Arroyo

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 6
CAUSE NO. 3:24-CV-05811-SKV

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

Biomechanics and Human Factors Expert
c/o ESi Ann Arbor
1174 Oak Valley Drive
Ann Arbor, MI 48108

Dr. Mez-Arroyo is expected to offer expert opinions regarding the biomechanics and human factors aspects of the subject incident. Dr. Meza-Arroy's opinions will be based on his review of project documents and other materials produced in discovery, and the expert's knowledge, training, and expertise. He may testify in rebuttal to testimony from Plaintiff's witnesses. A summary of Dr. Meza-Arroy's background and experience is outlined in his curriculum vitae produced herewith.

## RESERVATIONS OF RIGHTS

Fred Meyer specifically reserves the right to amend or supplement this Disclosure in accordance with the Federal Rules of Civil Procedure and local rules of this Court and identify, disclose, or call additional witnesses as discovery unfolds in this matter. Additionally, specifically reserves the right to call any expert(s) that Plaintiff has already identified and disclosed, or will identify and disclose through rebuttal disclosures, supplementations, or amendments.

DATED this 18th day of May 2026.

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Sarah K.Z. Campbell, WSBA No. 61892
sarahc@scheer.law
Attorneys for Defendants Fred Meyer
Stores, Inc., and The Kroger Co.

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 7
CAUSE NO. 3:24-CV-05811-SKV

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiff**<br>Darrell L. Cochran<br>Andrew S. Ulmer<br>Alexander G. Dietz<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via E-Service**<br>☐ **Via Overnight Mail** |
| **CO/ Plaintiffs**<br>Joseph J.M. Lombino<br>Joseph M. Lombino<br>Lombino Martino PS<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via E-Service**<br>☐ **Via Overnight Mail** |
| **CO/ Defendant Gatekeeper System, Inc.**<br>Scott LaSalle<br>The Aguilera Law Group, APLC<br>1201 Pacific Ave, Ste 600<br>Tacoma, WA 98402<br>slasalle@aguileragroup.com | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via E-Service**<br>☐ **Via Overnight Mail** |

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 8
CAUSE NO. 3:24-CV-05811-SKV

DATED this 18th day of May 2026 at Seattle, Washington.

/s/ Shiloh Angevine
Shiloh Angevine, Legal Assistant
shiloha@scheer.law

DEFENDANT FRED MEYER STORES,
INC.'S AND THE KROGER CO.'S DISCLOSURE OF FACT
AND EXPERT WITNESSES – PAGE 9
CAUSE NO. 3:24-CV-05811-SKV

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070