UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, | NO. 3:24-CV-05811-JCC |
| Plaintiff, | DECLARATION OF ANDREW S. ULMER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION FOR ORDER OF CONTEMPT, SPOLIATION, AND SANCTIONS |
| v. | |
| FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington, | |
| Defendants. | |

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
REGARDING PLAINTIFFS' MOTION FOR ORDER OF
CONTEMPT, SPOLIATION, AND SANCTIONS – PAGE 1

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2.      I was counsel of record for Plaintiffs in *Michael Vandivere, et al. v. Vertical World, Inc., et al.*, King County Cause No. 19-2-27385-2 SEA.  Attached as **Exhibit 1** is a true and correct copy of an Order Granting in Part Plaintiffs' Motion for Sanctions, filed in the above-referenced case on June 21, 2023.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 29st day of May, 2026, in Tacoma, Washington.



By: _____
ANDREW S. ULMER, WSBA No. 51227

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
REGARDING PLAINTIFFS' MOTION FOR ORDER OF
CONTEMPT, SPOLIATION, AND SANCTIONS – PAGE 2

**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Hannah Grant**, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 29th day of May, 2026.

/s/ Hannah Grant
Hannah Grant

DECLARATION OF ANDREW S. ULMER IN SUPPORT
OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
REGARDING PLAINTIFFS' MOTION FOR ORDER OF
CONTEMPT, SPOLIATION, AND SANCTIONS – PAGE 3



**PFAU COCHRAN
VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654