THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEAN LUBKEN, *et al.*,

     Plaintiffs,

 v.

FRED MEYER STORES, INC., *et al.*,

     Defendants.

CASE NO. C24-5811-JCC

ORDER

This matter comes before the Court on Plaintiffs' supplemental memorandum regarding discovery sanctions to be imposed against Defendant Fred Meyer Stores, Inc. (Dkt. No. 54).

Plaintiffs filed their memorandum pursuant to the Court's request, seeking particularized assertions of prejudice incurred from Fred Meyer's discovery violations. (*See* Dkt. Nos. 36, 53.) According to the memorandum, Fred Meyer's late and inadequate responses to RFPs 5, 28, and 29 hampered Plaintiffs' ability to gather certain information useful in proving their negligence, premises liability, and product liability claims. (*See* Dkt. No. 54 at 2–6.) Plaintiffs' resulting assertions are, apparently uncontested, as Fred Meyer declined to file the response brief afforded by the Court. (*See* Dkt. No. 53 at 4.) Thus, the Court considers these allegations proven.

The Court imposes the following sanction at trial: the Court will instruct the jury that Plaintiffs sought from Fred Meyer during discovery information contained in RFPs 5, 28, and 29, and that Fred Meyer failed to comply with its disclosure obligation(s) as to these RFPs. The jury

ORDER
C24-5811-JCC
PAGE - 1

may infer that, had Fred Meyer fully complied with its disclosure obligation(s) as to the RFPs, Fred Meyer's resulting production would have been unfavorable to Fred Meyer with respect to Plaintiffs' negligence, premises liability, and product liability claims.

The Court DIRECTS Plaintiffs, when submitting proposed jury instructions pursuant to the scheduling order in this matter, (*see* Dkt. No. 21), to incorporate a proposed instruction substantively similar to the one described above.[1]

It is so ORDERED this 8th of June 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] This is in addition to the spoliation instruction previously imposed. (*See* Dkt. No. 53 at 4.)

ORDER
C24-5811-JCC
PAGE - 2