Hon. John C. Coughenour

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WASHINGTON - WESTERN DIVISION**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC. an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the state of Washington,<br><br>Defendants. | Case No.: 3:24-cv-05811-JCC<br><br>**DECLARATION OF SCOTT LASALLE IN SUPPORT OF THE PARTIES JOINT BRIEF RE: DISPUTED MOTIONS IN LIMINE** |

**<u>DECLARATION OF SCOTT LASALLE</u>**

I, Scott LaSalle, declare:

1. I have personal knowledge of the following facts and could competently testify thereto under oath if called as a witness in this matter.

2. I am an attorney duly licensed to practice before all the courts of the State of Washington and authorized to practice before this Court. I am a partner with the law firm The Aguilera Law Group, APLC, which is counsel of record for defendant Gatekeeper Systems, Inc.

3. Gatekeeper has responded to all discovery requests propounded on it in this action.



THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

There are presently no pending discovery requests directed to Gatekeeper. Plaintiffs have neither filed any motion seeking to compel further discovery responses from Gatekeeper nor communicated an intent to do so.

4. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of the deposition of Jean Lubken taken on July 8, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts of the deposition of Angela Padilla taken on July 23, 2025.

6. Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of the deposition of Joseph G. Welsh taken on June 4, 2026.

7. Attached hereto as **Exhibit D** is a true and correct copy of Joseph G. Welsh's expert report in the instant case.

8. Attached hereto as **Exhibit E** is a true and correct copy of the incident reports that Plaintiffs have produced as intended exhibits. There are five reports that Plaintiffs listed in their pre-trial statement as exhibits but have not yet produced to Gatekeeper. Plaintiffs exhibit numbers for those reports are Exhibit 8, 38, 41, 42, and 46.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Complaint filed April 14, 2025 in *Larocque v The Kroger Co, et. al*., No. 25-2-07770 (Pierce County Superior Court.)

10. Attached hereto as **Exhibit G** is a true and correct copy of relevant excerpts of the deposition of Thomas Kulaga, taken August 6, 2026.

11. Attached hereto as **Exhibit H** is a true and correct copy of relevant excerpts of the deposition of Christopher Chen, PhD, PE, taken on August 5, 2026.

///

///



THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402

12. I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct. I signed this declaration on this 2nd day of September, 2026 in Laguna Hills, California.

Scott La Salle



THE AGUILERA LAW GROUP, APLC
1201 PACIFIC AVE, STE. 600
TACOMA, WA 98402