# EXHIBIT "B"

# Angela Padilla

# Lubken v. Fred Meyer Stores, Inc.

# July 23, 2025

BUELL
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840 Seattle, Washington 98101
6 South Second Street, Suite 718 Yakima, Washington 98901
Bellingham | Everett | Tacoma | Olympia | Yakima | Spokane
Seattle 206.287.9066 Tacoma 253.235.0111 Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: transcripts@buellrealtime.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, Plaintiffs, vs. FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business In the State of Washington, Defendants. | No. 3:24-CV-05811-JCC |

VIDEOCONFERENCE VIDEOTAPED DEPOSITION

UPON ORAL EXAMINATION OF

ANGELA PADILLA

Taken at 909 "A" Street, Suite 700

Tacoma, Washington

DATE TAKEN: JULY 23, 2025

REPORTED BY: LAURA L. OHMAN, RPR, CCR 3186



0ce60d6c-aaa0-4727-8fa4-c3dd6388fd73

happens to it.
Q. Okay. The paperwork you filled out, did you fill it out in the presence of Jean?
A. Yes.
Q. You were asking her questions, and as she's providing you information, you're writing into the incident report?
A. Yes.
Q. At any point, did you hand her the incident report?
A. No.
Q. Okay. And you said Ken filled out some parts of it?
A. Yeah. When -- I left him for a few minutes to go do something, and he continued with the rest of it.
Q. Do you remember what portion he had filled in?
A. No, I do not.
Q. Do you remember taking a look at the cart that Jean had used? And to clarify, when I say take a look, did you kind of push it around or kind of --
A. I did not.
Q. Okay. What do you remember about what happened with the cart?
A. I don't recall. I know it had to have been taken out of the aisle, pushed out of the aisle. I

don't recall exactly anything specifically about that at this point.

Q. And so do you have a memory of you yourself pushing the cart?

A. I did not.

Q. Okay.

A. I believe when I went to -- when I was looking over it -- and, again, this has been a while ago, I do believe I was looking over the report, realized what Ken had -- it was like on the last page, what Ken had forgot and left, and once I got that information, I don't remember -- I didn't go back to that aisle.

Q. Do you have a memory of you touching the cart that Jean had used?

A. I don't remember because I don't remember either way. It's not one of the specific things that I remember.

Q. Do you remember inspecting the cart to see if it was -- if the wheels were functioning?

A. I don't recall.

Q. Do you remember witnessing Ken touch the cart?

A. I don't know.

Q. Okay. So I'll hand you Exhibit 3.

(Exhibit No. 3 marked.)

MR. ULMER: You can hand me Exhibit 1.

C E R T I F I C A T E

STATE OF WASHINGTON
COUNTY OF KING

I, Laura L. Ohman, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the videotaped deposition of ANGELA PADILLA, having been duly sworn on July 23, 2025, is true and accurate to the best of my knowledge, skill, and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 6th day of August, 2025.

LAURA L. OHMAN, RPR, CCR 3186

My commission expires:
MARCH 2025