# Exhibit G

# Thomas Kulaga

# Lubken v. Fred Meyer Stores, Inc., et al.

# August 6, 2026

BUELL
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840 Seattle, Washington 98101
Bellingham | Everett | Tacoma | Olympia | Yakima | Spokane
Seattle 206.287.9066 Tacoma 253.235.0111 Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: info@buellrealtime.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | | |
|---|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community, | ) | |
| Plaintiffs, | ) | No. 3:24-CV-05811-JCC |
| vs. | ) | |
| FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business In the State of Washington, | ) | |
| Defendants. | ) | |

---

VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

OF

THOMAS KULAGA

---

Taken at Chandler, Arizona

(All participants appeared via videoconference.)

DATE TAKEN: AUGUST 6, 2026

REPORTED BY: LAURA L. OHMAN, RPR, CCR 3186



9a3ac569-01ad-44c1-9f9c-00e777cb8ead

number in my report. I have those Bates numbers, if you want them.

Q. Yeah, I think I -- I think I have those later in your report.

Do you know if the lock loops are located -- the lock loops near this entrance that we're seeing in Figure 1 are located inside or in the vestibule or outside the store?

A. They're typically located just inside the inner doors rather than the foyer. They don't have to be. They're always inside the store itself is -- is my experience. I -- I could look at the drawings if you'd like and give you a more precise answer.

Q. Okay. And page 7 has another still from surveillance video. Here there's a red arrow that is pointing towards Ms. Lubken and then a red arrow pointed toward a -- what's been identified as a small card.

You state in the first sentence of this page, "The small cart was presumably the subject cart."

Can you explain the basis of presuming that the small cart was the subject cart?

A. Sure. When Ms. Lubken entered the store, she attempted to use the small cart at the entrance. She abandoned it when it looked up, but she -- I would say she revealed her preference for a small cart at that



9a3ac569-01ad-44c1-9f9c-00e777cb8ead

point. Her purpose of being in a store was to purchase a single item, a hand mixer, and a small cart would be more than sufficient to carry a shopping order that small. Ms. Padilla testified that she moved a small cart out of the aisle when she was at the scene of the incident, and we can see the small cart in the video confirming that that was the cart that Ms. Padilla moved.

Q. Did you review any video showing Ms. Lubken pushing this cart that we're seeing in Figure 2?

A. No. To my knowledge, there was no video of that prior to the event.

Q. Did you review any testimony either from Ms. Lubken or from any of the other witnesses stating that this small cart in Figure 2 was the cart that was being used by Ms. Lubken and involved in the subject incident?

A. The testimony of Ms. Padilla that I already mentioned, and I believe Ms. Lubken couldn't remember.

Q. But did Ms. Padilla testify that this cart was being pushed by Ms. Lubken?

A. She testified she moved it away from where Ms. Lubken was, and there are no other carts visible in the video, implying this is the only possible cart that could have been involved.

Q. In the surveillance video from Aisle 86, can you

C E R T I F I C A T E

STATE OF WASHINGTON
COUNTY OF KING

I, Laura L. Ohman, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the videoconference deposition of THOMAS KULAGA, having been duly sworn on August 6, 2026, is true and accurate to the best of my knowledge, skill, and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 19th day of August, 2026.

NDTCA . Signed Electronic Transcript .

LAURA L. OHMAN, RPR, CCR 3186

My commission expires:
MARCH 2027