## UNITED STATES DISTRICT COURT

## DISTRICT OF WASHINGTON - WESTERN DIVISION

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiff,

v.

FRED MEYER STORES, INC. an Ohio corporation doing business in the State of Washington; THE DROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the state of Washington,

Defendants.

Case No.: 3:24-cv-05811-JCC

CERTIFICATE OF SERVICE

I, Juana Huber, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 23046 Avenida de la Carlota, Suite 300, Laguna Hills, CA 92653. On ***September 4, 2026***, I served a copy of the following documents:

DOCUMENT(S) SERVED:

**DECLARATION OF SCOTT LASALLE IN SUPPORT OF THE PARTIES JOINT BRIEF RE: DISPUTED MOTIONS IN LIMINE**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on ***September 4, 2026***, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐ (ONLY BY ELECTRONIC TRAMSMISSION) Only by e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on ***September 4, 2026,*** that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on ***September 4, 2026***, at Laguna Hills, CA.

Juana Huber

**SERVICE LIST**

Jean Lubken, et al. vs. Fred Meyer Stores, Inc., et al.
United States District Court Washington – Western Division
Case No. 3:24-cv-05811-SKV

| Recipient: | Manner of Service: |
|---|---|
| Darrell L. Cochran, Esq.<br>Andrew S. Ulmer, Esq.<br>Alexander G. Dietz, Esq.<br>**PFAU COCHRAN VERTETIS AMALA PLLC**<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br><br>*Attorneys for Plaintiffs* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com<br>jmeadows@pcvalaw.com<br>hannahgrant@pcvalaw.com |
| Joseph J.M. Lombino, Esq.<br>Joseph M. Lombino, Esq.<br>**LOMBINO MARTINO PS**<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br><br>*Attorneys for Plaintiffs* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com |
| Jennifer L. Crow, Esq.<br>Ahbra Franco, Esq.<br>**SCHEER.LAW PLLC**<br>2101 Fourth Avenue, Suite 830<br>Seattle, WA 98121<br><br>*Attorneys for Defendants Fred Meyer Stores, Inc. and The Kroger Co.* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>jen@scheer.law<br>ahbraf@scheer.law<br>adriennek@scheer.law<br>sarahc@scheer.law<br>schuylert@scheer.law |