UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

Defendants.

NO. 3:24-CV-05811-JCC

DECLARATION OF ANDREW S. ULMER REGARDING THE PARTIES' DISPUTED MOTIONS *IN LIMINE*



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **ANDREW S. ULMER**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Plaintiffs in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Thomas J. Kulaga's expert report.

3. Attached as **Exhibit 2** is a true and correct copy of Christopher T. Chen, Ph.D.'s expert report.

4. Attached as **Exhibit 3** is a true and correct copy of the deposition transcript of Christopher T. Chen, Ph.D.

5. Attached as **Exhibit 4** is a true and correct copy of the deposition transcript of Thomas J. Kulaga.

6. Attached as **Exhibit 5** is a true and correct copy of the deposition transcript of Angela Padilla.

7. Attached as **Exhibit 6** is a true and correct copy of an email I sent to Defendants' counsel with Plaintiffs' pretrial statement and a sharefile containing Plaintiffs' trial exhibits, including Plaintiffs' Trial Exhibits Nos. 8, 38, 41, 42, and 46.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' Trial Exhibits No. 8, which is an Incident Report dated March 10, 2021.

9. Attached as **Exhibit 8** is a true and correct copy of Plaintiffs' Trial Exhibits No. 38, which is an Incident Report dated September 5, 2023.



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

10. Attached as **Exhibit 9** is a true and correct copy of Plaintiffs' Trial Exhibits No. 41, which is an Incident Report dated December 23, 2023.

11. Attached as **Exhibit 10** is a true and correct copy of Plaintiffs' Trial Exhibits No. 42, which is an Incident Report dated December 23, 2023.

12. Attached as **Exhibit 11** is a true and correct copy of Plaintiffs' Trial Exhibits No. 46, which is an Incident Report dated January 26, 2026.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 4th day of September, 2026, in Tacoma, Washington.

By: ______________________________
ANDREW S. ULMER, WSBA No. 51227



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

# CERTIFICATE OF SERVICE

I, Andrew S. Ulmer, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECF by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 4th day of September, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654