## Andy S. Ulmer

| | |
|---|---|
| **From:** | Andy S. Ulmer |
| **Sent:** | Wednesday, August 5, 2026 5:10 PM |
| **To:** | Scott LaSalle; jhuber@aguileragroup.com; alg@aguileragroup.com; Jennifer L. Crow; Sarah Kay Zaleski Campbell; Schuyler Todd; Katie Tabor; Brenda Montgomery |
| **Cc:** | Darrell L. Cochran; Alexander G. Dietz; Jessica Meadows; Mollie Hetlage; Hannah Grant; Patrick Mercier; j.lombino@lombinomartino.com; joey.lombino@lombinomartino.com |
| **Subject:** | Lubken, et al. v. Fred Meyer Stores, Inc., et al. || Pretrial Statement |
| **Attachments:** | Plfs Pretrial Statement.pdf |

Counsel,

Please find attached Plaintiffs' Pretrial Statement. Plaintiffs' Trial Exhibits may be downloaded using the following sharefile:

Trial Exhibits

**Andy S. Ulmer**
Partner

PCVA
ATTORNEYS AT LAW

**p:** (253) 948-0232
**e:** aulmer@pcvalaw.com

**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700, Tacoma, WA 98402
www.pcva.law