# Incident Report

**Claim Number** 40210386CF20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3-10-21 DIVISION 701 STORE # 486

**Section A: Store ID**

Address ____ City ____ State ____ Zip ____

Manager on Duty at Time of Incident ____ Store Phone ____

Store Email Address ____

Manager Email Address ____

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Esther Flores Age 38 Gender: M/F (F circled)

Name of Parent/Guardian ____

Date of Birth 2/11/83 Marital Status S Loyalty ID # ____

Address 502 w Fremont Ave City Selah State WA Zip 98942

Home Phone 509 985 3570 Cell Phone ____ Work Phone ____

Employer Memorial Hospital Title Rev Cycle Rep 2

Work Address 15 w Yakima Ave City Yakima State WA Zip 98902

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident ~~3-10-21~~ 3-7-21 Time of Incident 7:18 AM/PM (PM circled)

Date Notified of Incident 3-7-21 Time Notified 7:45 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 40210386CF20001

Name of Employee Initially Notified Mohammed

EUID of Employee Initially Notified MA86850

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Clothing/Electronics door entrance

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

walking to exit building and cart locked up. she ran into cart

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

The exit has sliding doors with signs next to both doors giving warning about locking tires

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Neck sore, wrist hurt

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 40210386CF20001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N (N circled)

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

Tina

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Matthew Notebaum EUID MN90214

Signature [signature] Date 3-10-21

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 40210386CF20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 3-10-21 Store Address 1206 N 40th Ave

City Yakima State WA

**Contact Information**

Name Esther M. Flores Age 38 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 2/11/83 Marital Status Single

Address 502 W. Fremont Ave City Selah State WA 98942

Home Phone (509) 985-3570 Cell Phone " "

Work Phone N/A Email estherflores00@gmail.com

Preferred Method(s) of contact: Home/(cell)/~~work~~/email (circle one)

**Facts**

Date of Incident 3/4/21 Time of Incident 4/18 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

electronics/clothing exit door

Describe what happened I was exiting towards the doors and the security device locked the cart wheels and I ran into my cart.

Kroger

## Customer Statement

**Claim Number** 40210386CF20001

Describe any Injuries or Pain from this incident (Please be specific) emidiattly my wrist had pain, shortly after getting into my vehicle I noticed a pinching feeling in my right shoulder/ neck area.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Tina (she unlocked the cart) called Mohamad after arriving at home.

**Witness ID**

1 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

2 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

3 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

Your Signature Esther M Flores Date 3/10/21