Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9-6-23 DIVISION 701 STORE # 00654

**Section A: Store ID**

Address 11 Grant RD City East Wenatchee State WA Zip 98802

Manager on Duty at Time of Incident Dan Wiser Store Phone 509 881 2800

Store Email Address

Manager Email Address greg.johnson@fredmeyer.com

MOD Schedule for Next 5 Days S M T W
TH off F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Melissa A Hales Age 41 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 9/26/81 Marital Status S Loyalty ID #

Address 323 S Houston City E. Wenatchee State WA Zip 98802

Home Phone 509-264-3990 Cell Phone Same Work Phone

Employer Crunch Park Title Payroll lead

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'8, 170#, Black hair

**Section C: Incident Information**

Date of Incident 9.5.23 Time of Incident 3:05 AM/PM (PM circled)

Date Notified of Incident 9.6.23 Time Notified 5:00 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

Name of Employee Initially Notified Greg Johnson

EUID of Employee Initially Notified GJ35505

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Hom double entry way - Purchek was actuated

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

On 9/5/23 @ approx 3:05 Melissa Nolen was exiting Hom when Purchek was activated Checkstand 8.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Hom doors - double entry on inside of vestibule.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Purchek

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Lower Right side of back

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

Report Number or Contact Name and Phone# Melissa A. Nolen

Did, or will, the customer seek medical treatment? (Y)/N Antje S Rose

Doctor or Medical Facility Name, if known East Wenatchee Walk in Clinic

Address 100 Highline Drive Phone 509-436-4110

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

Dan Wilson took report

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Gregory P. Johnson EUID GJ35505

Signature [signature] Date 8-6-23

**Remember to check for video and to forward photos**