Kroger

# Incident Report

**Claim Number** 4A2312Q4C20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-23-23 DIVISION 701 STORE # 390

**Section A: Store ID**

Address 4505 City Tacoma State WA Zip 98405

Manager on Duty at Time of Incident Angela Padilla Store Phone 253-756-9280

Store Email Address

Manager Email Address Angela.Padilla@stores.FredMeyer.Com

MOD Schedule for Next 5 Days S 8-6 M off T 5:30-3:30 off TH 5:30-3:30 F 5:00-3:30 SA 5:30-3:30

X **Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jean A Lubken Age Gender: M/(F)

Name of Parent/Guardian

Date of Birth 5/18/1949 Marital Status married Loyalty ID # 253-565-6014

Address 5802 80th Ave Ct W City University Place State WA Zip 98467

Home Phone 253-565-6014 Cell Phone 253-905-3986 Work Phone —

Employer retired Title retired

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

X **Section C: Incident Information**

Date of Incident 12/23/2023 Time of Incident 1:55 AM/(PM)

Date Notified of Incident 12/23/2023 Time Notified 1:58 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2312Q4CZ0001

Name of Employee Initially Notified Patty P.

EUID of Employee Initially Notified PP11809

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Customer stopped me as I was passing aisle #86 and told me she injured herself because her cart locked up and fell on her. I called another assoc. to get mgr. assist.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I did not witness this incident but customer indicated that another customer witnessed incident. Mgr. came & assisted w/ customer stmt.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Aisle 86

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A23/2Q4CZ0001

Report Number or Contact Name and Phone#____________________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known____________________

Address____________________ Phone__________

**Section D: Witness ID**

1 Name____________________ Employee: Y/N Phone__________

Address________________ City__________ State_____ Zip_____

2 Name____________________ Employee: Y/N Phone__________

Address________________ City__________ State_____ Zip_____

3 Name____________________ Employee: Y/N Phone__________

Address________________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name____________________ EUID__________

Signature____________________ Date__________

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A23120Q4CZ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date_____ Store Address_____

City_____ State_____

**Contact Information**

Name_____ Age_____ Gender: M/F

Parent/Guardian (if minor)_____

Date of Birth_____ Marital Status_____

Address_____ City_____ State_____

Home Phone_____ Cell Phone_____

Work Phone_____ Email_____

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 12-23-2023 Time of Incident 1:55 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

isle 86 by mixers

Describe what happened I was pushing the cart, wheel locked I took a step and fell when the cart didn't move. I fell onto my right hip. The cart fell on top of me. A shopper saw me, asked if I wanted her to lift up the cart. She did and went to inform an employee after she saw that I could stand.



I needed support to hold onto a none moving structure.

## Customer Statement

**Claim Number** 4A2312Q4CZ0001

X Describe any Injuries or Pain from this incident (Please be specific) Right hip joint, questionable ability to stand unaided, pain reflecting up my right rigth side including my neck, also my right hand

X Describe any Personal Property that was damaged (Please be specific) No

X Please identify the person(s) to whom you reported the incident ~~Sandy~~ Patty P. was helpful

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature ______ Date ______

Kroger

# Evidence Report

**Claim Number** 4A2312Q4C20001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 01/20/24 DIVISION 701 STORE # 390

Date of Incident 12/23/2023 Time of Incident 01:55 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Alex Sidoff

Title and EUID, if applicable APM, A556218

**Comments (such as whether video system was not working, incident is not captured etc...)**
Incident not captured on video. Burned footage of both customer entrances & the closest PTZ to the area.

**Customer Name** Jean Lubken **Gender: M/F** (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Please describe witnesses on video

# Evidence Report

**Claim Number** 4A2312Q4CZ0001

1. Camera Location/View HABA PTZ
   Camera/Unit Number DVR 1 CAM 12
   Recording Time from 12:55 AM/PM to 02:55 AM/PM
2. Camera Location/View FOD Exit PVM
   Camera/Unit Number DVR 2 CAM 13 & 14
   Recording Time from 12:55 AM/PM to 02:55 AM/PM
3. Camera Location/View H&M Exit PVM
   Camera/Unit Number DVR 3 CAM 9 & 10
   Recording Time from 12:55 AM/PM to 02:55 AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer__________

Title and EUID__________

Photo 1 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 2 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 3 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

# Evidence Report

**Claim Number** 4A2312Q4CZ0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date____________________