# Incident Report

**Claim Number** 4A260186L6K0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/9/26 DIVISION Fred Meyer STORE # 265

**Section A: Store ID**

Address 1100 N Meridian City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Fletcher Lane Store Phone 253-840-8150

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M off T 11-9 W 11-9
TH 7-5 F 7-5 SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jacob Jorgensen Age 35 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5/29/90 Marital Status Married Loyalty ID #

Address 4605 108th Ave E City Edgewood State WA Zip 98372

Home Phone Cell Phone 253-549-5856 Work Phone

Employer Washington State DOT Title Communication Technician

Work Address City Olympia State WA Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
6'4" 260 Brown Hair, Blue Jacket Hiking Boots

**Section C: Incident Information**

Date of Incident 1/9/26 Time of Incident 10:10 (AM)/PM

Date Notified of Incident 1/9/26 Time Notified 10:10 (AM)/PM

# Incident Report

**Claim Number** 4A260186L6K0001

**Name of Employee Initially Notified** William Sullivan

**EUID of Employee Initially Notified** WS74168

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
On the sidewalk in front of Apparel entrance

**Provide Brief Description in ten words or less for Call Center entry** cart locked up on customer and he hit the cart and bruised his shin.

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

Customer grabbed a cart that was on the sidewalk, was walking, the cart locked up and his momentum carried him forward and his right shin hit the cart.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

No hazards

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** N/A

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

right shin feels bruised.

**Did Police or Emergency Services Respond?** Y/(N) **If Yes, Who?**

Kroger

# Incident Report

**Claim Number** 4A260186L6K0001

Report Number or Contact Name and Phone# Fletcher Lane 253-840-8190

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ____

Address ____ Phone ____

**Section D: Witness ID**

1 Name N/A Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

On the way to customer service, the cart locked up two or three more times.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 1/9/26

**Remember to check for video and to forward photos**