**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>Defendants. | NO. 3:24-CV-05811-JCC<br><br>**NOTICE OF PARTIAL SETTLEMENT AS TO FRED MEYER STORES, INC. AND THE KROGER CO.** |

TO: ALL PARTIES NAMED ABOVE

AND TO: THE CLERK OF THE COURT

Notice is hereby given that all claims against Fred Meyer Stores, Inc. and The Kroger Co. have been resolved as to Plaintiffs. This settlement does not affect the claims against the remaining Defendant, Gatekeeper Systems, Inc. Plaintiffs reserve and maintain all rights and claims asserted in the Complaint against Defendant Gatekeeper Systems, Inc. in this matter, and they intend to proceed to trial on said Complaint.

RESPECTFULLY SUBMITTED this 4th day of September, 2026.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By ______________________________

Darrell L. Cochran, WSBA No. 22851
Andrew S. Ulmer, WSBA No. 51227
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, **Andrew S. Ulmer,** hereby declare under penalty of perjury under the laws of the United States and the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date I served the foregoing via **ECF** by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 4th day of September, 2026.

________________________
Andrew S. Ulmer