# EXHIBIT "E"

# Customer Statement

**Claim Number** 4A220202UVS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 2-11-22 Store Address 700 Sleater-Kinney Rd

City Lacey State Washins

**Contact Information**

Name Alex Lozon Age 80 Gender: M/F

Parent/Guardian (If minor)

Date of Birth 8-26-42 Marital Status Single

Address 510 Capital Wa City Olympia State WA

Home Phone 503 6010228 Cell Phone x

Work Phone 8033 Email

Preferred Method(s) of contact: Home/cell/work/email (circle one) Phonen

**Facts**

Date of Incident 2-2-2022 Time of Incident 2 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

parking lot

Describe what happened The cart lock up on a street fell fell on street at Fred Meyers

## Customer Statement

**Claim Number** 4A220202UVS0001

Describe any Injuries or Pain from this Incident (Please be specific) Brused right cheek, chest, arm, shoulder bruised. Hospital thinks its fractured (the shoulder) Scraped knee

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Fletcher Lane

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone 5

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Alyce Larson Date 2-11-2022

# Evidence Report

**Claim Number** 4A220202UVS0001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FLS4660

Signature [signature] Date 2/11/22

Kroger

# Incident Report

**Claim Number** 

302045935630001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/24/2020 DIVISION BN/28/701 STORE # Burien RH

**Section A: Store ID**

Address 14300 1st AVE S City Seattle State WA ZIP 98168

Manager on Duty at Time of Incident Eric Georgia Store Phone 206-433-6111

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S___ M___ T___ W___ TH___ F___ SA___

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Erika Enfiro Age 43 Gender: M/(F)

Name of Parent/Guardian —

Date of Birth 04/20/76 Marital Status M

Address 11657 16th Ave S City Seattle State WA ZIP 98168

Home Phone 206 949-1283 Cell Phone 206-949-1283 Work Phone —

Employer Self employed Title Piano teacher

Work Address — City — State — ZIP —

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

5'10 brown hair [illegible] short hair/[illegible]

brown eyes, slim,

**Section C: Incident Information**

Date of Incident 2/24/2020 Time of Incident 12:20 AM/(PM)

Date Notified of Incident 2/24/2020 Time Notified 12:25 AM/(PM)



Feb. 24. 2020 2:02PM FRED MEYER #028 CSD 206-246-8537 No. 7863 P. 1

TIME RECEIVED February 24, 2020 5:08:41 PM EST | REMOTE CSID 2062468537 | DURATION 178 | PAGES 6 | STATUS Received

2-24-2020 302045935630001 5220200224028483

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Kroger

# Incident Report

**Claim Number** ______________

302045935630001

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name male security @ doors Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

not safe

unknown reason for taking the cart

______________

Print Name and EUID of Employee Completing This Report

Name Lara Suchit EUID SR98157

Signature [signature] Date 2/24/2020

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** ______________

302045935630001

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name male security @ doors Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or Concerns.):**

not safe

unknown reason for taking the cart

______________

Print Name and EUID of Employee Completing This Report

Name Laura Subicht EUID 5298157

Signature ______________ Date 2/24/2020

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 

302 045935630001

Name of Employee Initially Notified Tim + Patty Palholski

EUID of Employee Initially Notified ____________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
checked out @ SCO #A, went through
doors & wheels got locked | customer tripped over injuring tibia | knee

Provide Brief Description in ten words or less for Call Center entry
Shopping cart trip | no reason why!

Provide Detailed Description of the Incident
walked through produce doors &
wheels on the cart locked @ unknown reason
customer tripped | all of things in cart
fell off & dark | security checked for a reboot

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...
lobby by produce department

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front drivers door")
(P) tibia | knee

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? ____________

Kroger

# Incident Report

**Claim Number** ______________

302045935630001

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known —

Address — Phone ______________

**Section D: Witness ID**

1 Name male security @ doors Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations of concerns.)**

not safe

unknown reason for taking the cart

______________

Print Name and EUID of Employee Completing This Report

Name Laura Sulchit EUID 5298157

Signature [signature] Date 2/24/2020

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

Claim Number

3020459356300001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 2/24 Store Address 14300 1st Ave S Seattle WA 98168

City Burien State WA

**Contact Information**

Name Erika Tafiro

Parent/Guardian (if minor) Age 43 Gender: M/F

Date of Birth 4/20/76 Marital Status Married

Address 11657 16th Ave S. City Burien State WA

Home Phone 206-949-1203 Cell Phone " "

Work Phone Same Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 2/24/20 Time of Incident 12:25 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk etc...)

produce entry/exit

Describe what happened Wheel on Cart locked as I was leaving Causing me to trip over top of cart, falling. Cart contents, including my purse spilled out. Left bruise on my right shin/tibia.

Kroger

## Customer Statement

**Claim Number** 302045935630001

Describe any Injuries or Pain from this incident (Please be specific)__________

Describe any Personal Property that was damaged (Please be specific)__________

Please identify the person(s) to whom you reported the incident__________

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 2/24/20

Kroger

## Witness Statement

Claim Number ______________

62 302045935 630001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address __________ City __________ State __________

Date and Time of Incident __________ AM/PM

Name of Customer Involved Erika Tafoa __________ Gender: M/F

Your Name Er__________ Phone __________

Are you a Kroger employee at the incident location? Yes No

Are you related to, or are you an acquaintance of the above customer? Yes No

If yes, please describe your relationship __________

What is the best way and time to contact you? __________

Please describe what you saw, heard or otherwise witnessed about this incident __________

Signature __________ Date __________

Kroger

# Evidence Report

**Claim Number** ______________

302045935630001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION__________ STORE #__________

Date of Incident__________ Time of Incident__________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video__________

Title and EUID, if applicable__________

Comments (such as whether video system was not working, incident is not captured etc...)__________

__________

__________

__________

**Customer Name**__________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

__________

__________

Please describe witnesses on video__________

__________

__________

1. Camera Location/View__________

   Camera/Unit Number__________

   Recording Time from__________ AM/PM to__________ AM/PM

# Evidence Report

**Claim Number** ______________

302045935630001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Produce lobby
right after the security gates

Name and EUID of Employee Completing This Report [illegible]

Signature ______________ Date 2/24/2020

# Sweep/Floor Inspection Statement

**Claim Number** ______________

302045935630001

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE______________ STORE #__________

Customer Name________________________________________

Date of Incident ______________________ Time of Incident ______________ AM/PM

I (print your name)_________________________________________, on

(date)_________________________, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately ______________ AM/PM

At that time, the condition of the floor was________________________________________

______________________________________________________________

______________________________________________________________

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|---|---|
| | |
| | |
| | |
| | |
| | |

Signature_________________________________________ Date______________

Kroger

# Incident Report

**Claim Number** 302050907510001

Report to be completed by Store Management within 24 hours of incident notice

DATE 4/25/20 DIVISION FRED MEYER 70100385 STORE # 00285

**Section A: Store ID**

Address 7250 PACIFIC AVE City TACOMA State WA Zip 98408

Manager on Duty at Time of Incident BRENT MASTERSON Store Phone 253-475-6040

Store Email Address BRENT.MASTERSON@STORES.FREDMEYER.COM

Manager Email Address " " "

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH — F — SA 9-7

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ALVIN COLEY Age ____ Gender: (M)/F

Name of Parent/Guardian ____

Date of Birth 6/3/1964 Marital Status MARRIED Loyalty ID # ____

Address 2223 E SHERMAN City TACOMA State WA Zip 98404

Home Phone 253-283-8630 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'8", 262, BLK HAIR, 1 SANDLE, 1 SHOE

**Section C: Incident Information**

Date of Incident 4/25/20 Time of Incident 11:25 (AM)/PM

Date Notified of Incident 4/25/20 Time Notified 11:35 (AM)/PM

Kroger

## Customer Statement

**Claim Number** ____________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date__________ Store Address__________________________

City__________________ State______

**Contact Information**

Name__________________________ Age______ Gender: M/F

Parent/Guardian (if minor)__________________________

Date of Birth______________ Marital Status______________

Address______________ City______________ State______

Home Phone______________ Cell Phone______________

Work Phone______________ Email______________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident______________ Time of Incident__________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Describe what happened__________________________

Kroger

# Evidence Report

**Claim Number** 302050907510001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4/25/20 DIVISION 701 STORE # 00305

Date of Incident 4/25/20 Time of Incident 1126 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Rebecca Leipel

Title and EUID, if applicable RB301a02

Comments (such as whether video system was not working, incident is not captured etc...)
observed customer push cart to grocery pedestals. Cart locked up. Customer uses left foot to attempt to push? cart.

Customer Name ______ Gender (M)/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video
grey sweater, blue jeans, one flip flop sandal, one tennis shoe

Please describe witnesses on video ______

Kroger

# Evidence Report

**Claim Number** 302050907510001

1. Camera Location/View grocery pvm

   Camera/Unit Number ______

   Recording Time from 1026 (AM)/PM to 1211 AM/(PM)

2. Camera Location/View Uscan

   Camera/Unit Number ______

   Recording Time from 1026 (AM)/PM to 1211 AM/(PM)

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Kroger

## Witness Statement

**Claim Number** 4021038DA34ddd1

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address ____________ City ____________ State ________

Date and Time of Incident ____________ AM/PM

Name of Customer Involved ____________ Gender: M/F

Your Name Nicole Jessee Phone 9077500780

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship ____________

What is the best way and time to contact you? Phone

Please describe what you saw, heard or otherwise witnessed about this incident I Was working as a cashier on the Home department entrence, I heard ~~the~~ ~~we~~ The door alarm go off. I checked the Customer's bags and unlocked the cart, the lady attempted to leave again an the carts locked again, making her hit her elbow against the cart. She requested an incident report form after she dropped her kids back off at the car.

Signature [signature] Date 03/21/21

# Incident Report

**Claim Number** 402104A352C0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4-13-21 DIVISION 701 Fred Meyer STORE # 028

**Section A: Store ID**

Address 11300 1st Ave S City Burien State WA Zip 98168

Manager on Duty at Time of Incident Clare green. Store Phone 206 433 6411

Store Email Address ____

Manager Email Address Clare.Green@Stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Javier Lopez Clavijo Age 65 Gender (M) F

Name of Parent/Guardian ____

Date of Birth 2-17-55 Marital Status Married

Address 812 SW 126th St City Seattle State WA Zip 98168

Home Phone ____ Cell Phone 509 312 [redacted] 0939 Work Phone ____

Employer Amazon Title logistics

Work Address ____ City Seattle State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Short male light hair and skin. Black jacket tan pants.

**Section C: Incident Information**

Date of Incident 4-13-21 Time of Incident 4:45 AM/(PM)

Date Notified of Incident 4-13-21 Time Notified 4:50 AM/(PM)

Kroger

# Incident Report

Claim Number 402104A352C0001

Name of Employee Initially Notified Sara lynn

EUID of Employee Initially Notified SLS0055

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) customer pushed cart through (ALE door) and cart locked up and hit his shin.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident Nayeli was telling customer that we couldnt watch his bike he grabbed a small cart and walked it through the ALE door and the wheel locked up and hit his leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ALE door clear.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") right leg on the shin.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

# Incident Report

Claim Number 402104A352C0001

Report Number or Contact Name and Phone# __________

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known __________

Address __________ Phone __________

**Section D: Witness ID**

1 Name Nayuli Rodriguez Employee: (Y)/N Phone 206 349 3922

Address __________ City Burien State WA Zip __________

2 Name Janice Mabura Employee: (Y)/N Phone __________

Address __________ City Burien State WA Zip __________

3 Name __________ Employee: Y/N Phone __________

Address __________ City __________ State __________ Zip __________

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Sara Wynn EUID 81500055

Signature [signature] Date 4-13-21

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 402104A352C0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4-13-21 DIVISION 701 STORE # 28

Date of Incident 4-13-21 Time of Incident 16:43:30 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video Susie Adams

Title and EUID, if applicable Asset Protection Specialist SA67387

**Comments (such as whether video system was not working, incident is not captured etc...)**

Customer Name Javier Clarijo Gender M/F (M circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video LIGHT COLORED HAIR. BLACK JACKET TAN PANTS

Please describe witnesses on video

1. Camera Location/View Apparel doors

   Camera/Unit Number 8

   Recording Time from 15:43:30 AM/PM (PM circled) to 17:43:30 AM/PM (PM circled)

Kroger

## Witness Statement

Claim Number 402104A352C0001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address M300 1st AVE S City Burien State WA

Date and Time of Incident 4:50 AM/(PM)

Name of Customer Involved Javier Lopez Gender (M)/F

Your Name Nayeli Rodriguez Phone (206) 349-3422

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship

What is the best way and time to contact you? By #, in the morning

Please describe what you saw, heard or otherwise witnessed about this incident

i was explaining to him where he told leave his bike, while he shopped. He grabbed a cart left then came back for a new one. He passed the front doors, & the cart locked. When the cart locked, he said it hit his shin

Signature [signature] Date 4-13-21

## Customer Statement

**Claim Number** 4A2108BF51C0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8-10-21 Store Address 18325 Aurora Ave N.

City Shoreline State WA

**Contact Information**

Name Tamara Simon Age ______ Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______

Home Phone ______ Cell Phone 206-850-3630

Work Phone ______ Email tamara@tamarasimon.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8-10-21 Time of Incident 2:40 AM/(PM) (Approximate)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

At N. Lobby Closest to Pharmacy

Describe what happened At N. Lobby customer walked in pushing a large shopping cart -- Turned Back quickly to retrieve cell phone in car -- Cart wheels locked up causing her and the cart to collide.

# Customer Statement

**Claim Number** HA21 08BF51C0001

Describe any Injuries or Pain from this incident (Please be specific) Customer Stated: chest Area -- Had the wind knocked out of her

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

2 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

3 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

Your Signature Customer Declined to Stay + Complete Paperwork Date 8-10-21

Kroger

# Evidence Report

**Claim Number** HA2108BF51C0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 8-10-21 DIVISION ______ STORE # 013

Date of Incident 8-10-21 Time of Incident 2:40 AM/PM (circled: PM) (Approximate)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video ______

Title and EUID, if applicable ______

**Comments (such as whether video system was not working, incident is not captured etc...)** ______

**Customer Name** Tamara Simon **Gender: M/F** (F underlined)

Please describe the customer's clothing, hair color, etc...to assist with identification on video
Caucasian; 4'10"; Salt and Pepper Hair; Short Hair;
Dark Turquoise outfit -- Shirt + Pants

Please describe witnesses on video ______

Kroger

# Incident Report

**Claim Number** 4A2108BF51C0001

Report Number or Contact Name and Phone# Tamara Simon 206-850-3630

Did, or will, the customer seek medical treatment? Y/N unknown

Doctor or Medical Facility Name, if known________

Address________ Phone________

**Section D: Witness ID**

1 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

2 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

3 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer was in Tears and Appeared to Truly be in Distress.

Print Name and EUID of Employee Completing This Report

Name Clara Morris EUID CM23717

Signature C. Morris Date 8-10-21

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/14/21 DIVISION 2 STORE # 683

**Section A: Store ID**

Address 2900 Columbia House Blvd City Vancouver State WA Zip 98661

Manager on Duty at Time of Incident Rhonda Harteloo Store Phone 360-619-1700

Store Email Address n/a

Manager Email Address rhonda.harteloo@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name William O'Connell Age 43 Gender: (M)/F

Name of Parent/Guardian n/a

Date of Birth 8/18/1977 Marital Status married Loyalty ID # ____

Address 3231 NW Julia St City Camas State WA Zip 98607

Home Phone n/a Cell Phone 503 593 3798 Work Phone 503 228 7077

Employer Onpoint Title membership officer

Work Address 500 NE Tenney City Vancouver State WA Zip 98685

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 8/14/2021 Time of Incident 11:05 (AM)/PM

Date Notified of Incident 8/14/2021 Time Notified 11:05 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

Name of Employee Initially Notified Makenzie Wallers

EUID of Employee Initially Notified MW

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ale side entrance on way into lobby from inside store

Provide Brief Description in ten words or less for Call Center entry pushing small cart back when it locked, hit customer in shin

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer hit cart ~~when~~ with shin which tore skin & began to bleed

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

warning sign of locking carts inside lobby by carts

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

n/a

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

right leg shin

Did Police or Emergency Services Respond? Y/N If Yes, Who? no

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

Report Number or Contact Name and Phone# William O'Connell 503 593 3798

Did, or will, the customer seek medical treatment? Y/N unsure

Doctor or Medical Facility Name, if known Dr. Cristina de Casto-Dela Cruz Providence

Address 17550 Pacific Hwy Lake Oswego OR 97034 Phone 503-513-3350

**Section D: Witness ID**

1 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

2 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

3 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name McKenzie Dinsdale EUID MD65556

Signature [signature] Date 8.14.2021

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2108F27BB0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 8/14 Store Address 2800 Columbia House Blvd

City Vancouver State WA

**Contact Information**

Name ______ Age ______ Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______

Home Phone ______ Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8/14/21 Time of Incident 11:05 AM/PM (AM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Apparel entrance

Describe what happened ______

Kroger

## Customer Statement

**Claim Number** 4A2108F27BB0001

Describe any Injuries or Pain from this incident (Please be specific) right leg shin is cut and bleeding

Describe any Personal Property that was damaged (Please be specific) n/a

Please identify the person(s) to whom you reported the incident Makenzie Walters, Mckenzie Dinsdale, and Rhonda Hartefoo

**Witness ID**

1 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

2 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

3 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

Your Signature [signature] Date 8/14/21

# Evidence Report

**Claim Number** 4A2108F27BB0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report____________________

Signature____________________ Date____________________

Kroger

# Incident Report

**Claim Number** 4A2108078720001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/18/21 DIVISION Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney Rd SE City Lacey State WA Zip 98503

Manager on Duty at Time of Incident Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 10-8
TH off F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jake Shapley Age 43 Gender: (M) F

Name of Parent/Guardian

Date of Birth 07/27/78 Marital Status Married

Address 525 75th Way NE City Olympia State WA Zip 98506

Home Phone 360-972-6915 Cell Phone Same Work Phone 360-972-5081

Employer WA State Fish + Wildlife Title Software Engineer

Work Address 1111 Washington St. SE City Olympia State WA Zip 98501

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
6'1" 205 Brown Tennis Shoes

**Section C: Incident Information**

Date of Incident 8/18/21 Time of Incident 11:45 (AM)/PM

Date Notified of Incident 8/18/21 Time Notified 11:50 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2108078720001

Name of Employee Initially Notified Lisa Salazar

EUID of Employee Initially Notified LT88188

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Parking lot – South side by Sidewalk

Provide Brief Description in ten words or less for Call Center entry customer pushing cart, cart locked up and jammed and twisted left wrist

Provide Detailed Description of the Incident customer was pushing the cart up the ramp and it went over the barrier and locked up, causing the customer to stop and jam and twist his wrist

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... Sign a few feet from barrier

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Gatekeeper

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

jammed/twisted left wrist

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

# Incident Report

**Claim Number** 4A2108078720001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known Kaiser urgent care

Address_____ Phone_____

**Section D: Witness ID**

1 Name none Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FLS4660

Signature [signature] Date 8/18/21

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2108078720001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 8/18/21 Store Address

City Lacey State WA

**Contact Information**

Name Jake Slepley Age 43 Gender: M/F

Parent/Guardian (If minor)

Date of Birth 07/27/75 Marital Status M

Address 525 75TH WAY NE City Olympia State WA

Home Phone 360-572-6915 Cell Phone Same

Work Phone 360-572-5081 Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8/18/21 Time of Incident 11:45 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

South parking lot, sidewalk ramp

Describe what happened I was pushing a cart (with my groceries in it) up a sidewalk ramp, next to my truck. The cart wheels locked up suddenly, jamming and twisting my left ankle.

# Customer Statement

**Claim Number** 4A2108078720001

Describe any Injuries or Pain from this Incident (Please be specific) My left wrist had a sharp pain when the cart stopped and twisted. It is currently tingly and sore.

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident Lisa at customer service

**Witness ID**

1 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date 8/18/21

Kroger

# Evidence Report

**Claim Number** 4A2108078720001

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FL54660

Signature [signature] Date 8/18/21

# Incident Report

**Claim Number** 4A2108059F20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/19/21 DIVISION FM (701) STORE # 701-00667

**Section A: Store ID**

Address 1225 W Bakerview City Bellingham State WA Zip 98226

Manager on Duty at Time of Incident Sam Abraham Store Phone 360 788-2500

Store Email Address ______

Manager Email Address sam.abraham@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____ TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ______ Age ______ Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______ Zip ______

Home Phone ______ Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5' 8" lighter brown/darker blond hair, speckled

**Section C: Incident Information**

Date of Incident 8/18/21 Time of Incident 8:45-ish (AM)/PM

Date Notified of Incident 8/18/21 Time Notified 8:45-ish (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2108059F20001

Name of Employee Initially Notified Betty ?

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ALF doors

Provide Brief Description in ten words or less for Call Center entry Customer leaning on cart when wheels locked - ran into cart

Provide Detailed Description of the incident Customer using a cart to brace themselves (instead of a motorized shopping cart. They were leaning ~~[illegible]~~ onto the cart when the Purcheck system activated & wheels locked up. They weren't ~~expected~~ expecting this and they said it hurt them.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ALF doors

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) n/a

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") lower back hurts - they claim cart hit them - but cant identify where

Did Police or Emergency Services Respond? Y/N (N circled) If yes, Who? offered to call for her

Kroger

# Incident Report

**Claim Number** 4A2108059F20001

Report Number or Contact Name and Phone# n/a

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Medical message (unknown)

Address in Fairhaven Phone ?

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

~~one possible employee witness?~~ wanted corporate address - provided to her wants to possibly take advantage of situation. offered first aid ~~before~~ first thing. Later asked if she wanted me to call emergency services, a friend or family member. wouldn't provide me a phone number.

Print Name and EUID of Employee Completing This Report

Name Jonathan Hilbert EUID JH14680

Signature [signature] Date 18 Aug 2021

Remember to check for video and to forward photos

Kroger

## Customer Statement

**Claim Number** 4A2108059F20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date Aug. 18 '21 Store Address Bakerview

City Bellingham State WA

**Contact Information**

Name Suzanne Yorks Age 66 Gender: M/(F)

Parent/Guardian (If minor)

Date of Birth Marital Status

Address 3106 Vallette City Bellingham State WA

Home Phone Cell Phone

Work Phone Email syorks@ the franklin.academy

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident Aug. 18, 2021 Time of Incident 8:45 ish (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Leaving store grocery side exit 1st set of doors

Describe what happened Leaning on cart with forearms, rolling right along, when cart suddenly bucked because the wheels unexpectedly locked

Kroger

## Customer Statement

**Claim Number** 4A2108059F20001

Describe any Injuries or Pain from this incident (Please be specific) I have spinal stenosis. The flared pain into my lower back.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Jonathan Holbert, through 2 other employees

**Witness ID**

1 Name young man handling carts Phone

Was this person shopping with you? Y/(N)

What is this person's relationship to you? customer to FM employee

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date Aug. 18, 2021

# Incident Report

Claim Number 4220202UVS0001

Report to be com[pleted] by Store Management within 24 hours of incident notice

DATE 2/11/2022 DIV[ISION] Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater-Kinney SE Lacey State WA Zip 98503

Manager on Duty at Time of I[ncident] Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcherlane@stores.fredmeyer.com

Manager Email Address as above

MOD Schedule for Next 5 Day[s] -4 M 10-8 T OFF W OFF
[TH] 7-3 F 7-5 SA 6-4

**Section B: Customer ID (provide contact for parent/guardian if minor is involved)**

Name Alyce Lar[...] Age 79 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 2/26/42 [Marita]l Status Single - divorced

Address 510 Capitol Way Apt. 303 City Olympia State WA Zip 98501

Home Phone n/A Cell Phone 503-501-0778 Work Phone n/A

Employer Retired Title

Work Address City State Zip

Physical Description (Ht. Wt., H[air...] describe footwear if slip or fall etc...)
6'4.5" 165 R[...], tennis shoes

**Section C: Incident Inform[ation]**

Date of Incident 2/3/20[22] Time of Incident 2:00 AM/(PM)

Date Notified of Incident 2/11/[...] Time Notified 12:35 AM/(PM)

# Incident Report

**Claim Number** 4A220202UVS0001

Name of Employee Initially Notified Fletcher Lane

EUID of Employee Initially Notified FL54660

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) parking lot on B side

Provide Brief Description in ten words or less for Call Center entry cart locked up on a customer and fell on her face and right shoulder

Provide Detailed Description of the incident customer was walking towards her car. The cart locked up at the edge of the invisible barrier. She removed her 2 bags of groceries took 2 steps forward towards her car, and tripped and fell down forward.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... unknown. Signs about locking carts in the parking lot, and in the carts. Also on the doors.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) 1045 LLC - Landlord.

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")

Bruise on right cheek. Chest, arm, shoulder bruised, hospital said they think its fractured. Scraped knee

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

Claim Number 4A220202UVS0001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Providence St. Peter

Address 413 Lilly Rd NE Olympia 98506 Phone 360-493-7289

**Section D: Witness ID**

1 Name____ Employee: Y/N. Phone____

Address____ City____ State____ Zip____

2 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

3 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

none

there did not appear to be anything wrong with the ground.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 2/11/2022

Remember to check for video and to forward photos

Kroger

# Incident Report

**Claim Number** 4A1603J153C0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/17/22 DIVISION 701 STORE # 208

**Section A: Store ID**

Address 11325 SE MILL PLAIN BLVD City VANCOUVER State WA Zip 98684

Manager on Duty at Time of Incident IVAN ZAMORA Store Phone 360 · 253 · 7053

Store Email Address JOHN . ZAMORA @ STORES . FREDMEYER . COM

Manager Email Address SAME .

MOD Schedule for Next 5 Days S___ M___ T___ W___ TH___ F OFF SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name RICHARD WILLERTON Age 76 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 3/15/46 Marital Status MARRIED Loyalty ID #

Address 18404 NE 23RD ST City VANCOUVER State WA Zip 98684

Home Phone 360 · 896 · 9986 Cell Phone Work Phone

Employer SELF EMPLOYED Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

6,1" // 220 LBS // GRAY // CAMO BOOTS / BLK SWEAT PANTS / DARK TOP

**Section C: Incident Information**

Date of Incident 3/14/22 Time of Incident 1:26 AM/(PM)

Date Notified of Incident 3/14/22 Time Notified 5:22 AM/(PM)

Kroger

# Incident Report

**Claim Number** ______________

Name of Employee Initially Notified ______________

EUID of Employee Initially Notified ______________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ______

HOME ENTRANCE, CART LOCKED ONCE IN FOYER

Provide Brief Description in ten words or less for Call Center entry ______________

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMERS PURCHASED ITEMS THROUGH SELF CHECK OUT. PROCEEDED TO EXIT HOME DOORS, UPON WALKING THROUGH FIRST DOOR, CART LOCKED, CUSTOMER BUMPED INTO CART.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

LEFT WRIST PAIN

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

______________

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ______________

# Incident Report

**Claim Number** ______________

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________

______________

______________

Print Name and EUID of Employee Completing This Report

Name ______________ EUID ______________

Signature ______________ Date ______________

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** ______________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date______________ Store Address______________________________________________

City__________________________State_________

**Contact Information**

Name_______________________________________________Age_________Gender: M/F

Parent/Guardian (if minor)__________________________________________________

Date of Birth__________________________Marital Status____________________________

Address__________________________________City____________________State________

Home Phone____________________Cell Phone______________________

Work Phone____________________Email_____________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident________________________ Time of Incident ___________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________________________________________

______________________________________________________________________________

Describe what happened________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ______________

Describe any Injuries or Pain from this Incident (Please be specific)

CANNOT LIFT LEFT ARM WITHOUT PAIN, LEFT ELBOW PAIN,
LEFT WRIST AND LEFT HIP IS FEELING BETTER
DIFFICULT TO PUT WEIGHT ON LEFT SIDE OF BODY

~~Describe any Personal Property that was damaged (Please be specific)~~

CUSTOMER HAS RHEUMATOID ARTHRITIS

Please identify the person(s) to whom you reported the incident ______________

**Witness ID**

1 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

2 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

3 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

Your Signature [signature] Date 3/17/22

Kroger

# Witness Statement

**Claim Number** 4A22074PNPS0001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 1225 Bakerview Rd City Bellingham State WA 98226

Date and Time of Incident 7/5/22 11:35 (AM)/PM

Name of Customer Involved Roberta Marie Reyes Gender: M/(F)

Your Name Orion Kochajda Phone 360 788 2900

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship N/A

What is the best way and time to contact you? Store

Please describe what you saw, heard or otherwise witnessed about this incident I did not see the incident in Question, however I heard the carlock alarm and acted accordinly.

Signature [signature] Date 07/05/22

Kroger

# Incident Report

**Claim Number** 4A22074PNPS0001

---

Name of Employee Initially Notified (Orion Kochajda - Courtesy Clerk) Ang Senature - Assistant Store Leader

EUID of Employee Initially Notified a5560093

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home Entrance lobby between EAS Pedestals

Provide Brief Description in ten words or less for Call Center entry Customer was leaving store and cart locked up and strained R+L wrists and R elbow

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer cart locked up and parcel clerk Responded to cart locking up & helped her unload to her car.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

at home entrance garden side

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

R+L wrist strained + R elbow strain

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

---

Kroger

## Incident Report

**Claim Number** 4A22074PNPS0001

Report Number or Contact Name and Phone# Roberta Marie Reyes

Did, or will, the customer seek medical treatment? Y/N Unknown - may call HCP for advise

Doctor or Medical Facility Name, if known Unsure if she will, she was not sure

Address 4407 Castle Rock Dr Blaine 98230 Phone 562 544 6095

**Section D: Witness ID**

1 Name ~~N/A~~ (Orion Korbayla) Employee: (Y)/N Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Associate (Witness) did not see the incident happen. He did respond to the customer cart locking & helped her carry her groceries to the car.

Print Name and EUID of Employee Completing This Report

Name Angsenatore EUID as56093

Signature [signature] Date 7/5/22

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

4A22083RHPS0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/3/22 DIVISION Fred Meyer (701) STORE # 424

**Section A: Store ID** 424

Address 17404 meridian E City Puyallup State WA Zip 98375

Manager on Duty at Time of Incident Shalis Cheyne Store Phone 253-445-7840

Store Email Address n/a

Manager Email Address mariah.schottz@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ____ M ____ T 7-5 W 10-8
TH 10-8 F off SA 8-6

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Norman P. Smith Age ____ Gender (M) F

Name of Parent/Guardian ____

Date of Birth ____ Marital Status ____ Loyalty ID # ____

Address 7015 236th St Ct E City Graham State WA Zip 98338

Home Phone ____ Cell Phone 253-691-2718 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, 160 lbs grey hair, short to scalp

**Section C: Incident Information**

Date of Incident 8/2/22 Time of Incident 11:00 AM/(PM)

Date Notified of Incident 8/2/22 Time Notified 11:05 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

Name of Employee Initially Notified Shalis Cheyne

EUID of Employee Initially Notified SC21068

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Frontend, produce entrance, door nearest starbucks

Provide Brief Description in ten words or less for Call Center entry cart locked up on gentleman, claimed he hurt his back.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

gentleman was leaving store, claimed his back was thrown out due to his cart locking up on him at the door.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

produce entrance of store, no cones or obstructions

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

he claimed his lower back

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Shalis Cheyne Employee: (Y)/N Phone 253-625-4277

Address 21102 55th Ave Ct E City Spanaway State WA Zip 98387

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I did notice when his cart locked up, he bent over to check on the stuff on bottom of cart.

Print Name and EUID of Employee Completing This Report

Name Shalis Cheyne EUID SC21068

Signature [signature] Date 8/3/22

**Remember to check for video and to forward photos**

CLAIM # 4A22083RHPS0001

FRED MEYER STORE
17404 MERIDIAN
8/2/22 11:04 PM

RECT# 10305~~2~~
~~RECT#~~ 1035Z NORMAN P. SMITH
7015 - 236TH ST. CT. E.
GRAHAM WA 98338
253-691-2218

I WAS LEAVING THE STORE
PUSHING A HEAVILY LOADED CART $430.72
OF GROCERIES WITH MAY CASES OF CANNED
GOODS AS IT WAS SENIOR 1ST TUES AND I WAS
DOING MY MONTHLY ~~SH~~ SHOPPING.
TO GET OVER THE THRESHOLD OF THE DOOR
I SPEED UP SLIGHTY WITH THE HEAVY LOAD.
AS I PASSED INTO THE DOOR WAY THE
CART LOCKED UP. I WAS THROWN ~~AGAINST~~
AGAINST THE CART BY MY WALKING MOMENTUM.
I SLAMMED INTO THE HANDLE BAR TWISTING
MY BACK THROWING MY HEAD FORWARD. THE
FOOD ALL LURCHED FORWARD SPILLING IN THE
CART. I COULD HARDLY WALK AND GOT THE HANDLER
TO GET ASSISTANCE TO MY CAR. BY THE TIME I
REACHED MY CAR MY BACK AND NECK ~~A~~ SIEZED UP
GIVING ME A TERRIBLE HEADACE. MY WIFE WILL HAVE
TO DRIVE ME HOME. I WILL NEED TO GO TO A
DOCTOR TOMMORROW AS IT IS LATE. NORMAN P. SMITH
I AM HAVING TROUBLE WRITTING THIS REPORT. Norman P Smith

X Norman P Smith

X ____________________
witness

Kroger

# Incident Report

**Claim Number** 4A2208G1VNX0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/13/22 DIVISION 701 STORE # 111

**Section A: Store ID**

Address 33702 21st ave sw City federal way State WA Zip 98023

Manager on Duty at Time of Incident Michael Williamson Store Phone 253 952 0100

Store Email Address Michael.Williamson@stores.fred meyer.com

Manager Email Address

MOD Schedule for Next 5 Days S M 9-7 T 9-7 W off TH 9-7 F 9-7 SA off

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kaidrin McVittie Age Gender: M/(F)

Name of Parent/Guardian

Date of Birth 3/13/78 Marital Status Married Loyalty ID #

Address 32507 41st Ave SW City Federal Way State WA Zip 98023

Home Phone Cell Phone 206-356-6175 Work Phone

Employer C&W TAX / Full-time caretaker to mother Title Office Manger

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5"5 Light blue top, matching blue sport pants. White tennis shoes while hair in ponytail.

**Section C: Incident Information**

Date of Incident 8-13-2022 Time of Incident 6:48 AM/(PM)

Date Notified of Incident 8-13-2022 Time Notified 6:50 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2208G1VNX0001

Name of Employee Initially Notified Brad Lester

EUID of Employee Initially Notified RL27689

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Outside Entrance C, in the walkway to the lobby.

Provide Brief Description in ten words or less for Call Center entry New cart lock system locked and hit customers ankle.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

With the new cart lock system, as she walked out the door, the cart locked and hit her in the left ankle

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Normal entrance on the home side.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left ankle

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4 A 2 2 0 8 G 1 V N X 0 0 0 1

Report Number or Contact Name and Phone# Kristin McVittie

Did, or will, the customer seek medical treatment? Y/N (N circled)

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Michael Williamson EUID MW75766

Signature [signature] Date 8/13/22

**Remember to check for video and to forward photos**

Kroger

**Customer Statement**

**Claim Number** 4A2208G1VNX0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8/13/22 Store Address 33702 21st ave SW

City federal WAy State WA

**Contact Information**

Name Kaitrin McritHe Age ____ Gender: M/(F)

Parent/Guardian (if minor) ____

Date of Birth 3/13/78 Marital Status Married

Address 32507 41st Ave SW City Federal way State WA

Home Phone ____ Cell Phone 206-356-6175

Work Phone ____ Email ____

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 8-13-22 Time of Incident 6:48 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Doorway leaving the store and into the lobby, at the home entrance

Describe what happened customer was exiting, the cart got halfway out the door, then it locked as she pushed to move it, her ankle got caught in the cart, and twisted.

Kroger

## Customer Statement

**Claim Number** 4A2208G1VNX0001

Describe any Injuries or Pain from this Incident (Please be specific) Left ankle, major pain.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident None, two associates came up to check on her

**Witness ID**

1 Name ____________________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

2 Name ____________________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

3 Name ____________________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

Your Signature ____________________ Date ____________

Kroger

# Evidence Report

**Claim Number** 4A2208G1VNX0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 8/13/22 DIVISION 701 STORE # 611

Date of Incident 8/13/22 Time of Incident 6:40 AM/(PM)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Laura Belford

Title and EUID, if applicable Asset protection Specialist LB31188

Comments (such as whether video system was not working, incident is not captured etc...) The incident was captured the customer pushed the cart with her left food The cart did not hit her left or right leg. No injuries were shown on video

Customer Name ______ Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Brown hair, grey sweats paints, green shirt, grey shoes

Please describe witnesses on video Blue jeans, Black shirt, Black hair, red shoes

# Evidence Report

**Claim Number** 4A2208G1VNX0001

1. Camera Location/View________________

   Camera/Unit Number________

   Recording Time from________ AM/PM to ________ AM/PM

2. Camera Location/View________________

   Camera/Unit Number________

   Recording Time from________ AM/PM to ________ AM/PM

3. Camera Location/View________________

   Camera/Unit Number________

   Recording Time from________ AM/PM to ________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer________________

Title and EUID________________

Photo 1 Date and Time Photo was Taken________ AM/PM

Brief Description of Scene________________

Photo 2 Date and Time Photo was Taken________ AM/PM

Brief Description of Scene________________

Photo 3 Date and Time Photo was Taken________ AM/PM

Brief Description of Scene________________

# Evidence Report

**Claim Number** 4A2208G1VNX0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date________________

Kroger

# Incident Report

**Claim Number** 4A221233G240001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/3/22 DIVISION FRED MEYER STORE # 265

**Section A: Store ID**

Address 1100 N MERIDIAN City PUYALLUP State WA Zip 98371

Manager on Duty at Time of Incident CHRISTINE HOPPER Store Phone 253 840 8150

Store Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

Manager Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name SIMON ZIRIAKS Age ~~63~~ 53 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5/7/63 Marital Status MARRIED Loyalty ID #

Address 1115 13TH ST NW City PUYALLUP State WA Zip 98371

Home Phone 206 300-4167 Cell Phone Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'9" WHITE HAIR, MEDIUM BUILD

**Section C: Incident Information**

Date of Incident 12/3/22 Time of Incident 6:00 AM/(PM)

Date Notified of Incident 12/3/22 Time Notified 6:00 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A221233G240001

Name of Employee Initially Notified HARRY CHEUNG

EUID of Employee Initially Notified HC20432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
GROCERY ENTRY WAY

Provide Brief Description in ten words or less for Call Center entry
INJURED HAND ON SHOPPING CART

~~Provide Detailed~~ Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER CART LOCKED UP BY ENTRY WAY. CUSTOMER STOP, DID NOT SEE ANY INJURY OR SIGNS OF DISTRESS

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

AREA WAS CLEAR, NO HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

HANDS WERE BENT

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A221233G240001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Tina Hackworth Employee (Y)/N Phone 253.508.2048

Address 5813 64th St W City University Place State WA Zip 98467

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name HARRY CHONG EUID HC20432

Signature [signature] Date 12/3/22

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A221233G240001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/3/22 Store Address 1100 N MERIDIAN

City PUYALLUP State WA

**Contact Information**

Name Simon Zirians Age ____ Gender: M/F

Parent/Guardian (if minor) ____

Date of Birth 5/7/63 Marital Status ____

Address 1115 18th st NW City puyall up State WA

Home Phone 206 300-4162 Cell Phone ____

Work Phone ____ Email Simon.zirians@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 12/3/22 Time of Incident 6:00 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Paid at new check out w/ cart – cart locked at Door, hand slamming Back & Bent back

Describe what happened ____

Kroger

## Customer Statement

**Claim Number** 4A221233G240001

**Describe any Injuries or Pain from this Incident (Please be specific)** NOT AT THIS TIME

**Describe any Personal Property that was damaged (Please be specific)** N/A

**Please identify the person(s) to whom you reported the incident** HARRY CHANG

**Witness ID**

**1 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**2 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**3 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**Your Signature** ______ **Date** 12/3/22

Tina Hackworth 12/3/2022

2 customers with child in cart going out grocery doors cart locked up, so I went over to help them. I asked if they had a receipt, the lady gave me the receipt. I did observe the male customer kept trying to move the cart. They were not going that fast. I gave the receipt back, and I unlocked cart. the lady looked at her husband and was shaking her head, and asked if he hurt his hand, and he said yes. and he was holding his hand like he hurt it. I did not observe any injury. She then looked at me and said Incident Report. I let her know she could go to customer service. She looked at me crumbled receipt and huffed and walked out with cart and her family.

[signature] 12/3/2022

# Incident Report

**Claim Number** ____________

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/31/22 DIVISION Fred meyer STORE # 615

**Section A: Store ID**

Address 6305 Bridgeport Way W. university place State WA Zip 98467

Manager on Duty at Time of Incident Chelsea Bravo Store Phone 253 460 4000

Store Email Address Chelsea.Bravo@stores.Fredmeyer.com

Manager Email Address ____________

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Nicholas ~~H~~ Harrison Age 44 Gender: M/F

Name of Parent/Guardian ____________

Date of Birth 5.30.78 Marital Status Married Loyalty ID # ____________

Address 5717 80th ave ct. w City University place State WA Zip 98467

Home Phone 253-209-1898 Cell Phone ____________ Work Phone ____________

Employer Puget Sound orthopedic Title P.A.

Work Address ____________ City ____________ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
black sweats, white hat, vest, Charcoal pull over

**Section C: Incident Information**

Date of Incident 12/31/22 Time of Incident 245 AM/PM (PM circled)

Date Notified of Incident 12/31/22 Time Notified 3:05 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** ____________

Name of Employee Initially Notified Chelsea Bravo

EUID of Employee Initially Notified CB17327

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
ALE entrance lobby

Provide Brief Description in ten words or less for Call Center entry Customer ~~that~~ Hit Shin on cart.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) [circled: as conveyed by the customer]

Walking cart out, cart locked & hit shin on cart

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Cart has alert on them, cartlock signs posted

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

leg/shin/knee - left leg

Did Police or Emergency Services Respond? Y/N [N circled] If Yes, Who? ____________

# Incident Report

**Claim Number** ____

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ____

Address ____ Phone ____

**Section D: Witness ID**

1 Name Helen Harrison Employee: Y/(N) Phone 360-471-2141

Address same as injured customer City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____

Print Name and EUID of Employee Completing This Report

Name ChelseaBrand EUID CB17324

Signature CBrand Date 12/31/22

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A23010YF6M0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/31/2 Store Address 6305 bridgeport way. W.

City University Place State WA

**Contact Information**

Name Nicholas Harrison Age 44 Gender: (M)/F

Parent/Guardian (if minor)

Date of Birth May. 30. 1978 Marital Status Married

Address 5717 80th ave. ct w. City U. P State WA

Home Phone 253-209-1898 Cell Phone

Work Phone Email

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 12/31/22 Time of Incident 2:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Ale side entrance

Describe what happened Pushed the cart, Cart locked up & twisted a bit, leg rammed into it

Kroger

## Customer Statement

**Claim Number** ____

**Describe any Injuries or Pain from this Incident (Please be specific)** Shin & twisted knee

**Describe any Personal Property that was damaged (Please be specific)** no.

**Please identify the person(s) to whom you reported the incident** Chelsea Bravo

**Witness ID**

**1 Name** Helen Harrison **Phone** 360-471-2171

**Was this person shopping with you? Y/N** (Y circled)

**What is this person's relationship to you?** wife

**2 Name** ____ **Phone** ____

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ____

**3 Name** ____ **Phone** ____

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ____

**Your Signature** Claim Filled out via phone **Date** ____

# Incident Report

**Claim Number** 4A23027YP6V0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 2/10/2023 DIVISION 5 STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney City Olympia State WA Zip 98503

Manager on Duty at Time of Incident Patrick Baker Store Phone 3604386450

Store Email Address ____

Manager Email Address ____

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Stephanie Tisby Age____ Gender: M/F

Name of Parent/Guardian ____

Date of Birth 03/05/1969 Marital Status S

Address 914 Taylor Lane NE, unit C City Olympia State WA Zip 98506

Home Phone ____ Cell Phone (253) 682-9433 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht./Wt., Hair Color, describe footwear if slip or fall etc...) Walking out the store, basket locked on me dont know why I tried to force it back pain (L) ankle pain I have previous back injury

**Section C: Incident Information**

Date of Incident 2/6/2023 Time of Incident 7:35 AM/PM (PM circled)

Date Notified of Incident 2/6/2023 Time Notified 7:43 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** ____________

Name of Employee Initially Notified Tiffany Austel

EUID of Employee Initially Notified 1926848

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) lobby At first set of inside doors closest to starbucks

Provide Brief Description in ten words or less for Call Center entry cart locked up

Provide Detailed Description of the incident cart locked up while walking outside alarm went off. I noticed she had a receipt and unlocked the cart. she called back about 10 mins later saying her back hurt and she wanted to fill out a report

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... cart lock sign on door

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") back pain and left ankle pain

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

## Customer Statement

**Claim Number** ____________

Describe any Injuries or Pain from this incident (Please be specific) back pain and left ankle pain

Describe any Personal Property that was damaged (Please be specific) ____________

Please identify the person(s) to whom you reported the incident Tiffany Austel

**Witness ID**

1 Name ____________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

2 Name ____________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

3 Name ____________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

Your Signature ____________ Date ____________

Kroger

## Sweep/Floor Inspection Statement

**Claim Number** ______________

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 2/6/23 STORE # 186

Customer Name Stephanie Tisby

Date of Incident 2/6/23 Time of Incident 735 AM/(PM)

I (print your name) Tiffany Austel, on

(date) 2/6/23, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 7:38pm AM/PM

At that time, the condition of the floor was clean and free of debris

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|---|---|
| | |
| | |
| | |
| | |
| | |

Signature ______________ Date ______________

Kroger

# Evidence Report

**Claim Number** 4A23027YP6V0001

2. Camera Location/View FOD ENTRY PUM

Camera/Unit Number 5-12

Recording Time from 7:30:40 AM/(PM) to 7:31:40 AM/(PM)

3. Camera Location/View –

Camera/Unit Number –

Recording Time from – AM/PM to – AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

**Disposable camera photos should be developed and one copy kept at the store before forwarding to Sedgwick. Digital photos should be emailed once Sedgwick contacts you.**

Kroger

# Incident Report

**Claim Number** 4A2302F1JF70001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/12/23 DIVISION 701 STORE # 236

**Section A: Store ID**

Address 7411 NE 117th Ave City Vancouver State WA Zip 98662

Manager on Duty at Time of Incident Debbie Barnett Store Phone 360 896-3500

Store Email Address

Manager Email Address debbie.barnett@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ___ M 9-7 T off W 8-6 TH VAC F VAC SA VAC

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Sahalie Bray Age 6 Gender: M/(F)

Name of Parent/Guardian Alysha Bray dad cell #

Date of Birth June 20th 2016 Marital Status — Loyalty ID # 360-513-7932

Address 4707 NE 131st Avenue City Vancouver State WA Zip 98682

Home Phone ___ Cell Phone 360-356-5077 Work Phone ___

Employer N/A Title ___

Work Address ___ City ___ State ___ Zip ___

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
48 inches tall, blonde curly hair, tan skin,
cart locked up & I (mom) ran into back of her w/ Power wheelchair

**Section C: Incident Information**

Date of Incident 02/12/23 Time of Incident 6:00 AM/(PM)

Date Notified of Incident 02/12/23 Time Notified 6:00 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2302F1JF70001

Name of Employee Initially Notified Leslie & security guard

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) garden door / entrance - exit

Provide Brief Description in ten words or less for Call Center entry cart locked up & daughter hit her knee on something & her mouth on cart

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Cart locked up - mom behind her hit her in Mart Cart & child hit cart as it locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

no safety cone - warning on shopping carts stating cart can lock up

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left knee

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A2302F1JF70001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N No

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

The mother was too close behind the child that when the cart locked up the mother ran into her from behind with the mart cart she was in.

Print Name and EUID of Employee Completing This Report

Name Debbie Barnett EUID db63918

Signature Debbie Barnett Date 2/12/23

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2302F1JF70001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 02/12/23 Store Address Orchards fred meyer

City Vancouver State WA

**Contact Information**

Name Saharie Bray Age 6 Gender: M/(F)

Parent/Guardian (if minor) Alysha Bray

Date of Birth 06/20/2016 Marital Status N/A

Address 4707 NE 131st Avenue City Vancouver State WA

Home Phone ______ Cell Phone 360-356-5077 (mom)

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 02/12/23 Time of Incident 6:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
garden center doors/ exit-entrance

Describe what happened cart locked up. my daughter hit her mouth on the cart/ tooth. Then I ran into the back of her with the power wheelchair.

she hit her knee on something too. It's bruised.

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4-28-23 Store Address 15609 E Sprage Ave

City Spokane Valley State WA

**Contact Information**

Name KAY MAtteSON Age 79 Gender: M/F

Parent/Guardian (if minor)

Date of Birth 8-11-43 Marital Status Widow

Address PO BOX 1088 City Otis Orchard State WA

Home Phone Cell Phone 425-508-1012

Work Phone Email builderKAY@GMAIL.COM

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4-28-23 Time of Incident 10:15? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Cart Locked ON me going out of Store With purchased item with Receipt.

Describe what happened When cart Locked it farred my Shoulder that I had previously injured. Lady Said it was to prevent theft. Seriously?

food exit ??

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

Describe any Injuries or Pain from this incident (Please be specific) Jarred Already hurt Shoulder

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident talked with doug Shehan

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Kay J. Mattson Date 4-28-23

# Evidence Report

**Claim Number** 4A230543HTS0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 5/5/23 DIVISION 701 STORE # 351

Date of Incident 4/28/23 Time of Incident 1015 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video aasperger

Title and EUID, if applicable apm sa56913

Comments (such as whether video system was not working, incident is not captured etc...)

unk which door exit reference to customer report

Customer Name Kay Mattson Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Please describe witnesses on video

1. Camera Location/View food, apparel, home exit doors

   Camera/Unit Number dvr 8

   Recording Time from 915 (AM)/PM to 1115 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2305542250001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5/5/23 DIVISION 701 STORE # 459

**Section A: Store ID**

Address 365 Renton Center Way SW City Renton State WA Zip 98057

Manager on Duty at Time of Incident ______ Store Phone ______

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Juliana Proctor Age 68 Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth 4/24/56 Marital Status M Loyalty ID # ______

Address 2946 S. Webster City Seattle State WA Zip 98108

Home Phone 206-427-6435 Cell Phone ______ Work Phone ______

Employer SELF EMPLOYED Title ______

Work Address SAME AS ABOVE City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'2 , AFRICAN AMERICAN

**Section C: Incident Information**

Date of Incident 4/30/23 Time of Incident 1:30 AM/(PM)

Date Notified of Incident 5/5/23 Time Notified 10:15 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2305542250001

Name of Employee Initially Notified JAMAE KENNEDY

EUID of Employee Initially Notified JT72164

Describe where the Incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
STARBUCKS ENTRANCE INSIDE STORE

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP CAUSING PAIN IN LEFT ARM/SHOULDER

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER FINISHED SHOPPING AND WENT TO STARBUCKS TO EXIT OUT OF THE STORE USING THEIR OUTSIDE ENTRANCE. CART LOCKED UP AT THE PEDISTALS IN THE ENTRANCE WAY IN STORE.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

PEDISTAL WITH SIGN STATING "WARNING CART WILL LOCK"

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

LEFT SHOULDER IN PAIN AND CANNOT LIFT ARM.

Did Police or Emergency Services Respond? Y/N (N circled) If yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2305542250001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment (Y)/N - WILL MAKE APPOINTMENT.

Doctor or Medical Facility Name, if known KAISER PERMENENTE @ RAINIER

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

______

______

Print Name and EUID of Employee Completing This Report

Name JAMIE KAWZAN EUID J1721A4

Signature [signature] Date 5/5/23

**Remember to check for video and to forward photos**

Kroger

**Customer Statement**

**Claim Number** 4A2305542250001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 5/5/23 Store Address 365 RENTON CENTER WAY SW

City Renton State WA

**Contact Information**

Name Juliana Proctor Age 68 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 4/24/1956 Marital Status W

Address 2946 S. WEBSTER City SEATTLE State WA

Home Phone 206-427-6435 Cell Phone

Work Phone Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4/30/23 Time of Incident 1:30 pm AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Starbucks INSTORE ENTRANCE

Describe what happened WAS GOING TO EXIT THROUGH STARBUCKS AND CART LOCKED UP. KEPT PUSHING CART AND HURT SHOULDER.

Kroger

## Customer Statement

**Claim Number** 4A2305542250001

---

Describe any Injuries or Pain from this incident (Please be specific) LEFT SHOULDER IMPACT
CANNOT LIFT ARM.

Describe any Personal Property that was damaged (Please be specific) NONE

Please identify the person(s) to whom you reported the incident JAMIE KENNEDY

**Witness ID**

1 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

2 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

3 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

Your Signature [signature] Date 5-5-2023

Kroger

# Evidence Report

**Claim Number** 4A2305542250001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 5/5/23 DIVISION 701 STORE # 459

Date of Incident 4/30/23 Time of Incident 1:30 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video ______

Title and EUID, if applicable ______

Comments (such as whether video system was not working, incident is not captured etc...) ______

______

______

______

Customer Name Juliana Proctor Gender: M/F (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video ______

______

______

Please describe witnesses on video ______

______

______

# Evidence Report

**Claim Number** 4A2305542250001

1. Camera Location/View ____________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

2. Camera Location/View ____________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

3. Camera Location/View ____________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________________

Title and EUID ____________________

Photo 1 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

Photo 2 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

Photo 3 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

Kroger

# Evidence Report

**Claim Number** 4A2305542250001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jamae Kennedy

Signature [signature] Date 5/5/23

Kroger

## Customer Statement

**Claim Number** 4A2305751TK0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date ~~5/7/23~~ 05/07/23 Store Address 18805 SR-2

City Monroe State WA

**Contact Information**

Name Jodi M. Marsall Age 51 Gender: M (F)

Parent/Guardian (if minor)

Date of Birth 5-16-1971 Marital Status Single

Address 6025 W. Flowing Lk Rd City Snohomish State WA 98290

Home Phone Cell Phone 425-426-5169

Work Phone Email jmarsall@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 5/4/2023 Time of Incident 6:45 (?ish) AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc.)

Main door - leaving store - cart locked up - forcing my body to slam against the front cart - my Right Knee slammed causing the card to tip on the side.

Describe what happened

My Right Knee immediately swelled up. Causing immediate pain, bruising & swelling. I went to walk-in clinic Sat., May 6th.

Kroger

# Incident Report

**Claim Number** 4A2305751TK0001

Name of Employee Initially Notified DAVID BARGER

EUID of Employee Initially Notified DB82479

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
APPAREL ENTRY - EXITING BUILDING

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP AS SHE WAS LEAVING AND TIPPED OVER

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

SHOPPING CART LOCKED UP AS SHE WAS LEAVING, CART STOPPED AND SHE SLAMMED INTO IT, CAUSING THE CART TO TIP OVER INTO RIGHT KNEE

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

NO VISIBLE HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

EVS EVENT MANAGEMENT - IN STORE SAMPLES - SHE WAS IN THE STORE DOING A DEMO

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

RIGHT KNEE - SWOLLEN / SPRAINED, FLUID ON KNEE

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

## Customer Statement

**Claim Number** 4A2305751TK0001

Describe any Injuries or Pain from this incident (Please be specific) Right Knee - Sprain w/ fluid

Describe any Personal Property that was damaged (Please be specific) ______

Please identify the person(s) to whom you reported the incident David Barger

**Witness ID** N/A

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Jodi M. Mcusall Date 5/7/23

Kroger

# Evidence Report

**Claim Number** 4A2305751TK0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jasmine Pierce JPIII72

Signature [signature] Date 5/9/23

Kroger

# Incident Report

**Claim Number** 4021016660D0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/27/21 DIVISION Fred Meyer STORE # 486

**Section A: Store ID**

Address 1206 N 40th Ave City Yakima State WA Zip 98902

Manager on Duty at Time of Incident [redacted] Store Phone 509.576.6800

Store Email Address [redacted]

Manager Email Address [redacted]

MOD Schedule for Next 5 Days S [redacted] M [redacted] T [redacted] W [redacted] TH [redacted] F [redacted] SA [redacted]

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Candis Hopdart Age 60 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 10231960 Marital Status S

Loyalty ID # 44769941744

Address 1050 SD State Route 410 #2 City Naches State WA Zip 98937

Home Phone 509.907.0432 Cell Phone Work Phone

Employer American Red Cross Title

Work Address 302 S 2nd St City Yakima State WA Zip 98902

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, 160lbs, Salt & Pepper Hair - Green Eyes, Female
Caucasian

**Section C: Incident Information**

Date of Incident 1/27/21 Time of Incident 18:00 AM/PM (PM circled)

Date Notified of Incident 1/27/21 Time Notified 18:10 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 40210166600001

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified [redacted]

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Went through entrance B, purchek wheels locked up & hurt her right & left hands - right hand bent back & sprained right wrist.

Provide Brief Description in ten words or less for Call Center entry
purchek alarm locked & bent back wrists & fingers

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went through entrance B, purchek alarm sounded, locked cart, and bent back customers wrists & fingers w/ abrupt stop/lock

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Entrance B,

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Right hand & wrists & fingers
left hand & wrist & fingers.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4021016660D0061

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known Urgent Care Yakima Valley

Address Union Gap Blvd Phone

**Section D: Witness ID**

1 Name [redacted] Employee: (Y)/N Phone [redacted]

Address City State Zip

2 Name [redacted] Employee: (Y)/N Phone [redacted]

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

[redacted]

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signature Date 1/28/2021

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4021016660D0001

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 1/27/2021 Store Address 1206 N 40th Ave, Yakima

City Yakima State WA

**Contact Information**

Name Candis Hoptowit Age 60 Gender: M/(F)

Parent/Guardian (if minor) ________

Date of Birth 10/23/60 Marital Status Single

Address 15050 State Rt 410, #2 City Naches State WA

Home Phone ________ Cell Phone 509.907.0432

Work Phone ________ Email ________

Preferred Method(s) of contact: (Home)/(cell)/work/email (circle one)

**Facts**

Date of Incident 1/27/21 Time of Incident 1:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Entry B near Apparel + Electronics

Describe what happened I made my purchase and hastened to exit adjusting my purse & bags. Holding onto the cart to return it through the doors, the cart locked up in the door way, throwing me over the handle & bending my hands/ wrists in an unnatural position/position. The cashier Christina assisted me immediately. And I departed for home. On 1/28/2021 saw Urgent care for x-rays – no broken bones. [illegible]

Kroger

## Customer Statement

**Claim Number** 4021016660000001

Describe any Injuries or Pain from this incident (Please be specific)

Right wrists + fingers/hand

Left wrists, fingers + hand

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

[redacted] - Long brown hair, manager

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature ______ Date ______

# Incident Report

**Claim Number** 40210386CF20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3-10-21 DIVISION 701 STORE # 486

**Section A: Store ID**

Address ____ City ____ State ____ Zip ____

Manager on Duty at Time of Incident ____ Store Phone ____

Store Email Address ____

Manager Email Address ____

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Esther Flores Age 38 Gender: M/(F)

Name of Parent/Guardian ____

Date of Birth 2/11/83 Marital Status S Loyalty ID # ____

Address 502 w Fremont Ave City Selah State WA Zip 98942

Home Phone 509 985 3570 Cell Phone ____ Work Phone ____

Employer Memorial Hospital Title Rev Cycle Rep 2

Work Address 15 w Yakima Ave City Yakima State WA Zip 98907

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident ~~3-10-21~~ 3-7-21 Time of Incident 7:18 AM/(PM)

Date Notified of Incident 3-7-21 Time Notified 7:45 AM/(PM)

# Incident Report

**Claim Number** 4 0 2 1 0 3 8 6 C F 2 0 0 0 1

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified [redacted]

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Clothing/Electronics door entrance

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

walking to exit building and cart locked up. she ran into cart

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

The exit has sliding doors with signs next to both doors giving warning about locking tires

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Neck sore, wrist hurt

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 40210386CF20001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

Tina

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signature [redacted] Date 3-10-21

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 40210386CF20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 3-10-21 Store Address 1206 N 40th Ave

City Yakima State WA

**Contact Information**

Name Esther M. Flores Age 38 Gender: M/(F)

Parent/Guardian (If minor)

Date of Birth 2/11/83 Marital Status Single

Address 502 W. Fremont Ave City Selah State WA 98942

Home Phone (509)985-3570 Cell Phone " "

Work Phone N/A Email estherflores02@gmail.com

Preferred Method(s) of contact: Home/(cell)/~~work~~/email (circle one)

**Facts**

Date of Incident 3/4/21 Time of Incident 4/18 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
electronics/clothing exit door

Describe what happened I was exiting towards the doors and the security device locked the cart wheels and I ran into my cart.

Kroger

## Customer Statement

**Claim Number** 4021038 6CF20001

Describe any Injuries or Pain from this Incident (Please be specific) emidiently my wrist had pain, shortly after getting into my vehicle I noticed a pinching feeling in my right sholder/ neck area

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident [redacted] (she unlocked the cart) called [redacted] after arriving at home.

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Esther M Aiono Date 3/10/21

Fax (877) 498-8741

# Incident Report

**Claim Number** 4A24045FHM70001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/6/2024 DIVISION 701 STORE # 424

**Section A: Store ID**

Address 17404 Meridian E City Puyallup State WA Zip 98373

Manager on Duty at Time of Incident [redacted] Store Phone (253) 445-7840

Store Email Address [redacted]

Manager Email Address ______

MOD Schedule for Next 5 Days S 7A-5p M off T 7A-5p W 7A-5p TH 10A-8p F off SA 10A-8p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Akana, Floripina Age 56 Gender: M (F)

Name of Parent/Guardian ______

Date of Birth 7/2/1967 Marital Status ______ Loyalty ID # ______

Address 9422 185th St Ct E City Puyallup State WA Zip 98375

Home Phone ______ Cell Phone (808) 743-2043 Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Ht. 5'2" eyes, brown hair color black, navy long sleeved shirt, blue joggers, black tennis shoes

**Section C: Incident Information**

Date of Incident 4/6/2024 Time of Incident 1:35 AM/(PM)

Date Notified of Incident 4/6/2024 Time Notified 1:40 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified [redacted]

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Main entrance near ad display - Entry A that leads into the produce department.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I heard the door alarm and saw a woman at entrance. It appeared her cart had locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Main entrance was clean. No hazards present.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left breast - cart jarred into area when it locked up as she was pushing it.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Report Number or Contact Name and Phone# 4A24045FHM70001

Did, or will, the customer seek medical treatment? Y/N Unown

Doctor or Medical Facility Name, if known Madigan or VA

Address ____ Phone ____

**Section D: Witness ID**

1 Name Isabelita Call Employee: Y/(N) Phone (253)720-7819

Address 20705 81st Ct E City Spanaway State WA Zip 98387

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signat[redacted] Date 4/6/2024

[redacted]or video and to forward photos

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4/6/2024 Store Address 17404 Meridian E

City Puyallup State WA

**Contact Information**

Name FLO Age ______ Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______

Home Phone ______ Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4/6/24 Time of Incident 1:30 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

BY THE GROCERY DOOR

Describe what happened I WAS PUSHING MY CART ON THE WAY OUT BY THE GROCERY DOOR AND ALL OF A SUDDEN MY CART STOPPED. AND HIT MY LEFT BREAST REAL HARD ON THE HANDLE OF THE CART BECAUSE OF SUDDEN STOP.

---

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

Describe any Injuries or Pain from this incident (Please be specific) LEFT BREAST REALLY PAINFUL FROM THE HARD IMPACT OF THE CART WHEN IT STOPS SUDDENLY.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident [redacted]

**Witness ID**

1 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

2 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

3 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

Your Signature [signature] Date 4/6/24

Kroger

# Evidence Report

**Claim Number** 4A24045FHM70001

---

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4/6/24 DIVISION 701 STORE # 424

Date of Incident 4/6/24 Time of Incident 1:38 AM/(PM)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video [redacted]

Title and EUID, if applicable [redacted]

Comments (such as whether video system was not working, incident is not captured etc…)

Full incident was captured

Customer Name ______ Gender: M/F

Please describe the customer's clothing, hair color, etc…to assist with identification on video

Black hair, blue hoodie, blue jeans, black shoes.

Please describe witnesses on video No one stops. ASL Nichole comes to assist and escort customer to the service desk.

# Evidence Report

**Claim Number** 4A24045FHM70001

1. Camera Location/View [redacted]

   Camera/Unit Number [redacted]

   Recording Time from 1:38:40 AM/PM (PM circled) to 1:40:00 AM/PM (PM circled)

2. Camera Location/View ____________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

3. Camera Location/View ____________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________

Title and EUID ____________

Photo 1 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

Photo 2 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

Photo 3 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

# Evidence Report

**Claim Number** 4A24045FHM70001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date________________

Case 3:24-cv-05811-JCC Document 65 Filed 09/04/26 Page 123 of 547

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/1/24 Store Address 800 Tenney Rd

City Vancouver State WA

**Contact Information**

Name Amy MacBeth Age 37 Gender: M/(F)

Parent/Guardian (if minor) N/A

Date of Birth 12/3/86 Marital Status Married

Address 12715 NW 47th ave City Vancouver State WA 98685

Home Phone ______ Cell Phone 708 528 0942

Work Phone ______ Email AmyVPen@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 4/2a/24 Time of Incident 10:42 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

I was exiting, the cart locked due to a malfunction, jamming my right leg/knee. ~~Soon~~ No signs/warnings this could happen that I saw.

Describe what happened Security scanned my bag then & then allowed me to continue through the door. On the grocery side door exit.



5-1-2024 4A240504KSJ0001 6020240501036760

DEF FRED MEYER_000087

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

Describe any Injuries or Pain from this incident (Please be specific) Right leg/knee which jammed into stopped cart. Pain in Right knee. when weight is on it.

Describe any Personal Property that was damaged (Please be specific) n/A

Please identify the person(s) to whom you reported the incident Security guard

**Witness ID**

1 Name______ Phone______

Was this person shopping with you? Y/N

What is this person's relationship to you?______

2 Name______ Phone______

Was this person shopping with you? Y/N

What is this person's relationship to you?______

3 Name______ Phone______

Was this person shopping with you? Y/N

What is this person's relationship to you?______

Your Signature [signature] Date 5/1/24

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/29/24 DIVISION 701 STORE # 460

**Section A: Store ID**

Address 800 Tenney Rd City Vancouver State WA Zip 98685

Manager on Duty at Time of Incident [redacted] Store Phone (360)571-2576

Store Email Address [redacted]

Manager Email Address [redacted]

MOD Schedule for Next 5 Days S [redacted] M [redacted] T [redacted] W [redacted]
TH [redacted] F [redacted] SA [redacted]

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ____ Age ____ Gender: M/F

Name of Parent/Guardian ____

Date of Birth ____ Marital Status ____ Loyalty ID # ____

Address ____ City ____ State ____ Zip ____

Home Phone ____ Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 4/29/24 Time of Incident 10:42 AM/PM (AM circled)

Date Notified of Incident Called [redacted] on 4/29/24 Talked too about what happened Time Notified 11:00 AM/PM (AM circled)

# Incident Report

**Claim Number** 4A240504KSJ0001

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
In front of the Grocery doors leading outside

Provide Brief Description in ten words or less for Call Center entry cart locked up after going out Grocery doors and it hit her Knee/leg

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went out Grocery doors + the cart locked up and she hit her Knee/leg

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entrances were clear

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right knee/leg

Did Police or Emergency Services Respond? Y/N (circled: N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known ________________

Address ________________ Phone ________________

**Section D: Witness ID**

1 Name ________________ Employee: Y/N Phone ________________

Address ________________ City ________________ State ________ Zip ________

2 Name ________________ Employee: Y/N Phone ________________

Address ________________ City ________________ State ________ Zip ________

3 Name ________________ Employee: Y/N Phone ________________

Address ________________ City ________________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

n/A

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signat[redacted] Date 5/1/24

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2410RDDYJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24 DIVISION Fred Meyer STORE # 460

**Section A: Store ID**

Address 8700 NE Fourney Rd City Vancouver State WA Zip 98665

Manager on Duty at Time of Incident [redacted] Store Phone 360-571-2540

Store Email Address [redacted]

Manager Email Address

MOD Schedule for Next 5 Days S 7A-5P M 7A-5P T 7A-5P W 7A-5P TH 7A-5P F 7A-5 SA 7A-5P

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Birian Age 32 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 12/12/91 Marital Status Married Loyalty ID # 3609015280

Address 4019 NE 94th ST City Vancouver State WA Zip 98665

Home Phone N/A Cell Phone 3609015280 Work Phone N/A

Employer N/A Title N/A

Work Address N/A City N/A State N/A Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Hair up, Black hair, Black leggings, Sweatshirt, Nike Shoes

**Section C: Incident Information**

Date of Incident 10/15/24 Time of Incident ~11:30 (AM)/PM

Date Notified of Incident 10/21/24 Time Notified 4:30 AM/(PM)

# Incident Report

**Claim Number** 4A2410RDDYJ0001

Name of Employee Initially Notified: not @ store, notified after via phone

EUID of Employee Initially Notified: N/A

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) in entrance to grocery/apparel

Provide Brief Description in ten words or less for Call Center entry: exiting store wheels locked cart went up landed on left knee

Provide Detailed Description of the incident (as witnessed by you) OR (as conveyed by the customer) (circle one)

exiting store, wheels locked up cart hit up landed on customers left knee. Said there was a new guard @ door, described as bald guy.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Signage on all carts showing they lock.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left knee whole left knee

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? No

# Incident Report

**Claim Number** 4A241[illegible]YJ0001

Case # customer provided ↓

Report Number or Contact Name and Phone# 74677433

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known a Clinic - no specific DR

Address N Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

-7807, last 4 of Reward Card

- Stated there were no other customers/witnesses with her aside from personally Memoguard@Door

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signature [redacted] Date 10/21/24

**Remember to check for video and to forward photos**

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 10-15-24 Store Address 800 NE tenny RD
City Vancaver State WA

**Contact Information**

Name Maria Bivian Age 32 Gender: M/(F)

Parent/Guardian (If minor) ______

Date of Birth 12-12-91 Marital Status Married

Address 4019 NE 94th ST City Vancouver State WA

Home Phone 360-901-5380 Cell Phone 360-901-5380

Work Phone — Email mmiabivian21@yahoo.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 10-15-24 Time of Incident 10:30 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery entrance

Describe what happened While ~~Shopp~~ exiting Fredmyers an incident occurred that resulted in an injury to my knee. as I was pushing cart the wheels unexpectedly stopped. The sudden halt caused my knee to collide. Shopping cart went up and landed down on my knee, as a result of the impact I have been experiencing ~~an~~ significant knee pain.

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

**Describe any Injuries or Pain from this incident (Please be specific)** Throbing pain left knee, Not allowing to Stand long on left leg.

**Describe any Personal Property that was damaged (Please be specific)** N/A

**Please Identify the person(s) to whom you reported the incident** [redacted]
[redacted] 10-21-24

**Witness ID** N/A

**1 Name** ______________________ **Phone** ______________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______________

**2 Name** ______________________ **Phone** ______________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______________

**3 Name** ______________________ **Phone** ______________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______________

**Your Signature** ______________ **Date** 10-21-24

# Incident Report

**Claim Number** ~~4A24121J5V50001~~

4A24121J5V50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-2-24 DIVISION Fred Meyer STORE # 652

**Section A: Store ID**

Address 201 S. Water St City Ellensburg State WA Zip 98926

Manager on Duty at Time of Incident [redacted] Store Phone 509-962-0514

Store Email Address [redacted]

Manager Email Address __________

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Andy Cleman Age____ Gender: (M)/F

Name of Parent/Guardian__________

Date of Birth________ Marital Status Married Loyalty ID #________

Address________ City________ State____ Zip____

Home Phone________ Cell Phone 509-925-4015 Work Phone________

Employer________ Title________

Work Address________ City________ State____ Zip____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)________

**Section C: Incident Information**

Date of Incident 11-28-2024 Time of Incident 12:56 AM/(PM)

Date Notified of Incident 12-2-2024 Time Notified 2:30 AM/(PM)

Kroger

# Incident Report

**Claim Number** ______________

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified [redacted]

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Entrance

Provide Brief Description in ten words or less for Call Center entry ______________

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Cart locked on Customer causing injuries.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

______________

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

______________

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ______________

Kroger

# Incident Report

**Claim Number** 4A24121J5V50001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signature Date 12-2-24

**Remember to check for video and to forward photos**

[redacted]

December 2, 2024

Fred Meyer (Kroger)
Ellensburg Branch, hand-delivered

4A241121J5V50001

Dear Lee,

Last week on Monday, November 25 we met and discussed in detail the incident my wife experienced regarding the dangerous "security cart" protocols. As you recall, she was the victim of an auto-engagement of the security cart while exiting the north door on the evening of November 23. Coincidentally, my eldest daughter experienced an injury from a similar cart malfunction on Thanksgiving Day, only five days later. This marks the second incident of Kroger's unsupervised security carts causing injury to be inflicted upon two members of my family within less than one week.

Here are the details of the second incident:

After purchasing grocery items @ 12:56 pm on Thursday, November 28, my daughter bought a coffee and perused some clothing items for a few minutes before exiting the store through the north door. As she left, the cart she was pushing suddenly locked up with no prior warning. This abrupt and unannounced action caused my daughter's leg to strike the cart, which caused a laceration and bruise. A photo of her injury and a copy of her receipt are attached.

I now must strongly urge you to pursue a resolution to this ongoing and dangerously reckless "security" practice. Any delay in a resolution places your customers at risk of sustaining injuries and places Kroger at risk of litigation. As a reminder, here are the details of two of the possible resolutions we discussed on November 25:

1) **Fix the "security cart" software.** Currently the carts abruptly halt (a.k.a. auto-engage) randomly and incorrectly each day. Tighten up the code and/or the variables in the system so the carts activate only when either a law or store policy has been violated. There should be less than one false positive for every thousand accurate engagements; e.g. less than .10% defaults

2) **Pull the plug on the existing dangerous security cart system**. Not one criminal has been apprehended in Ellensburg via the use of these security carts; however, many customers have been injured and are complaining. This is the best option for Kroger given the acceleration of reported incidents and injuries.

I previously provided you with the RCW for the crime of Reckless Endangerment (RCW 9A.36.050) and suggested you contact Kroger's VP of Security. I will follow up with you in one week to allow you time to resolve this matter.

Knowingly and willfully allowing the current security cart system to continue to injure your own law-abiding customers is not only flagrantly reckless, it is morally and legally wrong. Please resolve this matter as soon as possible.

Andrew W. Cleman
*Shield & Sword*, Citizen's Advocates
(509) 925-4015

cc: Julieann Cleman, victim #1
Allison Cleman, victim #2
Shield & Sword, archives

attachments: Photo of victim #2 leg injury
Copy of Nov 28 receipt, second incident

Cart Jam Save Allison Victim#2

FredMeyer FRESH FOR EVERYONE.

4A24121J5V50001

Now Hiring!
Apply at jobs.fredmeyer.com
201 South Water
509-962-0500
YOUR CASHIER WAS CHEC 504

| | | | | |
|---|---|---|---|---|
| | 3760033067 PC | HRML TRAY | 9.99 | F |
| SC | FM SAVINGS | | 9.00 | |
| 1.99 (2.00) lb @ 6.99 /lb | | | | |
| WT | 93079 | ASP PRPL OR | 13.91 | F |
| | 7120306591 PC | UMPQUA ICE C | 5.99 | F |
| SC | FM SAVINGS | | 1.50 | |
| | 1800000526 PC | PILLSBRY CIN | 3.49 | F |
| SC | FM SAVINGS | | 0.30 | |
| | 1111086864 | PRVTSELC CKI | 3.99 | F |
| | 7027273204 | REDDIWHIP TO | 5.99 | F |
| | 85269700829 PC | TERRYS CHOCO | 4.29 | F |
| SC | FM SAVINGS | | 0.70 | |
| | 2500004496 PC | SIMPLY ORANG | 3.99 | F |
| SC | FM SAVINGS | | 0.80 | |
| | 4900002468 PC | COKE 6PK | 5.99 | B |
| | 89819500127 PC | FEVER TREE G | 4.99 | B |
| SC | FM SAVINGS | | 1.00 | |
| | 7600021845 | SCHWEPPES TN | 1.79 | B |
| | 8811011030 | TANQUERAY 6 | 19.99 | T |
| Age Restricted: 21 | | | | |
| MR | 9341 | LIQUOR LT TX | 2.83 | |
| | 980020024 PC | ROCHER CHOC | 12.99 | F |
| SC | FM SAVINGS | | 2.00 | |
| REWARDS CARD | | | *******6624 | |
| 2 @ 0.08 | | | | |
| MR | 7140 | CHECKOUT BAG | 0.16 | |
| | TAX | | 5.17 | |
| | **** BALANCE | | 105.55 | |

US DEBIT Purchase
************[redacted] - H
REF#: 063185 TOTAL: 105.55
PURCHASE: 105.55 CASHBACK: 0.00
AID: A0000000980840
TC: A6172037938C0802
VERIFIED BY PIN

| | |
|---|---|
| DEBIT | 105.55 |
| CHANGE | 0.00 |
| WA 08.4000 % TAX A | 1.07 |
| WA 20.5% Spirits Tax | 4.10 |
| TOTAL TAX | 5.17 |
| TOTAL NUMBER OF ITEMS SOLD = | 13 |
| Fred Meyer Savings | $ 15.30 |
| Total Coupons | $ 15.30 |
| Total Savings (13 Percent) | $ 15.30 |

11/28/24 12:56 652 504 72 999999504
*************************************
Annual Card Savings $1334.51
*************************************
Fuel Points Earned Today: 97
Total Nov Fuel Points: 592
*************************************
GAMING POINTS REWARDS PLUS
Every $30 Spent on participating
items earns Rewards Points.
Visit www.pointsrewardsplus.com
to redeem for rewards.

Your Rewards spending: 21.00



Kroger

# Incident Report

**Claim Number** 4A2411TCVMP0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11.26.24 DIVISION Fred Meyer 701 STORE # 654

**Section A: Store ID**

Address 11 Grant Rd. City East Wenatchee State OR Zip 98802

Manager on Duty at Time of Incident [redacted] Store Phone 509 881.2800

Store Email Address

Manager Email Address [redacted]

MOD Schedule for Next 5 Days S 7-5 M off T 5-3 W 7-3
TH off F 4-2 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Carmen Hoffman Age 46 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 9.12.78 Marital Status Single Loyalty ID # 509.741.0851

Address 1618 H. Ashland Ave City East Wenatchee State WA Zip 98802

Home Phone Cell Phone 509.741.0851 Work Phone

Employer Sinclair Systems Int. Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'4"

**Section C: Incident Information**

Date of Incident 11.26.24 Time of Incident 9:45-10:15 AM/PM (AM circled)

Date Notified of Incident 11.26.24 Time Notified 10:15 AM/PM (AM circled)



ACE side.

# Incident Report

**Claim Number** 4A241117CVMP0001

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Apparel Entrance

Provide Brief Description in ten words or less for Call Center entry

Shopping cart wheels locked at door

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Came to shop, choose small cart, decided to get larger cart, cart stopped and injuring neck, arms, back.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Signs on door talking about carts.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Upper back, neck, shoulders, arms.

Did Police or Emergency Services Respond? Y/N If Yes, Who? N

Kroger

# Incident Report

**Claim Number** 4A2411TCVNA0001

Report Number or Contact Name and Phone#______________________________

Did, or will, the customer seek medical treatment? Y/N Chiropractor

Doctor or Medical Facility Name, if known______________________________

Address______________________________ Phone_______________

**Section D: Witness ID**

1 Name____________________________ Employee: Y/N Phone_______________

Address________________________ City____________ State______ Zip______

2 Name____________________________ Employee: Y/N Phone_______________

Address________________________ City____________ State______ Zip______

3 Name____________________________ Employee: Y/N Phone_______________

Address________________________ City____________ State______ Zip______

Names and EUID of any employees nearby, if not listed above:

__________________________________________________________

__________________________________________________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

__________________________________________________________

__________________________________________________________

__________________________________________________________

Print Name and EUID of Employee Completing This Report

Name [redacted] EUID [redacted]

Signat[redacted] Date 11.26.24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** ____________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date____________ Store Address______________________________

City______________________ State________

**Contact Information**

Name______________________________________ Age________ Gender: M/F

Parent/Guardian (if minor)______________________________________

Date of Birth____________________ Marital Status____________________

Address____________________________ City________________ State________

Home Phone________________ Cell Phone________________

Work Phone________________ Email______________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident____________________ Time of Incident __________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________________________

______________________________________________________________

Describe what happened______________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

## Customer Statement

**Claim Number** ____________

Describe any Injuries or Pain from this Incident (Please be specific)____________

____________

____________

____________

Describe any Personal Property that was damaged (Please be specific)____________

____________

____________

Please identify the person(s) to whom you reported the incident____________

____________

____________

____________

**Witness ID**

1 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

2 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

3 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

Your Signature____________ Date____________

# Evidence Report

**Claim Number** ____________

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE__________ DIVISION______________ STORE #__________

Date of Incident______________ Time of Incident__________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video______________________

Title and EUID, if applicable______________________

Comments (such as whether video system was not working, incident is not captured etc...)__________

______________________

______________________

______________________

Customer Name______________________ Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________

______________________

Please describe witnesses on video______________________

______________________

______________________

# Evidence Report

**Claim Number** ______________

1. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

2. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

3. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______________

Title and EUID ______________

Photo 1 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

Photo 2 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

Photo 3 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

# Evidence Report

**Claim Number** ______________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________________

Signature ______________________________ Date ______________

# Incident Report

Claim Number 4A2507NSJQ40001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/20/25 DIVISION 701 STORE #
701
024

**Section A: Store ID**
Address 920 S Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident [redacted] Store Phone

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**
Name Kim Paulson Age 59 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 10-4-65 Marital Status m Loyalty ID # 425 776 5004

Address 4707 237th St. SW City Mountlake Terrace State WA Zip 98043

Home Phone Cell Phone (206) 465-6395 Work Phone

Employer Title

Work Address 20631 Bothell Everett Hwy Ste H City Bothell State WA Zip 98012

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ~~Shoulde~~ Brown hair to shoulders w/ bangs, 165 lbs light colored sweatshirt

# Incident Report

Kroger

Claim Number 4A2507 NSJQ40001

## Section C: Incident Information

Date of Incident 7/20/25 Time of Incident 1:10 AM/PM (PM circled)

Date Notified of Incident 7/20/25 Time Notified 1:25 AM/PM (PM circled)

Name of Employee Initially Notified [redacted]

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

entrance by Produce

Provide Brief Description in ten words or less for Call Center entry cart locked up at doors

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) ("as conveyed by the customer" circled)

Exiting store after going thru checkstand & the cart locked up causing her pain & numbness

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entry/exit doors - no hazards seen

# Incident Report

Claim Number 4A2507NSJQ40004

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific -- for example, "back of lower left leg" or "right front driver's door")

left side face, neck, arm, and hand are numb. left side neck has pain.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N (Y circled) Kim P. is currently in physical therapy for a neck injury. She has an appt. Tuesday 7/22/25 with her physical therapist which was previously scheduled

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

# Incident Report

Claim Number 4A2507NSJQ40001

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Kim Paulson stated she was in a car accident 4 mo ago and is in physical therapy for the injury.

Print Name and EUID of Employee Completing This Report

Name [redacted]

EUID [redacted]

Signature [signature] 7/20/25

Date

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 40210166600001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/27/21 DIVISION Fred Meyer STORE # 486

**Section A: Store ID**

Address 1206 N 40th Ave City Yakima State WA Zip 98902

Manager on Duty at Time of Incident Chantal Kabel Store Phone 509.576.6800

Store Email Address chantal.kabel@stores.fredmeyer.com

Manager Email Address daniel.gwynne@stores.fredmeyer.com

MOD Schedule for Next 5 Days S Dan M Dan T Dan W Aaron
TH Cody F Dan SA Cody

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Candis Hoptowit Age 60 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 10231960 Marital Status S-- Loyalty ID # 447699417446

Address 15050 State Route 410 #2 City Naches State WA Zip 98937

Home Phone 509.907.0432 Cell Phone Work Phone

Employer American Red Cross Title

Work Address 302 S 2nd St City Yakima State WA Zip 98902

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, 160lbs, Salt & Pepper Hair- Green Eyes, female
Caucasian

**Section C: Incident Information**

Date of Incident 1/27/21 Time of Incident 18:00 AM/(PM)

Date Notified of Incident 1/27/21 Time Notified 18:10 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4021016660D0001

Name of Employee Initially Notified Chantal Kabel

EUID of Employee Initially Notified ck79950

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Went through entrance B, purchek wheels locked up + hurt her right + left hands - right hand bent back + sprained right wrist.

Provide Brief Description in ten words or less for Call Center entry
purchek alarm locked + bent back wrists + fingers

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went through entrance B, purchek alarm sounded, locked cart, and bent back customers wrists + fingers w/ abrupt stop/lock

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Entrance B,

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Right hand + wrists + fingers
left hand + wrist + fingers.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4021016660D0011

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Urgent Care Yakima Valley

Address Union Gap Blvd Phone ______

**Section D: Witness ID**

1 Name Tina Thompson Employee: (Y)/N Phone 509.576.6800

Address ______ City ______ State ______ Zip ______

2 Name Carmen Gonzalez Employee: (Y)/N Phone 509.576.6800

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

Christina St George (Thompson), Carmen Gonzalez

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

Print Name and EUID of Employee Completing This Report

Name Aaron Sanders EUID as65336

Signature [signature] Date 1/28/2021

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4021016660D0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 1/27/2021 Store Address 1206 N 40th Ave, Yakima

City Yakima State WA

**Contact Information**

Name Candis Hoptowit Age 60 Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 10/23/60 Marital Status Single

Address 15050 State Rt 410, #2 City Naches State WA

Home Phone ______ Cell Phone 509.907.0432

Work Phone ______ Email ______

Preferred Method(s) of contact: (Home)/cell/work/email (circle one)

**Facts**

Date of Incident 1/27/21 Time of Incident 1:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Entry B near Apparel + Electronics

Describe what happened I made my purchase and hastened to exit adjusting my purse & bags. Holding onto the cart to return it through the doors, the cart locked up in the door way, throwing me over the handle & bending my hands/ wrists in an unnatural position/position. The cashier Christina assisted me immediately. And I departed for home. On 1/28/2021 saw Urgent care for x-rays – no broken bones. [illegible]

Kroger

## Customer Statement

**Claim Number** 4021016660000001

Describe any Injuries or Pain from this Incident (Please be specific)

Right wrists + fingers/hand
Left wrists, fingers + hand

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

Chantal Kabel - Long brown hair, manager

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature ______ Date ______

Kroger

# Incident Report

**Claim Number** 40210386CF20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3-10-21 DIVISION 701 STORE # 486

**Section A: Store ID**

Address ______ City ______ State ______ Zip ______

Manager on Duty at Time of Incident ______ Store Phone ______

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S ______ M ______ T ______ W ______
TH ______ F ______ SA ______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Esther Flores Age 38 Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth 2/11/83 Marital Status S Loyalty ID # ______

Address 502 w Fremont Ave City Selah State WA Zip 98942

Home Phone 509 985 3570 Cell Phone ______ Work Phone ______

Employer Memorial Hospital Title Rev Cycle Rep 2

Work Address 15 w Yakima Ave City Yakima State WA Zip 98907

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident ~~3-10-21~~ 3-7-21 Time of Incident 7:18 AM/(PM)

Date Notified of Incident 3-7-21 Time Notified 7:45 AM/(PM)

# Incident Report

**Claim Number** 40210386CF20001

Name of Employee Initially Notified Mohammed

EUID of Employee Initially Notified MA86850

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Clothing/Electronics door entrance

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

walking to exit building and cart locked up. she ran into cart

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

The exit has sliding doors with signs next to both doors giving warning about locking tires

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Neck sore, wrist hurt

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 40210386CF20001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

Tina

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Matthew Natebcown EUID MN90214

Signature [signature] Date 3-10-21

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 40210386CF20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 3-10-21 Store Address 1206 N 40th Ave

City Yakima State WA

**Contact Information**

Name Esther M. Flores Age 38 Gender: M/(F)

Parent/Guardian (If minor)

Date of Birth 2/11/83 Marital Status Single

Address 502 W. Fremont Ave City Selah State WA 98942

Home Phone (509) 985-3570 Cell Phone " "

Work Phone N/A Email estherflores02@gmail.com

Preferred Method(s) of contact: Home/(cell)/~~work~~/email (circle one)

**Facts**

Date of Incident 3/4/21 Time of Incident 4/18 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
electronics/clothing exit door

Describe what happened I was exiting towards the doors and the security device locked the cart wheels and I ran into my cart.

Kroger

## Customer Statement

**Claim Number** 4 0 2 1 0 3 8 6 C F 2 0 0 0 1

Describe any Injuries or Pain from this incident (Please be specific) emidiatly my wrist had pain, shortly after getting into my vehicle I noticed a pinching feeling in my right sholder/ neck area.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Tina (she unlocked the cart) called mohamad after arriving at home.

**Witness ID**

1 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

2 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

3 Name_______________ Phone_______________

Was this person shopping with you? Y/N

What is this person's relationship to you?_______________

Your Signature [signature] Date 3/10/21

Fax (877) 498-8141

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/6/2024 DIVISION 701 STORE # 424

**Section A: Store ID**

Address 17404 Meridian E City Puyallup State WA Zip 98373

Manager on Duty at Time of Incident Nicole L. Reed Store Phone (253) 445-7840

Store Email Address nicole.Reed@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S 7A-5p M off T 7A-5p W 7A-5p
TH 10A-8p F off SA 10A-8p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name akana, Floripina Age 56 Gender: M (F)

Name of Parent/Guardian

Date of Birth 7/2/1967 Marital Status Loyalty ID #

Address 9422 185th St Ct E City Puyallup State WA Zip 98375

Home Phone Cell Phone (808) 743-2043 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Ht. 5'2" eyes, brown hair color black, navy long sleeved shirt, blue joggers, black tennis shoes

**Section C: Incident Information**

Date of Incident 4/6/2024 Time of Incident 1:38 AM/(PM)

Date Notified of Incident 4/6/2024 Time Notified 1:40 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Name of Employee Initially Notified Nicole L. Reed

EUID of Employee Initially Notified NR187136

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) main entrance near ad display - Entry A that leads into the produce department.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I heard the door alarm and saw a woman at entrance. It appeared her cart had locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Main entrance was clean. No hazards present.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left breast - cart jarred into area when it locked up as she was pushing it.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Report Number or Contact Name and Phone# 4A24045FHM70001

Did, or will, the customer seek medical treatment? Y/N unsure

Doctor or Medical Facility Name, if known Madigan or VA

Address ______ Phone ______

**Section D: Witness ID**

1 Name Isabelita Call Employee: Y/(N) Phone (253)720-7819

Address 20705 81st Ct E City Spanaway State WA Zip 98387

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Nicole L. Reed EUID NR18736

Signature Nicole L Reed Date 4/6/2024

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4/6/2024 Store Address 17404 Meridian E

City Puyallup State WA

**Contact Information**

Name FLO Age ____ Gender: M/F

Parent/Guardian (if minor) ____

Date of Birth ____ Marital Status ____

Address ____ City ____ State ____

Home Phone ____ Cell Phone ____

Work Phone ____ Email ____

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4/6/24 Time of Incident 1:30 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

BY THE GROCERY DOOR

Describe what happened I WAS PUCHING MY CART ON THE WAY OUT BY THE GROCERY DOOR AND ALL OF A SUDDEN MY CART STOPPED. AND HIT MY LEFT BREAST REAL HARD ON THE HANDLE OF THE CART BECAUSE OF SUDDEN STOP.

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

Describe any Injuries or Pain from this incident (Please be specific) LEFT BREAST REALLY PAINFUL FROM THE HARD IMPACT OF THE CART WHEN IT STOPS SUDDENLY.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident NICOLE

**Witness ID**

1 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

2 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

3 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

Your Signature [signature] Date 4/6/24

Kroger

# Evidence Report

**Claim Number** 4A24045FHM70001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4/6/24 DIVISION 701 STORE # 424

Date of Incident 4/6/24 Time of Incident 1:38 AM/(PM)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Michael Britten

Title and EUID, if applicable Asset protection Specialist/MB66308

**Comments (such as whether video system was not working, incident is not captured etc...)**

Full incident was captured

**Customer Name** ______ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Black hair, blue hoodie, blue jeans, black shoes.

Please describe witnesses on video No one stops. ASL Nichole comes to assist and escort customer to the service desk.

Kroger

# Evidence Report

**Claim Number** 4A24045FHM70001

1. Camera Location/View GRO ENT PVM

   Camera/Unit Number 13/45

   Recording Time from 1:38:40 AM/(PM) to 1:40:00 AM/(PM)

2. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Evidence Report

**Claim Number** 4A24045FHM70001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

| |
|---|
| |

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date____________________

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/1/24 Store Address 800 Tenney Rd

City Vancouver State WA

**Contact Information**

Name Amy MacBeth Age 37 Gender: M/(F)

Parent/Guardian (if minor) N/A

Date of Birth 12/31/86 Marital Status Married

Address 12715 NW 47th ave City Vancouver State WA 98685

Home Phone ______ Cell Phone 708 528 0942

Work Phone ______ Email AmyVPen@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 4/20/24 Time of Incident 10:42 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

I was exiting, the cart locked due to a malfunction, jamming my right leg/knee. ~~Sign~~ No signs/warnings this could happen that I saw.

Describe what happened Security scanned my bill both & that allowed me to continue through the door. On the grocery side door exit.

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

Describe any Injuries or Pain from this incident (Please be specific) Right leg/knee which jammed into stopped cart. Pain in Right knee when weight is on it.

Describe any Personal Property that was damaged (Please be specific) n/A

Please identify the person(s) to whom you reported the incident Security guard

**Witness ID**

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature [signature] Date 5/1/24

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/29/24 DIVISION 701 STORE # 460

**Section A: Store ID**

Address 800 Tenney Rd City Vancouver State WA Zip 98685

Manager on Duty at Time of Incident Kyle Knudsen Store Phone (360)571-2576

Store Email Address Rebecca pekkala @ stores. Fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S Kyle M Scott T Scott W Scott TH Scott F Scott SA Kyle

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ______ Age ______ Gender: M/F

Name of Parent/Guardian ______

Date of Birth ______ Marital Status ______ Loyalty ID # ______

Address ______ City ______ State ______ Zip ______

Home Phone ______ Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident 4/29/24 Time of Incident 10:42 (AM)/PM

Date Notified of Incident Called kyle on 4/29/24 Talked too about what happened Time Notified 11:00 (AM)/PM

Kroger

## Incident Report

**Claim Number** 4A240504KSJ0001

Name of Employee Initially Notified Kyle Knudsen

EUID of Employee Initially Notified KK85493

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
In front of the Grocery doors leading outside

Provide Brief Description in ten words or less for Call Center entry cart locked up after going out Grocery doors and it hit her Knee/leg

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went out Grocery doors + the cart locked up and she hit her Knee/leg

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entrances were clear

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right knee/leg

Did Police or Emergency Services Respond? Y (N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known ____

Address ____ Phone ____

**Section D: Witness ID**

1 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

n/A

Print Name and EUID of Employee Completing This Report

Name Rebecca Pekkala EUID RP50523

Signature Rebecca Pekkala Date 5/1/24

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2410RD0YJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24 DIVISION Fred Meyer STORE # 460

**Section A: Store ID**

Address 8???? NE Fenney RD City Vancouver State WA Zip 98665

Manager on Duty at Time of Incident Scott Vetter Store Phone 360-571-2540

Store Email Address Scott.Vetter@Stores-Fredmeyer.com

Manager Email Address gillian.Swarden@Stores.Fredmeyer.com

MOD Schedule for Next 5 Days S 7A-5P M 7A-5P T 7A-5P W 7A-5P TH 7A-5P F 7A-5 SA 7A-5P

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Birian Age 32 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 12/12/91 Marital Status Married Loyalty ID # 3609015380

Address 4019 NE 94th ST City Vancouver State WA Zip 98665

Home Phone N/A Cell Phone 3609015380 Work Phone N/A

Employer N/A Title N/A

Work Address N/A City N/A State N/A Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Hair UP, Black hair, Black leggings, Sweatshirt, Nike Shoes

**Section C: Incident Information**

Date of Incident 10/15/24 Time of Incident ~ 11:30 (AM)/PM

Date Notified of Incident 10/21/24 Time Notified 4:30 AM/(PM)

# Incident Report

**Claim Number** 4A2410RD0YJ0001

Name of Employee Initially Notified: not @ Store, notified after via phone

EUID of Employee Initially Notified: N/A

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
in entrance to grocery/apparel

Provide Brief Description in ten words or less for Call Center entry: exiting Store wheels locked cart went up landed on left knee

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) — "as conveyed by the customer" circled

exiting store, wheels locked up cart hit up landed on customers left knee. Said there was a [illegible] guard @ door, described as Bald guy.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Signage on all carts showing they lock.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left knee whole left knee

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? No.

# Incident Report

**Claim Number** 4A2410RD0YJ0001

Case # customer provided

Report Number or Contact Name and Phone# 74677433

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known a Clinic - no specific DR

Address N Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone
Address City State Zip

2 Name Employee: Y/N Phone
Address City State Zip

3 Name Employee: Y/N Phone
Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

- 7807, last 4 of reward card
- Stated there were no other customers/witnesses with her aside from potentially Memo guard @ Door

Print Name and EUID of Employee Completing This Report

Name Gillian Swarden EUID G827946

Signature [signature] Date 10/21/24

**Remember to check for video and to forward photos**

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 10-15-24 Store Address 800 NE tenny Rd
City Vancouver State WA

**Contact Information**

Name Maria Bivian Age 32 Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 12-12-91 Marital Status Married

Address 4019 NE 94th ST City Vancouver State WA

Home Phone 360-901-5380 Cell Phone 360-901-5380

Work Phone — Email mariabivian3@yahoo.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 10-15-24 Time of Incident 10:30 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery entrance

Describe what happened While ~~Shopp~~ exiting Fredmyers an incident occurred that resulted in an injury to my knee. as I was pushing cart, the wheels unexpectedly stopped. The sudden halt caused my knee to collide. Shopping cart went up and landed down on my knee, as a result of the impact I have been experiencing ~~[illegible]~~ significant knee pain.

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

Describe any Injuries or Pain from this incident (Please be specific) Throbing pain left knee, Not allowing to Stand long on left leg.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Scott Store Manager. 10-21-24

**Witness ID** N/A

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 10-21-24

Kroger

# Incident Report

**Claim Number** ~~4A24121J5V50001~~

4A24121J5V50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-2-24 DIVISION Fred Meyer STORE # 652

**Section A: Store ID**

Address 201 S. Water St City Ellensburg State WA Zip 98926

Manager on Duty at Time of Incident Lee Howard Store Phone 509-962-0514

Store Email Address lee.Howard@stores.fredmeyer.com

Manager Email Address ____

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Andy Cleman Age____ Gender: (M)/F

Name of Parent/Guardian ____

Date of Birth____ Marital Status Married Loyalty ID # ____

Address____ City____ State____ Zip____

Home Phone____ Cell Phone 509-925-4015 Work Phone____

Employer____ Title____

Work Address____ City____ State____ Zip____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)____

**Section C: Incident Information**

Date of Incident 11-28-2024 Time of Incident 12:56 AM/(PM)

Date Notified of Incident 12-2-2024 Time Notified 2:30 AM/(PM)

Kroger

# Incident Report

**Claim Number** ______

Name of Employee Initially Notified Lee Howard

EUID of Employee Initially Notified L484132

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Entrance

Provide Brief Description in ten words or less for Call Center entry ______

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Cart locked on Customer causing injuries.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Did Police or Emergency Services Respond? Y/N If Yes, Who? ______

Kroger

# Incident Report

**Claim Number** 4A24121J5V50001

Report Number or Contact Name and Phone# ____________________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ____________________

Address ____________________ Phone ____________________

**Section D: Witness ID**

1 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________ State ________ Zip ________

2 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________ State ________ Zip ________

3 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

____________________

____________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____________________

____________________

____________________

Print Name and EUID of Employee Completing This Report

Name Lee Howard EUID LH84132

Signature L M Howard Date 12-2-24

**Remember to check for video and to forward photos**

Lee, Store Manager
Fred Meyer (Kroger)
Ellensburg Branch, hand-delivered

December 2, 2024

4A241121J5V50001

Dear Lee,

Last week on Monday, November 25 we met and discussed in detail the incident my wife experienced regarding the dangerous "security cart" protocols. As you recall, she was the victim of an auto-engagement of the security cart while exiting the north door on the evening of November 23. Coincidentally, my eldest daughter experienced an injury from a similar cart malfunction on Thanksgiving Day, only five days later. This marks the second incident of Kroger's unsupervised security carts causing injury to be inflicted upon two members of my family within less than one week.

Here are the details of the second incident:

After purchasing grocery items @ 12:56 pm on Thursday, November 28, my daughter bought a coffee and perused some clothing items for a few minutes before exiting the store through the north door. As she left, the cart she was pushing suddenly locked up with no prior warning. This abrupt and unannounced action caused my daughter's leg to strike the cart, which caused a laceration and bruise. A photo of her injury and a copy of her receipt are attached.

I now must strongly urge you to pursue a resolution to this ongoing and dangerously reckless "security" practice. Any delay in a resolution places your customers at risk of sustaining injuries and places Kroger at risk of litigation. As a reminder, here are the details of two of the possible resolutions we discussed on November 25:

1) **Fix the "security cart" software.** Currently the carts abruptly halt (a.k.a. auto-engage) randomly and incorrectly each day. Tighten up the code and/or the variables in the system so the carts activate only when either a law or store policy has been violated. There should be less than one false positive for every thousand accurate engagements; e.g. less than .10% defaults

2) **Pull the plug on the existing dangerous security cart system**. Not one criminal has been apprehended in Ellensburg via the use of these security carts; however, many customers have been injured and are complaining. This is the best option for Kroger given the acceleration of reported incidents and injuries.

I previously provided you with the RCW for the crime of Reckless Endangerment (RCW 9A.36.050) and suggested you contact Kroger's VP of Security. I will follow up with you in one week to allow you time to resolve this matter.

Knowingly and willfully allowing the current security cart system to continue to injure your own law-abiding customers is not only flagrantly reckless, it is morally and legally wrong. Please resolve this matter as soon as possible.

Andrew W. Cleman
*Shield & Sword*, Citizen's Advocates
(509) 925-4015

cc: Julieann Cleman, victim #1
Allison Cleman, victim #2
Shield & Sword, archives

attachments: Photo of victim #2 leg injury
Copy of Nov 28 receipt, second incident

Cart Jam Save
Allison Victim#2

FredMeyer FRESH FOR EVERYONE.

4A24121J5V50001

Now Hiring!
Apply at jobs.fredmeyer.com
201 South Water
509-962-0500
YOUR CASHIER WAS CHEC 504

| | | | | |
|---|---|---|---|---|
| | 3760033067 PC | HRML TRAY | 9.99 | F |
| SC | FM SAVINGS | | 9.00 | |
| 1.99 (2.00) lb @ 6.99 /lb | | | | |
| WT | 93079 | ASP PRPL OR | 13.91 | F |
| | 7120306591 PC | UMPQUA ICE C | 5.99 | F |
| SC | FM SAVINGS | | 1.50 | |
| | 1800000526 PC | PILLSBRY CIN | 3.49 | F |
| SC | FM SAVINGS | | 0.30 | |
| | 1111086864 | PRVTSELC CKI | 3.99 | F |
| | 7027273204 | REDDIWHIP TO | 5.99 | F |
| | 85269700823 PC | TERRYS CHOCO | 4.29 | F |
| SC | FM SAVINGS | | 0.70 | |
| | 2500004496 PC | SIMPLY ORANG | 3.99 | F |
| SC | FM SAVINGS | | 0.80 | |
| | 4900002468 PC | COKE 6PK | 5.99 | B |
| | 89819500127 PC | FEVER TREE G | 4.99 | B |
| SC | FM SAVINGS | | 1.00 | |
| | 7600021845 | SCHWEPPES TN | 1.79 | B |
| | 8811011030 | TANQUERAY G | 19.99 | T |
| Age Restricted: 21 | | | | |
| MR | 9341 | LIQUOR LT TX | 2.83 | |
| | 980020024 PC | ROCHER CHOC | 12.99 | F |
| SC | FM SAVINGS | | 2.00 | |
| REWARDS CARD | | | *******6624 | |
| 2 @ 11.08 | | | | |
| MR | 7140 | CHECKOUT BAG | 0.16 | |
| | TAX | | 5.17 | |
| | **** BALANCE | | 105.55 | |

US DEBIT Purchase
************9525 - H
REF#: 063186 TOTAL: 105.55
PURCHASE: 105.55 CASHBACK: 0.00
AID: A0000000980840
TC: A81720379380C0802
VERIFIED BY PIN

| | |
|---|---|
| DEBIT | 105.55 |
| CHANGE | 0.00 |
| WA 08.4000 % TAX A | 1.07 |
| WA 20.5% Spirits Tax | 4.10 |
| TOTAL TAX | 5.17 |
| TOTAL NUMBER OF ITEMS SOLD = | 13 |
| Fred Meyer Savings | $ 15.30 |
| Total Coupons | $ 15.30 |
| Total Savings (13 Percent) | $ 15.30 |

11/28/24 12:56 652 504 72 999999504
****************************************
Annual Card Savings $1334.51
****************************************
Fuel Points Earned Today: 97
Total Nov Fuel Points: 592
****************************************
GAMING POINTS REWARDS PLUS
Every $30 Spent on participating items earns Rewards Points.
Visit www.pointsrewardsplus.com to redeem for rewards.

Your Rewards spending: 21.00



Kroger

# Incident Report

**Claim Number** 4A2411TCVMP0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11.26.24 DIVISION Fred Meyer 701 STORE # 654

**Section A: Store ID**

Address 11 Grant Rd. City East Wenatchee State OR Zip 98802

Manager on Duty at Time of Incident Greg Johnson Store Phone 509 841.2800

Store Email Address

Manager Email Address greg.johnson @ stores. fredmeyer. com

MOD Schedule for Next 5 Days S 7-5 M off T 5-3 W 7-5 TH off F 4-2 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Carmen Hoffman Age 46 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 9.12.78 Marital Status Single Loyalty ID # 509741.0851

Address 1618 N. Ashland Ave City East Wenatchee State WA Zip 98802

Home Phone Cell Phone 509.741.0851 Work Phone

Employer Sinclair Systems Int. Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4"

**Section C: Incident Information**

Date of Incident 11.26.24 Time of Incident 9:45-10:15 (AM)/PM

Date Notified of Incident 11.26.24 Time Notified 10:15 (AM)/PM



ACE side.

Kroger

# Incident Report

**Claim Number** 4A241117CVMP0001

Name of Employee Initially Notified Lourdes

EUID of Employee Initially Notified ____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entrance

Provide Brief Description in ten words or less for Call Center entry
Shopping cart wheels locked at door

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) — "as conveyed by the customer" circled

came to shop, chose small cart, decided to get larger cart, cart stopped and injuring neck, arms, back.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Signs on door talking about carts.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

upper back, neck, shoulders, arms.

Did Police or Emergency Services Respond? Y/N If Yes, Who? No.

# Incident Report

**Claim Number** 4A2411TCVNPA001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N Chiropractor

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Gregory Johnson EUID GJ35505

Signature [signature] Date 11.26.24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** ______________

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date______________ Store Address______________________________________

City__________________________ State________

**Contact Information**

Name______________________________________________ Age__________ Gender: M/F

Parent/Guardian (if minor)_______________________________________________

Date of Birth________________________ Marital Status_________________________

Address___________________________________ City_____________________ State________

Home Phone____________________ Cell Phone______________________

Work Phone____________________ Email______________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident________________________ Time of Incident ___________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_______________________________________________________________________

_______________________________________________________________________

Describe what happened_________________________________________________

_______________________________________________________________________

_______________________________________________________________________

_______________________________________________________________________

_______________________________________________________________________

_______________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ____________

Describe any Injuries or Pain from this Incident (Please be specific)____________

Describe any Personal Property that was damaged (Please be specific)____________

Please identify the person(s) to whom you reported the incident____________

**Witness ID**

1 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

2 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

3 Name____________ Phone____________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________

Your Signature____________ Date____________

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION____________________ STORE #__________

Date of Incident____________________ Time of Incident______________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video______________________________

Title and EUID, if applicable______________________________

Comments (such as whether video system was not working, incident is not captured etc...)__________

______________________________

______________________________

______________________________

Customer Name______________________________ Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________

______________________________

Please describe witnesses on video______________________________

______________________________

______________________________

# Evidence Report

**Claim Number** ______________

1. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

2. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

3. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ______________

**Title and EUID** ______________

**Photo 1 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

______________

**Photo 2 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

______________

**Photo 3 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

______________

Kroger

# Evidence Report

**Claim Number** ____________________

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**<u>Section C:</u>** **<u>Diagram</u>** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date____________________

# Incident Report

Kroger

Claim Number 4A2507NSJQ40001

Report to be completed by Store Management within 24 hours of incident notice

DATE 7/20/25
701
024

DIVISION 701

STORE #

**Section A: Store ID**

Address 920 S Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident Bill Pelan Store Phone

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kim Paulson Age 59 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 10-4-65 Marital Status M Loyalty ID # 425 776 5004

Address 4707 237th St. SW City Mountlake Terrace State WA Zip 98043

Home Phone Cell Phone (206) 465-6395 Work Phone

Employer Title

Work Address 20631 Bothell Everett Hwy Ste H City Bothell State WA Zip 98012

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ~~Shoulde~~ Brown hair to shoulders w/ bangs, 165 lbs light colored sweatshirt

Kroger

# Incident Report

Claim Number 4A2507NSJQ40001

**Section C: Incident Information**

Date of Incident 7/20/25 Time of Incident 1:10 AM/PM (PM circled)

Date Notified of Incident 7/20/25 Time Notified 1:25 AM/PM (PM circled)

Name of Employee Initially Notified Maureen Stewart

EUID of Employee Initially Notified mm65490

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

entrance by Produce

Provide Brief Description in ten words or less for Call Center entry cart locked up at doors

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) ("as conveyed by the customer" circled)

Exiting store after going thru checkstand & the cart locked up causing her pain & numbness

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entry/exit doors - no hazards seen

# Incident Report

**Claim Number** 4A2507NSJQ40004

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______

Injury/Damage Claimed (Be specific -- for example, "back of lower left leg" or "right front driver's door")
left side face, neck, arm, and hand are numb. left side neck has pain.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? ______

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? (Y)/N Kim P. is currently in physical therapy for a neck injury. She has an appt. Tuesday 7/22/25 with her physical therapist which was previously scheduled

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name

Employee: Y/N Phone

# Incident Report

Kroger

Claim Number 4A2507NSJQ40001

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Kim Paulson stated she was in a car accident 4 mo ago and is in physical therapy for the injury.

Print Name and EUID of Employee Completing This Report

Name Maureen Stewart

EUID mm65490

Signature [signature] 7/20/25

Date

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2602FG7VP0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/14/26 DIVISION 701 STORE # 186.

**Section A: Store ID**

Address ~~6057 37th Ave SE~~ City ~~LACEY~~ State ~~WA~~ Zip ~~98503~~

Manager on Duty at Time of Incident Christiana Johnson Store Phone 360 438 6450

Store Email Address christiana.johnson@Stores.Fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S 10-8 M 10-8 T 7-5 W 6-4 TH off F off SA off

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Tissany Gilmore Age 51 Gender: M/(F)

Name of Parent/Guardian ——

Date of Birth 12/17/74 Marital Status Married Loyalty ID #

Address 6057 37th Ave City LACEY State WA Zip 98503

Home Phone Cell Phone 270 955 4042 Work Phone

Employer Self Employed Title Business Owner

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident 2/14/26 Time of Incident 9 (AM)/PM

Date Notified of Incident 2/14/26 Time Notified 9 (AM)/PM

Kroger

## Incident Report

**Claim Number** 4A2602FG7VP0001

Name of Employee Initially Notified Julia Cerda

EUID of Employee Initially Notified ____

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Front End

Provide Brief Description in ten words or less for Call Center entry Did not see anything

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

N/A

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
at Door

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") N/A

Did Police or Emergency Services Respond? Y/N If Yes, Who? ____

# Incident Report

**Claim Number** 4A2602FG7VP0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Unlocked Cart

Print Name and EUID of Employee Completing This Report

Name Christiana Johnson EUID CJ57901

Signature [signature] Date 2/14/26

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2602FG7VP0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date_____ Store Address_____

City_____ State_____

**Contact Information**

Name Tissany Gilmore Age 51 Gender: M/(F)

Parent/Guardian (If minor)_____

Date of Birth 12/17/74 Marital Status Married

Address 6057 37th AVE SE City LACEY State WA

Home Phone_____ Cell Phone 270 955 4042.

Work Phone_____ Email ATASTEOH@onyiyechi.com

Preferred Method(s) of contact: Home/(Cell)/work/email (circle one)

**Facts**

Date of Incident 2/14/26 Time of Incident 0900 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Exiting door

Describe what happened As I was Exiting Fred Meyers the shopping cart locked and injured my Right Shin. ~~[illegible]~~

Kroger

## Customer Statement

**Claim Number** 4A2602FG7VP0001

Describe any Injuries or Pain from this incident (Please be specific) Right Shin

Describe any Personal Property that was damaged (Please be specific) bruising to right Shin.

Please identify the person(s) to whom you reported the incident Julia Front Self Check out.

**Witness ID**

1 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

2 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

3 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

Your Signature [signature] Date 2/15/2026

Kroger

# Evidence Report

**Claim Number** 4A2602FG7VP0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION____________________________STORE #____________

Date of Incident________________________ Time of Incident________________AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video________________________________________________

Title and EUID, if applicable______________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**Customer Name**________________________________________**Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________________________________________________________

______________________________________________________________________________

Please describe witnesses on video__________________________________________________

______________________________________________________________________________

______________________________________________________________________________

# Evidence Report

**Claim Number** 4A2602FG7VP0001

1. Camera Location/View____________________________

   Camera/Unit Number ______________

   Recording Time from_____________AM/PM to _____________AM/PM

2. Camera Location/View____________________________

   Camera/Unit Number ______________

   Recording Time from_____________AM/PM to _____________AM/PM

3. Camera Location/View____________________________

   Camera/Unit Number ______________

   Recording Time from_____________AM/PM to _____________AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer________________________________________

Title and EUID____________________________________________

Photo 1 Date and Time Photo was Taken____________________AM/PM

Brief Description of Scene______________________________________

Photo 2 Date and Time Photo was Taken____________________AM/PM

Brief Description of Scene______________________________________

Photo 3 Date and Time Photo was Taken____________________AM/PM

Brief Description of Scene______________________________________

Kroger

# Evidence Report

**Claim Number** 4A2602FG7VP0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report________________________

Signature________________________ Date________________

Kroger

# Incident Report

**Claim Number** 4A26010XSG60001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/31/25 DIVISION Fred Meyer STORE # 265

**Section A: Store ID**

Address 1100 N Meridian City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Fletcher Lane Store Phone 253-841-095•

Store Email Address fletcherlane@stores.fredmeyer.com

Manager Email Address " " "

MOD Schedule for Next 5 Days S off M off T 7-5 W off TH off F off SA off

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Karena Tinnin Age 49 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 2/14/76 Marital Status Single Loyalty ID # 9457

Address 625 2nd St SW City Puyallup State WA Zip 98371

Home Phone Cell Phone 253-161-6205 Work Phone

Employer unemployed / disabled Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'10" Caucasian black sweater, black capri, grey mother hair in a bun

**Section C: Incident Information**

Date of Incident 12/31/25 Time of Incident 1:18 AM/(PM)

Date Notified of Incident 12/31/25 Time Notified 4:00 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A26010XSG60001

Name of Employee Initially Notified Fletcher Lane

EUID of Employee Initially Notified FL54660

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
In Apparel lobby by the front door

Provide Brief Description in ten words or less for Call Center entry cart locked up and the customer injured shin on cart

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking towards apparel lobby and the cart locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

no hazards.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Right shin bruised on the cart and swelled.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A26010XSG60001

Report Number or Contact Name and Phone#____________________

Did, or will, the customer seek medical treatment? Y/N unknown

Doctor or Medical Facility Name, if known____________________

Address____________________ Phone__________

**Section D: Witness ID**

1 Name____________________ Employee: Y/N Phone__________

Address____________________ City__________ State______ Zip______

2 Name____________________ Employee: Y/N Phone__________

Address____________________ City__________ State______ Zip______

3 Name____________________ Employee: Y/N Phone__________

Address____________________ City__________ State______ Zip______

Names and EUID of any employees nearby, if not listed above:

____________________

____________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____________________

____________________

____________________

Print Name and EUID of Employee Completing This Report

Name Fletcher Lin EUID FL54660

Signature [signature] Date 12/31/25

**Remember to check for video and to forward photos**

## Customer Statement

**Claim Number** 4A2512PMDJ30001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/21/25 Store Address 6100 E Lake Sammamish Pkwy SE

City Issaquah State WA 98029

**Contact Information**

Name Barbara A Adams Age 74 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 10/22/51 Marital Status Single

Address 23800 SE Tiger Mt RD #22 City Issaquah State WA

Home Phone Cell Phone 206-348-3048

Work Phone Email

Preferred Method(s) of contact: Home/cell/work/email (circle one) Cell Phone

**Facts**

Date of Incident 12/14/2025 Time of Incident 4 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home Entrance at approximately 4pm

Describe what happened Cart wheels locked up as she was walking out the Home Entrance. Caused a jerking motion with her neck. Currently have a neck injury. (A Fusion). Went to doctor and had an MRI Due to extreme Pain

Kroger

## Customer Statement

**Claim Number** 4A2512PMDJ30001

Describe any Injuries or Pain from this incident (Please be specific) Extreme Pain in foot neck. Pain level 10

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident N/A

**Witness ID**

1 Name N/A Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name N/A Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name N/A Phone

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

Your Signature Barbara Allard Date 12/21/25

Kroger

# Incident Report

**Claim Number** 4A2512PMDJ30001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/21/25 DIVISION 701 STORE # 658

**Section A: Store ID**

Address 6100 E Lake Sammamish Pkwy City Issaquah State Wa Zip 98029

Manager on Duty at Time of Incident Monica Ortega Store Phone 425-416-1100

Store Email Address ______

Manager Email Address Tim.Francis@Stores.FredMeyer.Com

MOD Schedule for Next 5 Days S ______ M 11-9 T 11-9 W 8-6 TH off F 4-9 SA ______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Barbara Adams Age 74 Gender: M (F)

Name of Parent/Guardian ______

Date of Birth 10/22/51 Marital Status Single Loyalty ID # ______

Address 23800 SE Tiger Mt Rd City Issaquah State Wa Zip 98029

Home Phone ______ Cell Phone 206-348-3048 Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Incident happend a week ago. 5'3 to 5'5 hair grey weight approximately 130

**Section C: Incident Information**

Date of Incident 12/14/25 Time of Incident 4 AM/(PM)

Date Notified of Incident 12/21/25 Time Notified 6 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2512PMDJ30001

Name of Employee Initially Notified Tim Francis

EUID of Employee Initially Notified TF88687

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Customer Claims that the cart wheels locked up while exiting build at the Home Entrance

Provide Brief Description in ten words or less for Call Center entry Customer hurt neck when cart wheels locked up at Home Entrance

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer claims that the cart wheels locked up as she was exiting the building at the Home Entrance Customer claims that she had previous neck injury and it aggravated her neck.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Home Entrance no hazzards. Cart wheels locked up due to per check system.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Customer said that she hurt her neck when Cart wheels locked up. Customer Said that it aggrivated her neck

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A2512PMDJ30001

Report Number or Contact Name and Phone# Tim Francis 425-416-1100

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known N/A

Address_____ Phone_____

**Section D: Witness ID**

1 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Tim Francis EUID TF88687

Signature [signature] Date 12/26/25

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10-25-2025 DIVISION 701 FRED MEYER STORE # 265

**Section A: Store ID**

Address 1100 N Meridian City puyallup State WA Zip 98371

Manager on Duty at Time of Incident ______ Store Phone 253-840-8150

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Brenda Alston Age ____ Gender: M/F

Name of Parent/Guardian ______

Date of Birth 4-20-1954 Marital Status ____ Loyalty ID # ____

Address 6516 parkst E City Fife State WA Zip 98424

Home Phone 253 304 0983 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Gray Jacket blue Jeans gray tennis shoes black beanie

**Section C: Incident Information**

Date of Incident 10-25-25 Time of Incident 11:12 (AM)/PM

Date Notified of Incident 10-25-25 Time Notified 11:20 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

Name of Employee Initially Notified Julie

EUID of Employee Initially Notified JW40432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Aparel exit Door

Provide Brief Description in ten words or less for Call Center entry Cart locked up at door Customer ran into it

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer checked out of Register 201. went out of the apard door and the cart locked up. After it stopped it unlocked and kept going.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Lower right leg on the middle shin

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Lower right leg. Shin

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
front of right shin- lower leg.

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known University of washington federal way

Address ______ Phone ______

**Section D: Witness ID**

1 Name Jeremiah Employee (Y)/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

Noble Security Jeremiah

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Julie Williams EUID JW40482

Signature [signature] Date 10-25-25

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** 4A2510SW38Y0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date_______________ Store Address____________________________________

City___________________________ State_______

**Contact Information**

Name______________________________________________ Age________ Gender: M/F

Parent/Guardian (if minor)___________________________________________________

Date of Birth__________________________ Marital Status________________________________

Address____________________________________ City_____________________ State________

Home Phone____________________ Cell Phone_______________________

Work Phone____________________ Email_____________________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident_________________________ Time of Incident ____________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________________________________________

______________________________________________________________________________

Describe what happened_________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Kroger

## Customer Statement

**Claim Number** 4A2510SW38Y0001

Describe any Injuries or Pain from this Incident (Please be specific) big bump / bruise on lower right shin

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident First Noble security Jeremiah, then customer Service Desk Ellen, then Front end relief Assistant Julie

**Witness ID**

1 Name_______ Phone_______

Was this person shopping with you? Y/N

What is this person's relationship to you?_______

2 Name_______ Phone_______

Was this person shopping with you? Y/N

What is this person's relationship to you?_______

3 Name_______ Phone_______

Was this person shopping with you? Y/N

What is this person's relationship to you?_______

Your Signature [signature] Date 10/25/25

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION______________________________ STORE #____________

Date of Incident_________________________ Time of Incident_______________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video____________________________________________

Title and EUID, if applicable___________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

___________________________________________________________________________

___________________________________________________________________________

___________________________________________________________________________

**Customer Name**____________________________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

___________________________________________________________________________

___________________________________________________________________________

Please describe witnesses on video_______________________________________________

___________________________________________________________________________

___________________________________________________________________________

# Evidence Report

**Claim Number** ____________

1. Camera Location/View ____________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

2. Camera Location/View ____________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

3. Camera Location/View ____________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________

Title and EUID ____________

Photo 1 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

Photo 2 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

Photo 3 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________

Kroger

# Evidence Report

**Claim Number** ______________

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**<u>Section C: Diagram</u>** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/6/25 DIVISION 701 Fred Meyer STORE # 688

**Section A: Store ID**

Address 2902 164th St SW City Lynnwood, State WA Zip 98087

Manager on Duty at Time of Incident Cheryl Tutt Store Phone 425 787-4900

Store Email Address cheryl.tutt@stores.fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W OFF TH OFF F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Amy Craig Age 41 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 12/16/84 Marital Status Married Loyalty ID # (425)870-4961

Address 4519 Seahurst Ave City Everett State WA Zip

Home Phone Cell Phone 425 870-3162 Work Phone 425 870-3162

Employer None Title

Work Address N/A City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'5" brunette 180 lbs leggings
tank top

**Section C: Incident Information**

Date of Incident 10/6/25 Time of Incident 4:15 AM/(PM)

Date Notified of Incident 10/6/25 Time Notified 4:20 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

Name of Employee Initially Notified Cheryl tutt

EUID of Employee Initially Notified cf40891

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery entrance North door

Provide Brief Description in ten words or less for Call Center entry
Customers belly hit cart as it locked up

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Customer stated that after checking out through checkstand 3 or 4 she exited the building through north entrance

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Carts have signs on them that talk about locking wheels

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Bruise on adomin, bleeding disorder

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

__________

__________

__________

Print Name and EUID of Employee Completing This Report

Name Cheryl Tatt EUID CF40891

Signature [signature] Date 10/6/25

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A251067FV20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 10/6/25 Store Address 2902 164th St SW

City Lynnwood State WA

**Contact Information**

Name Amy Craig Age 41 Gender: M/F (F circled)

Parent/Guardian (if minor)

Date of Birth 12/16/84 Marital Status married

Address 4517 Seahurst Ave City Everett State WA

Home Phone Cell Phone 425-870-3162

Work Phone Email winterosebud@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one) (email circled)

**Facts**

Date of Incident 10/6/25 Time of Incident 4:15 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
exit doors @ grocery door

Describe what happened Walking after paying for food and exiting to building. Upon exiting my grocery cart suddenly locked and the momentum of my body didn't slamming the car into my stomach. My stomach is staring to bruise.

Kroger

## Customer Statement

**Claim Number** 4A251067FV20001

Describe any Injuries or Pain from this Incident (Please be specific) Upper abdomen under breasts is bruising and pain. Pain is constant and abdomen is tender to touch.

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the Incident store manager Cheryl.

**Witness ID**

1 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

2 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

3 Name____ Phone____

Was this person shopping with you? Y/N

What is this person's relationship to you?____

Your Signature [signature] Date 10/6/25

Furthest Self checkout 6:15

**Incident Report**

**Claim Number** 4A2508Y1ZPX0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE Aug 29, 2025 DIVISION 701 STORE # 681

**Section A: Store ID**

Address 2801 Bickford City Snohomish State Wa Zip

Manager on Duty at Time of Incident Margaret Lacasse Store Phone 360·563·3700

Store Email Address margaret.lacasse@stores.fredmeyer.com

Manager Email Address marc.walton@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 10-8 M 10-8 T 10-8 W 10-8
TH 10-8 F 10-8 SA 10-8

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Peter & Anna Ocampo Age ____ Gender: M/F

Name of Parent/Guardian ____

Date of Birth 1/18/77 Marital Status Married Loyalty ID # 425-210-0077

Address 13931 Broadway Ave City Snohomish State WA Zip 98296

Home Phone ____ Cell Phone 4258778888 Work Phone ____

Employer Amazon Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 08/29/25 Time of Incident @6:15 AM/(PM)

Date Notified of Incident ____ Time Notified ____ AM/PM

Name of Employee Initially Notified ____

# Incident Report

**Claim Number** 4A2508Y1ZPX0001

EUID of Employee Initially Notified ____________________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ______

cart stopped @ per check hit shins

Provide Brief Description in ten words or less for Call Center entry ____________________

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

see above

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

none

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____________________

None

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Both Shins

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ____________________

Report Number or Contact Name and Phone# ____________________

Did, or will, the customer seek medical treatment? Y/N UNKNOWN

Doctor or Medical Facility Name, if known ____________________

# Incident Report

**Claim Number** 4A2508Y1ZPX0001

Address ____________________ Phone ____________

**Section D: Witness ID**

1 Name ____________________ Employee: Y/N Phone ____________

Address ____________ City ____________ State ______ Zip ______

2 Name ____________________ Employee: Y/N Phone ____________

Address ____________ City ____________ State ______ Zip ______

3 Name ____________________ Employee: Y/N Phone ____________

Address ____________ City ____________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________________________________

______________________________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________________________________

______________________________________

______________________________________

Print Name and EUID of Employee Completing This Report

Name ____________________ EUID ____________

Signature ____________________ Date ____________

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2507496LJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7-5-25 DIVISION 701 STORE # 265

**Section A: Store ID**

Address 1100 N. Meridian Street City Puyallup State WA Zip

Manager on Duty at Time of Incident Store Phone 253 840 8150

Store Email Address FM00265AllStoreManagement@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S M T W
TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rachael Redmond Age Gender: M/F

Name of Parent/Guardian

Date of Birth 5-1-1982 Marital Status Loyalty ID #

Address 104 Madison AVE #12 City Eatonville State WA Zip 98328

Home Phone Cell Phone 253 5?? 9790 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) brown hair - gray sweatshirt.

**Section C: Incident Information**

Date of Incident 7-5-25 Time of Incident 9:45 (AM)/PM

Date Notified of Incident 7-5-25 Time Notified 9:50 (AM)/PM

Kroger

## Incident Report

**Claim Number** 4A2507496LJ0001

Name of Employee Initially Notified Julie Williams

EUID of Employee Initially Notified ____________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery Between isle 19 and 25

Provide Brief Description in ten words or less for Call Center entry Cart stopped suddenly and hit customer rib area

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking and cart suddenly stopped and hit customer rib/ chest area

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Grocery between isle 19 and 25

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)____________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

front stomach / rib cage area.

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A2507496LJ0001

Report Number or Contact Name and Phone#____________________

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known____________________

Address____________________ Phone____________

**Section D: Witness ID**

1 Name____________________ Employee: Y/N Phone____________

Address________________ City__________ State_____ Zip_____

2 Name____________________ Employee: Y/N Phone____________

Address________________ City__________ State_____ Zip_____

3 Name____________________ Employee: Y/N Phone____________

Address________________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

The Customer changed her story several times while reporting the incident. She also gave more injuries after she first told me.

Print Name and EUID of Employee Completing This Report

Name Julie Williams EUID JW40432

Signature [signature] Date 7-5 25

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 4A2507496LJ0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION____________________ STORE #________

Date of Incident 7-5-25 Time of Incident 9:45 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video____________________

Title and EUID, if applicable____________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

**Customer Name**____________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

Please describe witnesses on video____________________

Kroger

# Evidence Report

**Claim Number** 4A2507496LJ0001

1. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from __________ AM/PM to __________ AM/PM

2. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from __________ AM/PM to __________ AM/PM

3. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from __________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________________

Title and EUID ____________________

Photo 1 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

Photo 2 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

Photo 3 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

# Evidence Report

**Claim Number** 4A2507496LJ0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

| |
|---|
| |

Name and EUID of Employee Completing This Report ____________________

Signature ____________________ Date ____________________

Kroger

## Customer Statement

**Claim Number** 4A2507496LJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7-5-2025 Store Address 1100 N. Meridian Street.

City Puyallup State WA

**Contact Information**

Name Rachael Redmond Age 43 Gender: M/F

Parent/Guardian (if minor)

Date of Birth 5-1-1982 Marital Status

Address City State

Home Phone Cell Phone 253 500 9790

Work Phone Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 7-5-25 Time of Incident 9:45 AM/PM (AM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
between Isles 19-25

Describe what happened I Was Walking and the cart stopped and I ran into it Hitting Myself in the top stomach area.

Kroger

## Customer Statement

**Claim Number** 4A2507496LJ0001

Describe any Injuries or Pain from this incident (Please be specific) Wind Was Knocked Out of Me. Cut of shin.

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

2 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

3 Name ________ Phone ________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________

Your Signature [signature] Date 7/5/25

Kroger

# Incident Report

**Claim Number** 4A250619GZH0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6-2-25 DIVISION 701- Fred Meyer STORE # 265

**Section A: Store ID**

Address 1100 N. Meridian Street City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Christine Store Phone 253-840-8150

Store Email Address FM00265AllStoreManagement@stores.fredmeyer.com

Manager Email Address kristen.nickolson@stores.fredmeyer.com

MOD Schedule for Next 5 Days S___ M___ T___ W___ TH___ F___ SA___

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Anna Holt Age 56 Gender: M/F (F circled)

Name of Parent/Guardian___

Date of Birth 10/16/68 Marital Status M Loyalty ID # ___

Address 7710 Waller RD E City Tacoma State WA Zip 98443

Home Phone 253-439-8199 Cell Phone___ Work Phone___

Employer Sound Vocational Services Title Vocational Counselor

Work Address___ City___ State___ Zip___

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'4" 230
Green tank top Dress back Pack

**Section C: Incident Information**

Date of Incident 6/2/25 Time of Incident 2:45 AM/PM (PM circled)

Date Notified of Incident 6/2/25 Time Notified 5 AM/PM (PM circled)

# Incident Report

**Claim Number** 4A250619QZH0001

Name of Employee Initially Notified William

EUID of Employee Initially Notified WS74768

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Doors Walking through the doors.

Provide Brief Description in ten words or less for Call Center entry Cart locked up on customer and hit her shins

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking out of the exit Door in apparel when cart locked up on her, bouncing backwards and hitting her shins

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

ALE Exit Door going through it

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left shin- in front

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2506190240001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

______

______

Print Name and EUID of Employee Completing This Report

Name Julie Williams EUID JW40432

Signature JW Date 6-2-2025

**Remember to check for video and to forward photos**

## Witness Statement

**Claim Number** 4A250619Q2H0001

---

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 1100 N. Meridian Street City Puyallup State WA

Date and Time of Incident ______ AM/PM

**Name of Customer Involved** ______ Gender: M/F

Your Name ______ Phone ______

Are you a Kroger employee at the incident location? Yes No

Are you related to, or are you an acquaintance of the above customer? Yes No

If yes, please describe your relationship ______

What is the best way and time to contact you? ______

Please describe what you saw, heard or otherwise witnessed about this incident ______

Signature [signature] Date 6/2/25

**Customer Statement**

**Claim Number** 4A25061902H0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 6-2-25 Store Address 1100 N. Meridian Street

City Puyallup State WA

**Contact Information**

Name ANA Holt Age 54 Gender: M/(F)

Parent/Guardian (If minor) ______

Date of Birth 10-16-68 Marital Status ______

Address 710 Waller RD E City TACOMA State WA

Home Phone 253 439-8199 Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: (Home)/cell/work/email (circle one)

**Facts**

Date of Incident 6-2-25 Time of Incident 2:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Walking out of the exit Doors in clothing

Describe what happened the cart stopped suddenly and Jumped back hitting me in the shin. then would not move.



DEF FRED MEYER_000205

Kroger

## Customer Statement

**Claim Number** 4A25061 9QZH0001

Describe any Injuries or Pain from this Incident (Please be specific) Pain in left shin. On the front. feels like being hit by a Medal Rod.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Julie Williams

**Witness ID**

1 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

2 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

3 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

Your Signature [signature] Date 6/2/25

Kroger

# Evidence Report

**Claim Number** 4A250619Q2H0061

---

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION 701- Fred Meyer STORE # 265

Date of Incident 6-2-25 Time of Incident__________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video__________

Title and EUID, if applicable__________

Comments (such as whether video system was not working, incident is not captured etc...)__________

**Customer Name** Anna Holt **Gender: M/F** (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

Please describe witnesses on video__________

# Evidence Report

**Claim Number** 4A2506192H0001

1. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

2. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Evidence Report

**Claim Number** 4A2506190240001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Julie Williams

Signature JL Date 6-2-25

Kroger

# Incident Report

**Claim Number** 4A2505Y67980001

Report to be completed by Store Management within 24 hours of incident notice

DATE 05-29-2025 DIVISION 701 Fred Meyer STORE # 180

**Section A: Store ID**

Address 4615 196th St. SW City Lynnwood State WA Zip 98036

Manager on Duty at Time of Incident Vince Berdahl Store Phone (425)670-0200

Store Email Address

Manager Email Address vincent.Berdahl@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7a-5p M 7a-5p T 7a-5 W 7a-5p
TH 7a-5p F 7a-5p SA 7a-5p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Janice Svien Age Gender: M (F)

Name of Parent/Guardian

Date of Birth Marital Status Loyalty ID #

Address P.O Box 1223 City Port Hadlock State WA Zip 98339

Home Phone Cell Phone (425)772-7729 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident 5-20-2025 Time of Incident 2:05pm AM (PM)

Date Notified of Incident 5-29-2025 Time Notified 4:40pm AM (PM)

Kroger

# Incident Report

**Claim Number** 4A2505Y67980001

Name of Employee Initially Notified Jarred Schmid on 5-29-25

EUID of Employee Initially Notified JS876JY

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
West (Grocery) Precheck entrance

Provide Brief Description in ten words or less for Call Center entry customer injured themself when security feature cart locked up.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
SI joint injury. Lower back

Did Police or Emergency Services Respond? Y/N If Yes, Who?

# Incident Report

**Claim Number** 4A2505Y67980001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Dr. Hannah Gautman

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Jarrod Schmid EUID J387634

Signature [signature] Date 5-29-2025

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2505Y67980001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/29/2025 Store Address 4615 196th St. SW

City Lynnwood State WA

**Contact Information**

Name Janice Svien Age ______ Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth ______ Marital Status ______

Address PO Box 1223 City Port Hadlock State WA

Home Phone ______ Cell Phone ______

Work Phone ______ Email janicesvien@protonmail.com

Preferred Method(s) of contact: Home/cell/work/email [circled: email] (circle one)

**Facts**

Date of Incident 5/20/2025 Time of Incident 2:05 AM/PM [circled: PM]

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Exit (west) grocery entrance

Describe what happened Shopping cart locked on me while I was exiting the store. Physical impact.

Kroger

## Customer Statement

**Claim Number** 4A2505Y67980001

Describe any Injuries or Pain from this incident (Please be specific) SI joint injury, trauma, physical injury with pain.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Jarrod Schmid

**Witness ID**

1 Name employee Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date 5/29/2025

# Incident Report

**Claim Number** 4A25046M76Q0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 04/05/2025 DIVISION 701 STORE # 652

**Section A: Store ID**

Address 201 S Water St City Ellensburg State WA Zip 98926

Manager on Duty at Time of Incident Lee Howard Store Phone 509-962-0514

Store Email Address lee.howard@stores.fredmeyer.com

Manager Email Address gustavo.valladares@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name David Firth Age Gender: M/F

Name of Parent/Guardian

Date of Birth Marital Status Loyalty ID #

Address 2082 Bettas Rd City Cle Elum State WA Zip 98922

Home Phone 509.857.2009 Cell Phone Work Phone

Employer Provel Inc Title President

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident 04/05/2025 Time of Incident 3 PM AM/PM

Date Notified of Incident 04/05/2025 Time Notified 3 PM AM/PM

Kroger

# Incident Report

**Claim Number** 4A25046M76Q0001

Name of Employee Initially Notified Lee Howard

EUID of Employee Initially Notified LH84132

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Parking lot outside of the Home Entrance

Provide Brief Description in ten words or less for Call Center entry Cart locked up in parking lot and caused injury to the customers left leg.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer claimed that the cart locked up in the parking lot when arriving on location. Customer shopped with the cart with not issues. When customer was leaving in the parking lot the cart locked again and caused injury to his leg just below his kneecap

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Incident happened in the parking lot. There are warnings at each entrance door that the carts do lock up

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Gatekeeper Cart Wheel System

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

small cut to left leg, below knee cap

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A25046M76Q0001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer woudl like the cart examined by the company that built the system to find out why the cart locked up multiple times.

Print Name and EUID of Employee Completing This Report

Name Lee Howard EUID LH84132

Signature [signature] Date 04/07/2025

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2501R58720001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 01/23/25 DIVISION 701 Fred meyer STORE # 460

**Section A: Store ID**

Address 800 NE Tenney Rd City Vancouver State WA Zip 98685

Manager on Duty at Time of Incident Jesus Ortega Store Phone 360 571 2540

Store Email Address Jesus.OrtegaCortes@stores.Fredmeyer.com

Manager Email Address Jesscy.black@stores.9fci.com

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F 10-7pm SA 9-6pm

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name William ~~Leacy~~ LEADY Age____ Gender: (M)/F

Name of Parent/Guardian____

Date of Birth MARCH 03, 1965 Marital Status____ Loyalty ID # 448120760334

Address 2900 NE 144TH ST City VANCOUVER State WA Zip 98686

Home Phone____ Cell Phone 360-932-2678 Work Phone____

Employer U.S. DEPARTMENT OF VETERAN'S AFFAIRS Title____

Work Address____ City____ State____ Zip____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Gray hair, 6'3" tall, Older Gentleman.

**Section C: Incident Information**

Date of Incident 01/23/2025 Time of Incident 5:30 AM/(PM)

Date Notified of Incident 01/23/2025 Time Notified 5:40 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2501R58720001

Name of Employee Initially Notified Jesus Ortega Cortes

EUID of Employee Initially Notified J099010

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Customer was exiting the store and his cart locked up causing him to [illegible] hurt his left knee.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer's cart locked up when crossing the doors and he hurt his knee against the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
The store entrance. No hazzard conditions

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
left knee was hurt

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2501R58720001

Report Number or Contact Name and Phone# ____

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ____

Address ____ Phone ____

**Section D: Witness ID**

1 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer stated this has happened many times before, except this time he was hurt.

Print Name and EUID of Employee Completing This Report

Name Jesus Ortega Cortes EUID J099010

Signature [signature] Date 01/23/25

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2412W8T7X0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/27/24 DIVISION 701 STORE # 351

**Section A: Store ID**

Address 15609 E Sprague Ave City Spokane Vly State WA Zip 99037

Manager on Duty at Time of Incident Rachel White Store Phone 509-921-5350

Store Email Address

Manager Email Address ~~[illegible]~~ nicholas Strandberg @ stores. fredmeyer.com

MOD Schedule for Next 5 Days S (12/29) 11-9 Doug M (12/30) 11-9 wayne T (12/31) 11-9 Angela W (01/01) 11-9 jordan
TH (01/02) 11-9 [illegible] F 11-9 Doug SA 11-9 Doug (12/28)

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Suzanne Litwin Age 57 Gender: M (F)

Name of Parent/Guardian

Date of Birth 12/29/67 Marital Status Loyalty ID #

Address 7124 E 13th Ave City Spokane Vlly State WA Zip 99212

Home Phone Cell Phone 206-769-1095 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident 12/27/24 Time of Incident around 3-4 AM/(PM)

Date Notified of Incident 12/27/24 Time Notified 8:39 AM/(PM)

Name of Employee Initially Notified Serena Bravo-Hernandez VIA Phone

# Incident Report

**Claim Number** 4A2412W8T7K0001

EUID of Employee Initially Notified SB16473

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Lobby A door when exiting

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

When exiting the building the shopping cart lock up due to no merchandise being purchased through a register. The cart locking up cause customer/clerk effecting her right shoulder + neck

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") right shoulder + neck having trouble moving

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known Urgent Care on 12/28/24

# Incident Report

**Claim Number** 4A2412W8T7X0001

Address_________________________ Phone_________________

**Section D: Witness ID**

1 Name_________________________ Employee: Y/N Phone_________________

Address_________________ City_____________ State_______ Zip_______

2 Name_________________________ Employee: Y/N Phone_________________

Address_________________ City_____________ State_______ Zip_______

3 Name_________________________ Employee: Y/N Phone_________________

Address_________________ City_____________ State_______ Zip_______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

would like a ~~b~~ better system for theft.

Print Name and EUID of Employee Completing This Report

Name Serena Bravo-Hernandez EUID SB61473

Signature [signature] Date 12/27/24

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2412HYXG60001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/11/24 DIVISION Fred Meyer STORE # 171

**Section A: Store ID**

Address 5050 WA 303 City Bremerton State WA Zip 98311

Manager on Duty at Time of Incident Corey Small Store Phone 360 792 2800

Store Email Address __________

Manager Email Address corey.small@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Chantal Brooks Age 62 Gender: M (F)

Name of Parent/Guardian __________

Date of Birth 12/30/61 Marital Status Married Loyalty ID # __________

Address 7062 20e1y PL City Bremerton State WA Zip __________

Home Phone 907.952.0170 Cell Phone __________ Work Phone __________

Employer __________ Title __________

Work Address __________ City __________ State __________ Zip __________

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) __________

**Section C: Incident Information**

Date of Incident 12/11/25 Time of Incident 10:26 (AM)/PM

Date Notified of Incident 12/11/25 Time Notified __________ AM/PM

Kroger

# Incident Report

**Claim Number** 4A2412HYXG60001

Name of Employee Initially Notified Corey Small

EUID of Employee Initially Notified __________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
West enterance

Provide Brief Description in ten words or less for Call Center entry cart locked at exit, customer bumped shin.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer was exiting the store, cart wheels locked up & she hit her shin on the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

None

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)__________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

pain in shin

Did Police or Emergency Services Respond? Y/N If Yes, Who?__________

Kroger

## Customer Statement

**Claim Number** 4A2412HYXG60001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/11/24 Store Address 5050 Hwy 101 Bremerton

City Bremerton State WA

**Contact Information**

Name Chantal Brooks Age 62 Gender: M/(F)

Parent/Guardian (if minor) ____

Date of Birth 12/30/61 Marital Status Married

Address 7062 Zoey Pl City Bremerton State WA

Home Phone 907-952010 Cell Phone same

Work Phone ____ Email chantaluvi9@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 12/11/24 Time of Incident 10:26 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

I Purchase ink Cartridges from the electronic Dept. Walked to the exit Door on the west side of the Bldg. The Cart Jam and I hit my shin on it

Describe what happened

Hit shin on Locked Cart.

Kroger

## Customer Statement

**Claim Number** 4A2412HYXG60001

Describe any Injuries or Pain from this Incident (Please be specific) Swelling and pain in my Shin

Describe any Personal Property that was damaged (Please be specific) —

Please identify the person(s) to whom you reported the incident Corey Small

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 12/11/24

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11/18/24 DIVISION Fred Meyer STORE # 53

**Section A: Store ID**

Address 16735 SE 272nd St City Covington State WA Zip 98042

Manager on Duty at Time of Incident Sandra Voeller Store Phone 253 639-7400

Store Email Address ______

Manager Email Address Sandra.Voeller@store.Fredmeyer.com

MOD Schedule for Next 5 Days S 11-9 M 11-9 T 11-9 W 11-9
TH 11-9 F 11-9 SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maximo Cortez Age 8 Gender (M)/F

Name of Parent/Guardian Alex Salanga

Date of Birth 12/21/~~24~~ 96 Marital Status Single Loyalty ID # ______

Address 28835 184th Pl SE City Kent State WA Zip 98042

Home Phone — Cell Phone 503 735 6762 Work Phone —

Employer Kent School District Title Health Tech

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) black hair, 45 lbs. 4 ft.

**Section C: Incident Information**

Date of Incident 11/18/24 Time of Incident 530 AM/(PM)

Date Notified of Incident 11/18/24 Time Notified 535 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

Name of Employee Initially Notified Oma Chauen

EUID of Employee Initially Notified OC71055

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Customer described me that her son was bleeding and I notified the MOD

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Did not see

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Did not see

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

None

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Nose bleeding

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

Report Number or Contact Name and Phone# Alex Salanga 503 935 6702

Did, or will, the customer seek medical treatment? (Y) /N

Doctor or Medical Facility Name, if known Multicare Emergency Room

Address 17700 SE 272nd St Covington WA Phone ________

**Section D: Witness ID**

1 Name ________ Employee: Y/N Phone ________

Address ________ City ________ State ________ Zip ________

2 Name ________ Employee: Y/N Phone ________

Address ________ City ________ State ________ Zip ________

3 Name ________ Employee: Y/N Phone ________

Address ________ City ________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

As we were leaving the store, the cart locked up and my son slammed his face into the handle. Causing him to bleed.

Print Name and EUID of Employee Completing This Report

Name ~~Alexandra~~ Sandra Voeller EUID SC237666

Signature SandraV[signature] Date 11/18/2024

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2411P7NS80001

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 11/18/24 Store Address 16735 SE 272nd St.

City Covington State WA

**Contact Information**

Name ~~Alex Salanga~~ Maximo Cortez Age 8 Gender: (M)/F

Parent/Guardian (if minor) Alex Salanga

Date of Birth ~~[illegible]~~ 9/27/16 (12/21/96) Marital Status single

Address 28835 184th Pl SE City Kent State WA

Home Phone ______ Cell Phone 503 935 6702

Work Phone ______ Email alexandriar96@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 11/10/24 Time of Incident 530 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

~~[illegible]~~ ~~[illegible]~~ Grocery lobby

Describe what happened As we were leaving the store, the cart locked up. Causing my son (Maximo) to slam his face into the cart handles. His nose is bleeding and split. We went into the starbucks to clean him up.

---

Kroger

## Customer Statement

**Claim Number** 4A2411P7NS80001

Describe any Injuries or Pain from this incident (Please be specific) Bloody, split nose. Crying from pain. Needed to clean blood up.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident 2 attendents at the self check-out area.

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 11/18/24

Kroger

# Incident Report

**Claim Number** 4A2410H3GQQ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24 DIVISION 007 STORE # 0024

**Section A: Store ID**

Address 920 S. Burlington Blvd. City Burlington State WA Zip 98233

Manager on Duty at Time of Incident [illegible] Store Phone ______

Store Email Address bethany.robinson@stores.fredmeyer.com

Manager Email Address ______

MOD Schedule for Next 5 Days S______ M______ T______ W______ TH______ F______ SA______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Cindy Grewell Age 60 Gender: M/(F)

Name of Parent/Guardian N/A

Date of Birth 2/24/64 Marital Status N/A Loyalty ID # (360) 708-8146

Address 19597 Sky Ridge Rd City Mt. Vernon State WA Zip 98274

Home Phone N/A Cell Phone (360) 708-8146 Work Phone "

Employer N/A Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, Blond hair, rust colored vest + long sleeve black shirt black pants, hair tied back

**Section C: Incident Information**

Date of Incident 10/15/24 Time of Incident ≈5:05 AM/(PM)

Date Notified of Incident 10/15/24 Time Notified 5:12 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2410H3GQQ0001

Name of Employee Initially Notified Bethany Robinson

EUID of Employee Initially Notified BR97697

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Outside & to the left of left grocery exit, already past pumpkins & to where cars are.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was taking cart to vehicle when cart locked, tipped, & customer fell on knees.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Happened in the road, en route to car in front of corral behind deli. (white SUV)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Both kneecaps.

Did Police or Emergency Services Respond? Y/N If Yes, Who? Not called.

Kroger

# Incident Report

**Claim Number** ______________

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name N/A Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________

______________

______________

Print Name and EUID of Employee Completing This Report

Name Bethany Robinson EUID BR97697

Signature [signature] Date 11/15/24

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** ______________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date______________ Store Address______________________________

City______________________ State________

**Contact Information**

Name______________________________ Age________ Gender: M/F

Parent/Guardian (if minor)______________________________

Date of Birth______________________ Marital Status______________________

Address______________________ City______________ State________

Home Phone________________ Cell Phone________________

Work Phone________________ Email______________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident________________ Time of Incident __________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________

______________________________________________

Describe what happened______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Kroger

## Customer Statement

**Claim Number** ______________

Describe any Injuries or Pain from this Incident (Please be specific) Knees are both in pain, no bleeding but red & swollen. Have pic on my phone.

Describe any Personal Property that was damaged (Please be specific) Just self

Please identify the person(s) to whom you reported the Incident Priyanka grabbed Birdie Bolin, who called grocery PIC.

**Witness ID**

1 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

2 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

3 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

Your Signature [signature] Date 10/05/

Kroger

# Evidence Report

**Claim Number** ______________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION____________________ STORE #__________

Date of Incident__________________ Time of Incident______________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video______________________________

Title and EUID, if applicable______________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

______________________________

______________________________

______________________________

**Customer Name**______________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________

______________________________

Please describe witnesses on video______________________________

______________________________

______________________________

Kroger

# Evidence Report

**Claim Number** ______________

1. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

2. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

3. **Camera Location/View** ______________

   **Camera/Unit Number** ______________

   **Recording Time from** ______________ **AM/PM to** ______________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ______________

**Title and EUID** ______________

**Photo 1 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

**Photo 2 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

**Photo 3 Date and Time Photo was Taken** ______________ **AM/PM**

**Brief Description of Scene** ______________

Kroger

# Evidence Report

**Claim Number** ______________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________

Signature ______________ Date ______________

Kroger

# Incident Report

**Claim Number** 4A260186L6K0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/9/26 DIVISION Fred Meyer STORE # 265

**Section A: Store ID**

Address 1101 N Meridian City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Fletcher Lane Store Phone 253-840-8150

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M off T 11-9 W 11-9
TH 7-5 F 7-5 SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jacob Jorgensen Age 35 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5/29/90 Marital Status Married Loyalty ID #

Address 4605 108th Ave E City Edgewood State WA Zip 98372

Home Phone Cell Phone 253-549-5856 Work Phone

Employer Washington State DOT Title Communication Technician

Work Address City Olympia State WA Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
6'4" 260 Brown Hair, Blue Jacket Hiking Boots

**Section C: Incident Information**

Date of Incident 1/9/26 Time of Incident 10:10 (AM)/PM

Date Notified of Incident 1/9/26 Time Notified 10:10 (AM)/PM

# Incident Report

**Claim Number** 4A260186L6K0001

Name of Employee Initially Notified William Sullivan

EUID of Employee Initially Notified WS74768

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
On the side walk in front of Apparel entrance

Provide Brief Description in ten words or less for Call Center entry cart locked up on customer and he hit the cart and bruised his shin.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer grabbed a cart that was on the sidewalk, was walking, the cart locked up and his momentum carried him forward and his right shin hit the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

No hazards

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

right shin feels bruised.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A260186L6K0001

Report Number or Contact Name and Phone# Fletcher Lane 253-946-8150

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name N/A Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

On the way to customer service, the cart locked up two or three more times.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 1/9/26

**Remember to check for video and to forward photos**

# Evidence Report

**Claim Number** 4A260186L6K0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FL54660

Signature ____________________ Date 1/9/26

Kroger

## Customer Statement

**Claim Number** 4A260186L6K0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 9 Jan 26 Store Address 1100 N Meridian Ave

City Puyallup State WA

**Contact Information**

Name Jacob Jorgensen Age 35 Gender: (M)/F

Parent/Guardian (if minor) ______

Date of Birth 29 May 1990 Marital Status Married

Address 4605 108th Ave E City Edgewood State WA

Home Phone ______ Cell Phone 253 549 5856

Work Phone ______ Email Jacobjorgie@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 9 Jan 26 Time of Incident 10:10 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Store Entrance Exterior

Describe what happened I grabbed a shopping cart, Started to push the cart when suddenly the security wheel locked up causing my right shin to strike the cart causing intense pain. As I walked toward the cust service desk the cart locked up several more times.

Kroger

## Customer Statement

**Claim Number** 4A260186L6K0001

Describe any Injuries or Pain from this Incident (Please be specific) Shin pain, possible bruising

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident William at service desk.

**Witness ID** N/A

1 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

2 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

3 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

Your Signature [signature] Date 9 Jan 2026

# Incident Report

**Claim Number** 4A2510DFZVB0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 10-13-25 DIVISION Fred Meyer STORE # 286

**Section A: Store ID**

Address 101 Wellsian Way City Richland State WA Zip 99352

Manager on Duty at Time of Incident Matt Nellor Store Phone 509-943-8780

Store Email Address matt.nellor@stores.fredmeyer.com

Manager Email Address Vanessa.Sanchez@stores.fredmeyer.com

MOD Schedule for Next 5 Days S___ M 7am-5pm T 7am-5pm W 7am-5pm TH 7am-5pm F 7am-5pm SA___

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name David Dye Age 55 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 08-28-70 Marital Status MARRIED Loyalty ID #

Address 2442 Pechung City Richland State WA Zip 99354

Home Phone 509-308-4469 Cell Phone ↩ Work Phone /

Employer Self employed Title Owner

Work Address 2442 Pechung City Richland State WA Zip 99354

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'6", 190 lbs, brown & gray

**Section C: Incident Information**

Date of Incident 10-13-25 Time of Incident 9:40 (AM)/PM

Date Notified of Incident 10-13-25 Time Notified 9:42 (AM)/PM

# Incident Report

**Claim Number** 4A2510DFZVB0001

Name of Employee Initially Notified Matt Nellar, Store Leader

EUID of Employee Initially Notified MNX0781

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entrance automatic doors

Provide Brief Description in ten words or less for Call Center entry Cart locked up on customer and he ran into cart.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Was walking to put cart away and it locked up on him abruptly. He was leaning against the handle bar when it happened and it jammed into his ribs.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

First set of automatic doors, going outside.
There were 3 warning signs on doors, facing customer.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Ribs. Has a bad back.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2510DFZVB0001

Report Number or Contact Name and Phone# Vanessa Sanchez 509-943-8340

Did, or will the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known Dustin Golding

Address 945 Goethals Phone 509-943-3194

**Section D: Witness ID** N/A

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)** N/A

______

______

______

Print Name and EUID of Employee Completing This Report

Name Vanessa Sanchez EUID VS85815

Signature [signature] Date 10/13/25

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2510DF2VB0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 10/13/25 Store Address 101 Wellsian Way

City Richland State WA

**Contact Information**

Name David Dye Age 55 Gender: (M)/F

Parent/Guardian (if minor) /

Date of Birth 08-28-1970 Marital Status Married

Address 2442 Pershing Ave City Richland State WA

Home Phone / Cell Phone 509-308-4469

Work Phone / Email floors to dye for@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 10-13-25 Time of Incident 9:40 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel entrance automatic doors

Describe what happened Walking out to put cart away, cart seized up, handle jabbed into ribs knocking the wind out of lungs, doubled over in pain, back is sore as well as pain on left ribs.



[signature]

# Customer Statement

**Claim Number** 4A2510DFZVB0001

Describe any Injuries or Pain from this incident (Please be specific) Left ribs, lower back tightening up

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Matt Neller

**Witness ID**

1 Name Lisa Dye Phone 509-612-5202

Was this person shopping with you? Y/N (Y circled)

What is this person's relationship to you? Spouse

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 10-13-25

Kroger

# Evidence Report

**Claim Number** 4A2510DFZVB0001

1. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

2. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer Vanessa Sanchez

Title and EUID HR ASL, vs85845

Photo 1 Date and Time Photo was Taken 10:30 (AM circled)/PM

Brief Description of Scene Apparel automatic doors where customer was walking through, also shows 3 warning signs on doors.

Photo 2 Date and Time Photo was Taken 10:30 (AM circled)/PM

Brief Description of Scene Close up of warning sign

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Kroger

# Evidence Report

**Claim Number** 4A2510DFZVB0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Vanessa Sanchez

Signature ____________ Date 10/13/25

Kroger

# Incident Report

**Claim Number** 4A2508JNX0V0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/16/25 DIVISION 701 STORE # 608

**Section A: Store ID**

Address 915 NW 45th St City Seattle State WA Zip 98107

Manager on Duty at Time of Incident Sam Jacobson Store Phone ______

Store Email Address ______

Manager Email Address samuel.jacobson@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Regina Reyes Age 58 Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth Feb. 1967 Marital Status ______ Loyalty ID # ______

Address 4434 28th Pl W City Seattle State WA Zip 98199

Home Phone — Cell Phone 206-650-5827 Work Phone —

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, average build, brown/blonde hair, gray t-shirt, blue jeans, white sneakers

**Section C: Incident Information**

Date of Incident 8/16/25 Time of Incident 4:34 AM/(PM)

Date Notified of Incident 8/16/25 Time Notified 5:22 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2508JNX0V0001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known Unsure.

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Samuel Jacobson EUID ~~[illegible]~~ 5523539

Signature SJ Date 8/16/2025

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2508JNX0V0001

Describe any Injuries or Pain from this Incident (Please be specific) Right shoulder pain, radiating slightly up right neck

Describe any Personal Property that was damaged (Please be specific) -0-

Please identify the person(s) to whom you reported the incident security, store manager / Ashley (personnel (Raquel)) & security / Sam (AP manager)

**Witness ID** security officer at store

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature [signature] Date 8/16/25

Kroger

# Evidence Report

**Claim Number** 4A2508JNX0V0001

1. Camera Location/View Home Entry PVM

   Camera/Unit Number — —

   Recording Time from 3:40 AM/PM to 5:40 AM/PM

2. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Incident Report

**Claim Number** ______________________

4A24094Z3GK0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9/5/2024 DIVISION 701 STORE # 208

8:00 am

**Section A: Store ID**

Address 11325 SE Mill Plain Blvd City Vancouver State WA Zip 98683

Manager on Duty at Time of Incident Dana Eckman Store Phone

Store Email Address dana.eckman@stores.fredmeyer.com

Manager Email Address Same as above

MOD Schedule for Next 5 Days S OFF M OFF T 7-5 W 7-5
TH ____ F OFF SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ____ Age ____ Gender: M/F (F circled)

Name of Parent/Guardian Angelina Corona

Date of Birth ____ Marital Status ____ Loyalty ID # 44769486133

Address 1919 140th Ave NE #D2-319 City Bellevue State WA Zip 98004

Home Phone 425-591-4448 Cell Phone 425-591-4448 Work Phone ____

Employer Self Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'8", Black hair, white blouse & skirt, sandals

# Incident Report

Claim Number ______________________

4A24094Z3GK0001

## Section C: Incident Information

Date of Incident 9-5-2024 Time of Incident 8:16 (AM)/PM

Date Notified of Incident 9-5-2024 8:16pm Time Notified

AM/PM

Name of Employee Initially Notified Manager / Dam Eckman

EUID of Employee Initially Notified DE30240

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Grocery entrance lobby

Provide Brief Description in ten words or less for Call Center entry Customer's cart locked up causing customer to collide with cart.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I checked out w/a cashier who told me to get a cart. I did. It locked up on the way out the door. I didn't know it would do this. It jarred my hands neck - hurting my neck & my my jaw. I'm in a lot of pain. Very frustrating to experience this without warning.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Grocery entrance lobby. No hazard other than the shopping cart.

# Incident Report

Kroger

Claim Number ____________________

4A24094Z3GK0001

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Neck, shoulder, jaw and lower back pain. Customer stated they had recently suffered whiplash and incident caused flareup of injury/pain

Did Police or Emergency Services Respond? Y/N If Yes, Who? ____________________

Report Number or Contact Name and Phone# ____________________

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known Unknown

Address ____________________ Phone ____________________

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Kroger **Incident Report**

**Claim Number** ______________________

4A24094Z3GK0001

Address N/A City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above: N/A

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer stated multiple times that they had recently suffered whiplash and that this incident has aggravated those symptoms

Print Name and EUID of Employee Completing This Report

Name Dana Eckman

EUID DE 30240

Signature [signature] 9/5/2024

Date

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A24056BBBN0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5-7-24 DIVISION ______ STORE # 424

**Section A: Store ID**

Address 17404 meridian E Puyallup State WA Zip 98375

Manager on Duty at Time of Incident Jeff Fenton Store Phone 253-445-7840

Store Email Address jeff.fenton@stores.fredmeyer.com

Manager Email Address ______

MOD Schedule for Next 5 Days S ______ M ______ T [illegible] W Tina TH Nicole F Tyler SA Archer

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kimberely Beyer Age 56 Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth 10-30-67 Marital Status ______ Loyalty ID # ______

Address 10807 19th St E City Puyallup State WA Zip 98374

Home Phone ______ Cell Phone 2533029715 Work Phone ______

Employer retired Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, 170lbs, brown,

**Section C: Incident Information**

Date of Incident 5-7-24 Time of Incident 130 AM/(PM)

Date Notified of Incident 5-7-24 Time Notified 133 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A24056BBBN0001

**Name of Employee Initially Notified** Erin Peterson

**EUID of Employee Initially Notified** 91382737

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Front lobby A

**Provide Brief Description in ten words or less for Call Center entry**
wheels locked when trying to leave

**Provide Detailed Description of the Incident**
(as witnessed by you) OR (as conveyed by the customer) (circle one)
wheels locked, when trying to leave, hurt wrist/hand her left side

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**
store lobby A exit

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** Chrisie Beyer 253 341 356 - daughter

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**
left wrist left hand

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** not called

Kroger

# Incident Report

**Claim Number** 4A24056BBBN0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N ~~N~~ if still swollen tomorrow

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Chase Bayer Employee: Y/(N) Phone 253 341 7356

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Erin Peterson EUID 8882737

Signature [signature] Date 5-7-24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24056BBBN0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date May 7, 2024 Store Address 17404 Meridian Ave E

City Puyallup State 98375

**Contact Information**

Name Kimberly Beyer Age 56 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth Oct. 30, 1967 Marital Status married

Address 10507 191st St E City Puyallup State WA

Home Phone Cell Phone 253-302-9775

Work Phone Email beyerfam81@msn.com

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident May 7, 2024 Time of Incident 1:30 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Entrance by Starbucks

Describe what happened Cart locked up when leaving resulting in ~~[illegible]~~ catching wrist/hand on cart & causing injury!

Kroger

## Customer Statement

**Claim Number** 4A24056BBBN0001

Describe any Injuries or Pain from this incident (Please be specific) Wrist & hand aching pain throughout.

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name Chasie Beyer Phone 253-341-7356

Was this person shopping with you? (Y)/N

What is this person's relationship to you? Daughter inlaw

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date 5/7/24

Kroger

# Evidence Report

**Claim Number** 4A24056BBBN0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION____________________ STORE #__________

Date of Incident__________________ Time of Incident__________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video____________________

Title and EUID, if applicable____________________

**Comments (such as whether video system was not working, incident is not captured etc...)**____________________

____________________

____________________

____________________

**Customer Name**____________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

____________________

____________________

Please describe witnesses on video____________________

____________________

____________________

Kroger

# Evidence Report

**Claim Number** 4A24056BBBN0001

1. Camera Location/View__________

   Camera/Unit Number__________

   Recording Time from__________ AM/PM to __________ AM/PM

2. Camera Location/View__________

   Camera/Unit Number__________

   Recording Time from__________ AM/PM to __________ AM/PM

3. Camera Location/View__________

   Camera/Unit Number__________

   Recording Time from__________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer__________

Title and EUID__________

Photo 1 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 2 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 3 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Kroger

# Evidence Report

**Claim Number** 4A24056BBBN0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________

Kroger

# Incident Report

**Claim Number** 4A24058DD7S0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5·9·24 DIVISION Fred Meyer STORE # 609

**Section A: Store ID**

Address 915 NW 45th City Seattle State WA Zip 98107

Manager on Duty at Time of Incident David Barger Store Phone 206-297-4300

Store Email Address David.Barger@stores.fredmeyer.com

Manager Email Address "Same as above"

MOD Schedule for Next 5 Days S OFF M 10A-4P T 10A-4P W OFF TH OFF F 10A-4P SA 10A-4P

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Travis Bevan Age ______ Gender: M/F

Name of Parent/Guardian N/A

Date of Birth N/A Marital Status N/A Loyalty ID # N/A

Address N/A City N/A State N/A Zip N/A

Home Phone N/A Cell Phone 701-371-1575 Work Phone N/A

Employer N/A Title N/A

Work Address N/A City N/A State N/A Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident 05-09-2024 Time of Incident 7:35 (AM)/PM

Date Notified of Incident 05-09-2024 Time Notified 7:35 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A24058DD7S0001

Name of Employee Initially Notified DAVID BARKER

EUID of Employee Initially Notified DB382479

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
FOOD ENTRY DOOR

Provide Brief Description in ten words or less for Call Center entry
CUSTOMER TRIP/FALL OVER GROCERY CART

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER LEAVING STORE THROUGH FOOD ENTRY, CART WHEEL LOCKED
CUSTOMER TRIPPED OVER CART AND FELL INTO DOOR.
CUSTOMER CALLED AND STATED THEY WANTED TO REPORT AND DOCUMENT THE INCIDENT. THE CUSTOMER HAS NOT FILLED OUT ANY FORMS AS OF 5/9/24 8:30 AM.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards; etc...(as witnessed by you in your investigation, not as conveyed by the customer)
N/A

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")
CUSTOMER STATED HE JUST HAD SURGERY, DID NOT SPECIFY WHERE, BUT STATED HIS BACK AND WRIST MAY BE A CONCERN.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24058DD7S0001

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known N/A

Address N/A Phone N/A

**Section D: Witness ID**

1 Name Dalene Apusen Employee: Y/N Phone 408-512-4466

Address 10300 Des Moine Mem Dr. S City Seattle State WA Zip 98168

2 Name N/A Employee: Y/N Phone N/A

Address N/A City N/A State N/A Zip N/A

3 Name N/A Employee: Y/N Phone N/A

Address N/A City N/A State N/A Zip N/A

Names and EUID of any employees nearby, if not listed above:
N/A

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Around 7:45 am - 7:50 am, I saw the subject walk through the grocery exit. The alarms went off which indicated his cart would lock. I grabbed the cart key to unlock it, but by the time I reached the →

Print Name and EUID of Employee Completing This Report

Name Dalene Apusen David Barger / EUID D682479

Signature [signature] [signature] Date 05/09/24

Remember to check for video and to forward photos

Kroger

## Customer Statement

**Claim Number** 4A24058DD7S0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/9/24 Store Address 915 NW 45TH ST

City SEATTLE State WA 98107

**Contact Information**

Name TRAVIS BEVAN Age ___ Gender: M/F

Parent/Guardian (if minor) ___

Date of Birth ___ Marital Status ___

Address 5970 17th AVE NW City SEATTLE State 98107

Home Phone ___ Cell Phone 701-371-6575

Work Phone ___ Email ___

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 5/9/24 Time of Incident 7:35 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

FRONT FOOD ENTRANCE

Describe what happened TRAVIS WAS PUSHING SMALL GROCERY CART OUT THROUGH FOOD ENTRY. CART WHEEL LOCKED UP; TRAVIS TRIPPED OVER CART AND CRASHED INTO DOOR.

Kroger

## Customer Statement

**Claim Number** 4A24058DD7S0001

**Describe any Injuries or Pain from this incident (Please be specific)** BACK, WRIST ?

**Describe any Personal Property that was damaged (Please be specific)** N/A

**Please identify the person(s) to whom you reported the incident** DAVID BARGER, STORE MANAGER

**Witness ID**

1 Name DULENE APUSEN Phone 408-512-4466

Was this person shopping with you? Y/N (N circled)

What is this person's relationship to you? STORE SECURITY

2 Name N/A Phone N/A

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

3 Name N/A Phone N/A

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

CUSTOMER RELAYED INFO OVER PHONE

Your Signature ______ Date 5/9/24

Kroger

## Witness Statement

**Claim Number** 4A24058DD7S0001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

**Store Address** 915 NW 45th St **City** Ballard **State** WA

**Date and Time of Incident** Approx 7:45 - 7:50 (AM)/PM

**Name of Customer Involved** TRAVIS BEVAN **Gender** (M)/F

**Your Name** Dalene Apusen **Phone** 408-512-4466

**Are you a Kroger employee at the incident location?** Yes (No)

**Are you related to, or are you an acquaintance of the above customer?** Yes (No)

**If yes, please describe your relationship**

**What is the best way and time to contact you?** Call or text

**Please describe what you saw, heard or otherwise witnessed about this incident** At around 7:45am - 7:50am, I saw the customer walk through the grocery exit. The alarms went off which indicated his cart would lock up. I grabbed the cart key to unlock it, but by the time I reached the first set of doors, he had reached the second set because he was walking rather quickly. When the cart locked, ~~the~~ momentum made him topple over the cart and fall, and he hit the doors as he went down. The →

**Signature** [signature] **Date** 05/09/24

Claim Number: 4A24Ø58DD75ØØØ1

WITNESS STATEMENT CONTINUED 5/9/24

art flipped over and the groceries fellout.
went up to him as he was getting up and put his
ems back in the cart. He then mentioned he just had
ugery. He paused for a brief moment then took his
roceries out of the cart and walked to his car. I unlocked
he cart and put it away.

Kroger

# Evidence Report

Claim Number 4A24058DD7S0001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 5-9-24 DIVISION Fred Meyer STORE # 608

Date of Incident 5-9-24 Time of Incident 7:43:02 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Makenzi Stamos

Title and EUID, if applicable APM/MS45648

Comments (such as whether video system was not working, incident is not captured etc...)

Customer Name Travis Bevan Gender (M)/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video glasses, brown hair, blue hoodie, black shorts, black/white Nike shoes, small cart

Please describe witnesses on video Blue-Tac security guard, black uniform, glasses, black shoulder length hair - female

# Evidence Report

**Claim Number** 4A24058DD7S0001

1. Camera Location/View Grocery Door PUM

   Camera/Unit Number Axis M1135

   Recording Time from 6:42:01 (AM)/PM to 8:42:30 (AM)/PM

2. Camera Location/View Grocery Door Left Side

   Camera/Unit Number Axis(ONIE)P3715-PLVE

   Recording Time from 6:42:01 (AM)/PM to 8:42:30 (AM)/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Evidence Report

**Claim Number** 4A24058DD7S0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Mavenzi Stamos / MS548648

Signature ____________ Date 5/22/24

Kroger

# Incident Report

Claim Number 4A2404T1J970001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4-25-24 DIVISION #59 701 STORE # 657

**Section A: Store ID**

Address 400 THOR ST City SPOKANE State WA Zip

Manager on Duty at Time of Incident DIANNA Store Phone

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S M T W
TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name MICHELLE SMITH Age 69 Gender: M (F)

Name of Parent/Guardian

Date of Birth 12/14/1954 Marital Status NO Loyalty ID # 509994 5886

Address 3500 S GRAND BLVD #4 City SPOKANE State WA Zip 99203

Home Phone 509 994 5886 Cell Phone SAME Work Phone

Employer SELF EMPLOYED Title WINDOW WASHER

Work Address SAME AS ABOVE City SAME State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'7" 140

**Section C: Incident Information**

Date of Incident 4-25-24 Time of Incident 3:15 AM/(PM)

Date Notified of Incident 4-25-24 Time Notified 3:30 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2404T1J970001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/(N) WILL TRY NOT TO

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name SCOTT VANWESTERHUYZEN EUID SV32926

Signature [signature] Date 4-25-24

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2404X27L60001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/28/24 DIVISION 701 STORE # 460

**Section A: Store ID** 460

Address ________ City Vancouver State WA Zip 98686

Manager on Duty at Time of Incident Keegan Crawford Store Phone ________

Store Email Address keegan.crawford@stores.fredmeyer.com

Manager Email Address ________

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Ame LeCocq Age ____ Gender: M/F (F circled)

Name of Parent/Guardian ________

Date of Birth ________ Marital Status Married Loyalty ID # ________

Address 1612 NE 131st Circle City Vancouver State WA Zip 98685

Home Phone 503-313-8275 Cell Phone 503-313-8275 Work Phone ________

Employer ________ Title ________

Work Address ________ City ________ State ________ Zip ________

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ________

**Section C: Incident Information**

Date of Incident 4/27/2024 Time of Incident ≈4:35 AM/PM (PM circled)

Date Notified of Incident 4/27/2024 Time Notified 4:45 AM/PM (PM circled)

Name of Employee Initially Notified I called & spoke to the store manager, Scott

# Incident Report

**Claim Number** 4A2404X27L60001

EUID of Employee Initially Notified__________________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) just as I was leaving the north exit of the store

Provide Brief Description in ten words or less for Call Center entry Gatekeeper System malfunctioned, causing injury to customer

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

this happened directly to me.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Leaving the store after checking out from a cashier, cart slammed on the electronic brakes + I cut + bruised my left shin.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

FRED MEYER IS LIABLE

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left shin - cut, bruise + swelling

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?________________

Report Number or Contact Name and Phone#________________

Did, or will, the customer seek medical treatment? Y/N not yet

Doctor or Medical Facility Name, if known________________

# Incident Report

**Claim Number** 4A2404X27L60001

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State______ Zip______

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State______ Zip______

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State______ Zip______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Keegan C. EUID KC23578

Signature [signature] Date 4-28-2024

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A240698FTV0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6-9-24 DIVISION 701/Fred Meyer STORE # 688

**Section A: Store ID**

Address 2902 164th St SW City Lynnwood State WA Zip 98087

Manager on Duty at Time of Incident Jacob Anderson Store Phone 425 787 4906

Store Email Address cheryl.tutt@stores.fredmeyer.com

Manager Email Address cheryl.tutt@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Lori Hardman Age 56 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 08.13.67 Marital Status S Loyalty ID # 425.218.5341

Address 4821 168th St. City Lynnwood State WA Zip 98037

Home Phone 425.534.3275 Cell Phone ← same Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) FM - 165 lbs
56 - Brown hair, 5'5
grey shirt, shorts, white shoes

**Section C: Incident Information**

Date of Incident 6-9 Time of Incident 12:55 AM/PM (PM circled)

Date Notified of Incident 6-9 Time Notified 1:15 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 4A240698FPV0011

---

Name of Employee Initially Notified Deborah Holand

EUID of Employee Initially Notified DH43818

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Food Lobby

Provide Brief Description in ten words or less for Call Center entry walking fast, cart locked up, hit customer in ~~[illegible]~~ torso

Provide Detailed Description of the incident
(as witnessed by you) OR as conveyed by the customer (circle one)

customer checked out at register and was trying to leave and her cart locked up and hit her in the stomach knocking the wind out of her

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
food lobby

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
rib cage, stomach, abdomen
wind knocked out!

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A240698FTV0061

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Primary Care Dr. Perry

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

No signs for carts locking up, no warnings

Print Name and EUID of Employee Completing This Report

Name Jacob Anderson EUID JA28699

Signature [signature] Date 6/9/24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A240698FTV0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date ____________ Store Address ____________________________________________

City ________________________ State ________

**Contact Information**

Name ____________________________________________ Age ________ Gender: M/F

Parent/Guardian (if minor) ____________________________________________

Date of Birth ________________________ Marital Status ________________________

Address ________________________________ City ____________________ State ________

Home Phone ____________________ Cell Phone ____________________

Work Phone ____________________ Email ________________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident ______________________ Time of Incident ____________ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

________________________________________________________________________

________________________________________________________________________

Describe what happened ________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

Kroger

## Customer Statement

**Claim Number** 4A240698FTV0001

Describe any Injuries or Pain from this incident (Please be specific) left to right side mid torso

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Jacob Anderson

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature Lori K Hardman Date 6-9-24

Kroger

# Evidence Report

**Claim Number** 4A240698FTV0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 6/9/24 DIVISION 701 STORE # 688

Date of Incident 6/9/24 Time of Incident 12:55 AM/(PM)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Mieral Eshete

Title and EUID, if applicable Asset Protection Manager

**Comments (such as whether video system was not working, incident is not captured etc...)**

Customer Name Cori Herdman Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

black hair in a bun, ~~on~~ a blue shirt, dark grey shorts

Please describe witnesses on video

Kroger

# Evidence Report

**Claim Number** 4A240698FRV0001

1. Camera Location/View ~~DVR 7 Cam 3~~ FoD Pucker

   Camera/Unit Number ~~Food~~ DVR 7 Cam 3

   Recording Time from 12:54:58 AM/PM (PM circled) to 12:56:00 AM/PM (PM circled)

2. Camera Location/View Food Picker

   Camera/Unit Number DVR 7 Cam 3

   Recording Time from 11:54:58 AM/PM (AM, PM circled) to 13:56:00 AM/PM (PM circled)

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Evidence Report

**Claim Number** 4A2406R8FPV00b1

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**<u>Section C:</u>** **<u>Diagram</u>** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________________

Signature ______________________________ Date ____________________

Kroger

# Incident Report

**Claim Number** 4A2407PJFW20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7·22·24 DIVISION 701 STORE # 180

**Section A: Store ID**

Address 4615 196th St. SW Ste. 175 City Lynwood State WA Zip 98036

Manager on Duty at Time of Incident Paul Brawn Store Phone 425-670-0200

Store Email Address

Manager Email Address paul.Brawn@stores.Fredmeyer.com

MOD Schedule for Next 5 Days S 7a-5p M 7a-5p T 7a-5p W 7a-5p TH 7a-5p F 7a-5p SA 7a-5p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Julie Balatico Age 63 Gender: M (F)

Name of Parent/Guardian

Date of Birth 5-10-61 Marital Status Loyalty ID #

Address 16212 Bothell everett Highway F226 City Mill creek State WA Zip 98012

Home Phone Cell Phone 425-239-9585 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Black Sweatshirt, Hair in pony tail with gray hat. wearing glasses & mask. Black purse

**Section C: Incident Information**

Date of Incident 7·22·24 Time of Incident 12 AM/(PM)

Date Notified of Incident 7·22·24 Time Notified 12:15 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2407PJFW20001

Name of Employee Initially Notified Kara Strand

EUID of Employee Initially Notified KS26464

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
apparel entrance.

Provide Brief Description in ten words or less for Call Center entry Cart stopped abruptly and customer ran into it.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was pushing a cart out the apparel exit and the wheel locked up and stopped the cart. Customer ran into the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

apparel entrance/exit

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Right shoulder blade, Right chest muscles or ribs

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2407PJFW20001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name Mickey Corliss Employee (Y)/N Phone work: 425-670-0200

Address 4615 196th St. SW. City Lynwood State WA Zip 98036

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State______ Zip______

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State______ Zip______

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

__________

__________

__________

Print Name and EUID of Employee Completing This Report

Name Kara Strand EUID KS26464

Signature [signature] Date 7-22-24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2407PJFW20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7.22.24 Store Address 4615 196th St. SW STE 175

City Lynwood State WA

**Contact Information**

Name Julie Balatico Age 63 Gender: M/F

Parent/Guardian (if minor)

Date of Birth 5-10-61 Marital Status

Address 16212 Bothell Everett HWY F226 Millcreek WA

Home Phone Cell Phone 424 239 9585

Work Phone Email juliecmail101@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 7-22-24 Time of Incident 12:00ish AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entrance

Describe what happened I used a shopping cart in the store but didn't find the item I was looking for so was leaving the store. When the cart hit the door opening it jammed* and suddenly stopped like ramming into a brick wall. My shoulder and muscles in my chest hurt and it hurts to take deep breaths.

*the cart anti-theft mechanism stopped the cart at the ~~entrance~~ stopped

Kroger

## Customer Statement

**Claim Number** 4A2407PJFW20001

Describe any Injuries or Pain from this Incident (Please be specific) My shoulder blade hurts and muscles in my chest hurt on my right side and it hurts to take a deep breath, My right rib hurt.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Kara, grocery mgr. & greeter at the door

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature__________ Date__________

Kroger

# Witness Statement

**Claim Number** 4A2407PJFW20001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 4615 196th St. SW. City Lynwood State WA

Date and Time of Incident 7-22-24 12 AM/PM (PM circled)

Name of Customer Involved ______ Gender: M/F

Your Name MICKEY CORLISS Phone 425-670-0200

Are you a Kroger employee at the incident location? Yes (circled) No

Are you related to, or are you an acquaintance of the above customer? Yes No (circled)

If yes, please describe your relationship ______

What is the best way and time to contact you? AT WORK FM #180 LYNN

Please describe what you saw, heard or otherwise witnessed about this incident

THE ALARM AT THE DOOR STOPED THE CUSTOMER ~~THE~~ CART; I ASKED THE CUSTOMER IF SHE PURCHASED ANY PRODUCT, SHE SAID NO. SHE WANTED TO KNOW WHY DID WHEELS LOCK. I TOLD HER SINCE SHE DIDN'T PURCHASE ANYTHINK & DIDN'T GO THOUGH CHECK STAND THE WHEELS WOULD LOCK AT EXIT. SHE LEFT THE CARD, I DID OFER TO UNLOCK THE CART BUT SHE TOOK OF.

Signature [signature] Date 7-22-2024

# Incident Report

**Claim Number** 4A2407ZTLZZ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/30/24 DIVISION 701 STORE # 215

**Section A: Store ID**

Address 25250 Pacific HWY S City Kent State WA Zip

Manager on Duty at Time of Incident David Myers Store Phone 98032

Store Email Address Ron.Colchon@stores.fredMeyer.com

Manager Email Address david.myers@stores.Fredmeyer.com

MOD Schedule for Next 5 Days S 6-7p M T W 6-7p
TH 6-7p F 6-7p SA 6-7p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ANA PAULA MENDONCA Age 57 Gender: M (F)

Name of Parent/Guardian

Date of Birth 04/15/1967 Marital Status MARIED Loyalty ID # (425)254-1666

Address 23309 59th PL. S. City KENT State WA Zip 98032

Home Phone (425) 254-1616 Cell Phone SAME Work Phone SAME

Employer SELF Title

Work Address SAME AS ADDRESS City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) "ON TUESDAY JULY 30th 2024 AROUND 5:26 pm, I EXPERIENCED AN INJURY WHILE LEAVING THE STORE. THE SHOPPING CART ELECTRONIC DEVICE STOPPED UNEXPECTEDLY CAUSING LEG INJURY.
WEARING: LONG PANTS JEANS JEANS JACKET BLACK SANDALS

**Section C: Incident Information**

Date of Incident 7/30/24 Time of Incident 5:20 AM/(PM)

Date Notified of Incident 7/30/24 Time Notified 6:45 AM/(PM)

Name of Employee Initially Notified David Myers

# Incident Report

**Claim Number** ______________

EUID of Employee Initially Notified ______________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Home entrance just past security sensors

Provide Brief Description in ten words or less for Call Center entry Ankle injury due to locking cart

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking out the home entrance when her cart suddenly locked up. She ran her right shin into the back of the cart bruising it.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Home lobby no visible trip Hazards

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Bruising to right shin with minor swelling

Did Police or Emergency Services Respond? Y/N If Yes, Who? ______________

Report Number or Contact Name and Phone# Ana Mendonca 425 254-1616

Did, or will, the customer seek medical treatment? Y/N possibly

Doctor or Medical Facility Name, if known ~~[illegible]~~ Kaiser Permanente Bellvue (Downtown)

# Incident Report

**Claim Number** ______________

Address______________________________ Phone______________

**Section D: Witness ID**

1 Name______________________________ Employee: Y/N Phone______________

Address______________________ City______________ State________ Zip________

2 Name______________________________ Employee: Y/N Phone______________

Address______________________ City______________ State________ Zip________

3 Name______________________________ Employee: Y/N Phone______________

Address______________________ City______________ State________ Zip________

Names and EUID of any employees nearby, if not listed above:

______________________________________________________________

______________________________________________________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Shown bruising was light with no obvious swelling customer was walking with no visible limp.

______________________________________________________________

Print Name and EUID of Employee Completing This Report

Name David Myers EUID dm55799

Signature [signature] Date 7/30/24

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2308MTMGF0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/19/23 DIVISION 701 - FRED MEYER STORE # 390

**Section A: Store ID**

Address 4505 S 19TH ST City TACOMA State WA Zip 98405

Manager on Duty at Time of Incident KYLE REDDICK Store Phone 253-756-9280

Store Email Address ____

Manager Email Address kyle.reddick@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name CHRISTINE STILL Age 62 Gender: M/(F)

Name of Parent/Guardian ____

Date of Birth 7/6/61 Marital Status ____ Loyalty ID # ____

Address 3015 N 14TH #A City TACOMA State WA Zip 98406

Home Phone ____ Cell Phone 253 797 0173 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) TEVA SANDALS KHAKI SHORTS BLUE SHIRT SHORT GRAY HAIR / GLASSES / 5'4" x 170 #

**Section C: Incident Information**

Date of Incident 8/19/23 Time of Incident 11:50 (AM)/PM

Date Notified of Incident 8/19/23 Time Notified 11:50 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2308MTMGF0001

Name of Employee Initially Notified KYLE REDDICK

EUID of Employee Initially Notified KR028969

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
LOBBY CLEAR OF OBSTACLES AND DEBRIS

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER WAS EXITING THE STORE AND THE SECURITY WHEELS LOCKED UP CUSTOMER · JAMMED (L) WRIST

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

LOBBY - WAS CLEAR AND FREE FROM OBSTRUCTIONS/ OBSTACLES AND DEBRIS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

LEFT WRIST JAMMED / SPRAIN

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

# Incident Report

**Claim Number** 4A2308MTMGF0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N NOT KNOWN

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

CUSTOMER STATED THAT SHE WAS ON DISABILITY FOR THE LEFT WRIST INJURY. SIGNS ON DOORS ENTERING STORE THAT CARTS MAY LOCK UP

Print Name and EUID of Employee Completing This Report

Name KYLE REDDICK EUID KR289619

Signature Kyle Reddick Date 8/19/2023

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2308MTMGF0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date__________ Store Address____________________

City________________ State______

**Contact Information**

Name________________________ Age______ Gender: M/F

Parent/Guardian (if minor)____________________

Date of Birth______________ Marital Status______________

Address__________________ City____________ State______

Home Phone____________ Cell Phone____________

Work Phone____________ Email____________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident______________ Time of Incident ________ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Describe what happened____________________

Kroger

## Customer Statement

**Claim Number** 4A2308MTMGF0001

---

Describe any Injuries or Pain from this incident (Please be specific)________________________

Describe any Personal Property that was damaged (Please be specific)________________________

Please identify the person(s) to whom you reported the incident________________________

**Witness ID**

1 Name________________________________Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________________

2 Name________________________________Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________________

3 Name________________________________Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________________

Your Signature________________________________Date________________

Kroger

# Evidence Report

**Claim Number** 4A2308MTMGF0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION______________________________STORE #____________

Date of Incident________________________ Time of Incident________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video________________________________________

Title and EUID, if applicable________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

**Customer Name**__________________________________________**Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video_________

___________________________________________________________________

___________________________________________________________________

Please describe witnesses on video__________________________________________

___________________________________________________________________

___________________________________________________________________

# Evidence Report

**Claim Number** 4A2308MTMGF0001

1. Camera Location/View________________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

2. Camera Location/View________________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

3. Camera Location/View________________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer________________________________

Title and EUID________________________________

Photo 1 Date and Time Photo was Taken____________________ AM/PM

Brief Description of Scene________________________________

________________________________________________

Photo 2 Date and Time Photo was Taken____________________ AM/PM

Brief Description of Scene________________________________

________________________________________________

Photo 3 Date and Time Photo was Taken____________________ AM/PM

Brief Description of Scene________________________________

________________________________________________

Kroger

# Evidence Report

**Claim Number** 4A2308MTMGF0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report KYLE REDDICK KR28969

Signature Kyle Reddick Date 8/19/2023

Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9-6-23 DIVISION 701 STORE # 00654

**Section A: Store ID**

Address 11 Grant RD City East Wenatchee State WA Zip 98802

Manager on Duty at Time of Incident Dan Wiser Store Phone 509 881-2800

Store Email Address

Manager Email Address greg.johnson@fredmeyer.com

MOD Schedule for Next 5 Days S___ M___ T___ W___
TH off F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Melissa A Hale Age 41 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 9/26/81 Marital Status S Loyalty ID #

Address 323 S Houston City E. Wenatchee State WA Zip 98802

Home Phone 509-264-3990 Cell Phone Same Work Phone

Employer Cascade Park Title Payroll Lead

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'8, 170#, Black hair

**Section C: Incident Information**

Date of Incident 9.5.23 Time of Incident 3:05 AM/PM (PM circled)

Date Notified of Incident 9.6.23 Time Notified 5:40 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

Name of Employee Initially Notified Greg Johnson

EUID of Employee Initially Notified GJ35505

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Hom double entry way - Purchek was activated

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

On 9/5/23 @ approx 3:05 Melissa Allen was exiting Hom when Purchek was activated Checkstand 8.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Hom doors - double entry on inside of vestibule.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Purchek

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Lower Right side of back

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A230967ZW00001

---

**Report Number or Contact Name and Phone#** Melissa A. Nolen

**Did, or will, the customer seek medical treatment? Y/N** (Y circled) Antje S Rose

**Doctor or Medical Facility Name, if known** East Wenatchee Walk in Clinic

**Address** 100 Highline Drive **Phone** 509 436-4110

**Section D: Witness ID**

**1 Name**________ **Employee: Y/N Phone**________

**Address**________ **City**________ **State**____ **Zip**____

**2 Name**________ **Employee: Y/N Phone**________

**Address**________ **City**________ **State**____ **Zip**____

**3 Name**________ **Employee: Y/N Phone**________

**Address**________ **City**________ **State**____ **Zip**____

**Names and EUID of any employees nearby, if not listed above:**

Dan Wasen took report

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

**Print Name and EUID of Employee Completing This Report**

**Name** Gregory P. Johnson **EUID** GJ35505

**Signature** [signature] **Date** 9-6-23

**Remember to check for video and to forward photos**

---

## Customer Statement

**Claim Number** ____________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date______________ Store Address______________________________

City______________________ State________

**Contact Information**

Name______________________________ Age________ Gender: M/F

Parent/Guardian (if minor)______________________________

Date of Birth______________________ Marital Status______________________

Address______________________________ City______________ State________

Home Phone______________ Cell Phone______________

Work Phone______________ Email______________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident______________________ Time of Incident __________ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________

______________________________

Describe what happened______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

Kroger

## Customer Statement

**Claim Number** 4A230967ZW00001

Describe any Injuries or Pain from this Incident (Please be specific) Lower right back pain. goes down a little

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Greg Johnson

**Witness ID**

1 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

2 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

3 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

Your Signature [signature] Date 09/06/2023

Kroger

# Evidence Report

**Claim Number** ______________________

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE______________ DIVISION______________________________ STORE #____________

Date of Incident________________________ Time of Incident________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video________________________________________________

Title and EUID, if applicable________________________________________________________

Comments (such as whether video system was not working, incident is not captured etc...)__________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Customer Name____________________________________________ Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________________________________________________________

______________________________________________________________________________

Please describe witnesses on video__________________________________________________

______________________________________________________________________________

______________________________________________________________________________

# Evidence Report

**Claim Number** ______________

1. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

2. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

3. Camera Location/View ______________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______________

Title and EUID ______________

Photo 1 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

______________

Photo 2 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

______________

Photo 3 Date and Time Photo was Taken ______________ AM/PM

Brief Description of Scene ______________

______________

Kroger

# Evidence Report

**Claim Number** ____________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________

Signature ____________ Date ____________

Kroger

# Incident Report

**Claim Number** 4A2310J9GB50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/17 DIVISION 701 STORE # 665

**Section A: Store ID**

Address 1201 Valley Ave City Sumner State WA Zip 98391

Manager on Duty at Time of Incident Thomas Wilson Store Phone 253-826-8400

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S M T W TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Terella Lauch Age Gender: M/(F)

Name of Parent/Guardian

Date of Birth 4/7/90 Marital Status M

Address 2321 55th St. SE City Auburn State WA Zip 98092

Home Phone 253-249-3940 Cell Phone Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

Home door 2:00pm

Pink Sweater blue jeans Sport shoes

**Section C: Incident Information**

Date of Incident 10/17/2023 Time of Incident 2:00 AM/(PM)

Date Notified of Incident 2:20 pm Time Notified 10/17/2023 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2310J9GB50001

Name of Employee Initially Notified Ajay Sherman

EUID of Employee Initially Notified AS61107

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home entrance of the Store

Provide Brief Description in ten words or less for Call Center entry Cart locked up on customer causing a jerking movement

Provide Detailed Description of the Incident Associate didnt pay yet for her items in cart. Went outside to get a plant and the shopping cart locked up on her

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") lower back

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2310J9GB50001

Report Number or Contact Name and Phone# ______________________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ______________________

Address ______________________ Phone ______________________

**Section D: Witness ID**

1 Name ______________________ Employee: Y/N Phone ______________________

Address ______________________ City ______________ State ________ Zip ________

2 Name ______________________ Employee: Y/N Phone ______________________

Address ______________________ City ______________ State ________ Zip ________

3 Name ______________________ Employee: Y/N Phone ______________________

Address ______________________ City ______________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

______________________

______________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________________

______________________

______________________

Print Name and EUID of Employee Completing This Report

Name ______________________ EUID ______________________

Signature ______________________ Date ______________________

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2310J9GB50001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 10/17/2023 Store Address 1201 Valley Ave. m.

City Sumner State WA

**Contact Information**

Name Terella Lauch Age ______ Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 4/7/90 Marital Status Married

Address 2321 55th St. S.E. City Auburn State WA

Home Phone 253-249-3940 Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 10/17/2023 Time of Incident 2:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______

Describe what happened Cart locked up at the door while I was walking through to grab the ferns hanging outside, the impact from the cart locking up hurt my lower back

Kroger

## Customer Statement

**Claim Number** 4A2310J9GB50001

Describe any Injuries or Pain from this Incident (Please be specific) lower back pain

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Customer Service Desk

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature__________ Date__________

Kroger

## Customer Statement

**Claim Number** 4A24018NYSS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7-25-23 Store Address 920 S Burlington Blvd.

City Burlington State WA

**Contact Information**

Name Esdi Ibarra Age 35 Gender: (M)/F

Parent/Guardian (if minor) N/A

Date of Birth 5/25/88 Marital Status Single

Address 4414 Hidden Lake Lp City MV State WA 98274

Home Phone ______ Cell Phone ~~(360)472-6627~~ 564-900-1600

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 7/25/23 Time of Incident 12:10 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Approaching metal ~~dete~~ detector + cart locked up (grocery exit)

Describe what happened See above, customer hit right shin (lower) on bar at back of cart. Was completely unexpected, smaller baskets do not have warning about potential for wheel lockup.

Kroger

## Customer Statement

**Claim Number** 4A24018NYSS0001

Describe any Injuries or Pain from this incident (Please be specific) Hot & throbbing liver shin

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Talked to Birdie who suggested report.

**Witness ID**

1 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

2 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

3 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

Your Signature [signature] Date 07/25/23

# Evidence Report

**Claim Number** 4A246118NYSS0011

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report BR97697

Signature [signature] Date 1-25-23

Kroger

# Incident Report

Claim Number 4A2401BR3GD0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 1/10/24 DIVISION 701 STORE # 459

**Section A: Store ID**

Address 365 Renton Center Way SW City RENTON State WA Zip 98057

Manager on Duty at Time of Incident Jamal Guardadou Store Phone 425 204 5200

Store Email Address Guardaoui.Jamal@stores.fredmeyer.com

Manager Email Address ↙

MOD Schedule for Next 5 Days S 11a-9p M 11a-9p T 4a-9p W 11-9 TH 11a-9p F 11a-9p SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ______ Age ______ Gender: M/F

Name of Parent/Guardian ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______ Zip ______

Home Phone ______ Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident ______ Time of Incident ______ AM/PM

Date Notified of Incident ______ Time Notified ______ AM/PM

Kroger

## Customer Statement

**Claim Number** 4A2401BR3GD0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date Jan 10th 2024 Store Address 365 Renton Center WAY SW

City Renton State WA

**Contact Information**

Name Tina Martin Age 45 Gender: M/(F)

Parent/Guardian (if minor) ________

Date of Birth 4-26-1978 Marital Status Single

Address 14109 56th AVE S City Tukwila State WA

Home Phone ________ Cell Phone 206 [illegible] (206)637-7263

Work Phone ________ Email justonetruething@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident Jan 10th 2024 Time of Incident about 4:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

in the deli section

Describe what happened I had just entered the store, walking past the deli and produce section when the shopping cart I was pushing suddenly locked up coming to an abrupt stop. I banged my right shin on a metal bar on the cart and stumbled a bit. I made this report in case I am injured and the store is aware of this danger. It is very painful

Kroger

## Customer Statement

**Claim Number** 4A2401BR3GD0001

Describe any Injuries or Pain from this incident (Please be specific)

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name TYRONE P. STEFFEY Phone 425-228-4803

Was this person shopping with you? Y/N NO

What is this person's relationship to you? NO

2 Name N/A Phone

Was this person shopping with you? Y/N NO

What is this person's relationship to you? NO

3 Name N/A Phone

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

Your Signature T. P. Steffey Date Jan-10-2024

Kroger

# Evidence Report

**Claim Number** 4A2401BR3GD0001

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report JAmal GUARDAoui JG90812

Signature [illegible] Date 1/10/24

Kroger

# Incident Report

**Claim Number** 4A24027P19L0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/7/24 DIVISION Fred Meyer STORE # 171

**Section A: Store ID**

Address ________ City Bremerton State WA Zip ________

Manager on Duty at Time of Incident ________ Store Phone 360-792-2800

Store Email Address ________

Manager Email Address ________

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rudolph Robles Age 58 Gender: M/F

Name of Parent/Guardian ________

Date of Birth 9/30/65 Marital Status Single Loyalty ID # ________

Address 1588 Spruce Ave City Bremerton State WA Zip ________

Home Phone ________ Cell Phone 360-550-6685 Work Phone ________

Employer ________ Title ________

Work Address ________ City ________ State ________ Zip ________

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
long hair, curly, bandana on head, blue jeans, tennis shoes, blue flannel jacket.

**Section C: Incident Information**

Date of Incident 1/31/24 OR 2/1/24 Time of Incident 11A-12P? 12P-4P AM/PM

Date Notified of Incident 1/31 OR 2/1 Time Notified 11A-12P 12P-4P AM/PM

Kroger

# Incident Report

**Claim Number** 4A24027P19L0001

**Name of Employee Initially Notified** Tina then Christiana

**EUID of Employee Initially Notified** ______

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Apparel Exit Auto doors

**Provide Brief Description in ten words or less for Call Center entry** Cart locked up as exiting store

**Provide Detailed Description of the Incident**
(as witnessed by you) OR (as conveyed by the customer) (circle one)

"Why did the cart lock up as I was trying to leave the store and chatter my kid's teeth?" This was yelled at me then he stormed off cussing

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**
Gate keeper at exit.

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** ______

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**
on 2/1 during/after incident only claim was childs teeth chattered when cart locked, Today claim that left wrist hurts.

**Did Police or Emergency Services Respond?** Y/N (N circled) **If Yes, Who?** ______

Kroger

# Incident Report

**Claim Number** 4A24027P19L0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

[redacted]

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer mentioned Sewing, he also mentioned other lawsuits he has against police, City and other businesses.

Print Name and EUID of Employee Completing This Report

Name Christiana Blair EUID CP75733

Signature [signature] Date 2/7/24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24027P19L0001

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 2/7/24 Store Address ______

City Bremerton State WA

**Contact Information**

Name Rudolph Robles Jr. Age 58 Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth 9/30/65 Marital Status Single

Address 1588 Spruce Ave City Bremerton State WA

Home Phone ______ Cell Phone 360-550-6585

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/**cell**/work/email (circle one)

**Facts**

Date of Incident 1/31 or 2/1 Time of Incident 12p-4p ? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Exit Auto doors

Describe what happened As I was going out threshhold area, Cart locked up and went sideways causing kid to be rattled, and wrist twisted or something.

Kroger

## Customer Statement

**Claim Number** 4A24027P19L0001

Describe any Injuries or Pain from this incident (Please be specific) Left wrist, near wrist joint, grip compromised, dexterity compromised, thumb compromised. low pain level

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Tina on Front End, Christiana

**Witness ID**

1 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

2 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

3 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

Your Signature Rudolph Robles Jr. Date 2/7/24

# Incident Report

Kroger

**Claim Number** ______________________

4A2403DRBK20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/13/24

DIVISION 701

STORE # 111

**Section A: Store ID**

Address 33702 21st ave SW City Federal way State WA Zip 98023

Manager on Duty at Time of Incident michael Williamson Store Phone

Store Email Address Michael.Williamson@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S__ M__ T__ W 8-6 TH 8-6 F 8-6 SA off

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Josiah Twombly Age__ Gender: M/F (M circled)

Name of Parent/Guardian

Date of Birth__ Marital Status__ Loyalty ID #__

Address__ City__ State__ Zip__

Home Phone 425 829 2839 Cell Phone__ Work Phone__

Employer__ Title__

Work Address__ City__ State__ Zip__

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

Blonde hair, yellow jump suit tattoos

Email dapalerider@gmail.com

Kroger

# Incident Report

**Claim Number** ______________________

4A2403DRBK20001

**Section C: Incident Information**

Date of Incident 3/13/24 Time of Incident 3:26 AM/PM (PM circled)

Date Notified of Incident 3/13/24 3:35pm Time Notified

3:30 AM/PM (PM circled)

Name of Employee Initially Notified Michael

EUID of Employee Initially Notified Mw75766

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Lobby B

Provide Brief Description in ten words or less for Call Center entry Customer was exiting Lobby B and the cart wheels locked up causing customer to hit chins on cart.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

# Incident Report

Kroger

Claim Number ______________________

4A2403DRBK20001

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? Customer was going to hospital

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name Employee: Y/N Phone

# Incident Report

Claim Number ____________________

4A2403DRBK20001

Address ________ City ________ State ________ Zip ________

2 Name ________ Employee: Y/N Phone ________

Address ________ City ________ State ________ Zip ________

3 Name ________ Employee: Y/N Phone ________

Address ________ City ________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

________

________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

________

________

________

Print Name and EUID of Employee Completing This Report

Name ________

EUID ________

Signature ________ ________

Date

**Remember to check for video and to forward photos**

Kroger

**Claim Number**

**Customer** 4A2403DRBK20001 **Statement**

______________________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date ____________ Store Address ________________________________________

City ______________________ State ________

**Contact Information**

Name ________________________________________ Age ________ Gender: M/F

Parent/Guardian (if minor) ______________________________________________

Date of Birth ____________________ Marital Status ________________________

Address ____________________________ City ________________ State ________

Home Phone ________________ Cell Phone ____________________

Work Phone ________________ Email ______________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident ____________________ Time of Incident ________ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

________________________________________________________________

________________________________________________________________

Describe what happened ____________________________________________

________________________________________________________________

Kroger **Claim Number**

4A2403DRBK20001



## Customer Statement

Describe any Injuries or Pain from this incident (Please be specific) ____________________

Describe any Personal Property that was damaged (Please be specific) ____________________

Please identify the person(s) to whom you reported the incident ____________________

Kroger

**Claim Number**

4A2403DRBK20001

**Witness ID**

1 Name ______

Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______

Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name ______

______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature ______ ______

Date

Kroger

# Incident Report

**Claim Number** 4A2403Y65090001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/29/24 DIVISION Fred Meyer STORE # 111

**Section A: Store ID**

Address 33702 21st SW City Federal Way State WA Zip 98023

Manager on Duty at Time of Incident Bo Galloway Store Phone 253-952-0100

Store Email Address

Manager Email Address bo.galloway@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ____ M ____ T ____ W ____
TH ____ F ____ SA ____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rick Conrad Age 56 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 4/9/69 Marital Status ____ Loyalty ID # ____

Address 33114 1st PL SW Apt 908 City Federal Way State WA Zip 98023

Home Phone 253-391-0365 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 3/29/24 Time of Incident 5:30 AM/(PM)

Date Notified of Incident 3/29/24 Time Notified 5:45 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2403Y65090001

Name of Employee Initially Notified Bi Gulbeeun

EUID of Employee Initially Notified bg 92441

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Lobby A by produce. Walked from Liquor after paying

Provide Brief Description in ten words or less for Call Center entry back and neck not feeling good after cart locked up at Produce/Lobby A exit.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Purchased groceries from Liquor Dept. after paying, walked up to Lobby A to leave and the cart locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Neck and back (upper back into shoulder blades.)

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2403Y65090001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name SYDON GOODMAN Employee: Y/N Phone 253 952 0100

Address 33702 21ST AVE SW City FEDERAL WAY State WA Zip 98023

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I SAW THIS GENTLEMAN'S CART LOCKED AFTER HE ENTERED THE GROCERY DOORS. HE THEN TRANSFERRED HIS PAPER BAG AND HIS BOTTLE OF [illegible] ROSE TO ANOTHER SMALL CART THAT WAS ALREADY BY THE DOOR AND THAT ONE WAS EITHER LOCKED OR LOCKED UP ON HIM. I THEN MET HIM BY THE DOOR AND ASKED FOR HIS RECEIPT. HE SHOWED ME HIS RECEIPT AND HE WAS ALREADY IRATE. OTHER THAN THAT HE SEEMED PHYSICALLY SOUND. HE ASKED WHY THE CARTS LOCK UP I SAID IT HAPPENS WHEN THE CARTS DON'T PASS BY THE REGISTER AND SOMETIMES IT JUST DOES IT RANDOMLY.

Print Name and EUID of Employee Completing This Report

Name Bo Galloway EUID bg92441

Signature [signature] Date 3/29/24

**Remember to check for video and to forward photos**

# Evidence Report

**Claim Number** 4A2403Y65090001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION____________________ STORE #________

Date of Incident________________ Time of Incident____________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video______________________________

Title and EUID, if applicable__________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**________

**Customer Name**______________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video________

Please describe witnesses on video__________________________________

Kroger

# Evidence Report

**Claim Number** 4A2403Y65090001

1. Camera Location/View____________________

   Camera/Unit Number __________

   Recording Time from__________AM/PM to__________AM/PM

2. Camera Location/View____________________

   Camera/Unit Number __________

   Recording Time from__________AM/PM to__________AM/PM

3. Camera Location/View____________________

   Camera/Unit Number __________

   Recording Time from__________AM/PM to__________AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer____________________

Title and EUID____________________

Photo 1 Date and Time Photo was Taken__________AM/PM

Brief Description of Scene____________________

Photo 2 Date and Time Photo was Taken__________AM/PM

Brief Description of Scene____________________

Photo 3 Date and Time Photo was Taken__________AM/PM

Brief Description of Scene____________________

# Evidence Report

**Claim Number** 4A2403Y65090001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________________

Kroger

# Incident Report

**Claim Number** 4A24048J75F0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 4.9.24 DIVISION 701 STORE # 665

**Section A: Store ID**

Address 6901 S 19th St City Tacoma State WA Zip 98466

Manager on Duty at Time of Incident 12:29pm Store Phone (253) 564-7477

Store Email Address Carolyn.bowden@fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S OFF M OFF T 7.5 W 7.5
TH 7.5 F 11.9 SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Travis Jones Age 33 Gender: M/F

Name of Parent/Guardian

Date of Birth 6/18/1990 Marital Status Loyalty ID #

Address 5161 Mance St City Tacoma State WA Zip 98409

Home Phone Cell Phone 253 441 0846 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident Time of Incident AM/PM

Date Notified of Incident Time Notified AM/PM

Kroger

# Incident Report

**Claim Number** 4A24048J75F0001

Name of Employee Initially Notified Lynn

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
at Doors: Card locked up on him and he hurt the Shoulders

Provide Brief Description in ten words or less for Call Center entry Went through door Card locked hurt Right Shoulder

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Aaron Saw it, Lynn was at the door

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Right Shoulder

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24048J75F0001

Report Number or Contact Name and Phone#________________

Did, or will, the customer seek medical treatment? Y/N Depends on how [illegible] feels in the morning

Doctor or Medical Facility Name, if known________________

Address________________ Phone________________

**Section D: Witness ID**

1 Name________________ Employee: Y/N Phone________________

Address________________ City________________ State________ Zip________

2 Name________________ Employee: Y/N Phone________________

Address________________ City________________ State________ Zip________

3 Name________________ Employee: Y/N Phone________________

Address________________ City________________ State________ Zip________

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name________________ EUID________________

Signature________________ Date________________

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24048J75F0001

Describe any Injuries or Pain from this incident (Please be specific) Shoulder hurts

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Lynn at the desk

**Witness ID**

1 Name Lynn Green Phone (253) 864 7497

Was this person shopping with you? Y/N (N circled)

What is this person's relationship to you? NO

2 Name ____________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

3 Name ____________ Phone ____________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________

Your Signature ____________ Date ____________

Kroger

# Incident Report

**Claim Number** 4A2305WQ4L300011

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5/28/23 DIVISION 701 STORE # 655

**Section A: Store ID**

Address 1900 SE Sedgwick Rd City Port orchard State WA Zip 98366

Manager on Duty at Time of Incident ____ Store Phone 360-871-7140

Store Email Address ____

Manager Email Address ____

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Philip House! Age 46 Gender (M)/F

Name of Parent/Guardian ____

Date of Birth 3/10/77 Marital Status Married Loyalty ID # ____

Address PO Box 5901 City Bremerton State WA Zip ____

Home Phone ____ Cell Phone 360-551-7469 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht, Wt, Hair Color, describe footwear if slip or fall etc...) Male. Around 6'2 and 6'4 heightwise. On the heavier side weightwise. Graying hair, had a gray or Black shirt on.

**Section C: Incident Information**

Date of Incident 5/28/23 Time of Incident Approximately 3 AM/(PM)

Date Notified of Incident 5/28/23 Time Notified 3:10 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2305WQ4L30001

Name of Employee Initially Notified KG

EUID of Employee Initially Notified KB64046

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
~~[illegible]~~ entrance
Apparel

Provide Brief Description in ten words or less for Call Center entry Cart locked on customer didn't expect it, wrist sprained

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Cart suddenly locked up while exiting, was unexpected. Sprained wrist (right).

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Small posters next to sliding glass doors on apparel side

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Right wrist

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

kroger

## Customer Statement

**Claim Number** 4A2305WQ4L30001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/28/23 Store Address 1900 SE Sedgwick

City Bremerton State WA

**Contact Information**

Name PhilipHousel Age 46 Gender: M/F (M circled)

Parent/Guardian (if minor)

Date of Birth 7/10/77 Marital Status Yes - Married

Address PoBox5901 City Bremerton State WA

Home Phone Cell Phone 360-551-7469

Work Phone Email

Preferred Method(s) of contact: Home/cell/work/email (circle one) (cell circled)

**Facts**

Date of Incident 5/28/2023 Time of Incident Aprox 3:00 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) While exiting, the cart suddenly locked up causing a sprained wrist (R). Was using east exit

Describe what happened Cart suddenly locked up while exiting. Was unexpected. Sprained R. wrist. After, noticed small signs. signs should be more prominent to help prevent this kind of injury. Better R system warned before locking up to reduce risk of injury.

## Customer Statement

**Claim Number** 4A2305WQ4L30001

Describe any Injuries or Pain from this Incident (Please be specific) R. wrist sprained

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident customer service staff

**Witness ID**

1 Name Cardye Howel Phone 509 8453526

Was this person shopping with you? (Y)/N

What is this person's relationship to you? spouse

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 5/28/2023

Kroger

# Witness Statement

**Claim Number** 4A2305WQ4L30001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 1600 SE Sedgwick Rd City Port Orchard State WA

Date and Time of Incident Approx 3 AM/PM

Name of Customer Involved ~~Carlye~~ Trousel, Philip Gender (M)/F

Your Name Carlye Trousel Phone 509 845 3626

Are you a Kroger employee at the incident location? Yes (No)

Are you related to, or are you an acquaintance of the above customer? (Yes) No

If yes, please describe your relationship Husband.

What is the best way and time to contact you? text or call before 1pm

Please describe what you saw, heard or otherwise witnessed about this incident

while exiting the store, husband who was pushing the cart, jerked to a stop thinking we hit a rock, tried to continue to walk but cart was not moving. Tried moving it out of the way of other customers (unsuccessful) I gave reciept to husband and went to the car. when he got to the car he stated that his wrist hurt because of the cart stopping.

Signature [signature] Date 28 May 2023

Kroger

## Sweep/Floor Inspection Statement

**Claim Number** 4A2305WQ4L30001

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 5/28/23 STORE # 655

Customer Name Philip Housel

Date of Incident 5/28/23 Time of Incident Apr. 3 AM/PM

I (print your name) Donny Plankenhorn, on

(date) 5/28/23, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 8:15 AM/PM

At that time, the condition of the floor was in Good condition

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|---|---|
| Liz (Elizabeth) Rice | Apparel |

Signature [signature] Date 5/28/23

Kroger

# Incident Report

**Claim Number** 302045935630001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/24/2020 DIVISION BN/28/701 STORE # Burien R.Y

**Section A: Store ID**

Address 14300 1st Ave S City Seattle State WA Zip 98168

Manager on Duty at Time of Incident Eric Georgia Store Phone 206-433-6111

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S___ M___ T___ W___
TH___ F___ SA___

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Erika Infiro Age 43 Gender: M/(F)

Name of Parent/Guardian —

Date of Birth 04/20/76 Marital Status M

Address 11657 16th Ave S City Seattle State WA Zip 98168

Home Phone 206 949-1283 Cell Phone 206-949-1283 Work Phone —

Employer Self employed Title Piano teacher

Work Address — City — State — Zip —

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

5'10 brown hair [illegible] short

brown eyes, slim, hair/[illegible]

**Section C: Incident Information**

Date of Incident 2/24/2020 Time of Incident 12:20 AM/(PM)

Date Notified of Incident 2/24/2020 Time Notified 12:25 AM/(PM)



Feb. 24. 2020 2:02PM FRED MEYER #028 CSD 206-246-8537 No. 7863 P. 1

TIME RECEIVED February 24, 2020 5:08:41 PM EST | REMOTE CSID 2062468537 | DURATION 178 | PAGES 6 | STATUS Received

2-24-2020 302045935630001 5220200224028483

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

# Incident Report

**Claim Number** ______________

302 045935630001

Name of Employee Initially Notified Tim + Patty Palholski

EUID of Employee Initially Notified ____________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) checked out @SCO HA, went through doors & wheels got locked | customer tripped over injuring tibia (?) broken

Provide Brief Description in ten words or less for Call Center entry shopping cart trip | no reason why!

Provide Detailed Description of the Incident walked through produce doors & wheels on the cart locked @ unknown reason customer tripped | all of things in cart fell off & deli | security checked for a reboot(?)

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... lobby by produce department

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") (R) tibia | knee

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? ____________

Kroger

# Incident Report

Claim Number ______

302045935630001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known ——

Address —— Phone ______

**Section D: Witness ID**

1 Name male security @ door Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

not safe

unknown reson for taking the cart

______

Print Name and EUID of Employee Completing This Report

Name Layla Suchit EUID 3298157

Signature [signature] Date 2/24/2020

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

Claim Number

302045935630001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 2/24 Store Address 14300 1st AVES Seattle WA 98166

City Burien State WA

**Contact Information**

Name Erika Tafiro

Parent/Guardian (if minor) Age 43 Gender: M/F

Date of Birth 4/20/76 Marital Status Married

Address 11657 16th Ave S. City Burien State WA

Home Phone 206-949-1203 Cell Phone " "

Work Phone Same Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 2/24/20 Time of Incident 12:25 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

produce entry/exit

Describe what happened Wheel on Cart locked as I was leaving causing me to trip over top of cart, falling. Cart contents, including my purse spilled out. Left bruise on my right shin/tibia.

## Customer Statement

**Claim Number** ______________

302045935630001

Describe any Injuries or Pain from this incident (Please be specific)______________

Describe any Personal Property that was damaged (Please be specific)______________

Please identify the person(s) to whom you reported the incident______________

**Witness ID**

1 Name______________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

2 Name______________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

3 Name______________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________

Your Signature *Erika Frijia* Date *2/24/20*

Kroger

## Witness Statement

Claim Number

62 302045935630001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address ____________ City ____________ State ____

Date and Time of Incident ____________ AM/PM

Name of Customer Involved Erika Tafro ____________ Gender: M/F

Your Name Er ____________ Phone ____________

Are you a Kroger employee at the incident location? Yes No

Are you related to, or are you an acquaintance of the above customer? Yes No

If yes, please describe your relationship ____________

What is the best way and time to contact you? ____________

Please describe what you saw, heard or otherwise witnessed about this incident ____________

Signature ____________ Date ____________

Kroger

# Evidence Report

**Claim Number** ______________

302045935630001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE__________ DIVISION__________________ STORE #__________

Date of Incident__________________ Time of Incident__________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video______________________________

Title and EUID, if applicable______________________________

Comments (such as whether video system was not working, incident is not captured etc...)______________________________

______________________________

______________________________

______________________________

**Customer Name**______________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video______________________________

______________________________

______________________________

Please describe witnesses on video______________________________

______________________________

______________________________

1. Camera Location/View______________________________

   Camera/Unit Number______________

   Recording Time from______________ AM/PM to______________ AM/PM

# Evidence Report

**Claim Number** ______________

302045935630001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Produce lobby
right after the security gates

Name and EUID of Employee Completing This Report Lanna Shshchils..

Signature ______________ Date 2/24/2020

Kroger

## Sweep/Floor Inspection Statement

**Claim Number** ______________

302045935630001

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE______________ STORE #____________

Customer Name__________________________________________________

Date of Incident ______________________ Time of Incident ______________ AM/PM

I (print your name)_____________________________________________, on

(date)________________________, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately ______________ ____________ AM/PM

At that time, the condition of the floor was_____________________________________

______________________________________________________________________

______________________________________________________________________

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

Signature________________________________________ Date______________

Kroger

## Customer Statement

**Claim Number** 4A2108BF51C0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8-10-21 Store Address 18325 Aurora Ave N.

City Shoreline State WA

**Contact Information**

Name Tamara Simon Age ____ Gender: M/(F)

Parent/Guardian (if minor) ____

Date of Birth ____ Marital Status ____

Address ____ City ____ State ____

Home Phone ____ Cell Phone 206-850-3630

Work Phone ____ Email tamara@tamarasimon.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8-10-21 Time of Incident 2:40 AM/(PM) (Approximate)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
At N. Lobby Closest to Pharmacy

Describe what happened At N. Lobby customer walked in pushing a large shopping cart -- Turned Back quickly to retrieve cell phone in car -- Cart wheels locked up causing her and the cart to collide.

Kroger

## Customer Statement

**Claim Number** HA21 08BF51 C0001

Describe any Injuries or Pain from this incident (Please be specific) Customer Stated: chest Area -- Had the wind knocked out of her

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Customer Declined to Stay + Complete Paperwork Date 8-10-21

# Evidence Report

**Claim Number** HA2108BF51C0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 8-10-21 DIVISION ______ STORE # 013

Date of Incident 8-10-21 Time of Incident 2^40 AM/PM (circled PM) (Approximate)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video ______

Title and EUID, if applicable ______

**Comments (such as whether video system was not working, incident is not captured etc...)** ______

**Customer Name** Tamara Simon **Gender: M/F** (F underlined)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Caucasian; 4' 10"; Salt and Pepper Hair; Short Hair; Dark Turquoise outfit -- Shirt + Pants

Please describe witnesses on video ______

# Incident Report

**Claim Number** HA2108BF51C0001

Report Number or Contact Name and Phone# Tamara Simon 206-850-3630

Did, or will, the customer seek medical treatment? Y/N unknown

Doctor or Medical Facility Name, if known ____________________

Address ____________________ Phone ____________________

**Section D: Witness ID**

1 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________________ State ________ Zip ________

2 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________________ State ________ Zip ________

3 Name ____________________ Employee: Y/N Phone ____________________

Address ____________________ City ____________________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

____________________

____________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer was in Tears and Appeared to Truly be in Distress.

Print Name and EUID of Employee Completing This Report

Name Clara Morris EUID CM23717

Signature C. Morris Date 8-10-21

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 302050907510001

Report to be completed by Store Management within 24 hours of incident notice

DATE 4/25/20 DIVISION FRED MEYER 70100385 STORE # 00285

**Section A: Store ID**

Address 7250 PACIFIC AVE City TACOMA State WA Zip 98408

Manager on Duty at Time of Incident BRENT MASTERSON Store Phone 253-475-6040

Store Email Address BRENT. MASTERSON @ STORES. FREDMEYER. COM

Manager Email Address " " "

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH — F — SA 9-7

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ALVIN COLEY Age ____ Gender: (M)/F

Name of Parent/Guardian ____

Date of Birth 6/3/1964 Marital Status MARRIED Loyalty ID # ____

Address 2223 E SHERMAN City TACOMA State WA Zip 98404

Home Phone 253 · 283 · 8630 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5' 8", 262, BLK HAIR, 1 SANDLE, 1 SHOE

**Section C: Incident Information**

Date of Incident 4/25/20 Time of Incident 11:25 (AM)/PM

Date Notified of Incident 4/25/20 Time Notified 11:35 (AM)/PM

# Customer Statement

**Claim Number** ____

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date____ Store Address____

City____ State____

**Contact Information**

Name____ Age____ Gender: M/F

Parent/Guardian (if minor)____

Date of Birth____ Marital Status____

Address____ City____ State____

Home Phone____ Cell Phone____

Work Phone____ Email____

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident____ Time of Incident____ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

____

____

Describe what happened____

____

____

____

____

____

____

Kroger

# Evidence Report

**Claim Number** 302050907510001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4/25/20 DIVISION 701 STORE # 00395

Date of Incident 4/25/20 Time of Incident 1126 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Rebecca Leeper

Title and EUID, if applicable RL30102

Comments (such as whether video system was not working, incident is not captured etc...) Observed customer push cart to grocery pedestals. Cart locked up. Customer uses left foot to attempt to push? cart.

Customer Name ______ Gender (M)/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video grey sweater, blue jeans, one flip flop sandal, one tennis shoe

Please describe witnesses on video ______

Kroger

# Evidence Report

**Claim Number** 302050907510001

1. Camera Location/View grocery pvm

   Camera/Unit Number ______

   Recording Time from 1026 AM/PM to 1211 AM/PM

2. Camera Location/View Uscan

   Camera/Unit Number ______

   Recording Time from 1026 AM/PM to 1211 AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Kroger

# Incident Report

**Claim Number** 302057517760001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/26/20 DIVISION Fredmeyer STORE # 00385

**Section A: Store ID**

Address 7250 Pacific ave City tacoma State WA Zip 98404

Manager on Duty at Time of Incident Brent matterson Store Phone 253 4756040

Store Email Address Brent. matterson@ stores. Fredmeyer. Com

Manager Email Address ____

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Alicia Cottrell Age 35 Gender: M/F (F circled)

Name of Parent/Guardian ____

Date of Birth 01/03/1985 Marital Status ____ Loyalty ID # ____

Address 5001 Norpiont way NE City tacoma State WA Zip 98422

Home Phone 253 250 3129 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/PM (PM circled)

Date Notified of Incident 7/26/20 Time Notified 1:21:14 AM/PM

Kroger

# Incident Report

**Claim Number** 302057517760001

Name of Employee Initially Notified Dylan Richardson

EUID of Employee Initially Notified DR79418

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Grocery Sidewalk By mail box

Provide Brief Description in ten words or less for Call Center entry Customer fell over curb onto cart

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

wheel locked up on small cart fell over side walk Hurt both knees "L" are worst and ribs.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Sidewalk by mail box and Loading Zone

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

ribs and knees "L" is the worst

Did Police or Emergency Services Respond? (Y)/N If Yes, Who? Emergency Services

Kroger

# Incident Report

**Claim Number** 70405751776001

Report Number or Contact Name and Phone#____________________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known____________________

Address____________________ Phone____________________

**Section D: Witness ID**

1 Name____________________ Employee: Y/N Phone____________________

Address____________________ City____________________ State__________ Zip__________

2 Name____________________ Employee: Y/N Phone____________________

Address____________________ City____________________ State__________ Zip__________

3 Name____________________ Employee: Y/N Phone____________________

Address____________________ City____________________ State__________ Zip__________

Names and EUID of any employees nearby, if not listed above:

____________________

____________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Cart in Question was not Locked up rolled Just fine

____________________

____________________

Print Name and EUID of Employee Completing This Report

Name Dylan Richardson EUID DR74418

Signature [signature] Date 7/26/20

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 302057517760001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7/26/20 Store Address 7250 pacific Ave

City tacoma State WA

**Contact Information**

Name ______ Age 35 Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 1/3/?? Marital Status ______

Address 5001 Norpoint way NE City tacoma State WA

Home Phone 2532503129 Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Gro parking lot By mail box / Loading area

Describe what happened customer Pushes Small cart, cart Locked up customer fell ontop of cart over curb to Loading Zone.

Kroger

## Customer Statement

**Claim Number** 302057517760001

Describe any Injuries or Pain from this Incident (Please be specific) Ribs Both Knees "L" worst

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident Brent masterson

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 7/26/20

Kroger

# Evidence Report

**Claim Number** 302057517760001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 7/26/20 DIVISION Fred meyer STORE # 00385

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Daniel mcpartlon

Title and EUID, if applicable APS Dm 54075

**Comments (such as whether video system was not working, incident is not captured etc...)**

**Customer Name** **Gender: M/F**

**Please describe the customer's clothing, hair color, etc...to assist with identification on video**

pink Shirt Black Leggins Nike Slides

**Please describe witnesses on video**

Kroger

# Evidence Report

**Claim Number** 302057517760001

1. Camera Location/View N E parkmsw?
   Camera/Unit Number 3
   Recording Time from 1:21:13 – AM/(PM) to ________ AM/PM
2. Camera Location/View N/A
   Camera/Unit Number N/A
   Recording Time from N/A AM/PM to ________ AM/PM
3. Camera Location/View N/A
   Camera/Unit Number N/A
   Recording Time from N/A AM/PM to ________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ________

Title and EUID ________

Photo 1 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________

Photo 2 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________

Photo 3 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________

Kroger

# Evidence Report

**Claim Number** 302057517760001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Brent Masterson BM87164

Signature [signature] Date 7/27/20

Kroger

# Incident Report

**Claim Number** 4021038DA340001

4021038DA340001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 03-19-21 DIVISION 701 STORE # 385

**Section A: Store ID**

Address 7250 Pacific Ave City Tacoma State WA Zip 98408

Manager on Duty at Time of Incident Dylan Richardson Store Phone

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S 7-9 M 7-9 T 7-9 W 7a-9p
TH 7a-9p F 7a-9p SA 7a-9p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Valerie Powell Age 39 Gender: M/(F)

Name of Parent/Guardian Self

Date of Birth 9/3/81 Marital Status Divorced Loyalty ID # 253-359-4428

Address 414 S. Judson St City Tacoma State WA Zip 98444

Home Phone Cell Phone 253-988-1416 Work Phone

Employer Door Dash Title Delivary Driver

Work Address N/A- City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'4 150 lbs Brown Hair / Brn eyes / wearing grey leggings and red zip up fleece coat.

**Section C: Incident Information**

Date of Incident 3/19/2021 Time of Incident 7:00 AM/(PM)

Date Notified of Incident 3/19/2021 Time Notified 7:01 AM/(PM)

# Incident Report

**Claim Number** 4021038DA340001

Name of Employee Initially Notified Nicole

EUID of Employee Initially Notified ____________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) exit doors left set

Provide Brief Description in ten words or less for Call Center entry Cart locked up impacting left arm by elbow.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

As exiting garden side door my cart locked up impacting my left tendon/elbow causing pain shooting into my index finger. then locked up again 2ft. later.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

no warning or signage

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left arm side of arm. Elbow and tendon of forearm

Did Police or Emergency Services Respond? Y/N If Yes, Who? ____________

Kroger

# Incident Report

**Claim Number** 4021038DA340001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N unknown at time

Doctor or Medical Facility Name, if known Dr Smith / Community Health Care

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Cart locking up also caused Jerking /almost whiplash to my 3yo Son who was properly secured in child seat of Basket.

Print Name and EUID of Employee Completing This Report

Name Sam Wickline EUID SW73981

Signature [signature] Date 03-19-21

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 4021038DA340001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 3/19/21 DIVISION 701 - Fred Meyer STORE # 385

Date of Incident 3/19/21 Time of Incident ______ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Daniel McFarlen

Title and EUID, if applicable DM54075 APS

**Comments (such as whether video system was not working, incident is not captured etc...)**

Customer Name Valerie Powell **Gender: M/F** (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Brown hair / Brown eyes grey Leggings red zip up fleece coat.

Please describe witnesses on video

Kroger

# Evidence Report

**Claim Number** 4021038DA340001

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**<u>Section C:</u>** **<u>Diagram</u>** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Terra Penick

Signature

Date 3/21/24

Kroger

## Witness Statement

**Claim Number** 4021038DA34dd01

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address________ City________ State________

Date and Time of Incident________ AM/PM

Name of Customer Involved________ Gender: M/F

Your Name Nicole Jessee Phone 9077500780

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship________

What is the best way and time to contact you? Phone

Please describe what you saw, heard or otherwise witnessed about this incident I Was working as a cashier on the Home department entrence, I heard ~~the~~ ~~the~~ The door alarm go off. I checked the Customer's bags and unlocked the cart, the lady attempted to leave again anthe carts locked again, making her hit her elbow against the cart. She requested an incident report form after She dropped her kids back off at the car.

Signature [signature] Date 03/21/21

Kroger

# Incident Report

**Claim Number** 402104A352C0001

Report to be completed by Store Management within 24 hours of incident notice

DATE 4-13-21 DIVISION 701 Fred Meyer STORE # 028

**Section A: Store ID**

Address 11300 1st Ave S City Burien State WA Zip 98168

Manager on Duty at Time of Incident Clare green. Store Phone 206 433 6411

Store Email Address

Manager Email Address Clare.Green@stores.fredmeyer.com

MOD Schedule for Next 5 Days S M T W
TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Javier Lopez Clavijo Age 65 Gender (M) F

Name of Parent/Guardian

Date of Birth 2-17-55 Marital Status Married

Address 812 SW 126th St City Seattle State WA Zip 98168

Home Phone Cell Phone 509 312 [redacted] 0939 Work Phone

Employer Amazon Title logistics

Work Address City Seattle State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Short male light hair and skin. Black jacket tan pants.

**Section C: Incident Information**

Date of Incident 4-13-21 Time of Incident 4:45 AM/(PM)

Date Notified of Incident 4-13-21 Time Notified 4:50 AM/(PM)

Kroger

# Incident Report

Claim Number 402104A352C0001

Name of Employee Initially Notified Sara lynn

EUID of Employee Initially Notified SLS0055

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) customer pushed cart through (ALE door) and cart locked up and hit his shin.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident Nayeli was telling customer that we couldnt watch his bike he grabbed a small cart and walked it through the ALE door and the wheel locked up and hit his leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ALE door clear.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") right leg on the shin.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

# Incident Report

Claim Number 402104A352C0001

Report Number or Contact Name and Phone# ____

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ____

Address ____ Phone ____

**Section D: Witness ID**

1 Name Nayuli Rodriguez Employee: (Y)/N Phone 206 349 3922

Address ____ City Burien State WA Zip ____

2 Name Janice Mabura Employee (Y)/N Phone ____

Address ____ City Burien State WA Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____

____

____

Print Name and EUID of Employee Completing This Report

Name Sara Wynn EUID 8150055

Signature [signature] Date 4-13-21

**Remember to check for video and to forward photos**

# Evidence Report

**Claim Number** 402104A352C0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4-13-21 DIVISION 701 STORE # 28

Date of Incident 4-13-21 Time of Incident 16:43:30 AM/(PM)

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video Susie Adams

Title and EUID, if applicable Asset Protection Specialist SA67387

**Comments (such as whether video system was not working, incident is not captured etc...)**

Customer Name Javier Clarijo Gender (M)/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video
LIGHT COLORED HAIR. BLACK JACKET TAN PANTS

Please describe witnesses on video

1. Camera Location/View Apparel doors

   Camera/Unit Number 8

   Recording Time from 15:43:30 AM/(PM) to 17:43:30 AM/(PM)

Kroger

## Witness Statement

Claim Number 402104A352C0001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address 4300 1st AVE S City Burien State WA

Date and Time of Incident 4:50 AM/PM (circled: PM)

Name of Customer Involved Javier Lopez Gender M/F (circled: M)

Your Name Nayeli Rodriguez Phone (206) 349-3422

Are you a Kroger employee at the incident location? Yes (circled) No

Are you related to, or are you an acquaintance of the above customer? Yes No (circled)

If yes, please describe your relationship

What is the best way and time to contact you? By # in the morning

Please describe what you saw, heard or otherwise witnessed about this incident

i was explaining to him where he told leave his bike, while he shopped. He grabbed a cart left then came back for a new one. He passed the front doors, & the cart locked. When the cart locked, he said it hit his shin

Signature [signature] Date 4-13-21

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/14/21 DIVISION 2 STORE # 683

**Section A: Store ID**

Address 2900 Columbia House Blvd City Vancouver State WA Zip 98661

Manager on Duty at Time of Incident Rhonda Hartloo Store Phone 360-619-1700

Store Email Address n/a

Manager Email Address rhonda.hartloo@stores.fredmeyer.com

MOD Schedule for Next 5 Days S___ M___ T___ W___ TH___ F___ SA___

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name William O'Connell Age 43 Gender: (M)/F

Name of Parent/Guardian n/a

Date of Birth 8/18/1977 Marital Status married Loyalty ID # ___

Address 3231 NW Julia St City Camas State WA Zip 98607

Home Phone n/a Cell Phone 503 593 3798 Work Phone 503 228 7077

Employer Onpoint Title membership officer

Work Address 500 NE Tenney City Vancouver State WA Zip 98685

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)___

**Section C: Incident Information**

Date of Incident 8/14/2021 Time of Incident 11:05 (AM)/PM

Date Notified of Incident 8/14/2021 Time Notified 11:05 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

Name of Employee Initially Notified Makenzie Wallers

EUID of Employee Initially Notified MW

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ale side entrance on way into lobby from inside store

Provide Brief Description in ten words or less for Call Center entry pushing small cart back when it locked, hit customer in shin

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer hit cart with shin which tore skin & began to bleed

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

warning sign of locking carts inside lobby by carts

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

n/a

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

right leg shin

Did Police or Emergency Services Respond? Y/N If Yes, Who? no

Kroger

# Incident Report

**Claim Number** 4A2108F27BB0001

Report Number or Contact Name and Phone# William O'Connell 503 593 3798

Did, or will, the customer seek medical treatment? Y/N unsure

Doctor or Medical Facility Name, if known Dr. Cristina de Casto-Dela Cruz Providence

Address 17550 Pacific Hwy Lake Oswego OR 97034 Phone 503-513-3350

**Section D: Witness ID**

1 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

2 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

3 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name MiKenzie Dinsdale EUID MDW5556

Signature [signature] Date 8.14.2021

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2108F27BB0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8/14 Store Address 2500 Columbia House Blvd

City Vancouver State WA

**Contact Information**

Name ______ Age ______ Gender: M/F

Parent/Guardian (If minor) ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______

Home Phone ______ Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8/14/21 Time of Incident 11:05 AM/PM (AM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Apparel entrance

Describe what happened ______

Kroger

## Customer Statement

**Claim Number** 4A2108F27BB0001

Describe any Injuries or Pain from this incident (Please be specific) right leg shin is cut and bleeding

Describe any Personal Property that was damaged (Please be specific) n/a

Please identify the person(s) to whom you reported the incident Makenzie walters, Mckenzie Dinsdale, and Rhonda Hartelo0

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 8/14/21

# Evidence Report

**Claim Number** 4A2108F27BB0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report____________________

Signature____________________ Date____________________

# Incident Report

**Claim Number** 4220202UVS0001

Report to be com[pleted] by Store Management within 24 hours of incident notice

DATE 2/11/2022 DIVIS[ION] Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater-Kinney SE Lacey State WA Zip 98503

Manager on Duty at Time of I[ncident] Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address as above

MOD Schedule for Next 5 Day[s] [S]-4 M 10-8 T OFF W OFF
[TH] 2-3 F 7-5 SA 6-4

**Section B: Customer ID** (provide contact for parent/guardian if minor is involved)

Name Alyce Lar[...] Age 79 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 2/26/42 [Marita]l Status Single - divorced

Address 510 Capitol Way Apt. 303 City Olympia State WA Zip 98501

Home Phone n/a Cell Phone 503-501-0778 Work Phone n/a

Employer Retired Title

Work Address City State Zip

Physical Description (Ht. Wt., H[air...] describe footwear if slip or fall etc...)
5'4.5" 165 R[...], tennis shoes

**Section C: Incident Infor[mation]**

Date of Incident 2/3/20[22] Time of Incident 2:00 AM/(PM)

Date Notified of Incident 2/11/[22] Time Notified 12:35 AM/(PM)

# Incident Report

**Claim Number** 4A220202UVS0001

Name of Employee Initially Notified Fletcher Lane

EUID of Employee Initially Notified FL54650

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) parking lot on B side

Provide Brief Description in ten words or less for Call Center entry Cart locked up on a customer and fell on her face and right shoulder

Provide Detailed Description of the incident Customer was walking towards her car. The cart locked up at the edge of the invisible barrier. She removed her 2 bags of groceries took 2 steps forward towards her car, and tripped and fell down forward.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... unknown. Signs about locking carts in the parking lot, and in the carts. Also on the doors.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) 104S LLC - Landlord.

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door") Bruise on right cheek. Chest, arm, shoulder bruised, hospital said they think its fractured. Scraped knee

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

Claim Number 4A220202UVS0001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment Y/N (Y circled)

Doctor or Medical Facility Name, if known Providence St. Peter

Address 413 Lilly Rd NE Olympia 98506 Phone 360-493-7289

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

None

there did not appear to be anything wrong with the ground.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 2/11/2022

Remember to check for video and to forward photos

Kroger

# Customer Statement

**Claim Number** 4A220202UVS0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 2-11-22 Store Address 700 Sleater-Kinney Rd

City Lacey State Washington

**Contact Information**

Name Alex Garzon Age 80 Gender: M/F

Parent/Guardian (if minor)

Date of Birth 8-26-42 Marital Status Single

Address 510 Capital Way City Olympia State WA

Home Phone 503 001 0228 Cell Phone X

Work Phone 8033 Email

Preferred Method(s) of contact: Home/cell/work/email (circle one) Phone

**Facts**

Date of Incident 2-2-2022 Time of Incident 2 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

parking lot

Describe what happened The cart lock up on a street fell - fell on street at Fred Meyers

## Customer Statement

**Claim Number** 4A220202UVS0001

Describe any Injuries or Pain from this incident (Please be specific) Bruised right cheek, chest, arm, shoulder bruised. Hospital thinks its fractured (the shoulder) Scraped knee

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident Fletcher Lane

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone 5

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Alyce Larson Date 2-11-2022

Kroger

# Evidence Report

**Claim Number** 4A220202UVS0001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FLS4660

Signature [signature] Date 2/11/22

Kroger

# Incident Report

**Claim Number** 4A1603J153C0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/17/22 DIVISION 701 STORE # 208

**Section A: Store ID**

Address 11325 SE MILL PLAIN BLVD City VANCOUVER State WA Zip 98684

Manager on Duty at Time of Incident IVAN ZAMORA Store Phone 360 · 253 · 7053

Store Email Address JOHN . ZAMORA @ STORES . FREDMEYER . COM

Manager Email Address SAME .

MOD Schedule for Next 5 Days S___ M___ T___ W___
TH___ F OFF SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name RICHARD WILLERTON Age 76 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 3/15/46 Marital Status MARRIED Loyalty ID #

Address 18404 NE 23RD ST City VANCOUVER State WA Zip 98684

Home Phone 360 · 896 · 9986 Cell Phone Work Phone

Employer SELF EMPLOYED Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

6,1" // 220 LBS // GRAY // CAMO BOOTS / BLK SWEAT PANTS / DARK TOP

**Section C: Incident Information**

Date of Incident 3/14/22 Time of Incident 1:26 AM/(PM)

Date Notified of Incident 3/14/22 Time Notified 5:22 AM/(PM)

Kroger

# Incident Report

**Claim Number** ______________

Name of Employee Initially Notified ______________

EUID of Employee Initially Notified ______________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ______

HOME ENTRANCE, CART LOCKED ONCE IN FOYER

Provide Brief Description in ten words or less for Call Center entry ______________

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMERS PURCHASED ITEMS THROUGH SELF CHECK OUT. PROCEEDED TO EXIT HOME DOORS, UPON WALKING THROUGH FIRST DOOR, CART LOCKED, CUSTOMER BUMPED INTO CART.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

LEFT WRIST PAIN

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Did Police or Emergency Services Respond? Y/N If Yes, Who? ______________

# Incident Report

**Claim Number** ______________

Report Number or Contact Name and Phone# ______________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ________ Zip ________

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ________ Zip ________

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______________ State ________ Zip ________

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________

______________

______________

Print Name and EUID of Employee Completing This Report

Name ______________ EUID ______________

Signature ______________ Date ______________

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** ____________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date________________ Store Address________________________________________

City______________________________State_________

**Contact Information**

Name_______________________________________________Age_________Gender: M/F

Parent/Guardian (if minor)________________________________________________

Date of Birth______________________________Marital Status________________________

Address________________________________________City_______________________State________

Home Phone______________________Cell Phone________________________

Work Phone______________________Email__________________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident___________________________ Time of Incident _____________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________________________________

______________________________________________________________________

Describe what happened____________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ____________________

Describe any Injuries or Pain from this Incident (Please be specific)

CANNOT LIFT LEFT ARM WITHOUT PAIN, LEFT ELBOW PAIN,
LEFT WRIST AND LEFT HIP IS FEELING BETTER
DIFFICULT TO PUT WEIGHT ON LEFT SIDE OF BODY

~~Describe any Personal Property that was damaged (Please be specific)~~

CUSTOMER HAS RHEUMATOID ARTHRITIS

Please identify the person(s) to whom you reported the incident ____________________

**Witness ID**

1 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

2 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

3 Name ____________________ Phone ____________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ____________________

Your Signature ____________________ Date 3/17/22

Kroger

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION______________________________ STORE #____________

Date of Incident________________________ Time of Incident________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video____________________________________________

Title and EUID, if applicable__________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**Customer Name**__________________________________________ **Gender: M/F**

**Please describe the customer's clothing, hair color, etc...to assist with identification on video**__________

______________________________________________________________________

______________________________________________________________________

**Please describe witnesses on video**___________________________________________

______________________________________________________________________

______________________________________________________________________

# Evidence Report

**Claim Number** ____________________

1. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from__________ AM/PM to __________ AM/PM

2. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from__________ AM/PM to __________ AM/PM

3. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from__________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer____________________

Title and EUID____________________

Photo 1 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene____________________

Photo 2 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene____________________

Photo 3 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene____________________

Kroger

# Evidence Report

**Claim Number** ______________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________________

Signature ______________________________ Date ______________

Kroger

# Incident Report

**Claim Number** 4A22074PNPS0001

Name of Employee Initially Notified Orion Kochajda - Courtesy Clerk
Ang Senature - Assistant Store Leader

EUID of Employee Initially Notified a5560093

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home Entrance lobby between EAS Pedestals

Provide Brief Description in ten words or less for Call Center entry Customer was leaving store and cart locked up and strained R&L wrists and R elbow

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer cart locked up and parcel clerk Responded to cart locking up & helped her unload to her car.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

at home entrance garden side

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

R&L wrist Strained + R elbow strain

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A22074PNPS0001

Report Number or Contact Name and Phone# Roberta Marie Reyes

Did, or will, the customer seek medical treatment? Y/N Unknown - may call HCP for advise

Doctor or Medical Facility Name, if known Unsure if she will, she was not sure

Address 4407 Castle Rock Dr Blaine 98230 Phone 562 544 6095

**Section D: Witness ID**

1 Name ~~N/A~~ (Orion Kordyla) Employee: (Y)/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Associate (Witness) did not see the incident happen. He did respond to the customer cart locking & helped her carry her groceries to the car.

Print Name and EUID of Employee Completing This Report

Name Ang Senatore EUID as56093

Signature [signature] Date 7/5/22

**Remember to check for video and to forward photos**

Kroger

# Witness Statement

**Claim Number** 4A22074PNPS0001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 1225 Bakerview Rd City Bellingham State WA 98226

Date and Time of Incident 7/5/22 11:35 (AM)/PM

Name of Customer Involved Roberta Marie Reyes Gender: M/(F)

Your Name Orion Kochajda Phone 360 788 2900

Are you a Kroger employee at the incident location? (Yes) No

Are you related to, or are you an acquaintance of the above customer? Yes (No)

If yes, please describe your relationship N/A

What is the best way and time to contact you? Store

Please describe what you saw, heard or otherwise witnessed about this incident I did not see the incident in Question, however I heard the carlock alarm and acted accordinly.

Signature [signature] Date 07/05/22

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

4A22083RHPS0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/3/22 DIVISION Fred Meyer (701) STORE # 424

**Section A:** **Store ID** 424

Address 17404 meridian E City Puyallup State WA Zip 98375

Manager on Duty at Time of Incident Shaus Cheyne Store Phone 253-445-7840

Store Email Address n/a

Manager Email Address mariah.schottz@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ____ M ____ T 7-5 W 10-8
TH 10-8 F off SA 8-6

**Section B:** **Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Norman P. Smith Age ____ Gender (M) F

Name of Parent/Guardian ____

Date of Birth ____ Marital Status ____ Loyalty ID # ____

Address 7015 236th St Ct E City Graham State WA Zip 98338

Home Phone ____ Cell Phone 253-691-2718 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, 160 lbs
grey hair, short to scalp

**Section C:** **Incident Information**

Date of Incident 8/2/22 Time of Incident 11:00 AM/(PM)

Date Notified of Incident 8/2/22 Time Notified 11:05 AM/(PM)

# Incident Report

**Claim Number** 4A22083RHPS0001

Name of Employee Initially Notified Shalis Cheyne

EUID of Employee Initially Notified SC21068

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Frontend, produce entrance, door nearest starbucks

Provide Brief Description in ten words or less for Call Center entry cart locked up on gentleman, claimed he hurt his back.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

gentleman was leaving store, claimed his back was thrown out due to his cart locking up on him at the door.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

produce entrance of store, no cones or obstructions

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

he claimed his lower back

Did Police or Emergency Services Respond? Y/N (circled: N) If Yes, Who?________

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Shalis Cheyne Employee: (Y)/N Phone 253-625-4277

Address 21102 55th Ave Ct E City Spanaway State WA Zip 98387

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I did notice when his cart locked up, he bent over to check on the stuff on bottom of cart.

Print Name and EUID of Employee Completing This Report

Name Shalis Cheyne EUID SC21068

Signature [signature] Date 8/3/22

**Remember to check for video and to forward photos**

4A22083RHPS0001

FRED MEYER STORE
17404 MERIDIAN
8/2/22 11:04 PM

RECT# 10357
~~RCPT#~~ 1035Z NORMAN P. SMITH
7015 - 236TH ST. CT. E.
GRAHAM WA 98338
253-691-2218

I WAS LEAVING THE STORE
PUSHING A HEAVILY LOADED CART $430.72
OF GROCERIES WITH MANY CASES OF CANNED
GOODS AS IT WAS SENIOR 1ST TUES AND I WAS
DOING MY MONTHLY ~~[illegible]~~ SHOPPING.
TO GET OVER THE THRESHOLD OF THE DOOR
I SPEED UP SLIGHTLY WITH THE HEAVY LOAD.
AS I PASSED INTO THE DOOR WAY THE
CART LOCKED UP. I WAS THROWN ~~AGAINST~~
AGAINST THE CART BY MY WALKING MOMENTUM.
I SLAMMED INTO THE HANDLE BAR TWISTING
MY BACK THROWING MY HEAD FORWARD. THE
FOOD ALL LURCHED FORWARD SPILLING IN THE
CART. I COULD HARDLY WALK AND GOT THE HANDLER
TO GET ASSISTANCE TO MY CAR. BY THE TIME I
REACHED MY CAR MY BACK AND NECK ~~A~~ SIEZED UP
GIVING ME A TERRIBLE HEADACE. MY WIFE WILL HAVE
TO DRIVE ME HOME. I WILL NEED TO GO TO A
DOCTOR TOMMOROW AS IT IS LATE. NORMAN P. SMITH
I AM HAVING TROUBLE WRITTING THIS REPORT. Norman P Smith

X Norman P Smith

X ______________________
witness

Kroger

# Incident Report

**Claim Number** 4A23071K59F0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/1/23 DIVISION Fred Meyer STORE # 655

**Section A: Store ID**

Address 1900 SE Sedgwick Rd City Port Orchard State WA Zip 98366

Manager on Duty at Time of Incident Jeanelle Ward Store Phone 360-874-7140

Store Email Address jeanelle.ward@stores.fredmeyer.com

Manager Email Address " "

MOD Schedule for Next 5 Days S 9-7 M 9-7 T 8-6 W 4-9
TH off F off SA 8-6

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ________ Age 8 months Gender: (M)(F)

Name of Parent/Guardian Trisha Young

Date of Birth ________ Marital Status ________ Loyalty ID # ________

Address 4345 Andreso Loop SE City Port Orchard State WA Zip 98366

Home Phone ________ Cell Phone 360-900-9446 Work Phone ________

Employer ________ Title ________

Work Address ________ City ________ State ________ Zip ________

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ________

**Section C: Incident Information**

Date of Incident 6/28/2023 Time of Incident 3:25 AM (PM)

Date Notified of Incident 6/28/23 Time Notified 4 AM (PM)

Kroger

# Incident Report

**Claim Number** 4A23071K59F0001

Name of Employee Initially Notified Jeanelle Ward

EUID of Employee Initially Notified jw75530

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Starbucks side entrance

Provide Brief Description in ten words or less for Call Center entry purcheck locked up cart causing child to jerk.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Exitting store when cart locked up causing child in seat to jerk.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

precheck station exitting store

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Child jerked due to cart locking up, contact made with body

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

# Incident Report

**Claim Number** 4A23071K59F0001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Jeanelle Ward EUID JW75530

Signature [signature] Date 7/1/23

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** 4A23071K59F0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date__________ Store Address____________________

City________________State_______

**Contact Information**

Name____________________Age_______Gender: M/F

Parent/Guardian (If minor)____________________

Date of Birth______________Marital Status______________

Address________________City____________State_______

Home Phone______________Cell Phone______________

Work Phone______________Email____________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident______________ Time of Incident __________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

________________________________________

________________________________________

Describe what happened______________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

Kroger

## Customer Statement

**Claim Number** 4A23071K59F0001

Describe any Injuries or Pain from this Incident (Please be specific)________________

Describe any Personal Property that was damaged (Please be specific)________________

Please identify the person(s) to whom you reported the incident________________

**Witness ID**

1 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

2 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

3 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

Your Signature________________ Date________________

Kroger

# Evidence Report

**Claim Number** 4A23071K59F0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 7-1-23 DIVISION 5 STORE # 655

Date of Incident 6-28-23 Time of Incident 15:27:02 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Candice Mendenhall

Title and EUID, if applicable Asset Protection manager

Comments (such as whether video system was not working, incident is not captured etc...)

Customer Name ______ Gender: M/F (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

white pants, white shirt

Please describe witnesses on video pushing shopping cart with baby in cart.

Kroger

# Evidence Report

**Claim Number** 4A23071K59F0001

1. Camera Location/View Front doors (ALE)

   Camera/Unit Number DVR 2 cam 3

   Recording Time from 14:27:02 AM/(PM) to 16:28:15 AM/PM

2. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

3. Camera Location/View ______

   Camera/Unit Number ______

   Recording Time from ______ AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Kroger

# Evidence Report

Claim Number 4A23071K59F0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jeanelle Ward / jw75550

Signature [signature] Date 7/1/2023

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6/21/23 DIVISION Fred Meyer STORE # 683

**Section A: Store ID**

Address 2500 Columbia House Blvd City Vancouver State WA Zip 98661

Manager on Duty at Time of Incident Amber Drake Store Phone 360-619-1700

Store Email Address amber.drake@stores.fredmeyer.com

Manager Email Address Shelley.Robinson@Fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Samantha. Swart Age 32 Gender: M (F)

Name of Parent/Guardian n/A

Date of Birth 2/15/91 Marital Status M Loyalty ID # ______

Address 687 E 17th Cir City LaCenter State WA Zip 98629

Home Phone — Cell Phone 702 265 1859 Work Phone ______

Employer McKean smith Title —

Work Address 655 W Columbia City Vancouver State WA Zip ~~[illegible]~~ 98660

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Long black Hair, black clothing and black sandals.

**Section C: Incident Information**

Date of Incident 6/20/2023 Time of Incident 105-115 AM/(PM)

Date Notified of Incident 6/20/23 Time Notified 130 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

Name of Employee Initially Notified Dana. Chapman

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entryway.

Provide Brief Description in ten words or less for Call Center entry customer was returning cart wheels locked up and Fell over cart.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Customer was returning cart to the Entryway and the Front wheels locked up Customer and Cart Fell Forward onto ground.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
no cones visable.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)
N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Cracked bruised rib on right side, obsened In labor & delivery, Bruised knees.

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

Report Number or Contact Name and Phone# ——

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Vancouver Clinic Urgent Care.

Address 700 NE 87th AVE Phone 360 882 2778

**Section D: Witness ID**

1 Name ______ Employee: Y/(N) Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer 8 month pregnant.

______

______

Print Name and EUID of Employee Completing This Report

Name Amber Drake EUID A120263

Signature A.Drake Date 6/21/23

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2208G1VNX0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/13/22 DIVISION 701 STORE # 111

**Section A: Store ID**

Address 33702 21st ave SW City federal way State WA Zip 98023

Manager on Duty at Time of Incident Michael Williamson Store Phone 253 952 0100

Store Email Address Michael.Williamson@store.fred meyer.com

Manager Email Address

MOD Schedule for Next 5 Days S M 9-7 T 9-7 W off TH 9-7 F 9-7 SA off

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kaidrin McVittie Age Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 3/13/78 Marital Status Married Loyalty ID #

Address 32507 41st Ave SW City Federal Way State WA Zip 98023

Home Phone Cell Phone 206-356-6175 Work Phone

Employer C&W TAX / Full-time caretaker to mother Title Office Manager

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5"5 Light blue top, matching blue sport pants. White tennis shoes white hair in ponytail.

**Section C: Incident Information**

Date of Incident 8-13-2022 Time of Incident 6:48 AM/PM (PM circled)

Date Notified of Incident 8-13-2022 Time Notified 6:50 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 4A2208G1VNX0001

Name of Employee Initially Notified Brad Leifer

EUID of Employee Initially Notified RL27689

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Outside Entrance C, in the walkway to the lobby.

Provide Brief Description in ten words or less for Call Center entry New cart lock system, locked and hit customers ankle.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

With the new cart lock system, as she walked out the door, the cart locked and hit her in the left ankle

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Normal entrance on the home side.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left ankle

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2208G1VNX0001

Report Number or Contact Name and Phone# Kristin McVittie

Did, or will, the customer seek medical treatment? Y/N (N circled)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

______

______

Print Name and EUID of Employee Completing This Report

Name Michael Williamson EUID MW75766

Signature [signature] Date 8/13/22

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2208G1VNX0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8/13/22 Store Address 33702 21st ave SW

City federal WAy State WA

**Contact Information**

Name Kaitrin Mcrittie Age ______ Gender: M/(F)

Parent/Guardian (If minor) ______

Date of Birth 3/13/78 Marital Status married

Address 32507 41st Ave SW City Federal way State WA

Home Phone ______ Cell Phone 206-356-6175

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 8-13-22 Time of Incident 6:48 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Doorway leaving the store and into the lobby, at the home entrance

Describe what happened customer was exiting, the cart got halfway out the door, then it locked as she pushed to move it, her ankle got caught in the cart, and twisted.

Kroger

## Customer Statement

**Claim Number** 4A2208G1VNX0001

Describe any Injuries or Pain from this incident (Please be specific) Left ankle, major pain.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident None, two associates came up to check on her

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature__________ Date__________

Kroger

# Evidence Report

**Claim Number** 4A2208G1VNX0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 8/13/22 DIVISION 701 STORE # 611

Date of Incident 8/13/22 Time of Incident 6:40 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Laura Belford

Title and EUID, if applicable Asset protection Specialist LB31188

Comments (such as whether video system was not working, incident is not captured etc...) The incident was captured the customer pushed the cart with her left food The cart did not hit her left or right leg. No injuries were shown on ~~[illegible]~~ video

Customer Name ______________________ Gender: M/F (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Brown hair, grey Sweats paints, green Shirt, Grey Shoes

Please describe witnesses on video Blue jeans, Black shirt, Black hair, red Shoes

Kroger

# Evidence Report

**Claim Number** 4A220861VNK0001

1. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

2. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

3. Camera Location/View ____________________

   Camera/Unit Number ____________

   Recording Time from ____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________________

Title and EUID ____________________

Photo 1 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

____________________

Photo 2 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

____________________

Photo 3 Date and Time Photo was Taken ____________ AM/PM

Brief Description of Scene ____________________

____________________

Kroger

# Evidence Report

**Claim Number** 4A2208G1VNX0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________________

Signature ____________________ Date ____________________

Kroger

# Incident Report

**Claim Number** 4A221233G240001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/3/22 DIVISION FRED MEYER STORE # 265

**Section A: Store ID**

Address 1100 N MERIDIAN City PUYALLUP State WA Zip 98371

Manager on Duty at Time of Incident CHRISTINE HOPPER Store Phone 253 840 8150

Store Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

Manager Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name SIMON ZIRIAKS Age ~~63~~ 53 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5/7/63 Marital Status MARRIED Loyalty ID #

Address 1115 13TH ST NW City PUYALLUP State WA Zip 98371

Home Phone 206 300-4167 Cell Phone Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'9" WHITE HAIR, MEDIUM BUILD

**Section C: Incident Information**

Date of Incident 12/3/22 Time of Incident 6:00 AM/(PM)

Date Notified of Incident 12/3/22 Time Notified 6:00 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A221233G240001

Name of Employee Initially Notified HARRY CHEUNG

EUID of Employee Initially Notified HC20432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
GROCERY ENTRY WAY

Provide Brief Description in ten words or less for Call Center entry
INJURED HAND ON SHOPPING CART

~~Provide Detailed~~ Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER CART LOCKED UP BY ENTRY WAY. CUSTOMER STOP, DID NOT SEE ANY INJURY OR SIGNS OF DISTRESS

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

AREA WAS CLEAR, NO HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

HANDS WERE BENT

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A221233G240001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name Tina Hackworth Employee Y/N (Y circled) Phone 253.508.2048

Address 5813 64th St W City University place State WA Zip 98467

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

______

______

Print Name and EUID of Employee Completing This Report

Name HARRY CHOWG EUID HC20432

Signature [signature] Date 12/3/22

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A221233G240001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/3/22 Store Address 1100 N HOLIDAY

City PUYALLUP State WA

**Contact Information**

Name Simon Zirians Age ____ Gender: (M)/F

Parent/Guardian (if minor) ____

Date of Birth 5/7/63 Marital Status ____

Address 1115 18th st NW City puyall up State WA

Home Phone 206 300-4162 Cell Phone ____

Work Phone ____ Email Simon.zirians@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 12/3/22 Time of Incident 6:00 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Paid at new check out w/ cart – cart locked at Door, hand slamming Back & Bent back

Describe what happened ____

Kroger

## Customer Statement

**Claim Number** 4A221233G240001

Describe any Injuries or Pain from this Incident (Please be specific) NOT AT THIS TIME

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident HARRY CHANG

**Witness ID**

1 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

2 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

3 Name________ Phone________

Was this person shopping with you? Y/N

What is this person's relationship to you?________

Your Signature________ Date 12/3/22

Tina Hackworth 12/3/2022

2 customers with child in cart going out grocery doors cart locked up, so I went over to help them. I asked if they had a receipt, the lady gave me the receipt. I did observe the male customer kept trying to move the cart. They ~~keep~~ were not going that fast. ~~The~~ I gave the receipt back, and I unlocked cart. the lady looked at her husband and was shaking her head, and asked if he hurt his hand, and he was holding his hand like he hurt it. and he said yes. I did not observe any injury. She then looked at me and said Incident Report. I ~~[illegible]~~ let her know she could go to customer service. She looked at me crumbled receipt and huffed and walked out with cart and her family.

[signature]

12/3/2022

Kroger

# Incident Report

**Claim Number** ____________________

Report to be completed by Store Management within 24 hours of incident notice

DATE 12/31/22 DIVISION Fred Meyer STORE # 615

**Section A: Store ID**

Address 6305 Bridgeport Way W. University place State WA Zip 98467

Manager on Duty at Time of Incident Chelsea Bravo Store Phone 253 460 4000

Store Email Address Chelsea.Bravo@stores.Fredmeyer.com

Manager Email Address ____________________

MOD Schedule for Next 5 Days S______ M______ T______ W______ TH______ F______ SA______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Nicholas ~~Hot~~ Harrison Age 44 Gender: M/F

Name of Parent/Guardian ____________________

Date of Birth 5.30.78 Marital Status Married Loyalty ID # ______

Address 5717 80th ave ct. W City University place State WA Zip 98467

Home Phone 253-209-1898 Cell Phone ______ Work Phone ______

Employer Pugent Sound orthrapedic Title P.A.

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
black sweats, white hat, vest, Charcoal pull over

**Section C: Incident Information**

Date of Incident 12/31/22 Time of Incident 245 AM/(PM)

Date Notified of Incident 12/31/22 Time Notified 3:05 AM/(PM)

# Incident Report

**Claim Number** ____________

Name of Employee Initially Notified: Chelsea Bravo

EUID of Employee Initially Notified: CB17327

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
ALE entrance lobby

Provide Brief Description in ten words or less for Call Center entry: Customer ~~that~~ Hit Shin on cart.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) — circled: as conveyed by the customer

Walking cart out, cart locked & hit shin on cart

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

cart has alert on them, cartlock signs posted

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

NA

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

leg/shin/knee - left leg

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ____________

Kroger

# Incident Report

**Claim Number** ______________

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ______________

Address ______________ Phone ______________

**Section D: Witness ID**

1 Name Helen Harrison Employee: Y/(N) Phone 360-471-2141

Address same as injured customer City ______ State ______ Zip ______

2 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______ State ______ Zip ______

3 Name ______________ Employee: Y/N Phone ______________

Address ______________ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________

______________

______________

Print Name and EUID of Employee Completing This Report

Name ChelseaBrand EUID CB17324

Signature CBrand Date 12/31/22

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A23010YF6M0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 12/31/2 Store Address 6305 bridgeport way. W.

City University Place State WA

**Contact Information**

Name Nicholas Harrison Age 44 Gender: (M)/F

Parent/Guardian (if minor) ______

Date of Birth May. 30. 1978 Marital Status Married

Address 5717 80th ave. ct w. City U. P State WA

Home Phone 253-209-1898 Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 12/31/22 Time of Incident 2:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Ale side entrance

Describe what happened Pushed the cart, cart locked up & twisted a bit, leg rammed into it

Kroger

## Customer Statement

**Claim Number** ______________

Describe any Injuries or Pain from this Incident (Please be specific) Shin & twisted knee

Describe any Personal Property that was damaged (Please be specific) no.

Please identify the person(s) to whom you reported the incident Chelsea Bravo

**Witness ID**

1 Name Helen Harrison Phone 360-471-2171

Was this person shopping with you? (Y)/N

What is this person's relationship to you? Wife

2 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

3 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

Your Signature Claim Filled out via phone Date ______________

# Incident Report

**Claim Number** 4A2305WQ4VC0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5/28/23 DIVISION Fred Meyer STORE # 024

**Section A: Store ID**

Address 920 S. Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident ______ Store Phone 360-757-9100

Store Email Address ______

Manager Email Address Nicholas.Hargett@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jerri Carson Age 53 Gender: M/F

Name of Parent/Guardian ______

Date of Birth 12-9-69 Marital Status Single Loyalty ID # 425-512-1857

Address 2319 Kulshan View dr City mt Vernon State WA Zip 98273

Home Phone ______ Cell Phone 425-512-1857 Work Phone ______

Employer Self employed Title GCS Services/owner

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Brown hair Brown eyes 5'4 / 145 weight

**Section C: Incident Information**

Date of Incident 5/8/23 Time of Incident 7:45 AM/PM

Date Notified of Incident 5/21/23 Time Notified 3:00 AM/PM

Kroger

# Incident Report

**Claim Number** 4A2305WQ4VC0001

Name of Employee Initially Notified Nick Harget

EUID of Employee Initially Notified NH52928

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Exit

Provide Brief Description in ten words or less for Call Center entry claim injured left shin due to locking cart

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
cart locked up while exiting and rammed shin and hurt her leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
no hazards

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
left shin and rib cage

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2305WQ4VC0001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? Y/N (N circled)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

She is a known shoplifter and has a history of harassing associates.

______

Print Name and EUID of Employee Completing This Report

Name Nick Hurst EUID NH52928

Signature [signature] Date 5/28/23

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2305WQ4VC0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/2/23 Store Address 920 S. Burlington Blvd.

City Burlington State WA

**Contact Information**

Name Jerri Carson Age 53 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 12-9-69 Marital Status Single

Address 2319 Kulshan View dr #4 City Mt Vernon State WA

Home Phone 425-512-1857 Cell Phone

Work Phone Email

Preferred Method(s) of contact: (Home)/cell/work/email (circle one)

**Facts**

Date of Incident 5/8/23 Time of Incident 7:45 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Exiting apparel doors.

Describe what happened cart locked up and ran into her shin

Kroger

# Incident Report

**Claim Number** 4A2108078720001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/18/21 DIVISION Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney Rd SE City Lacey State WA Zip 98503

Manager on Duty at Time of Incident Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T [crossed out] 7-5 W [crossed out] 10-8

TH off F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jake Shapley Age 43 Gender: (M) F

Name of Parent/Guardian

Date of Birth 07/27/78 Marital Status Married

Address [crossed out] 525 75th Way NE City Olympia State WA Zip 98506

Home Phone 360-972-6915 Cell Phone Same Work Phone 360-972-5081

Employer WA State Fish + Wildlife Title Software Engineer

Work Address 1111 Washington St. SE City Olympia State WA Zip 98501

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

6'1" 205 Brown Tennis Shoes

**Section C: Incident Information**

Date of Incident 8/18/21 Time of Incident 11:45 (AM)/PM

Date Notified of Incident 8/18/21 Time Notified 11:50 (AM)/PM

# Incident Report

**Claim Number** 4A2108078720001

Name of Employee Initially Notified: Lisa Salazar

EUID of Employee Initially Notified: LT88188

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Parking lot - South side by Sidewalk

Provide Brief Description in ten words or less for Call Center entry: Customer pushing cart, cart locked up and jammed and twisted left wrist

Provide Detailed Description of the Incident: customer was pushing the cart by the ramp and it went over the barrier and locked up, causing the customer to stop and jam and twist his wrist

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... Sign a few feet from barrier

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Gatekeeper

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

jammed/twisted left wrist

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

Claim Number 4A2108078720001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known kaiser urgent care

Address ____ Phone ____

**Section D: Witness ID**

1 Name none Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FLS4660

Signature [signature] Date 8/18/21

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

Claim Number 4A2108078720001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 8/18/21 Store Address

City [illegible] Lacey State WA

**Contact Information**

Name Jake Shapley Age 43 Gender: M/F

Parent/Guardian (If minor)

Date of Birth 07/27/78 Marital Status M

Address 525 75TH WAY NE City Olympia State WA

Home Phone 360-572-6915 Cell Phone Same

Work Phone 360-572-5081 Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8/18/21 Time of Incident 11:45 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
South parking lot, sidewalk ramp

Describe what happened I was pushing a cart (with my groceries in it) up a sidewalk ramp, next to my truck. The cart wheels locked up suddenly, jamming and twisting my left ankle.

Kroger

## Customer Statement

**Claim Number** 4A2108078720001

Describe any Injuries or Pain from this Incident (Please be specific) My left wrist had a sharp pain when the cart stopped and twisted. It is currently tingly and sore.

Describe any Personal Property that was damaged (Please be specific) ______

Please identify the person(s) to whom you reported the incident Lisa at customer service

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature ______ Date 8/18/21

Kroger

# Evidence Report

**Claim Number** 4A2108078720001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane F1549660

Signature ______ Date 8/18/21

Kroger

# Incident Report

**Claim Number** 4A2108059F20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/19/21 DIVISION FM (701) STORE # 701-00667

**Section A: Store ID**

Address 1225 W Bakerview City Bellingham State WA Zip 98226

Manager on Duty at Time of Incident Sam Abraham Store Phone 360 788-2500

Store Email Address ______

Manager Email Address sam.abraham@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name______ Age______ Gender: M/(F)

Name of Parent/Guardian______

Date of Birth______ Marital Status______

Address______ City______ State______ Zip______

Home Phone______ Cell Phone______ Work Phone______

Employer______ Title______

Work Address______ City______ State______ Zip______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5' 3" lighter brown/darker blond hair, freckles

**Section C: Incident Information**

Date of Incident 8/18/21 Time of Incident 8:45-ish (AM)/PM

Date Notified of Incident 8/18/21 Time Notified 8:45-ish (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2108059F20001

Name of Employee Initially Notified Betty ?

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ALE doors

Provide Brief Description in ten words or less for Call Center entry Customer leaning on cart when wheels locked - ran into cart

Provide Detailed Description of the incident Customer using a cart to brace themselves (instead of a motorized shopping cart. They were leaning ~~___~~ onto the cart when the Purcheck system activated & wheels locked up. They weren't ~~expected~~ expecting this and they said it hurt them.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ALE doors

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) n/a

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
lower back hurts - they claim cart hit them - but cant identify where

Did Police or Emergency Services Respond? Y/N (N) If Yes, Who? offered to call for her

Kroger

## Incident Report

**Claim Number** 4A2108059F20001

Report Number or Contact Name and Phone# NA

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known Medical message (unknown)

Address in Fairhaven Phone ?

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

~~one possible employee witness?~~ wanted corporate address - provided to her wants to possibly take advantage of situation. offered first aid ~~before~~ first thing. Later asked if she wanted me to call emergency services, a friend, or family member. wouldn't provide me a phone number.

Print Name and EUID of Employee Completing This Report

Name Jonathan Hilbert EUID JH14680

Signature [signature] Date 18 Aug 2021

**Remember to check for video and to forward photos**

**Customer Statement**

**Claim Number** 4A2108059F20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date Aug.18 '21 Store Address Bakerview

City Bellingham State WA

**Contact Information**

Name Suzanne Yorks Age 66 Gender: M/(F)

Parent/Guardian (If minor)

Date of Birth Marital Status

Address 3106 Vallette City Bellingham State WA

Home Phone Cell Phone

Work Phone Email syorks@ the franklin.academy

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident Aug. 18, 2021 Time of Incident 8:45ish (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Leaving store grocery side exit 1st set of doors

Describe what happened Leaning on cart with forearms, rolling right along, when cart suddenly bucked because the wheels unexpectedly locked

Kroger

## Customer Statement

**Claim Number** 4A2108059F20001

Describe any Injuries or Pain from this incident (Please be specific) I have spinal stenosis. The flared pain into my lower back.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Jonathan Holbert, through 2 other employees

**Witness ID**

1 Name young man handling carts Phone

Was this person shopping with you? Y/(N)

What is this person's relationship to you? customer to FM employee

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date Aug. 18, 2021

# Incident Report

**Claim Number** 4A23027YP6V0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/6/2023 DIVISION 5 STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney City Olympia State WA Zip 98503

Manager on Duty at Time of Incident Patrick Baker Store Phone 3604386450

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Stephanie Tisby Age____ Gender: M/F

Name of Parent/Guardian ______

Date of Birth 03/05/1969 Marital Status S

Address 814 Taylor Lane NE, unit C City Olympia State WA Zip 98506

Home Phone ______ Cell Phone (253) 682-9433 Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht./Wt., Hair Color, describe footwear if slip or fall etc...) Walking out the store, basket locked on me dont Know why I tried to force it back pain (L) ankle pain I have previous back injury

**Section C: Incident Information**

Date of Incident 2/6/2023 Time of Incident 7:35 AM/PM (PM circled)

Date Notified of Incident 2/6/2023 Time Notified 7:43 AM/PM (PM circled)

# Incident Report

**Claim Number** ____________

Name of Employee Initially Notified Tiffany Austel

EUID of Employee Initially Notified t926848

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) lobby @ first set of inside doors closest to starbucks

Provide Brief Description in ten words or less for Call Center entry cart locked up

Provide Detailed Description of the incident cart locked up while walking outside alarm went off. I noticed she had a receipt and unlocked the cart. she called back about 10 mins later saying her back hurt and she wanted to fill out a report

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... cart lock sign on door

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") back pain and left ankle pain

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

## Customer Statement

**Claim Number** ________________

Describe any Injuries or Pain from this incident (Please be specific) back pain and left ankle pain

Describe any Personal Property that was damaged (Please be specific) ________________

Please identify the person(s) to whom you reported the incident Tiffany Austel

**Witness ID**

1 Name ________________ Phone ________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________________

2 Name ________________ Phone ________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________________

3 Name ________________ Phone ________________

Was this person shopping with you? Y/N

What is this person's relationship to you? ________________

Your Signature ________________ Date ________________

Kroger

## Sweep/Floor Inspection Statement

**Claim Number** ______________

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 2/6/23 STORE # 186

Customer Name Stephanie Tisby

Date of Incident 2/6/23 Time of Incident 735 AM/PM (PM circled)

I (print your name) Tiffany Austel, on

(date) 2/6/23, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 7:38pm AM/PM

At that time, the condition of the floor was clean and free of debris

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|---|---|
| | |
| | |
| | |
| | |
| | |

Signature______________________ Date______________

Kroger

# Evidence Report

**Claim Number** 4A23027YP6V0001

2. Camera Location/View FOD ENTRY PUM

Camera/Unit Number 5-12

Recording Time from 7:30:40 AM/PM to 7:31:40 AM/PM

3. Camera Location/View –

Camera/Unit Number –

Recording Time from – AM/PM to – AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer__________

Title and EUID__________

Photo 1 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 2 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 3 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

**Disposable camera photos should be developed and one copy kept at the store before forwarding to Sedgwick. Digital photos should be emailed once Sedgwick contacts you.**

# Incident Report

**Claim Number** 4A2302F1JF70001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/12/23 DIVISION 701 STORE # 236

**Section A: Store ID**

Address 7411 NE 117th Ave City Vancouver State WA Zip 98662

Manager on Duty at Time of Incident Debbie Barnett Store Phone 360 896-3500

Store Email Address

Manager Email Address debbie.barnett@stores.fredmeyer.com

MOD Schedule for Next 5 Days S ___ M 9-7 T off W 8-6 TH VAC F VAC SA VAC

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Sanaie Bray Age 6 Gender: M/(F)

Name of Parent/Guardian Alysha Bray dad cell #

Date of Birth June 20th 2016 Marital Status — Loyalty ID # 360-513-7932

Address 4707 NE 131st Avenue City Vancouver State WA Zip 98682

Home Phone ___ Cell Phone 360-356-5077 Work Phone ___

Employer N/A Title ___

Work Address ___ City ___ State ___ Zip ___

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
48 inches tall, blonde curly hair, tan skin,
Cart locked up & I (mom) ran into back of her w/ power wheelchair

**Section C: Incident Information**

Date of Incident 02/12/23 Time of Incident 6:00 AM/(PM)

Date Notified of Incident 02/12/23 Time Notified 6:00 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2302F1JF70001

Name of Employee Initially Notified Leslie & security guard

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) garden door / entrance - exit

Provide Brief Description in ten words or less for Call Center entry cart locked up & daughter hit her knee on something & her mouth on cart

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Cart locked up - mom behind her hit her in Mart Cart & child hit cart as it locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
no safety cone - warning on shopping carts stating cart can lock up

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)
N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
left Knee

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A2302F1JF70001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N No

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

The mother was too close behind the child that when the cart locked up the mother ran into her from behind with the mart cart she was in.

Print Name and EUID of Employee Completing This Report

Name Debbie Barnett EUID db63918

Signature Debbie Barnett Date 2/12/23

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2302F1JF70001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 02/12/23 Store Address Orchards fred meyer

City Vancouver State WA

**Contact Information**

Name Salalie Bray Age 6 Gender: M/F (F circled)

Parent/Guardian (if minor) Alysha Bray

Date of Birth 06/20/2016 Marital Status N/A

Address 4707 ne 131st Avenue City Vancouver State WA

Home Phone ______ Cell Phone 360-356-5077 (mom)

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one) (cell circled)

**Facts**

Date of Incident 02/12/23 Time of Incident 6:00 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
garden center doors/exit-entrance

Describe what happened cart locked up. my daughter hit her mouth on the cart/tooth. Then I ran into the back of her with the power wheelchair.

she hit her knee on something too. It's bruised.

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4-28-23 Store Address 15609 E Sprage Ave

City Spokane Valley State WA

**Contact Information**

Name KAY MAtteson Age 79 Gender: M/F

Parent/Guardian (if minor)

Date of Birth 8-11-43 Marital Status Widow

Address POBOX 1088 City Otis Orchards State WA

Home Phone Cell Phone 425-508-1012

Work Phone Email builderKAY@GMAIL.COM

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4-28-23 Time of Incident 10:15? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Cart locked on me going out of Store With purchased item with Recent.

Describe what happened When cart locked it jarred my Shoulder that I had previously injured. Lady said it was to prevent theft. Seriously?

food exit ??

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

Describe any Injuries or Pain from this incident (Please be specific) Jarred Already hurt Shoulder

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident talked with Doug Shehan

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature Kay J. Matson Date 4-28-23

Kroger

# Evidence Report

**Claim Number** 4A230543HTS0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 5/5/23 DIVISION 701 STORE # 351

Date of Incident 4/28/23 Time of Incident 1015 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video aasperger

Title and EUID, if applicable apm 9a56913

Comments (such as whether video system was not working, incident is not captured etc...)

unk which door exit reference to customer report

Customer Name Kay Mattson Gender: M/(F)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Please describe witnesses on video

1. Camera Location/View food, apparel, home exit doors

   Camera/Unit Number dvr 8

   Recording Time from 915 (AM)/PM to 1115 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2305542250001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5/5/23 DIVISION 701 STORE # 459

**Section A: Store ID**

Address 365 Renton Center Way SW City RENTON State WA Zip 98057

Manager on Duty at Time of Incident ______ Store Phone ______

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S ______ M ______ T ______ W ______
TH ______ F ______ SA ______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Juliana Proctor Age 68 Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth 4/24/56 Marital Status M Loyalty ID # ______

Address 2946 S. WEBSTER City SEATTLE State WA Zip 98108

Home Phone 206-427-6435 Cell Phone ______ Work Phone ______

Employer SELF EMPLOYED Title ______

Work Address SAME AS ABOVE City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'2, AFRICAN AMERICAN

**Section C: Incident Information**

Date of Incident 4/30/23 Time of Incident 1:30 AM/(PM)

Date Notified of Incident 5/5/23 Time Notified 10:15 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2305542250001

Name of Employee Initially Notified JAMAE KENNEDY

EUID of Employee Initially Notified JT72164

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) STARBUCKS ENTRANCE INSIDE STORE

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP CAUSING PAIN IN LEFT ARM/SHOULDER

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER FINISHED SHOPPING AND WENT TO STARBUCKS TO EXIT OUT OF THE STORE USING THEIR OUTSIDE ENTRANCE. CART LOCKED UP AT THE PEDESTALS IN THE ENTRANCE WAY IN STORE.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

PEDESTAL WITH SIGN STATING "WARNING CART WILL LOCK"

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

LEFT SHOULDER IN PAIN AND CANNOT LIFT ARM.

Did Police or Emergency Services Respond? Y/N (N circled) If yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2305542250001

Report Number or Contact Name and Phone#________

Did, or will, the customer seek medical treatment? (Y)/N - WILL MAKE APPOINTMENT.

Doctor or Medical Facility Name, if known KAISER PERMENENTE @ RAINIER

Address________ Phone________

**Section D: Witness ID**

1 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

2 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

3 Name________ Employee: Y/N Phone________

Address________ City________ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

________

________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

________

________

________

Print Name and EUID of Employee Completing This Report

Name JAMIE KANZEN EUID J172161

Signature [signature] Date 5/5/23

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2305542250001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/5/23 Store Address 365 RENTON CENTER WAY SW

City Renton State WA

**Contact Information**

Name Juliana Proctor Age 68 Gender: M/(F)

Parent/Guardian (if minor) ____________

Date of Birth 4/24/1956 Marital Status W

Address 2946 S. WEBSTER City SEATTLE State WA

Home Phone 206-427-6435 Cell Phone ____________

Work Phone ____________ Email ____________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4/30/23 Time of Incident 1:30 pm AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Starbucks INSTORE ENTRANCE

Describe what happened WAS GOING TO EXIT THROUGH STARBUCKS AND CART LOCKED UP. KEPT PUSHING CART AND HURT SHOULDER.

Kroger

## Customer Statement

**Claim Number** 4A2305542250001

Describe any Injuries or Pain from this incident (Please be specific) LEFT SHOULDER 10 PAIN CANNOT LIFT ARM.

Describe any Personal Property that was damaged (Please be specific) NONE

Please identify the person(s) to whom you reported the Incident JAMMIE KENNEDY

**Witness ID**

1 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

2 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

3 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

Your Signature [signature] Date 5-5-2023

Kroger

# Evidence Report

**Claim Number** 4A2305542250001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 5/5/23 DIVISION 701 STORE # 459

Date of Incident 4/30/23 Time of Incident 1:30 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video ____________________

Title and EUID, if applicable ____________________

Comments (such as whether video system was not working, incident is not captured etc...) ____________________

____________________

____________________

____________________

Customer Name Juliana Proctor Gender: M/F (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video ____________________

____________________

____________________

Please describe witnesses on video ____________________

____________________

____________________

Kroger

# Evidence Report

**Claim Number** 4A2305542250001

1. Camera Location/View ______________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

2. Camera Location/View ______________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

3. Camera Location/View ______________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______________________

Title and EUID ______________________

Photo 1 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ______________________

Photo 2 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ______________________

Photo 3 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ______________________

Kroger

# Evidence Report

**Claim Number** 4A2305542250001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jamae Kennedy

Signature [signature] Date 5/5/23

Kroger

# Incident Report

**Claim Number** 4A2305751TK0001

Name of Employee Initially Notified DAVID BARGER

EUID of Employee Initially Notified DB82479

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
APPAREL ENTRY - EXITING BUILDING

Provide Brief Description in ten words or less for Call Center entry CART LOCKED UP AS SHE WAS LEAVING AND TIPPED OVER

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

SHOPPING CART LOCKED UP AS SHE WAS LEAVING, CART STOPPED AND SHE SLAMMED INTO IT, CAUSING THE CART TO TIP OVER INTO RIGHT KNEE

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

NO VISIBLE HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

EVS EVENT MANAGEMENT - IN STORE SAMPLES - SHE WAS IN THE STORE DOING A DEMO

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

RIGHT KNEE - SWOLLEN / SPRAINED, FLUID ON KNEE

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

## Customer Statement

**Claim Number** 4A2305751TK0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date ~~5/7/23~~ 05/07/23 Store Address 18805 SR-2

City Monroe State WA

**Contact Information**

Name Jodi M. Marsall Age 51 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 5-16-1971 Marital Status Single

Address 6025 W. Flowing LK Rd City Snohomish State WA 98290

Home Phone Cell Phone 425-426-5169

Work Phone Email jmarsall@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 5/4/2023 Time of Incident 6:45 ?(ish) AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc.)

Main door - leaving store - cart locked up - forcing my body to slam against the front cart - my Right Knee slammed causing the card to tip on the side.

Describe what happened

My Right Knee immediately swelled up. Causing immediate pain, bruising & swelling. I went to walk-in clinic Sat., May 6th.

Kroger

## Customer Statement

**Claim Number** 4A2305751TK0001

Describe any Injuries or Pain from this Incident (Please be specific) Right Knee - Sprain w/ fluid

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident David Barger

**Witness ID** N/A

1 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature Jodi M. M[illegible] Date 5/7/23

Kroger

# Evidence Report

**Claim Number** 4A2305751TK0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc… Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report Jasmine Pierce JPIIIR

Signature [signature] Date 5/9/23

Kroger

# Incident Report

**Claim Number** 4A2507X2H3W0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/28/25 DIVISION 701 STORE # 667

**Section A: Store ID**

Address 1225 W. Bakerview City Bellingham State WA Zip 98226

Manager on Duty at Time of Incident Diana Hicks Store Phone # 360-788-2900

Store Email Address

Manager Email Address Trina.Kanza@stores.FredMeyer.com

MOD Schedule for Next 5 Days S M T W TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Joshua Shannon Age 49 Gender (M)/F

Name of Parent/Guardian ———

Date of Birth 5/21/76 Marital Status NO Loyalty ID #

Address 1345 Olympic Way City Bellingham State WA Zip 98225

Cell ~~Home Phone~~ 360-927-6003 (Cell Phone 360-305-5957) Work Phone

Employer None Title ———

Work Address ——— City ——— State ——— Zip ———

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5' 11" / 240 white / Grey wearing a hat (not sure) shoe Tenis shoes /

**Section C: Incident Information**

Date of Incident 7/27/25 Time of Incident 10:45 AM/(PM)

Date Notified of Incident 7/27/25 Time Notified 10:45 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2507X2H3W0001

Name of Employee Initially Notified Diana Hicks

EUID of Employee Initially Notified DH39758

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Home entry near sidewalk by handicap area.

Provide Brief Description in ten words or less for Call Center entry leave store cart locked up and fell to the left and hurt his Ankle, hip Head & wrist.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

leave Store/ Parked Handicap to take a left and cart stopped and I went left and other the Cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

None

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) NONE

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Left Ankle / Left hip / Left wrist
Right Ankle / Concussion/

Did Police or Emergency Services Respond? Y/N If Yes, Who? Ambulance

Kroger

# Incident Report

**Claim Number** 4A2507X2H3W0001

---

Report Number or Contact Name and Phone# NOT Available

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Urgent Care

Address 4545 Cordata Parkway Phone 360-788 8180

**Section D: Witness ID**

1 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

____

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____

____

____

Print Name and EUID of Employee Completing This Report

Name Trina Kanza EUID TK24919

Signature [signature] Date 7/28/25

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2507X2H3W0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7/28/ Store Address 1225 West Bakerview Rd

City Bellingham State WA

**Contact Information**

Name JOSHUA SHANNON Age 49 Gender (M)/F

Parent/Guardian (if minor)

Date of Birth 5/21/76 Marital Status

Address 1345 OLYMPIC WAY City BELLINGHAM State WA

Home Phone Cell Phone 360 305 5957

Work Phone Email ENJOYINGOURNEWNORMAL@G.MAIL

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 7/27 Time of Incident ≈10:50 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) EXITING THE STORE FROM MAIN DOOR MY SHOPPING CART STOPPED/LOCKED UP SUDDENLY WHICH PUSHED IT FORWARD

Describe what happened AND TOPPLED FORWARD TAKING ME WITH IT HEAD FIRST CAUSING ME TO SUFFER INJURY TO MULTIPLE PARTS OF MY PERSON. I:E: MY HEAD/NECK LEFT SIDE FOOT/ANKLE/HIP/WRIST AND HAND

Kroger

## Customer Statement

**Claim Number** 4A2507X2H3W0001

Describe any Injuries or Pain from this incident (Please be specific) MILD HEAD INJ
NECK PAIN LEFT HAND/WRIST
FOOT/ANKLE

Describe any Personal Property that was damaged (Please be specific) N/A PROPERTY OK

Please identify the person(s) to whom you reported the incident DIANA / NIGHT PIC

**Witness ID**

1 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

2 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

3 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

Your Signature ____ Date ____

Kroger

# Incident Report

**Claim Number** 4A2305WQ4VC0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5/28/23 DIVISION Fred Meyer STORE # 024

**Section A: Store ID**

Address 920 S. Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident ____ Store Phone 360-757-9100

Store Email Address ____

Manager Email Address Nicholas.Hargett@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jerri Carson Age 63 Gender: M/F

Name of Parent/Guardian ____

Date of Birth 12-9-69 Marital Status Single Loyalty ID # 425-512-1857

Address 2319 Kulshan View dr City mt Vernon State WA Zip 98273

Home Phone ____ Cell Phone 425-512-1857 Work Phone ____

Employer Self employed Title GCS Services / owner

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Brown hair Brown eyes 5'4 / 145 weight

**Section C: Incident Information**

Date of Incident 5/8/23 Time of Incident 7:45 AM/PM

Date Notified of Incident 5/21/23 Time Notified 3:00 AM/PM

Kroger

# Incident Report

**Claim Number** 4A2305WQ4VC0001

Name of Employee Initially Notified Nick Nargat

EUID of Employee Initially Notified NH52928

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Exit

Provide Brief Description in ten words or less for Call Center entry claim injured
left shin due to locking cart

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

cart locked up while exiting and rammed
shin and hurt her leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

no hazards

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left shin and rib cage

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2305WQ4VC0001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N (N circled)

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

She is a known shoplifter and has a history of harassing associates.

Print Name and EUID of Employee Completing This Report

Name Nick Nuest EUID NH52928

Signature [signature] Date 5/28/23

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2306N93400001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6/21/23 DIVISION Fred Meyer STORE # 683

**Section A: Store ID**

Address 2500 Columbia House Blvd City Vancouver State WA Zip 98661

Manager on Duty at Time of Incident Amber Drake Store Phone 360-619-1700

Store Email Address amber.drake@stores.fredmeyer.com

Manager Email Address Shelley.Robinson@Fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Samantha. Swart Age 32 Gender: M (F)

Name of Parent/Guardian N/A

Date of Birth 2/15/91 Marital Status M Loyalty ID #

Address 687 E 17th Cir City LaCenter State WA Zip 98629

Home Phone — Cell Phone 702 265 1859 Work Phone

Employer McKean Smith Title —

Work Address 655 W Columbia City Vancouver State WA Zip 98660

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Long black Hair, black clothing and black sandals.

**Section C: Incident Information**

Date of Incident 6/20/2023 Time of Incident 100-115 AM/(PM)

Date Notified of Incident 6/20/23 Time Notified 130 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

Name of Employee Initially Notified Dana. Chapman

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Apparel Entryway.

Provide Brief Description in ten words or less for Call Center entry Customer was returning cart wheels locked up and Fell over cart.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was returning cart to the Entryway and the Front wheels locked up Customer and cart Fell Forward onto ground.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

no cones visable.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Cracked bruised rib on right side, obsened In labor & delivery, Bruised knees.

Did Police or Emergency Services Respond? Y/N If Yes, Who?

Kroger

## Incident Report

**Claim Number** 4A2306N93400001

Report Number or Contact Name and Phone# —

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known Vancouver Clinic Urgent Care.

Address 700 NE 87th AVE Phone 360 882 2778

**Section D: Witness ID**

1 Name ______ Employee: Y/N (N circled) Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer 8 month pregnant.

Print Name and EUID of Employee Completing This Report

Name Amber Drake EUID A120263

Signature A Drake Date 6/21/23

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6/21/23 DIVISION Fred Meyer STORE # 683

**Section A: Store ID**

Address 2500 Columbia House Blvd City Vancouver State WA Zip 98661

Manager on Duty at Time of Incident Amber Drake Store Phone 360-619-1700

Store Email Address amber.drake@stores.fredmeyer.com

Manager Email Address Shelley.Robinson@fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Samantha. Swart Age 32 Gender: M (F)

Name of Parent/Guardian n/A

Date of Birth 2/15/91 Marital Status M Loyalty ID # ____

Address 687 E 17th Cir City LaCenter State WA Zip 98629

Home Phone — Cell Phone 702 265 1859 Work Phone ____

Employer McKean Smith Title —

Work Address 655 W Columbia City Vancouver State WA Zip ~~[illegible]~~ 98660

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Long black Hair, black clothing and black sandals.

**Section C: Incident Information**

Date of Incident 6/20/2023 Time of Incident 105-115 AM/(PM)

Date Notified of Incident 6/20/23 Time Notified 130 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

Name of Employee Initially Notified Dana. Chapman

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Apparel Entryway.

Provide Brief Description in ten words or less for Call Center entry customer was returning cart wheels locked up and fell over cart.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Customer was returning cart to the Entryway and the Front wheels locked up Customer and cart Fell Forward onto ground.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
no cones visable.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)
N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
cracked bruised rib on right side, obsened in labor & delivery, Bruised knees.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2306N93400001

Report Number or Contact Name and Phone# ——

Did, or will, the customer seek medical treatment? Y/N (Y circled)

Doctor or Medical Facility Name, if known Vancouver Clinic Urgent care.

Address 700 NE 87th AVE Phone 360 882 2778

**Section D: Witness ID**

1 Name ____ Employee: Y/N (N circled) Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer 8 month pregnant.

Print Name and EUID of Employee Completing This Report

Name Amber Drake EUID A120263

Signature A.Drake Date 6/21/23

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A23071K59F0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/1/23 DIVISION Fred Meyer STORE # 655

**Section A: Store ID**

Address 1900 SE Sedgwick Rd City Port Orchard State WA Zip 98366

Manager on Duty at Time of Incident Jeanelle Ward Store Phone 360-874-7140

Store Email Address jeanelle.ward@stores.fredmeyer.com

Manager Email Address " "

MOD Schedule for Next 5 Days S 9-7 M 9-7 T 8-6 W 4-9 TH off F off SA 8-6

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name_ Age 8 months Gender: (M)(F)

Name of Parent/Guardian Trisha Young

Date of Birth ____ Marital Status ____ Loyalty ID # ____

Address 4345 Andreasen Loop SE City Port Orchard State WA Zip 98366

Home Phone ____ Cell Phone 360-900-9446 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 6/28/2023 Time of Incident 3:25 AM (PM)

Date Notified of Incident 6/28/23 Time Notified 4 AM (PM)

Kroger

# Incident Report

**Claim Number** 4A23071K59F0001

Name of Employee Initially Notified Jeanelle Ward

EUID of Employee Initially Notified jw75530

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Starbucks side entrance

Provide Brief Description in ten words or less for Call Center entry precheck locked up cart causing child to jerk.

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Exitting store when cart locked up causing child in seat to jerk.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

precheck station exitting store

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Child jerked due to cart locking up, contact made with body

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

# Incident Report

**Claim Number** 4A23071K59F0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Jeanelle Ward EUID JW75530

Signature [signature] Date 7/1/23

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24018NY55001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7-25-23 Store Address 920 C Burlington Blvd.

City Burlington State WA

**Contact Information**

Name Erdi Ibarra Age 35 Gender: (M)/F

Parent/Guardian (if minor) N/A

Date of Birth 5/25/88 Marital Status Single

Address 4414 Hidden Lake Lp City MV State WA 98274

Home Phone ______ Cell Phone ~~(360)472-6627~~ 564-900-1600

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 7/25/23 Time of Incident 12:10 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Approaching metal ~~dete~~ detector + cart locked up (Grocery exit)

Describe what happened See above, customer hit right shin (lower) on bar at back of cart. Was completely unexpected, smaller barcarts do not have warning about potential for wheel lockup.

Kroger

## Customer Statement

**Claim Number** 4A24018NYSS0001

Describe any Injuries or Pain from this incident (Please be specific) Hot & throbbing liver shin

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident Talked to Birdie who suggested report.

**Witness ID**

1 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

2 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

3 Name_____ Phone_____

Was this person shopping with you? Y/N

What is this person's relationship to you?_____

Your Signature [signature] Date 07/25/23

# Evidence Report

**Claim Number** 4A24611 8NH55 06 11

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report BR97697

Signature ______ Date 1-25-23