Hon. John C. Coughenour

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br><br>Defendants. | Case No.: 3:24-cv-05811-SKV<br><br>**DEFENDANT GATEKEEPER SYSTEMS, INC.'S PROPOSED VOIR DIRE** |

**<u>STANDARD VOIR DIRE QUESTIONS BY THE COURT</u>**

After the jury panel is sworn: Ladies and Gentlemen, the purpose of the voir dire examination is:

1. to enable the Court to determine whether any prospective juror should be excused for cause; and

2. to enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges—that is, challenges for which counsel need not give a reason.

As I said, I have a few questions that I will ask before the lawyers ask you questions. My first set of questions relates to whether anyone has any physical disability or problem that would make serving as a member of the jury difficult or impossible. Of course, it is essential that you can hear the judge, the attorneys, and any witnesses that testify. That said, let me begin by asking about your hearing. If you can hear me, please raise your left hand and hold it there for a moment. [Ensure hearing devices are made available to anyone having trouble.]

If during this jury selection process or during the trial you are unable to hear a question or answer, please do not hesitate to raise your hand and let me know; I will speak louder and into the microphone for you and instruct the attorneys and witnesses to do the same. I also can arrange for a set of headphones to be available to you to improve the sound for you.

It is also essential that you be able to see what is occurring during trial, that you can observe the witnesses as they testify and examine the exhibits that are presented. Does anyone here have any vision problems that are so serious that you may have trouble observing the trial? [If any juror cannot see, we can rearrange the seating so that will not be a problem.]

The attorneys assure me that the trial will wrap up as promptly as possible. The trial day will begin each morning at [ ] a.m. and end by about [ ] p.m. I will always include a mid-morning 1 break and a mid-afternoon break of approximately 15 minutes each. Also, you will have an hour, or so, lunch break.

If you are selected for jury service in this trial, you will be seated in this jury box throughout the trial. Does anyone have any physical disabilities that will make it difficult for you to sit for two hours at a time (between breaks)? You will be able to stand and stretch during trial, as long as you do not distract from trial or impede the view of fellow jurors.

Next, this case is expected to take [ ] days. Is this going to present a problem to any member of the panel? If so, explain.

I am now going to read you a short statement about this case because I want to know if anyone has heard of it before. It is important for you to know that this description is not evidence. It simply contains generally the claims made by the plaintiff against the defendant. Here is the statement:

[Read Joint Statement of the Case.]

By a show of hands, does any member of the panel believe that they have heard or read anything about this case? If so, without telling me what you know, tell me how you are familiar with this case. [Inquire further if necessary.]

Next, I will ask the lawyers to stand up and introduce themselves, and if any member of the panel or his or her immediate family knows or has had any business dealings with any of the lawyers or their law firms, please indicate by raising your hand.

[Lawyers introduce themselves.]

I now will have the lawyers introduce the parties, and I will ask if any member of the panel or his or her immediate family:

1. is personally acquainted with,

2. is related to,

3. has had business dealings with,

4. is currently or was formerly employed by, or

5. has had any other relationship or business connection with any of these businesses or people:

[Lawyers introduce parties.]

I am now going to read the names of all of the prospective witnesses. If any member of the panel knows any of the prospective witnesses, please raise your hand. (I am now going to read parties' names, although they likely will each testify.)

[Read list of witnesses.]

Next, has any one here ever served as a juror in a criminal or civil case or as a member of a grand jury in either a federal or state court? If so, was there anything about that experience that would make it difficult for you to sit on the jury in this case?

Have you or anyone in your immediate family ever participated in a lawsuit as a party or in any other capacity? (If so, what was your role, and is there anything about that experience that would make it difficult for you sit on the jury in this case?)

If you are selected to sit on this case, you must be able to render a verdict solely on the evidence presented at the trial and in the context of the law as I will give it to you in my

instructions, disregarding any other ideas, notions, or beliefs about the law that you may have encountered in reaching your verdict. Is there anyone who would have a problem with that?

Having heard the questions by the Court, is there any other reason you can think of as to why you could not sit on this jury and render a fair verdict based on the evidence presented to you and in the context of the Court's instructions to you on the law?

[Now the lawyers will have a chance to ask you questions.] [Now I will ask you some specific questions.]

**SPECIFIC VOIR DIRE QUESTIONS BY THE COURT**

-Can you separate feelings about an injured person from the question of who was responsible?

-Can someone suffer a serious injury even when another person is not legally at fault?

-Does anyone believe that because someone was seriously injured, someone else must necessarily be responsible?

-Does anyone believe the legal system should make sure an injured person receives compensation regardless of fault?

-Does anyone believe the more serious the injury, the more likely someone must have been negligent?

-Have you ever looked back at an event and judged the decision by the outcome rather than the information available at the time?

-Who has had an experience of a shopping cart abruptly stopping?

-Who has had an experience of a shopping cart stopping due to an anti-theft wheel lock?

-Who knows someone close who has had an experience of a shopping cart abruptly stopping?

-Who knows someone close who has had an experience of a shopping cart stopping due to an anti-theft wheel lock?

-What are your thoughts about anti-theft wheel locks on shopping carts generally?

-When you hear that someone was injured because an anti-theft wheel lock on a shopping cart allegedly 'locked up', what is your first reaction about who, if anyone, is to blame?

-Who has had an experience where they were injured in a retail store?

-Who knows someone close who has had an experience where they were injured in a retail store?

-Do you agree that a manufacturer can design a perfectly safe product, but cannot control how a retail store maintains that product over time?

-Who has had a bad experience with a corporation or a retail store?

-Have you ever been certain you perceived something correctly and later found out you were wrong?

When deciding whether to believe someone's perception, what factors matter to you?

Can a witness be mistaken and still be honest?

Can a witness be honest but not reliable?

What types of evidence do you believe are most reliable in determining what happened in an accident?

Would anyone automatically choose a person's perception over objective evidence?

If an expert can only speculate as to what might have happened, but cannot prove a specific cause, will you be comfortable discounting that expert's testimony?

If this case involves technical evidence, would you feel comfortable making a decision based on it?

Does anyone believe that because a lawsuit was filed, someone must have done something wrong?

Who thinks that if a lawsuit reaches trial, there must be merit to the claim?

If the evidence is evenly balanced, should the plaintiff still win?

Does anyone believe a tie should go to the plaintiff?

Based on what you have heard thus far, do you believe this trial is starting with the plaintiff already ahead of the defense?

-What are your thoughts about our civil justice system using money as a remedy?

-What does a person need to prove before they should receive money from someone else?

-How do you determine what is fair when money is involved?

-What are your thoughts about personal injury lawsuits generally?

-Who has strong opinions about personal injury lawyers, positive or negative?

RESPECTFULLY SUBMITTED this 8th day of September, 2026.

**THE AGUILERA GROUP, APLC**

By__________________________________
Scott LaSalle, WSBA No. 57862
*Attorney for Defendant Gatekeeper Systems, Inc.*

# CERTIFICATE OF SERVICE

I, Juana Huber, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 23046 Avenida de la Carlota, Suite 300, Laguna Hills, CA 92653. On ***September 8, 2026***, I served a copy of the following documents:

DOCUMENT(S) SERVED:

**DEFENDANT GATEKEEPER SYSTEMS, INC.'S PROPOSED VOIR DIRE**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on ***September 8, 2026***, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐ (ONLY BY ELECTRONIC TRAMSMISSION) Only by e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on ***September 8, 2026,*** that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on ***September 8, 2026***, at Laguna Hills, CA.

Juana Huber

**SERVICE LIST**
Jean Lubken, et al. vs. Fred Meyer Stores, Inc., et al.
United States District Court Washington – Western Division
Case No. 3:24-cv-05811-SKV

| Recipient: | Manner of Service: |
|---|---|
| Darrell L. Cochran, Esq.<br>Andrew S. Ulmer, Esq.<br>Alexander G. Dietz, Esq.<br>**PFAU COCHRAN VERTETIS AMALA PLLC**<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br><br>*Attorneys for Plaintiffs* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>darrell@pcvalaw.com<br>aulmer@pcvalaw.com<br>adietz@pcvalaw.com<br>jmeadows@pcvalaw.com<br>hannahgrant@pcvalaw.com |
| Joseph J.M. Lombino, Esq.<br>Joseph M. Lombino, Esq.<br>**LOMBINO MARTINO PS**<br>9315 Gravelly Lake Drive SW, Suite 201<br>Lakewood, WA 98499<br><br>*Attorneys for Plaintiffs* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>j.lombino@lombinomartino.com<br>joey.lombino@lombinomartino.com |
| Jennifer L. Crow, Esq.<br>Ahbra Franco, Esq.<br>**SCHEER.LAW PLLC**<br>2101 Fourth Avenue, Suite 830<br>Seattle, WA 98121<br><br>*Attorneys for Defendants Fred Meyer Stores, Inc. and The Kroger Co.* | ☐ BY U.S. MAIL<br>☐ BY HAND DELIVERY<br>☐ BY OVERNIGHT DELIVERY<br>☐ BY FACSMIILE:<br>☒ BY EMAIL:<br>jen@scheer.law<br>ahbraf@scheer.law<br>adriennek@scheer.law<br>sarahc@scheer.law<br>schuylert@scheer.law |