**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,

Plaintiffs,

vs.

GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,

Defendant.

NO. 3:24-CV-05811-JCC

**PLAINTIFFS' PROPOSED VOIR DIRE**

**TRIAL DATE:**
**SEPTEMBER 14, 2026**

Plaintiffs hereby submit proposed voir dire questions for the Court to pose to the jury in addition to the Court's standard voir dire questions. The yes-or-no questions plaintiffs ask the Court to submit to the jurors include the following:

1. Do you have any past experience which you believe may impact your ability to be a fair juror that you would be uncomfortable discussing in front of other jurors?
2. Does anyone know the Plaintiffs Jean Lubken or William Lubken?
3. Has anyone heard of Gatekeeper Systems, Inc.?
4. Have you ever been an employee, volunteer, contractor, or vendor for Gatekeeper Systems, Inc.?
5. Have you ever been an employee, volunteer, contractor, or vendor for Fred Meyer Stores?
6. Have you ever been an employee, volunteer, contractor, or vendor for The Kroger Company?
7. Does anyone have personal experience with pushing a shopping cart was modified with an anti-theft wheel mechanism that caused the cart to lock at certain designated locations?
8. Have you ever worked in the field of engineering?
9. Have you ever worked a job involving the design of products?
10. Have you ever worked in the field of engineering?
11. Have you ever worked in the legal field?
12. Have you worked in the medical field?
13. Do you have any strong feelings for civil lawsuits?
14. Do you have any strong feelings against civil lawsuits?
15. Do you know of any reason why you could not be a fair juror in this case?
16. Have you ever previously served on a jury?

17. Have you ever previously served as a presiding juror or foreperson on a jury?
18. Have you ever brought a lawsuit before?
19. Has any family member or close friend or other non-family member close to you brought a lawsuit before?
20. Have you ever been a defendant in a lawsuit before?
21. Has any family member or close friend or other non-family member close to you been a defendant in a lawsuit before?
22. Have you ever testified before in a court of law?
23. Have you ever been charged with a crime?
24. Have you ever been convicted of a crime?
25. Do you believe that a company that designs a product used by the public should be responsible if the product is unsafe?
26. Do you believe that a product can be defective even if it works the way the manufacturer intended?
27. Do you believe that products used in grocery stores should be safe for customers of all ages?
28. Do you believe that preventing theft is more important than customer safety?
29. Do you believe that a product manufacturer should be allowed to put responsibility on a store or customer if the danger came from the product's design?
30. Do you believe that older adults are usually at fault when they fall?
31. Do you believe that falls in stores are usually caused by carelessness?
32. Do you believe that a customer using a shopping cart inside a store has the right to

expect the cart will roll safely?

33. Do you believe that a customer should have to inspect the wheels of a shopping cart before using it?
34. Do you believe that a customer should expect a shopping cart wheel to suddenly lock while she is using it inside the store?
35. Do you believe that a sudden stop of a shopping cart could cause an older customer to lose balance and fall?
36. Do you also believe that theft prevention systems must be designed so they do not endanger customers?
37. Do you believe that it is acceptable for a product to create a risk of injury if it saves retailers money?
38. Do you believe that a manufacturer should design against foreseeable misuse, malfunction, or unintended activation?
39. Do you tend to believe that large companies usually do the right thing when designing products?
40. Do you believe that a product must be safe simply because it is sold to major retailers?
41. Do you believe that if a major retailer uses a product, that means the product is probably safe?
42. Do you believe that civil lawsuits make products safer?
43. Do you believe that a person can be careful and still be injured by a defective product?
44. Do you believe that a customer who uses a shopping cart accepts the risk that the

wheels may suddenly lock?

45. Do you believe that if there is no video of the fall, the injured person's testimony should not be enough?

46. Do you believe that if the store also had some responsibility, the manufacturer should escape responsibility?

47. Do you have a problem awarding money for pain and suffering?

48. Is there anything about lawsuits against product manufacturers that would make it difficult for you to be fair to the injured person?

49. Is there anything about awarding money damages that would make it difficult for you to be fair?

RESPECTFULLY SUBMITTED this 4th day of September, 2026.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By /s/ Darrell L. Cochran
Darrell L. Cochran, WSBA No. 22851
Andrew S. Ulmer, WSBA No. 51227
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, **Andrew S. Ulmer,** hereby declare under penalty of perjury under the laws of the United States and the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date I served the foregoing via **ECF** by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Scheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 8th day of September, 2026.

/s/ Andrew S. Ulmer
Andrew S. Ulmer