**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JEAN LUBKEN and WILLIAM LUBKEN, husband and wife and their marital community,<br>Plaintiffs,<br>vs.<br>FRED MEYER STORES, INC., an Ohio corporation doing business in the State of Washington; THE KROGER CO., an Ohio corporation doing business in the State of Washington; GATEKEEPER SYSTEMS, INC., a California corporation doing business in the State of Washington,<br>Defendants. | NO. 3:24-CV-05811-JCC<br>**STIPULATED DISMISSAL OF DEFENDANTS FRED MEYER STORES, INC. AND THE KROGER CO.** |

## I. RELIEF REQUESTED

The parties hereby move for dismissal of Plaintiffs' claims against Defendants Fred Meyer Stores, Inc. and The Kroger Co. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action against a party by filing a stipulation of dismissal signed by all parties who have appeared. As all parties are aware, notice of a partial settlement between Plaintiffs and Defendants Fred Meyer Stores, Inc. and The Kroger Co. was filed on September 4, 2026. Dkt. 64. Pursuant to that settlement, Defendants Fred Meyer Stores, Inc. and The Kroger Co. should be dismissed from this action.

## II. CONCLUSION

Accordingly, the parties ask that all claims brought by Plaintiffs against Defendants Fred Meyer Stores, Inc. and The Kroger Co. should be dismissed, and without attorneys' fees or costs to any party.

//

//

//

//

//

//

//

//

//

//

RESPECTFULLY SUBMITTED this 13th day of September, 2026.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By ______________________________
Darrell L. Cochran, WSBA No. 22851
Andrew S. Ulmer, WSBA No. 51227
*Attorney for Plaintiffs*

**THE AGUILERA GROUP, APLC**

By /s/ Scott LaSalle
Scott LaSalle, WSBA No. 57862
*Attorney for Defendant Gatekeeper Systems, Inc.*

**SCHEER LAW, PLLC**

By /s/ Jennifer L. Crow
Jennifer L. Crow, WSBA No.
Sarah K. Z. Campbell, WSBA No. 61892
*Attorneys for Defendants Fred Meyer Stores, Inc. and The Kroger Co.*

## CERTIFICATE OF SERVICE

I, **Andrew S. Ulmer,** hereby declare under penalty of perjury under the laws of the United States and the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date I served the foregoing via **ECF** by directing delivery to the following individuals:

Jennifer L. Crow
Ahbra Franco
Sheer Law, PLLC
2101 Fourth Ave, Suite 830
Seattle, WA 98121
Jen@scheer.law; ahbraf@scheer.law; josephm@sheer.law; shiloha@scheer.law

***Counsel for Defendant Fred Meyer Stores, Inc. and The Kroger Co.***

Scott La Salle
The Aguilera Group, APLC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
slasalle@aguileragroup.com

***Counsel for Defendant Gatekeeper Systems, Inc.***

DATED this 13th day of September, 2026.

Andrew S. Ulmer