THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN LUBKEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GATEKEEPER SYSTEMS INC., *et al.*,<br><br>Defendants. | CASE NO. C24-5811-JCC<br><br>ORDER |

The Court directs Courthouse Security to allow the litigants in the above-captioned case to bring food and drink into the courthouse for the duration of the trial in this matter scheduled to begin Monday, September 14, 2026.

So ORDERED this 12th day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE